## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. We, Amir Gil and Galit Rif Rotchas, on behalf of Halman Aldubi Provident and Pension Funds Ltd. ("Halman Aldubi"), with authority to bind Halman Aldubi and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. We have reviewed a Complaint against Teva Pharmaceutical Industries Limited ("Teva" or the "Company") and authorize the filing of a comparable Complaint on behalf of Halman Aldubi.

3. Halman Aldubi did not purchase or acquire Teva securities at the direction of plaintiff's counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. Halman Aldubi is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Teva securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. We understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of our current knowledge, the transactions listed in Schedule A reflect all of Halman Aldubi's transactions in Teva securities during the Class Period.

6. During the three-year period preceding the date on which this Certification is signed, Halman Aldubi has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7. Halman Aldubi agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed 16.9.2020
        (Date)

_____
(Signature)

Amir Gil , Galit Rif Rotchas
_____
(Type or Print Name)
**On behalf of Halman Aldubi Provident and Pension Funds Ltd.**

**Teva Pharmaceutical Industries Limited (TEVA)**        **Halman-Aldubi Provident and Pension Funds Ltd.**

**List of Purchases and Sales**

| Account | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 | Purchase | 7/13/2020 | 2,209 | $11.6000 |
| Account 1 | Purchase | 7/20/2020 | 497 | $12.2700 |
| Account 2 | Purchase | 5/2/2019 | 12,231 | $14.9000 |
| Account 2 | Purchase | 5/13/2019 | 12,557 | $12.1000 |
| Account 2 | Purchase | 8/7/2019 | 23,439 | $7.3000 |
| Account 2 | Purchase | 11/19/2019 | 5,848 | $10.2900 |
| Account 2 | Purchase | 6/26/2020 | 4,918 | $12.4400 |
| Account 2 | Purchase | 7/13/2020 | 11,093 | $11.6000 |
| Account 2 | Purchase | 7/17/2020 | 5,868 | $12.2700 |
| Account 2 | Purchase | 8/6/2020 | 13,113 | $12.6600 |
| Account 2 | Sale | 5/2/2019 | (11,425) | $15.0000 |
| Account 2 | Sale | 5/14/2019 | (12,557) | $12.1100 |
| Account 2 | Sale | 8/14/2019 | (15,210) | $6.3200 |
| Account 2 | Sale | 2/24/2020 | (2,443) | $12.5700 |
| Account 3 | Purchase | 5/13/2019 | 798 | $12.1000 |
| Account 3 | Purchase | 8/7/2019 | 1,340 | $7.3000 |
| Account 3 | Purchase | 11/19/2019 | 287 | $10.2900 |
| Account 3 | Purchase | 6/26/2020 | 176 | $12.4400 |
| Account 3 | Purchase | 7/13/2020 | 1,040 | $11.6000 |
| Account 3 | Purchase | 7/17/2020 | 434 | $12.2700 |
| Account 3 | Purchase | 8/6/2020 | 790 | $12.6600 |
| Account 3 | Sale | 5/14/2019 | (798) | $12.1100 |
| Account 3 | Sale | 8/14/2019 | (927) | $6.3200 |
| Account 3 | Sale | 2/24/2020 | (5) | $12.5700 |
| Account 4 | Purchase | 5/2/2019 | 1,353 | $14.9000 |
| Account 4 | Purchase | 5/13/2019 | 1,399 | $12.1000 |
| Account 4 | Purchase | 8/7/2019 | 2,765 | $7.3000 |
| Account 4 | Purchase | 11/19/2019 | 829 | $10.2900 |
| Account 4 | Purchase | 7/13/2020 | 2,315 | $11.6000 |
| Account 4 | Purchase | 7/17/2020 | 878 | $12.2700 |
| Account 4 | Purchase | 8/6/2020 | 2,017 | $12.6600 |
| Account 4 | Sale | 5/2/2019 | (1,189) | $15.0000 |
| Account 4 | Sale | 5/14/2019 | (1,399) | $12.1100 |
| Account 4 | Sale | 8/14/2019 | (1,647) | $6.3200 |
| Account 4 | Sale | 2/24/2020 | (170) | $12.5700 |
| Account 5 | Purchase | 12/31/2018 | 1,220 | $15.4200 |
| Account 5 | Purchase | 6/26/2020 | 2,148 | $12.4400 |
| Account 5 | Purchase | 7/17/2020 | 531 | $12.2700 |
| Account 5 | Purchase | 8/6/2020 | 2,093 | $12.6600 |
| Account 6 | Purchase | 10/4/2016 | 278 | $45.3800 |
| Account 6 | Purchase | 11/3/2016 | 2,148 | $38.7100 |
| Account 6 | Purchase | 12/31/2018 | 917 | $15.4200 |
| Account 6 | Purchase | 5/13/2019 | 329 | $12.1000 |
| Account 6 | Purchase | 8/7/2019 | 4,865 | $7.3000 |
| Account 6 | Purchase | 11/19/2019 | 1,909 | $10.2900 |
| Account 6 | Purchase | 6/26/2020 | 1,272 | $12.4400 |
| Account 6 | Purchase | 7/13/2020 | 2,152 | $11.6000 |
| Account 6 | Purchase | 7/17/2020 | 1,691 | $12.2700 |
| Account 6 | Purchase | 8/6/2020 | 4,518 | $12.6600 |
| Account 6 | Sale | 1/23/2019 | (178) | $19.4800 |
| Account 6 | Sale | 5/2/2019 | (1,703) | $15.0000 |
| Account 6 | Sale | 5/14/2019 | (329) | $12.1100 |
| Account 6 | Sale | 8/14/2019 | (2,448) | $6.3200 |
| Account 6 | Sale | 2/24/2020 | (1,299) | $12.5700 |

