# Exhibit B

## LOSS ANALYSIS
Teva Pharmaceutical Industries Limited
Class Period: 10/29/2015 to 8/18/2020

### ERJ – 145 NUA Inc.

**Teva Pharmaceutical Industries Limited ADRs**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | TEVA | 881624209 | 2883878 | US8816242098 | $9.2608 [1] | | |
| **LIFO** | | | | | | | |
| Transaction Type | Trade Date | Quantity | Share/Contract Price | Cost/Proceeds | Hold Value | Cost/Proceeds + Hold Value | LIFO (Loss)/Gain |
| Open | 10/29/2015 | 0 | | | | | |
| Purchase | 7/14/2017 | 500 | $33.00 | ($16,500.00) | $4,630.40 | ($11,869.60) | ($11,869.60) |
| Purchase | 7/14/2017 | 600 | $33.00 | ($19,800.00) | $5,556.48 | ($14,243.52) | ($14,243.52) |
| Purchase | 7/14/2017 | 200 | $33.00 | ($6,600.00) | $1,852.16 | ($4,747.84) | ($4,747.84) |
| Purchase | 7/14/2017 | 300 | $33.00 | ($9,900.00) | $2,778.24 | ($7,121.76) | ($7,121.76) |
| Purchase | 7/14/2017 | 300 | $33.00 | ($9,900.00) | $2,778.24 | ($7,121.76) | ($7,121.76) |
| Purchase | 7/14/2017 | 5,700 | $33.00 | ($188,100.00) | $52,786.52 | ($135,313.48) | ($135,313.48) |
| Purchase | 7/14/2017 | 102,614 | $33.00 | ($3,386,262.00) | $950,287.08 | ($2,435,974.92) | ($2,435,974.92) |
| Purchase | 7/14/2017 | 2,047 | $33.00 | ($67,551.00) | $18,956.84 | ($48,594.16) | ($48,594.16) |
| Purchase | 7/14/2017 | 300 | $33.00 | ($9,900.00) | $2,778.24 | ($7,121.76) | ($7,121.76) |
| Purchase | 7/14/2017 | 425 | $33.00 | ($14,025.00) | $3,935.84 | ($10,089.16) | ($10,089.16) |
| Purchase | 7/14/2017 | 700 | $33.00 | ($23,100.00) | $6,482.56 | ($16,617.44) | ($16,617.44) |
| Purchase | 7/14/2017 | 500 | $33.00 | ($16,500.00) | $4,630.40 | ($11,869.60) | ($11,869.60) |
| Purchase | 7/14/2017 | 13,939 | $33.00 | ($459,987.00) | $129,086.20 | ($330,900.80) | ($330,900.80) |
| Purchase | 7/14/2017 | 200 | $33.00 | ($6,600.00) | $1,852.16 | ($4,747.84) | ($4,747.84) |
| Purchase | 7/14/2017 | 180 | $33.00 | ($5,940.00) | $1,666.94 | ($4,273.06) | ($4,273.06) |
| Purchase | 7/14/2017 | 100 | $33.00 | ($3,300.00) | $926.08 | ($2,373.92) | ($2,373.92) |
| Purchase | 7/14/2017 | 9,017 | $33.00 | ($297,561.00) | $83,504.58 | ($214,056.42) | ($214,056.42) |
| Purchase | 7/14/2017 | 5,400 | $33.00 | ($178,200.00) | $50,008.29 | ($128,191.71) | ($128,191.71) |
| Purchase | 7/14/2017 | 200 | $33.00 | ($6,600.00) | $1,852.16 | ($4,747.84) | ($4,747.84) |
| Purchase | 7/14/2017 | 700 | $33.00 | ($23,100.00) | $6,482.56 | ($16,617.44) | ($16,617.44) |
