### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.**, Individually and on behalf of all others similarly situated, Plaintiff, | CIVIL ACTION |
| v. | NO.  20-4660 |
| **TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, ROBERT KOREMANS, and MICHAEL DERKACZ,** Defendants. | |

## O R D E R

**AND NOW**, this 21st day of December, 2020, upon consideration of the letter/request of

movant, The Investor Group, seeking leave to file a reply brief to Menorah Clal's Memorandum

of Points and Authorities: (1) in Further Support of Motion of Menorah Movants" for

Appointment as Lead Plaintiff and Approval of Lead Counsel and (2) in Opposition to

Competing Motions (Document No. 11),[1] and good cause appearing, **IT IS ORDERED** that

request of movant, The Investor Group, is **GRANTED**.  Movant, The Investor Group, is granted

leave to file and serve a reply on or before December 28, 2020, not to exceed a total of ten (10)

pages in length.[2]

> **BY THE COURT:**
>
> **/s/ Hon. Jan E. DuBois**
>
> **DuBOIS, JAN E., J.**

---

[1] A copy of the letter/request dated December 10, 2020, shall be docketed by the Deputy Clerk
[2] Courtesy copies shall not be served on the Court at this time because of delivery disruptions related to COVID-19.