## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and on behalf of all others similarly situated,** Plaintiff, | **CIVIL ACTION** |
| v. | **NO.  20-4660** |
| **TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, ROBERT KOREMANS, and MICHAEL DERKACZ,** Defendants. | |

## O R D E R

**AND NOW**, this 21st day of December, 2020, upon consideration of the letter/request of movant, Menorah Clal, seeking leave to file a reply brief to the Investor Group's Memorandum of Law in Opposition to Competing Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel (Document No. 12),[1] and good cause appearing, **IT IS ORDERED** that request of movant, Menorah Clal, is **GRANTED**.  Movant, Menorah Clal, is granted leave to file and serve a reply on or before December 28, 2020, not to exceed a total of ten (10) pages in length.[2]

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**

---

[1] A copy of the letter/request dated December 10, 2020, shall be docketed by the Deputy Clerk

[2] Courtesy copies shall not be served on the Court at this time because of delivery disruptions related to COVID-19.