IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and on behalf of all others similarly situated, **Plaintiff,** | CIVIL ACTION |
| **v.** | NO.  20-4660 |
| TEVA PHARMACEUTICAL INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, ROBERT KOREMANS, and MICHAEL DERKACZ, **Defendants.** | |

## O R D E R

**AND NOW**, this 6th day of January, 2021, upon consideration of the letter/request[1] submitted by Menorah and Clal, seeking leave to file a sur-reply brief in response to the Investor Group's Reply in Further Support of Its Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (Document No. 30, filed December 28, 2020), and the Investor Group's objection to Menorah and Clal's request, seeking leave to respond if Menorah and Clal are permitted to file a sur-reply brief, as set forth in the letter/request from the Investor Group dated December 31, 2020,[2] **IT IS ORDERED** as follows:

1.  Menorah and Clal's request is **GRANTED**.  Menorah and Clal are granted leave to file a sur-reply on or before January 13, 2021, not to exceed ten (10) pages in length; and

---

[1]  A copy of the letter/request received December 30, 2020, incorrectly dated December 10, 2020, shall be docketed by the Deputy Clerk.

[2]  A copy of the letter/request dated December 31, 2020, shall be docketed by the Deputy Clerk.

2.    The Investor Group's request to file a response is **GRANTED**.  The Investor Group is granted leave to file a response to Menorah and Clal's sur-reply on or before January 19, 2021, not to exceed three (3) pages in length.[3]

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**

---

[3]    Courtesy copies of Menorah and Clal's sur-reply and the Investor Group's response shall not be served on the Court at this time because of delivery disruptions related to COVID-19.