UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>            v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, ROBERT KOREMANS, and MICHAEL DERKACZ,<br><br>                    Defendants. | Civ. Action No. 2:20-cv-04660-KSM<br><br>CLASS ACTION<br><br>NOTICE OF WITHDRAWAL OF ERJ - 145 NUA, INC.'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |

On November 23, 2020, ERJ – 145 NUA, Inc. ("ERJ") filed a timely motion for appointment as Lead Plaintiff and approval of its selection of counsel in the above-captioned action.  *See* ECF No. 7.  In addition to ERJ's motion, two other motions were filed.  *See* ECF Nos. 8, 9.

The Private Securities Litigation Reform Act ("PLSRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff, and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class."   15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).   Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as Lead Plaintiff, it appears that ERJ does not have the largest financial interest in the relief sought by the class, as required by the PSLRA.  As such, ERJ hereby withdraws its motion.

By its withdrawal, ERJ does not waive its rights to participate and recover as a class member in this litigation.

DATED:  March 3, 2021                          Respectfully submitted,

/s/ Mark S. Goldman
**GOLDMAN SCARLATO & PENNY, P.C.**
Mark S. Goldman (PA Attorney No. 48049)
8 Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, Pennsylvania 19428
Telephone: (888) 872-6975
Facsimile: (484) 580-8747
goldman@lawgsp.com

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com

fmcconville@labaton.com

*Counsel for ERJ - 145 NUA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on March 3, 2021, I authorized the

electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which

will send notification of such filing to the e-mail addresses on the attached Electronic Mail

Notice List.

*/s/ Mark S. Goldman*
Mark S. Goldman

## Mailing Information for a Case 2:20-cv-04660-KSM HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD. v. TEVA PHARMACEUTICAL INDUSTRIES LIMITED et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **DANIEL M. BLOUIN**
  dblouin@winston.com,ECF_CH@winston.com,daniel-blouin-4725@ecf.pacerpro.com

- **LINDA TERRY COBERLY**
  lcoberly@winston.com,linda-coberly-3546@ecf.pacerpro.com,docketny@winston.com

- **KERRY C. DONOVAN**
  kcdonovan@winston.com

- **MARK S. GOLDMAN**
  goldman@lawgsp.com,lpina@labaton.com,drogers@labaton.com,lamar@lawgsp.com,ElectonicCaseFiling@labaton.com

- **J. ALEXANDER HOOD , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **DAVID SEAMUS KASKELA**
  skaskela@kaskelalaw.com

- **JEREMY A. LIEBERMAN**
  jalieberman@pomlaw.com,taweinrib@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com

- **TIMOTHY JOHN PETER**
  tpeter@faruqilaw.com,ealdo@faruqilaw.com,tim.peter@gmail.com,ecf@faruqilaw.com

- **MATHIEU J. SHAPIRO**
  mathieu.shapiro@obermayer.com

- **JAMES P. SMITH , III**
  jpsmith@winston.com

- **JOHN S. TSCHIRGI**
  jtschirgi@winston.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)