IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.**, <br><br> Plaintiff, <br><br> *v.* <br><br> **TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.**, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 20-4660-KSM |

## ORDER

**AND NOW**, this 5th day of March, 2021, upon consideration of movant ERJ – 145 NUA, Inc.'s Notice of Withdrawal of Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (Doc. No. 43), it is **ORDERED** that ERJ's notice is **ACCEPTED** and that ERJ's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (Doc. No. 7) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.