**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, ROBERT KOREMANS, and MICHAEL DERKACZ,<br><br>Defendants. | Case No. 2:20-cv-04660-KSM<br><br>CLASS ACTION |

## [PROPOSED] ORDER

**AND NOW** this _____ day of _____, 2021, it is hereby **ORDERED** that the Investor Group's Motion To Strike Menorah & Clal's Response To The Notice Of Withdrawal Of Faris Al Kooheji's Participation In The Investor Group And Request To File A Response ("Motion To Strike") is **GRANTED**. The Clerk shall strike Menorah & Clal's Response To Notice Of Withdrawal Of Faris Al Kooheji From Participation In The Investor Group (Doc. No. 49) from the docket.

**OR**

 **AND NOW** this _____ day of _____, 2021, it is hereby **ORDERED** that the Investor Group's Motion To Strike is **DENIED** and the Court will also consider Investor Group's response brief (attached as Exhibit 1 to the Motion to Strike).

BY THE COURT:

1

2

_____
HON. KAREN SPENCER MARSTON
UNITED STATES DISTRICT JUDGE
