### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.**, | **CIVIL ACTION** |
| Plaintiff, | **NO. 20-4660-KSM** |
| *v.* | |
| **TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.**, | |
| Defendants. | |

## ORDER

**AND NOW**, this 26th day of March, 2021, upon consideration of movant The Investor Group's Motion to Strike (Doc. No. 50), it is **ORDERED** that the Motion (Doc. No. 50) is **DENIED**.  The Court shall consider Menorah and Clal's Response to the Notice of Withdrawal of Faris Al Kooheji from Participation in The Investor Group (Doc. No. 49) and The Investor Group's Response to Menorah and Clal's Response to the Withdrawal of Faris Al Kooheji's Participation in The Investor Group (Doc. No. 50-1).

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.