IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 20-4660-KSM |

### ORDER

**AND NOW**, this 26th day of March, 2021, upon consideration of movants Menorah and Clal's and The Investor Group's Motions to be Appointed Lead Plaintiff and for Approval of Lead Counsel (Doc. Nos. 8 & 9), the briefing submitted with respect thereto, and the parties' oral arguments, and for the reasons discussed in the accompanying memorandum, it is **ORDERED** as follows:

1. The Investor Group's Motion (Doc. No. 8) is **GRANTED IN PART** and **DENIED IN PART**. The Investor Group, consisting only of Gerald Forsythe, shall serve as lead plaintiff in this matter, and Faruqi & Faruqi LLP shall serve as lead counsel for the putative class.

2. Menorah and Clal's Motion (Doc. No. 9) is **DENIED**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.