**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LTD., *et al.*,<br><br>Defendants. | Case No.  2:20-cv-04660-KSM |

**LEAD PLAINTIFF'S UNOPPOSED MOTION TO STRIKE AND TO REVISE CURRENT SCHEDULE TO RESPOND TO THE COMPLAINT**

Having met and conferred with Defendants regarding their anticipated motion to dismiss and reaching agreement that certain allegations are inaccurate and should be stricken from the Amended Class Action Complaint ("Amended Complaint"), Lead Plaintiff, Gerald Forsythe ("Lead Plaintiff"), by and through his counsel, move the Court to strike certain allegations in the Amended Complaint ("Motion to Strike") and to revise the current briefing schedule for a motion to dismiss the Complaint by ten days. Defendants do not object to this Motion to Strike.

The above-captioned action (the "Action") is a putative class action alleging securities fraud claims against Defendants under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder.

On May 25, 2021, Lead Plaintiff filed the Amended Complaint. Doc. No. 57. The Amended Complaint is the first complaint filed by the Lead Plaintiff, Mr. Gerald Forsythe. On June 21, 2021, the Court So Ordered the Parties' proposed Stipulation setting out a schedule for Defendants to respond to the Amended Complaint. Doc. No. 59. Under the current schedule,

Defendants' opening response is due on August 13, 2021. *Id.* If Defendants chose to move to dismiss the Amended Complaint, then Lead Plaintiff's response will be due on or before September 27, 2021. *Id.* Defendants' reply must be filed on or before October 27, 2021. *Id.*

Pursuant to this Court's Policies and Procedures, Section II.B.1, on August 5, 2021, counsel for the Parties met and conferred in good faith telephonically to discuss the substance of Defendants' planned motion to dismiss the Amended Complaint under Fed. R. Civ. P. 12(b)(6). During this meeting, counsel for Defendants identified allegations in the Amended Complaint that they asserted were erroneous relating to the date on which Teva first disclosed in an SEC filing that it had received a subpoena from the Department of Justice ("DOJ") concerning its donations to patient assistance programs. Upon review, counsel for Lead Plaintiff agrees with counsel for Defendants that the Amended Complaint erroneously alleges that the March 21, 2017 DOJ subpoena was not disclosed in a May 11, 2017 SEC filing.

Accordingly, Lead Plaintiff proposes that the following language indicated with a strikethrough in the following paragraphs of the Amended Complaint should be stricken:

7. Defendants' unlawful kickback scheme and its artificial positive impact on Teva's financial metrics and stock price began to unravel when Teva was subpoenaed on March 21, 2017 by the United States Attorneys' office in Boston, Massachusetts, a/k/a the U.S. Department of Justice (the "**DOJ**"), seeking information regarding Teva's donations to charitable foundations. When the Company released its next quarterly earnings results on May 11, 2017 for the first quarter of 2017, ~~however, no~~ mention was made of the subpoena, but the Company did report that Copaxone generated robust revenues of $970 million, 48% of Teva's specialty-drug revenue.

8. ~~The fact that the federal government was investigating Teva for its kickback scheme finally came to light on August 3, 2017, when, as part of its second quarter earnings release, the Company disclosed before the market opened on August 3, 2017 that nearly four months earlier, on March 21, 2017, it had received the DOJ subpoena. The price of Teva's securities fell from a close of $31.25 on August 2, 2017 before the news was disclosed, to close at $23.75 at the end of trading on August 3, 2017.~~ In September of 2017, Teva brought in a new CEO, Kåre Schultz, to make improvements at Teva. He announced major structural changes to the company and on November 2, 2017, among other news, Teva reported a decrease in global Copaxone revenues of 7% compared to the third quarter of 2016 and a decrease of U.S. Copaxone revenues of 8% compared to the third quarter of 2016. On this news, Teva securities price fell approximately 20%, from a closing securities price of $14.02 on November 1, 2017 to a close of $11.23 on November 2, 2017.

