# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS INDUSTRIES LTD., *et al.*, <br><br> Defendants. | Case No.  2:20-cv-04660-KSM |

[PROPOSED] ORDER

**AND NOW**, this __ day of August, 2021, upon consideration of the Lead Plaintiff's

Unopposed Motion to Strike and to Revise Current Schedule to Respond to the Complaint (Doc.

No. 64), and for good cause shown, it is ORDERED as follows:

1.  The Motion to Strike and to Revise the Current Briefing Schedule is hereby GRANTED.

2.  The Corrected Amended Class Action Complaint in the form reflected as Exhibit B to the Motion shall become the operative complaint in this action.

3.  Defendants shall answer or otherwise respond to the Corrected Amended Complaint by or before ten days from their current response date, or on or before August 23, 2021.

4.  If Defendants move to dismiss the Corrected Amended Complaint, Lead Plaintiff shall respond to such motion within forty-five (45) days, or on or before October 7, 2021. Defendants shall file any reply within thirty days (30), or on or before November 8, 2021.

IT IS SO ORDERED.

_____
KAREN SPENCER MARSTON, J