**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.**, <br><br> Plaintiff, <br><br> *v.* <br><br> **TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br><br> **NO. 20-4660-KSM** |

## ORDER

**AND NOW**, this 10th day of August, 2021, upon consideration of Lead Plaintiff's Unopposed Motion to Strike and to Revise Current Schedule to Respond to the Complaint (Doc. No. 64), and for good cause shown, it is **ORDERED** that the Motion is **GRANTED** as follows:

1.     The Corrected Amended Class Action Complaint (Doc. No. 64-2) shall become the operative Complaint in this action.

2.     Defendants shall answer or otherwise respond to the Corrected Amended Complaint on or before **August 23, 2021**.

3.     If Defendants move to dismiss the Corrected Amended Complaint, Lead Plaintiff shall respond to such motion on or before **October 7, 2021**.  Defendants shall file any reply on or before **November 8, 2021**.

**IT IS SO ORDERED.**


/s/ *Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.