IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.**,<br>    Plaintiff,<br><br>*v.*<br><br>**TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.**,<br>    Defendants. | **CIVIL ACTION**<br><br>**NO. 20-4660-KSM** |

## ORDER

**AND NOW**, this 25th day of March, 2022, upon consideration of Defendants' Motion to Dismiss the Corrected Amended Complaint (Doc. No. 66), Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Corrected Amended Complaint (Doc. No. 68), Defendants' Reply Memorandum in Further Support of Defendants' Motion to Dismiss the Corrected Amended Complaint (Doc. No. 70), and following oral argument on March 22, 2022 (Doc. No. 71), it is **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 66) is **GRANTED IN PART** and **DENIED IN PART**.  It is further **ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED** as to Defendant Eli Kalif.

2. Defendants' Motion to Dismiss is **DENIED** as to Defendant Teva Pharmaceutical Industries Limited and as to Individual Defendants Erez Vigodman, Eyal Desheh, Robert Koremans, Michael Derkacz, Kare Schultz, Michael McClellan, and Brendan O'Grady.

**IT IS SO ORDERED.**

    */s/ Karen Spencer Marston*
    _____
    KAREN SPENCER MARSTON, J.