**Teva Pharmaceutical Industries Limited (TEVA)**               **Halman-Aldubi Provident and Pension Funds Ltd.**

List of Purchases and Sales

| Account | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 7 | Purchase | 10/4/2016 | 2,313 | $45.3800 |
| Account 7 | Purchase | 11/3/2016 | 2,515 | $38.7100 |
| Account 7 | Purchase | 12/31/2018 | 8,622 | $15.4200 |
| Account 7 | Purchase | 5/2/2019 | 3,348 | $14.9000 |
| Account 7 | Purchase | 5/13/2019 | 3,762 | $12.1000 |
| Account 7 | Purchase | 8/7/2019 | 9,361 | $7.3000 |
| Account 7 | Purchase | 11/19/2019 | 2,061 | $10.2900 |
| Account 7 | Purchase | 6/26/2020 | 2,313 | $12.4400 |
| Account 7 | Purchase | 7/13/2020 | 3,127 | $11.6000 |
| Account 7 | Purchase | 7/17/2020 | 2,052 | $12.2700 |
| Account 7 | Purchase | 8/6/2020 | 5,294 | $12.6600 |
| Account 7 | Sale | 1/23/2019 | (1,453) | $19.4800 |
| Account 7 | Sale | 5/2/2019 | (15,345) | $15.0000 |
| Account 7 | Sale | 5/14/2019 | (3,762) | $12.1100 |
| Account 7 | Sale | 8/14/2019 | (4,464) | $6.3200 |
| Account 7 | Sale | 2/24/2020 | (2,885) | $12.5700 |
| Account 8 | Purchase | 12/31/2018 | 381 | $15.4200 |
| Account 8 | Purchase | 5/2/2019 | 431 | $14.9000 |
| Account 8 | Purchase | 5/13/2019 | 570 | $12.1000 |
| Account 8 | Purchase | 8/7/2019 | 2,026 | $7.3000 |
| Account 8 | Purchase | 11/19/2019 | 127 | $10.2900 |
| Account 8 | Purchase | 5/22/2020 | 211 | $11.9600 |
| Account 8 | Purchase | 6/26/2020 | 370 | $12.4400 |
| Account 8 | Purchase | 7/13/2020 | 642 | $11.6000 |
| Account 8 | Purchase | 7/17/2020 | 426 | $12.2700 |
| Account 8 | Purchase | 8/6/2020 | 1,117 | $12.6600 |
| Account 8 | Sale | 5/2/2019 | (812) | $15.0000 |
| Account 8 | Sale | 5/14/2019 | (570) | $12.1100 |
| Account 8 | Sale | 8/14/2019 | (948) | $6.3200 |
| Account 8 | Sale | 2/24/2020 | (468) | $12.5700 |
| Account 9 | Purchase | 9/26/2018 | 188 | $21.9645 |
| Account 9 | Purchase | 10/17/2018 | 198 | $21.0332 |
| Account 9 | Purchase | 5/13/2019 | 2,660 | $12.1000 |
| Account 9 | Purchase | 8/7/2019 | 1,084 | $7.3000 |
| Account 9 | Purchase | 11/19/2019 | 256 | $10.2900 |
| Account 9 | Purchase | 6/26/2020 | 257 | $12.4400 |
| Account 9 | Purchase | 7/13/2020 | 678 | $11.6000 |
| Account 9 | Purchase | 7/17/2020 | 327 | $12.2700 |
| Account 9 | Purchase | 8/6/2020 | 745 | $12.6600 |
| Account 9 | Sale | 5/14/2019 | (2,660) | $12.1100 |
| Account 9 | Sale | 8/14/2019 | (831) | $6.3200 |
| Account 9 | Sale | 2/24/2020 | (251) | $12.5700 |
| Account 10 | Purchase | 9/26/2018 | 181 | $21.9645 |
| Account 10 | Purchase | 10/17/2018 | 190 | $21.0332 |
| Account 10 | Purchase | 5/2/2019 | 180 | $14.9000 |
| Account 10 | Purchase | 5/13/2019 | 237 | $12.1000 |
| Account 10 | Purchase | 8/7/2019 | 105 | $7.3000 |
| Account 10 | Purchase | 11/19/2019 | 461 | $10.2900 |
| Account 10 | Purchase | 6/26/2020 | 134 | $12.4400 |
| Account 10 | Purchase | 7/13/2020 | 546 | $11.6000 |
| Account 10 | Purchase | 7/17/2020 | 200 | $12.2700 |
| Account 10 | Purchase | 8/6/2020 | 423 | $12.6600 |
| Account 10 | Sale | 5/2/2019 | (551) | $15.0000 |
| Account 10 | Sale | 5/14/2019 | (237) | $12.1100 |
| Account 10 | Sale | 2/24/2020 | (289) | $12.5700 |