| Purchase | 7/14/2017 | 100 | $33.00 | ($3,300.00) | $926.08 | ($2,373.92) | ($2,373.92) |
| Purchase | 7/14/2017 | 600 | $33.00 | ($19,800.00) | $5,556.48 | ($14,243.52) | ($14,243.52) |
| Purchase | 7/14/2017 | 300 | $33.00 | ($9,900.00) | $2,778.24 | ($7,121.76) | ($7,121.76) |
| Purchase | 7/14/2017 | 1,500 | $33.00 | ($49,500.00) | $13,891.19 | ($35,608.81) | ($35,608.81) |
| Purchase | 7/14/2017 | 1,400 | $33.00 | ($46,200.00) | $12,965.11 | ($33,234.89) | ($33,234.89) |
| Purchase | 7/14/2017 | 200 | $33.00 | ($6,600.00) | $1,852.16 | ($4,747.84) | ($4,747.84) |
| Purchase | 7/14/2017 | 100 | $33.00 | ($3,300.00) | $926.08 | ($2,373.92) | ($2,373.92) |
| Purchase | 7/14/2017 | 100 | $33.00 | ($3,300.00) | $926.08 | ($2,373.92) | ($2,373.92) |
| Purchase | 7/14/2017 | 300 | $33.00 | ($9,900.00) | $2,778.24 | ($7,121.76) | ($7,121.76) |
| Purchase | 7/14/2017 | 458 | $33.00 | ($15,114.00) | $4,241.44 | ($10,872.56) | ($10,872.56) |
| Purchase | 7/14/2017 | 200 | $33.00 | ($6,600.00) | $1,852.16 | ($4,747.84) | ($4,747.84) |
| Purchase | 7/14/2017 | 500 | $33.00 | ($16,500.00) | $4,630.40 | ($11,869.60) | ($11,869.60) |
| Purchase | 7/14/2017 | 300 | $33.00 | ($9,900.00) | $2,778.24 | ($7,121.76) | ($7,121.76) |
| Purchase | 7/14/2017 | 300 | $33.00 | ($9,900.00) | $2,778.24 | ($7,121.76) | ($7,121.76) |
| Purchase | 7/14/2017 | 100 | $33.00 | ($3,300.00) | $926.08 | ($2,373.92) | ($2,373.92) |
| Purchase | 7/14/2017 | 300 | $33.00 | ($9,900.00) | $2,778.24 | ($7,121.76) | ($7,121.76) |
| Purchase | 7/14/2017 | 835 | $33.00 | ($27,555.00) | $7,732.76 | ($19,822.24) | ($19,822.24) |
| Purchase | 8/3/2017 | 19,000 | $26.17 | ($497,191.35) | $175,955.08 | ($321,236.27) | ($321,236.27) |
| Purchase | 8/3/2017 | 193 | $25.81 | ($4,981.33) | $1,787.33 | ($3,194.00) | ($3,194.00) |
| Purchase | 8/3/2017 | 100 | $25.80 | ($2,580.00) | $926.08 | ($1,653.92) | ($1,653.92) |
| Purchase | 8/3/2017 | 5 | $25.81 | ($129.05) | $46.30 | ($82.75) | ($82.75) |
| Purchase | 8/3/2017 | 600 | $25.80 | ($15,480.00) | $5,556.48 | ($9,923.52) | ($9,923.52) |
| Purchase | 8/3/2017 | 700 | $25.80 | ($18,060.00) | $6,482.56 | ($11,577.44) | ($11,577.44) |
| Purchase | 8/3/2017 | 100 | $25.80 | ($2,580.00) | $926.08 | ($1,653.92) | ($1,653.92) |
| Purchase | 8/3/2017 | 200 | $25.81 | ($5,162.00) | $1,852.16 | ($3,309.84) | ($3,309.84) |
| Purchase | 8/3/2017 | 100 | $25.80 | ($2,580.00) | $926.08 | ($1,653.92) | ($1,653.92) |