118. Teva was subpoenaed on March 21, 2017 by the United States Attorneys' office in Boston, Massachusetts seeking information regarding Teva's donations to charitable foundations. ~~However, when~~ the ~~Company released its~~ quarterly earnings results on May 11, 2017 for the first quarter of 2017~~, Defendants~~ did ~~not~~ mention the subpoena~~, but the Company did report 4% decline in year-over-year Copaxone sales~~.

~~119. On August 3, 2017, Teva announced that "[o]n March 21, 2017, Teva received a subpoena from the U.S. Attorney's office in Boston, Massachusetts requesting documents related to Teva's donations to patient assistance programs. Teva is in the process of responding to the subpoena." Teva Pharmaceutical Industries Ltd., Quarterly Report (Form 6-K) 34 (Aug. 5, 2017). This news amounted to a partial disclosure and leakage of the facts arising from the underlying fraud. Beginning on that day, the price of Teva's shares dropped $12.51, or 41%, over the course of three trading days, from a close of $30.89 on August 3, 2017 to a close of $18.38 on August 7, 2017.~~

214. First, Defendants' and Teva's statements were partially corrected, and the risks concealed by the undisclosed facts regarding Teva's kickback scheme materialized~~, on August 3, 2017~~ when Teva announced that it had received a subpoena from the U.S. Attorney's office in Boston, Massachusetts investigating the Company's charitable donations~~, causing investors to suffer losses as the price of Teva's shares dropped $12.51, or 41%, over the course of three trading days, from a close of $30.89 on August 3, 2017 to a close of $18.38 on August 7, 2017~~. *See* ¶ 117.

Consequently, Lead Plaintiff moves the Court to strike those allegations as reflected in the attached copy of the Corrected Amended Complaint. Exhibit A (without exhibits).  Exhibit B to this Motion is a proposed "Corrected Amended Class Action Complaint [Corrected Pursuant to Motion to Strike Dated August 9, 2021]", which reflects these changes (Exhibit B includes exhibits that were originally filed with the Amended Complaint at Doc. No. 57).  Should the Court grant this Motion to Strike, Lead Plaintiff will file Exhibit B styled as a "Corrected Amended Class Action Complaint [Corrected Pursuant to Motion to Strike Dated August 9, 2021]". By not objecting to this Motion, Defendants do not waive, and expressly reserve, all defenses or arguments.

In light of the result of the meet and confer on August 5, 2021, and subject to the Court granting this joint Motion to Strike, the parties respectfully request that the current briefing schedule be modified such that Defendants' response to the Corrected Amended Complaint

would be due ten days from their current response date, or on or before August 23, 2021.  If

Defendants move to dismiss the Corrected Amended Complaint, Lead Plaintiff's response to

Defendants' motion shall be filed within forty-five (45) of the filing of Defendants' motion to

dismiss, or on or before October 7, 2021. Defendants' reply must be filed within thirty (30) days

thereafter, or on or before November 8, 2021.

|  | Respectfully submitted, |

Dated:   August 10, 2021

*s/ Timothy John Peter*
Timothy John Peter
FARUQI & FARUQI, LLP
1617 John F. Kennedy Boulevard
Suite 1550
Philadelphia, PA 19103
215-277-5770
Fax: 215-277-5771
Email: tpeter@faruqilaw.com

Robert W. Killorin (admitted *pro hac vice*)
FARUQI & FARUQI, LLP
3975 Roswell Rd Suite A
Atlanta, GA 30342
404-847-0617
Email: rkillorin@faruqilaw.com

James M. Wilson, Jr. (admitted *pro hac vice*)
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
212-983-9330
Email: jwilson@faruqilaw.com

*Counsel for Lead Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 10, 2021, I caused true and correct copies of the

foregoing to be served on all counsel of record via CM/ECF and is available for viewing and

downloading from the ECF system.

Dated: August 10, 2021                              By: s/ *Timothy J. Peter*
                                                    Timothy J. Peter