**Teva Pharmaceutical Industries Limited (TEVA)**  **Halman-Aldubi Provident and Pension Funds Ltd.**

**List of Purchases and Sales**

| Account | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 11 | Purchase | 12/16/2016 | 3,527 | $36.9523 |
| Account 11 | Sale | 1/4/2017 | (1,763) | $37.8300 |
| Account 11 | Sale | 12/14/2017 | (1,764) | $18.4200 |
| Account 12 | Purchase | 6/26/2020 | 454 | $12.4400 |
| Account 12 | Purchase | 7/13/2020 | 252 | $11.6000 |
| Account 12 | Purchase | 7/17/2020 | 154 | $12.2700 |
| Account 12 | Purchase | 8/6/2020 | 465 | $12.6600 |
| Account 13 | Purchase | 6/26/2020 | 181 | $12.4400 |
| Account 13 | Purchase | 7/13/2020 | 150 | $11.6000 |
| Account 13 | Purchase | 7/17/2020 | 65 | $12.2700 |
| Account 13 | Purchase | 8/6/2020 | 172 | $12.6600 |
| Account 14 | Purchase | 5/2/2019 | 447 | $14.9000 |
| Account 14 | Purchase | 5/13/2019 | 346 | $12.1000 |
| Account 14 | Purchase | 8/7/2019 | 445 | $7.3000 |
| Account 14 | Purchase | 11/19/2019 | 158 | $10.2900 |
| Account 14 | Purchase | 6/26/2020 | 559 | $12.4400 |
| Account 14 | Purchase | 7/17/2020 | 63 | $12.2700 |
| Account 14 | Purchase | 8/6/2020 | 377 | $12.6600 |
| Account 14 | Sale | 5/2/2019 | (287) | $15.0000 |
| Account 14 | Sale | 5/14/2019 | (346) | $12.1100 |
| Account 14 | Sale | 8/14/2019 | (290) | $6.3200 |
| Account 14 | Sale | 2/24/2020 | (214) | $12.5700 |
| Account 15 | Purchase | 10/4/2016 | 26,697 | $45.3800 |
| Account 15 | Purchase | 11/3/2016 | 23,027 | $38.7100 |
| Account 15 | Purchase | 5/2/2019 | 32,989 | $14.9000 |
| Account 15 | Purchase | 5/13/2019 | 34,303 | $12.1000 |
| Account 15 | Purchase | 8/7/2019 | 43,317 | $7.3000 |
| Account 15 | Purchase | 11/19/2019 | 8,085 | $10.2900 |
| Account 15 | Purchase | 6/26/2020 | 6,645 | $12.4400 |
| Account 15 | Purchase | 7/13/2020 | 16,184 | $11.6000 |
| Account 15 | Purchase | 7/17/2020 | 9,263 | $12.2700 |
| Account 15 | Purchase | 8/6/2020 | 25,081 | $12.6600 |
| Account 15 | Sale | 1/23/2019 | (3,267) | $19.4800 |
| Account 15 | Sale | 5/2/2019 | (79,446) | $15.0000 |
| Account 15 | Sale | 5/14/2019 | (34,303) | $12.1100 |
| Account 15 | Sale | 8/14/2019 | (24,098) | $6.3200 |
| Account 15 | Sale | 2/24/2020 | (7,416) | $12.5700 |
| Account 16 | Purchase | 6/26/2020 | 40 | $12.4400 |
| Account 16 | Purchase | 7/13/2020 | 1,525 | $11.6000 |
| Account 16 | Purchase | 7/17/2020 | 373 | $12.2700 |
| Account 16 | Purchase | 8/6/2020 | 955 | $12.6600 |
| Account 17 | Purchase | 10/4/2016 | 2,935 | $45.3800 |
| Account 17 | Purchase | 11/3/2016 | 3,623 | $38.7100 |
| Account 17 | Purchase | 12/31/2018 | 1,801 | $15.4200 |
| Account 17 | Purchase | 5/2/2019 | 2,204 | $14.9000 |
| Account 17 | Purchase | 5/13/2019 | 2,588 | $12.1000 |
| Account 17 | Purchase | 8/7/2019 | 7,003 | $7.3000 |
| Account 17 | Purchase | 11/19/2019 | 1,238 | $10.2900 |
| Account 17 | Purchase | 6/26/2020 | 1,549 | $12.4400 |
| Account 17 | Purchase | 7/13/2020 | 1,591 | $11.6000 |
| Account 17 | Purchase | 7/17/2020 | 1,260 | $12.2700 |
| Account 17 | Purchase | 8/6/2020 | 3,460 | $12.6600 |
| Account 17 | Sale | 1/23/2019 | (3,702) | $19.4800 |
| Account 17 | Sale | 5/2/2019 | (6,861) | $15.0000 |