[1] *Value of shares held is the mean trading price from 8/18/2020 to 11/13/2020.*

| Transaction Type | Trade Date | Share/Contract Quantity | Price | Cost/Proceeds | Hold Value | Cost/Proceeds + Hold Value | LIFO (Loss)/Gain |
|---|---|---|---|---|---|---|---|
| Purchase | 8/3/2017 | 100 | $25.80 | ($2,580.00) | $926.08 | ($1,653.92) | ($1,653.92) |
| Purchase | 8/3/2017 | 176 | $25.81 | ($4,542.56) | $1,629.90 | ($2,912.66) | ($2,912.66) |
| Purchase | 8/3/2017 | 11,044 | $25.80 | ($284,921.88) | $102,276.21 | ($182,645.68) | ($182,645.68) |
| Purchase | 8/3/2017 | 100 | $25.79 | ($2,579.00) | $926.08 | ($1,652.92) | ($1,652.92) |
| Purchase | 8/3/2017 | 300 | $25.77 | ($7,731.00) | $2,778.24 | ($4,952.76) | ($4,952.76) |
| Purchase | 8/3/2017 | 200 | $25.78 | ($5,156.00) | $1,852.16 | ($3,303.84) | ($3,303.84) |
| Purchase | 8/3/2017 | 200 | $25.78 | ($5,156.00) | $1,852.16 | ($3,303.84) | ($3,303.84) |
| Purchase | 8/3/2017 | 100 | $25.77 | ($2,577.00) | $926.08 | ($1,650.92) | ($1,650.92) |
| Purchase | 8/3/2017 | 100 | $25.78 | ($2,578.00) | $926.08 | ($1,651.92) | ($1,651.92) |
| Purchase | 8/3/2017 | 100 | $25.78 | ($2,578.00) | $926.08 | ($1,651.92) | ($1,651.92) |
| Purchase | 8/3/2017 | 100 | $25.77 | ($2,577.00) | $926.08 | ($1,650.92) | ($1,650.92) |
| Purchase | 8/3/2017 | 192 | $25.80 | ($4,953.60) | $1,778.07 | ($3,175.53) | ($3,175.53) |
| Purchase | 8/3/2017 | 200 | $25.78 | ($5,156.00) | $1,852.16 | ($3,303.84) | ($3,303.84) |
| Purchase | 8/3/2017 | 100 | $25.80 | ($2,580.00) | $926.08 | ($1,653.92) | ($1,653.92) |
| Purchase | 8/3/2017 | 200 | $25.78 | ($5,156.00) | $1,852.16 | ($3,303.84) | ($3,303.84) |
| Purchase | 8/3/2017 | 200 | $25.77 | ($5,154.00) | $1,852.16 | ($3,301.84) | ($3,301.84) |
| Purchase | 8/3/2017 | 200 | $25.77 | ($5,154.00) | $1,852.16 | ($3,301.84) | ($3,301.84) |
| Purchase | 8/3/2017 | 100 | $25.78 | ($2,578.00) | $926.08 | ($1,651.92) | ($1,651.92) |
| Purchase | 8/3/2017 | 100 | $25.78 | ($2,578.00) | $926.08 | ($1,651.92) | ($1,651.92) |
| Purchase | 8/3/2017 | 200 | $25.77 | ($5,154.00) | $1,852.16 | ($3,301.84) | ($3,301.84) |
| Purchase | 8/3/2017 | 100 | $25.79 | ($2,579.00) | $926.08 | ($1,652.92) | ($1,652.92) |
| Purchase | 8/3/2017 | 100 | $25.79 | ($2,579.00) | $926.08 | ($1,652.92) | ($1,652.92) |
| Purchase | 8/3/2017 | 900 | $25.78 | ($23,202.00) | $8,334.71 | ($14,867.29) | ($14,867.29) |
| Purchase | 8/3/2017 | 100 | $25.76 | ($2,576.00) | $926.08 | ($1,649.92) | ($1,649.92) |
| Purchase | 8/3/2017 | 300 | $25.76 | ($7,728.00) | $2,778.24 | ($4,949.76) | ($4,949.76) |
| Purchase | 8/3/2017 | 200 | $25.77 | ($5,154.00) | $1,852.16 | ($3,301.84) | ($3,301.84) |
| Purchase | 8/3/2017 | 100 | $25.77 | ($2,577.00) | $926.08 | ($1,650.92) | ($1,650.92) |
| Purchase | 8/3/2017 | 200 | $25.78 | ($5,156.00) | $1,852.16 | ($3,303.84) | ($3,303.84) |
| Purchase | 8/3/2017 | 2,400 | $25.76 | ($61,824.00) | $22,225.90 | ($39,598.10) | ($39,598.10) |