**Teva Pharmaceutical Industries Limited (TEVA)**  **Halman-Aldubi Provident and Pension Funds Ltd.**

List of Purchases and Sales

| Account | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 17 | Sale | 5/14/2019 | (2,588) | $12.1100 |
| Account 17 | Sale | 8/14/2019 | (3,723) | $6.3200 |
| Account 17 | Sale | 2/24/2020 | (1,855) | $12.5700 |
| Account 18 | Purchase | 10/4/2016 | 697 | $45.3800 |
| Account 18 | Purchase | 11/3/2016 | 1,030 | $38.7100 |
| Account 18 | Purchase | 12/31/2018 | 2,042 | $15.4200 |
| Account 18 | Purchase | 5/2/2019 | 3,572 | $14.9000 |
| Account 18 | Purchase | 5/13/2019 | 4,317 | $12.1000 |
| Account 18 | Purchase | 8/7/2019 | 4,408 | $7.3000 |
| Account 18 | Purchase | 11/19/2019 | 484 | $10.2900 |
| Account 18 | Purchase | 6/26/2020 | 860 | $12.4400 |
| Account 18 | Purchase | 7/13/2020 | 294 | $11.6000 |
| Account 18 | Purchase | 7/17/2020 | 509 | $12.2700 |
| Account 18 | Purchase | 8/6/2020 | 796 | $12.6600 |
| Account 18 | Sale | 5/2/2019 | (7,341) | $15.0000 |
| Account 18 | Sale | 5/14/2019 | (4,317) | $12.1100 |
| Account 18 | Sale | 8/14/2019 | (2,962) | $6.3200 |
| Account 18 | Sale | 2/24/2020 | (880) | $12.5700 |
| Account 19 | Purchase | 10/4/2016 | 520 | $45.3800 |
| Account 19 | Purchase | 11/3/2016 | 767 | $38.7100 |
| Account 19 | Purchase | 12/31/2018 | 2,355 | $15.4200 |
| Account 19 | Purchase | 5/2/2019 | 3,158 | $14.9000 |
| Account 19 | Purchase | 5/13/2019 | 3,277 | $12.1000 |
| Account 19 | Purchase | 8/7/2019 | 3,239 | $7.3000 |
| Account 19 | Purchase | 11/19/2019 | 598 | $10.2900 |
| Account 19 | Purchase | 6/26/2020 | 375 | $12.4400 |
| Account 19 | Purchase | 7/13/2020 | 982 | $11.6000 |
| Account 19 | Purchase | 7/17/2020 | 575 | $12.2700 |
| Account 19 | Purchase | 8/6/2020 | 951 | $12.6600 |
| Account 19 | Sale | 5/2/2019 | (6,800) | $15.0000 |
| Account 19 | Sale | 5/14/2019 | (3,277) | $12.1100 |
| Account 19 | Sale | 8/14/2019 | (1,661) | $6.3200 |
| Account 19 | Sale | 2/24/2020 | (1,016) | $12.5700 |
| Account 20 | Purchase | 10/4/2016 | 19,462 | $45.3800 |
| Account 20 | Purchase | 11/3/2016 | 17,713 | $38.7100 |
| Account 20 | Purchase | 12/31/2018 | 9,102 | $15.4200 |
| Account 20 | Purchase | 5/2/2019 | 31,278 | $14.9000 |
| Account 20 | Purchase | 8/7/2019 | 33,790 | $7.3000 |
| Account 20 | Purchase | 11/19/2019 | 6,166 | $10.2900 |
| Account 20 | Purchase | 6/26/2020 | 8,544 | $12.4400 |
| Account 20 | Purchase | 7/13/2020 | 8,422 | $11.6000 |
| Account 20 | Purchase | 7/17/2020 | 6,790 | $12.2700 |
| Account 20 | Purchase | 8/6/2020 | 13,789 | $12.6600 |
| Account 20 | Sale | 1/23/2019 | (15,081) | $19.4800 |
| Account 20 | Sale | 5/2/2019 | (62,474) | $15.0000 |
| Account 20 | Sale | 8/14/2019 | (18,219) | $6.3200 |
| Account 20 | Sale | 2/24/2020 | (7,645) | $12.5700 |
| Account 21 | Purchase | 10/4/2016 | 1,001 | $45.3800 |
| Account 21 | Purchase | 11/3/2016 | 982 | $38.7100 |
| Account 21 | Purchase | 5/2/2019 | 1,277 | $14.9000 |
| Account 21 | Purchase | 5/13/2019 | 1,390 | $12.1000 |
| Account 21 | Purchase | 8/7/2019 | 1,342 | $7.3000 |
| Account 21 | Purchase | 11/19/2019 | 235 | $10.2900 |
| Account 21 | Purchase | 6/26/2020 | 366 | $12.4400 |
| Account 21 | Purchase | 7/13/2020 | 575 | $11.6000 |
| Account 21 | Purchase | 7/17/2020 | 341 | $12.2700 |