| Purchase | 8/3/2017 | 26 | $25.78 | ($670.28) | $240.78 | ($429.50) | ($429.50) |
| Purchase | 8/3/2017 | 2,400 | $25.78 | ($61,872.00) | $22,225.90 | ($39,646.10) | ($39,646.10) |
| Purchase | 8/3/2017 | 2,500 | $25.76 | ($64,400.00) | $23,151.98 | ($41,248.02) | ($41,248.02) |
| Purchase | 8/3/2017 | 100 | $25.77 | ($2,577.00) | $926.08 | ($1,650.92) | ($1,650.92) |
| Purchase | 8/3/2017 | 200 | $25.77 | ($5,154.00) | $1,852.16 | ($3,301.84) | ($3,301.84) |
| Purchase | 8/3/2017 | 200 | $25.77 | ($5,154.00) | $1,852.16 | ($3,301.84) | ($3,301.84) |
| Purchase | 8/3/2017 | 100 | $25.77 | ($2,577.00) | $926.08 | ($1,650.92) | ($1,650.92) |
| Purchase | 8/3/2017 | 100 | $25.76 | ($2,576.00) | $926.08 | ($1,649.92) | ($1,649.92) |
| Purchase | 8/3/2017 | 1,100 | $25.76 | ($28,330.50) | $10,186.87 | ($18,143.63) | ($18,143.63) |
| Purchase | 8/3/2017 | 200 | $25.77 | ($5,154.00) | $1,852.16 | ($3,301.84) | ($3,301.84) |
| Purchase | 8/3/2017 | 200 | $25.77 | ($5,154.00) | $1,852.16 | ($3,301.84) | ($3,301.84) |
| Purchase | 8/3/2017 | 200 | $25.77 | ($5,154.00) | $1,852.16 | ($3,301.84) | ($3,301.84) |
| Purchase | 8/3/2017 | 100 | $25.77 | ($2,577.00) | $926.08 | ($1,650.92) | ($1,650.92) |
| Purchase | 8/3/2017 | 700 | $25.78 | ($18,046.00) | $6,482.56 | ($11,563.44) | ($11,563.44) |
| Purchase | 8/3/2017 | 2,500 | $25.76 | ($64,400.00) | $23,151.98 | ($41,248.02) | ($41,248.02) |
| Purchase | 8/3/2017 | 2,100 | $25.76 | ($54,096.00) | $19,447.67 | ($34,648.33) | ($34,648.33) |
| Purchase | 8/3/2017 | 100 | $25.76 | ($2,576.00) | $926.08 | ($1,649.92) | ($1,649.92) |
| Purchase | 8/3/2017 | 3,774 | $25.76 | ($97,218.24) | $34,950.24 | ($62,268.00) | ($62,268.00) |
| Purchase | 8/3/2017 | 100 | $25.76 | ($2,576.00) | $926.08 | ($1,649.92) | ($1,649.92) |
| Purchase | 8/3/2017 | 600 | $25.76 | ($15,456.00) | $5,556.48 | ($9,899.52) | ($9,899.52) |
| Purchase | 8/3/2017 | 100 | $25.80 | ($2,580.00) | $926.08 | ($1,653.92) | ($1,653.92) |
| Purchase | 8/3/2017 | 200 | $25.76 | ($5,152.00) | $1,852.16 | ($3,299.84) | ($3,299.84) |
| Purchase | 8/3/2017 | 400 | $25.76 | ($10,304.00) | $3,704.32 | ($6,599.68) | ($6,599.68) |
| Purchase | 8/3/2017 | 200 | $25.77 | ($5,154.00) | $1,852.16 | ($3,301.84) | ($3,301.84) |
| Purchase | 8/3/2017 | 38,910 | $25.70 | ($999,987.00) | $360,337.48 | ($639,649.52) | ($639,649.52) |
| Purchase | 8/15/2017 | 33,800 | $17.71 | ($598,446.10) | $313,014.83 | ($285,431.28) | ($285,431.28) |
| Purchase | 8/15/2017 | 33,900 | $17.70 | ($600,030.00) | $313,940.90 | ($286,089.10) | ($286,089.10) |
| Purchase | 8/16/2017 | 39,435 | $17.75 | ($699,971.25) | $365,199.40 | ($334,771.85) | ($334,771.85) |
| Purchase | 8/16/2017 | 39,550 | $17.70 | ($700,035.00) | $366,264.39 | ($333,770.61) | ($333,770.61) |
| Purchase | 8/25/2017 | 35,314 | $35.00 | ($1,235,990.00) | $327,035.67 | ($908,954.33) | ($908,954.33) |
| Purchase | 8/25/2017 | 95,986 | $35.00 | ($3,359,510.00) | $888,906.54 | ($2,470,603.46) | ($2,470,603.46) |