**Teva Pharmaceutical Industries Limited (TEVA)**  **Halman-Aldubi Provident and Pension Funds Ltd.**

**List of Purchases and Sales**

| Account | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 21 | Purchase | 8/6/2020 | 941 | $12.6600 |
| Account 21 | Sale | 1/23/2019 | (542) | $19.4800 |
| Account 21 | Sale | 5/2/2019 | (2,718) | $15.0000 |
| Account 21 | Sale | 5/14/2019 | (1,390) | $12.1100 |
| Account 21 | Sale | 8/14/2019 | (734) | $6.3200 |
| Account 21 | Sale | 2/24/2020 | (265) | $12.5700 |
| Account 22 | Purchase | 12/31/2018 | 53 | $15.4200 |
| Account 23 | Purchase | 12/31/2018 | 211 | $15.4200 |
| Account 23 | Sale | 5/22/2020 | (211) | $11.9600 |
| Account 24 | Purchase | 12/31/2018 | 1,459 | $15.4200 |
| Account 24 | Sale | 1/23/2019 | (777) | $19.4800 |
| Account 24 | Sale | 3/17/2020 | (682) | $7.3900 |
| Account 25 | Purchase | 10/4/2016 | 706 | $45.3800 |
| Account 25 | Purchase | 11/3/2016 | 616 | $38.7100 |
| Account 25 | Purchase | 5/2/2019 | 1,048 | $14.9000 |
| Account 25 | Purchase | 5/13/2019 | 1,091 | $12.1000 |
| Account 25 | Purchase | 8/7/2019 | 1,471 | $7.3000 |
| Account 25 | Purchase | 11/19/2019 | 258 | $10.2900 |
| Account 25 | Purchase | 6/26/2020 | 339 | $12.4400 |
| Account 25 | Purchase | 7/13/2020 | 232 | $11.6000 |
| Account 25 | Purchase | 7/17/2020 | 229 | $12.2700 |
| Account 25 | Purchase | 8/6/2020 | 567 | $12.6600 |
| Account 25 | Sale | 5/2/2019 | (2,370) | $15.0000 |
| Account 25 | Sale | 5/14/2019 | (1,091) | $12.1100 |
| Account 25 | Sale | 8/14/2019 | (838) | $6.3200 |
| Account 25 | Sale | 2/24/2020 | (399) | $12.5700 |
| Account 26 | Purchase | 7/14/2020 | 1,991 | $11.6000 |
| Account 26 | Purchase | 7/20/2020 | 474 | $12.2700 |
| Account 26 | Purchase | 8/6/2020 | 1,336 | $12.6600 |