| Transaction Type | Trade Date | Share/Contract Quantity | Price | Cost/Proceeds | Hold Value | Cost/Proceeds + Hold Value | LIFO (Loss)/Gain |
|---|---|---|---|---|---|---|---|
| Purchase | 8/25/2017 | 21,000 | $35.00 | ($735,000.00) | $194,476.67 | ($540,523.33) | ($540,523.33) |
| Purchase | 8/25/2017 | 27,300 | $32.50 | ($887,250.00) | $252,819.67 | ($634,430.33) | ($634,430.33) |
| Purchase | 8/25/2017 | 1,600 | $25.00 | ($40,000.00) | $14,817.27 | ($25,182.73) | ($25,182.73) |
| Purchase | 8/28/2017 | 25,000 | $35.00 | ($875,000.00) | $231,519.84 | ($643,480.16) | ($643,480.16) |
| Purchase | 8/28/2017 | 105,100 | $32.50 | ($3,415,750.00) | $973,309.41 | ($2,442,440.59) | ($2,442,440.59) |
| Purchase | 8/28/2017 | 2,100 | $27.50 | ($57,750.00) | $19,447.67 | ($38,302.33) | ($38,302.33) |
| Purchase | 8/28/2017 | 15,000 | $25.00 | ($375,000.00) | $138,911.90 | ($236,088.10) | ($236,088.10) |
| Purchase | 8/29/2017 | 7,300 | $35.00 | ($255,500.00) | $67,603.79 | ($187,896.21) | ($187,896.21) |
| Purchase | 8/29/2017 | 10,000 | $25.00 | ($250,000.00) | $92,607.94 | ($157,392.06) | ($157,392.06) |
| Purchase | 9/1/2017 | 5,100 | $32.50 | ($165,750.00) | $47,230.05 | ($118,519.95) | ($118,519.95) |
| Purchase | 9/5/2017 | 2,500 | $35.00 | ($87,500.00) | $23,151.98 | ($64,348.02) | ($64,348.02) |
| Purchase | 9/6/2017 | 400 | $35.00 | ($14,000.00) | $3,704.32 | ($10,295.68) | ($10,295.68) |
| Purchase | 9/22/2017 | 300 | $32.50 | ($9,750.00) | $2,778.24 | ($6,971.76) | ($6,971.76) |
| Purchase | 9/27/2017 | 15,100 | $17.25 | ($260,473.49) | $139,837.98 | ($120,635.51) | ($120,635.51) |
| Purchase | 9/28/2017 | 28,170 | $17.75 | ($500,017.50) | $260,876.56 | ($239,140.94) | ($239,140.94) |
| Purchase | 9/28/2017 | 28,249 | $17.70 | ($500,007.30) | $261,608.16 | ($238,399.14) | ($238,399.14) |
| Purchase | 9/28/2017 | 28,325 | $17.63 | ($499,283.33) | $262,311.98 | ($236,971.35) | ($236,971.35) |
| Purchase | 9/28/2017 | 28,405 | $17.52 | ($497,645.57) | $263,052.84 | ($234,592.73) | ($234,592.73) |
| Purchase | 9/28/2017 | 28,570 | $17.48 | ($499,383.26) | $264,580.87 | ($234,802.38) | ($234,802.38) |
| Purchase | 9/28/2017 | 28,735 | $17.38 | ($499,544.10) | $266,108.91 | ($233,435.19) | ($233,435.19) |
| Purchase | 9/28/2017 | 28,818 | $17.33 | ($499,515.07) | $266,877.55 | ($232,637.52) | ($232,637.52) |
| Purchase | 9/28/2017 | 28,900 | $17.30 | ($499,860.99) | $267,636.94 | ($232,224.05) | ($232,224.05) |
| Purchase | 9/28/2017 | 28,985 | $17.25 | ($499,943.74) | $268,424.10 | ($231,519.64) | ($231,519.64) |
| Purchase | 9/28/2017 | 14,140 | $17.20 | ($243,178.19) | $130,947.62 | ($112,230.57) | ($112,230.57) |
| Sale | 8/20/2018 | (200,000) | $25.43 | $5,086,025.36 | ($1,852,158.73) | $3,233,866.63 | $3,233,866.63 |
| Sale | 9/21/2018 | (115,000) | $24.80 | $2,852,000.00 | ($1,064,991.27) | $1,787,008.73 | $1,787,008.73 |
| Sale | 9/21/2018 | (90,083) | $24.47 | $2,203,922.74 | ($834,240.07) | $1,369,682.67 | $1,369,682.67 |
| Sale | 11/1/2018 | (100,000) | $22.76 | $2,275,668.25 | ($926,079.37) | $1,349,588.88 | $1,349,588.88 |
| Sale | 11/7/2018 | (15,400) | $23.69 | $364,828.00 | ($142,616.22) | $222,211.78 | $222,211.78 |
| Sale | 11/7/2018 | (84,600) | $23.67 | $2,002,482.00 | ($783,463.14) | $1,219,018.86 | $1,219,018.86 |
| Purchase | 6/11/2019 | 540,541 | $18.50 | ($10,000,008.50) | $5,005,838.66 | ($4,994,169.84) | ($4,994,169.84) |
| Purchase | 6/20/2019 | 476,191 | $21.00 | ($10,000,011.00) | $4,409,906.59 | ($5,590,104.41) | ($5,590,104.41) |
| **Close** | **8/18/2020** | **1,446,766** | | **($32,068,626.84)** | | | **($18,670,425.45)** |

**TEVA Put Option 10/20/2017 $35**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 7/14/2017 | (1,428) | $3.65 | $521,220.00 | $0.00 | $521,220.00 | $521,220.00 |
| Assignment | 8/25/2017 | 1,313 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Assignment | 8/29/2017 | 73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Assignment | 9/5/2017 | 25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Assignment | 9/6/2017 | 4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cover Purchase | 10/6/2017 | 13 | $19.23 | ($24,999.00) | $0.00 | ($24,999.00) | ($24,999.00) |
| **Close** | **8/18/2020** | **0** | | **$496,221.00** | | | **$496,221.00** |

**TEVA Put Option 11/17/2017 $25**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 8/3/2017 | (936) | $1.61 | $150,696.00 | $0.00 | $150,696.00 | $150,696.00 |
| Short Sale | 8/3/2017 | (1,064) | $1.61 | $171,304.00 | $0.00 | $171,304.00 | $171,304.00 |
| Assignment | 8/25/2017 | 16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Assignment | 8/28/2017 | 150 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Assignment | 8/29/2017 | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cover Purchase | 10/6/2017 | 1,734 | $9.25 | ($1,603,950.00) | $0.00 | ($1,603,950.00) | ($1,603,950.00) |
| **Close** | **8/18/2020** | **0** | | **($1,281,950.00)** | | | **($1,281,950.00)** |

| Transaction Type | Trade Date | Share/Contract Quantity | Price | Cost/Proceeds | Hold Value | Cost/Proceeds + Hold Value | LIFO (Loss)/Gain |
|---|---|---|---|---|---|---|---|

**TEVA Put Option 11/17/2017 $32.50**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 7/14/2017 | (1,538) | $2.53 | $389,114.00 | $0.00 | $389,114.00 | $389,114.00 |
| Assignment | 8/25/2017 | 273 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Assignment | 8/28/2017 | 1,051 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Assignment | 9/1/2017 | 51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Assignment | 9/22/2017 | 3 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cover Purchase | 10/6/2017 | 160 | $16.72 | ($267,520.00) | $0.00 | ($267,520.00) | ($267,520.00) |
| **Close** | **8/18/2020** | **0** | | **$121,594.00** | | | **$121,594.00** |

**TEVA Put Option 12/15/2017 $35**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 7/14/2017 | (214) | $3.95 | $84,530.00 | $0.00 | $84,530.00 | $84,530.00 |
| Short Sale | 7/14/2017 | (214) | $3.95 | $84,530.00 | $0.00 | $84,530.00 | $84,530.00 |
| Short Sale | 7/14/2017 | (1,000) | $4.05 | $405,000.00 | $0.00 | $405,000.00 | $405,000.00 |
| Assignment | 8/25/2017 | 210 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Assignment | 8/28/2017 | 250 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cover Purchase | 10/6/2017 | 968 | $19.23 | ($1,861,464.00) | $0.00 | ($1,861,464.00) | ($1,861,464.00) |
| **Close** | **8/18/2020** | **0** | | **($1,287,404.00)** | | | **($1,287,404.00)** |

**TEVA Put Option 1/19/2018 $27.50**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 8/3/2017 | (1,818) | $3.55 | $645,390.00 | $0.00 | $645,390.00 | $645,390.00 |
| Assignment | 8/28/2017 | 21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cover Purchase | 10/6/2017 | 1,797 | $11.80 | ($2,120,460.00) | $0.00 | ($2,120,460.00) | ($2,120,460.00) |
| **Close** | **8/18/2020** | **0** | | **($1,475,070.00)** | | | **($1,475,070.00)** |

**TEVA Put Option 9/21/2018 $12**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 11/2/2017 | (833,333) | $2.28 | $1,899,999.24 | $0.00 | $1,899,999.24 | $1,899,999.24 |
| Cover Purchase | 2/20/2018 | 833,333 | $0.31 | ($259,999.90) | $0.00 | ($259,999.90) | ($259,999.90) |
| **Close** | **8/18/2020** | **0** | | **$1,639,999.34** | | | **$1,639,999.34** |

**TEVA Put Option 9/21/2018 $13**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 11/2/2017 | (769,231) | $2.86 | $2,200,000.66 | $0.00 | $2,200,000.66 | $2,200,000.66 |
| Cover Purchase | 2/20/2018 | 769,231 | $0.41 | ($317,692.40) | $0.00 | ($317,692.40) | ($317,692.40) |
| **Close** | **8/18/2020** | **0** | | **$1,882,308.26** | | | **$1,882,308.26** |

| Transaction Type | Trade Date | Share/Contract Quantity | Price | Cost/Proceeds | Hold Value | Cost/Proceeds + Hold Value | LIFO (Loss)/Gain |
|---|---|---|---|---|---|---|---|

**TEVA Put Option 9/21/2018 $22**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 10/9/2017 | (950,000) | $6.19 | $5,878,410.00 | $0.00 | $5,878,410.00 | $5,878,410.00 |
| Cover Purchase | 6/14/2018 | 950,000 | $1.25 | ($1,187,500.00) | $0.00 | ($1,187,500.00) | ($1,187,500.00) |
| **Close** | **8/18/2020** | **0** | | **$4,690,910.00** | | | **$4,690,910.00** |

**TEVA Put Option 2/8/2019 $16**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 2/8/2018 | (625,000) | $1.44 | $901,562.50 | $0.00 | $901,562.50 | $901,562.50 |
| Cover Purchase | 9/19/2018 | 625,000 | $0.33 | ($205,000.00) | $0.00 | ($205,000.00) | ($205,000.00) |
| **Close** | **8/18/2020** | **0** | | **$696,562.50** | | | **$696,562.50** |

**TEVA Put Option 3/21/2019 $20**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 1/12/2018 | (500,000) | $2.00 | $1,000,000.00 | $0.00 | $1,000,000.00 | $1,000,000.00 |
| Cover Purchase | 6/14/2018 | 500,000 | $1.69 | ($845,000.00) | $0.00 | ($845,000.00) | ($845,000.00) |
| **Close** | **8/18/2020** | **0** | | **$155,000.00** | | | **$155,000.00** |

**TEVA Put Option 6/11/2019 $18.50**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 9/11/2018 | (540,541) | $1.39 | $750,000.64 | $0.00 | $750,000.64 | $750,000.64 |
| Assignment | 6/11/2019 | 540,541 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Close** | **8/18/2020** | **0** | | **$750,000.64** | | | **$750,000.64** |

**TEVA Put Option 6/20/2019 $21**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 9/21/2018 | (476,191) | $1.34 | $640,000.70 | $0.00 | $640,000.70 | $640,000.70 |
| Assignment | 6/20/2019 | 476,191 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Close** | **8/18/2020** | **0** | | **$640,000.70** | | | **$640,000.70** |

**TEVA Put Option 6/27/2019 $20**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 9/27/2018 | (500,000) | $1.84 | $920,000.00 | $0.00 | $920,000.00 | $920,000.00 |
| Cover Purchase | 6/27/2019 | 500,000 | $11.00 | ($5,500,000.00) | $0.00 | ($5,500,000.00) | ($5,500,000.00) |
| **Close** | **8/18/2020** | **0** | | **($4,580,000.00)** | | | **($4,580,000.00)** |

| Transaction Type | Trade Date | Share/Contract Quantity | Price | Cost/Proceeds | Hold Value | Cost/Proceeds + Hold Value | LIFO (Loss)/Gain |
|---|---|---|---|---|---|---|---|
| **TEVA Put Option 11/15/2019 $17.40** | | | | | | | |
| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 6/14/2018 | (1,775,862) | $1.31 | $2,317,499.91 | $0.00 | $2,317,499.91 | $2,317,499.91 |
| Cover Purchase | 11/15/2019 | 1,775,862 | $7.93 | ($14,082,585.66) | $0.00 | ($14,082,585.66) | ($14,082,585.66) |
| **Close** | **8/18/2020** | **0** | | **($11,765,085.75)** | | | **($11,765,085.75)** |
| | | | | | | | |
| **TEVA Put Option 12/20/2019 $10** | | | | | | | |
| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Purchase | 12/21/2018 | 3,333,000 | $0.67 | ($2,219,778.00) | $0.00 | ($2,219,778.00) | ($2,219,778.00) |
| Sale | 8/9/2019 | (1,166,500) | $3.30 | $3,849,450.00 | $0.00 | $3,849,450.00 | $3,849,450.00 |
| Sale | 8/13/2019 | (500,000) | $2.99 | $1,494,000.00 | $0.00 | $1,494,000.00 | $1,494,000.00 |
| Sale | 8/16/2019 | (1,666,500) | $3.66 | $6,101,056.50 | $0.00 | $6,101,056.50 | $6,101,056.50 |
| **Close** | **8/18/2020** | **0** | | **$9,224,728.50** | | | **$9,224,728.50** |
| | | | | | | | |
| **TEVA Put Option 12/20/2019 $13** | | | | | | | |
| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 12/21/2018 | (3,333,000) | $1.30 | $4,319,901.30 | $0.00 | $4,319,901.30 | $4,319,901.30 |
| Cover Purchase | 11/15/2019 | 3,333,000 | $3.53 | ($11,765,490.00) | $0.00 | ($11,765,490.00) | ($11,765,490.00) |
| **Close** | **8/18/2020** | **0** | | **($7,445,588.70)** | | | **($7,445,588.70)** |
| | | | | | | | |
| **TEVA Put Option 12/27/2019 $20** | | | | | | | |
| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 6/27/2019 | (500,000) | $10.77 | $5,385,000.00 | $0.00 | $5,385,000.00 | $5,385,000.00 |
| Cover Purchase | 11/27/2019 | 500,000 | $9.82 | ($4,910,000.00) | $0.00 | ($4,910,000.00) | ($4,910,000.00) |
| **Close** | **8/18/2020** | **0** | | **$475,000.00** | | | **$475,000.00** |
| | | | | | | | |
| **TEVA Put Option 11/13/2020 $14.65** | | | | | | | |
| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
| | n/a | n/a | n/a | n/a | n/a | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 11/15/2019 | (3,333,000) | $5.54 | $18,464,820.00 | $0.00 | $18,464,820.00 | $18,464,820.00 |
| Cover Purchase | 11/27/2019 | 3,333,000 | $5.34 | ($17,798,220.00) | $0.00 | ($17,798,220.00) | ($17,798,220.00) |
| **Close** | **8/18/2020** | **0** | | **$666,600.00** | | | **$666,600.00** |

| Transaction Type | Trade Date | Share/Contract Quantity | Price | Cost/Proceeds | Hold Value | Cost/Proceeds + Hold Value | LIFO (Loss)/Gain |
|---|---|---|---|---|---|---|---|

**TEVA Put Option 11/13/2020 $15.35**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | $6.2382 [1] | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 11/27/2019 | (3,333,000) | $5.84 | $19,468,053.00 | ($20,791,876.16) | ($1,323,823.16) | ($1,323,823.16) |
| **Close** | **8/18/2020** | **(3,333,000)** | | **$19,468,053.00** | | | **$170,316.30** |
| Cover Purchase | 11/11/2020 | 3,333,000 | $5.79 | ($19,297,736.70) | $20,791,876.16 | $1,494,139.46 | $1,494,139.46 [2] |

**TEVA Put Option 11/13/2020 $16**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | $6.8834 [1] | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 11/15/2019 | (1,775,862) | $6.67 | $11,844,999.54 | ($12,223,944.81) | ($378,945.27) | ($378,945.27) |
| **Close** | **8/18/2020** | **(1,775,862)** | | **$11,844,999.54** | | | **$520,860.32** |
| Cover Purchase | 11/10/2020 | 1,775,862 | $6.38 | ($11,324,139.22) | $12,223,944.81 | $899,805.60 | $899,805.60 [2] |

**TEVA Put Option 12/18/2020 $16.30**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price | | |
|---|---|---|---|---|---|---|---|
| | n/a | n/a | n/a | n/a | $7.2078 [1] | | |
| **LIFO** | | | | | | | |
| Open | 10/29/2015 | 0 | | | | | |
| Short Sale | 11/27/2019 | (500,000) | $6.48 | $3,240,000.00 | ($3,603,878.33) | ($363,878.33) | ($363,878.33) |
| **Close** | **8/18/2020** | **(500,000)** | | **$3,240,000.00** | | | **($363,878.33)** |

| | | |
|---|---|---|
| | **Total LIFO Loss:** | **($24,739,300.67)** |

[1] *Value of shares held is the mean trading price from 8/18/2020 to 11/13/2020.*

[2] *Value for cover purchases occurring during the 90-day lookback period is either the original trade price or the lookback price, whichever is lower.*