# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-11548 |
| TEVA PHARMACEUTICALS USA, INC., and TEVA NEUROSCIENCE, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## **TEVA DEFENDANTS' ANSWER TO THE UNITED STATES' COMPLAINT**

Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Neuroscience, Inc. ("Teva Neuroscience") (collectively, "Teva"), by and through their undersigned attorneys, respectfully submit the following answer and additional defenses to United States' Complaint (the "Complaint"). Except as expressly stated below, Teva answers and responds only to those allegations directed toward it. Teva is without knowledge or information sufficient to form a belief concerning the truth of the allegations in the Complaint directed toward other entities or parties, and on that basis, denies all such allegations. Teva answers and responds to each of the allegations in the Complaint as follows:

1. Teva denies any factual allegations contained in paragraph 1 of the Complaint and makes no response to the government's characterization of the nature of its claims.

2. Teva admits that it made charitable donations to CDF and TAF. Teva further admits that the wholesale acquisition cost ("WAC") for Copaxone increased at certain points between 2006 and 2015. Teva denies the remaining allegations in paragraph 2 of the Complaint.

3. Teva admits that CDF and TAF each operated multiple sclerosis charitable funds that contributed to the co-pays for the many MS drugs on the market. Teva denies the remaining allegations in paragraph 3 of the Complaint.

4.     Teva admits that it contracted with specialty pharmacy, Advanced Care Scripts, Inc. ("ACS"), to which Teva referred Copaxone patients for patient support services.  Teva further admits that ACS referred certain patients to CDF and TAF for charitable support for their MS medication.  Teva denies the remaining allegations in paragraph 4 of the Complaint.

5.     Teva admits that ACS provided periodic information to Teva.  Teva further admits that ACS facilitated the enrollment in charitable foundations for certain Copaxone patients who needed charitable support to cover the cost of their medication.  Teva denies the remaining allegations in paragraph 5 of the Complaint.

6.     The allegations in paragraph 6 of the Complaint reference and purport to describe a document.  The document speaks for itself and Teva denies any allegations in paragraph 6 of the Complaint that are inconsistent with the document.  Teva denies the remaining allegations in paragraph 6 of the Complaint.

7.     Teva denies the allegations in paragraph 7 of the Complaint.

8.     The allegations in paragraph 8 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 8 of the Complaint.

9.     Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 9 of the Complaint because they are all directed toward other parties and on that basis denies them.

10.     Teva admits that Defendant Teva Pharmaceuticals USA, Inc. ("Teva USA"), is a Delaware corporation with its principal place of business in Parsippany, New Jersey.  Teva further admits that Teva USA is an indirect, wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd. ("Teva Ltd.").

11. Teva admits that Teva Neuroscience, Inc. ("Teva Neuroscience"), is a Delaware corporation with its principal place of business in Parsippany, New Jersey and is an indirect, wholly-owned subsidiary of Teva USA. By way of further response, Teva Neuroscience previously had a principal place of busines in Overland Park, Kansas.

12. Teva admits that various employees of Teva USA and/or Teva Neuroscience played a role in Teva's donations to CDF and TAF. Teva denies the characterization of its employees' conduct and otherwise denies the remaining allegations in paragraph 12 of the Complaint.

13. The allegations in paragraph 13 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 13 of the Complaint that are inconsistent with the documents. Teva denies the remaining allegations in paragraph 13 of the Complaint.

14. The allegations in paragraph 14 of the Complaint reference and purport to describe a regulatory and statutory scheme, which is in writing and speaks for itself. By way of further response, the allegations in paragraph 14 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 14 of the Complaint. Teva further lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 14 of the Complaint directed toward other parties and on that basis denies them.

15. The allegations in paragraph 15 of the Complaint reference and purport to describe a regulatory and statutory scheme, which is in writing and speaks for itself. By way of further response, the allegations in paragraph 15 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 15 of the Complaint. Teva further lacks sufficient knowledge or information to form a belief as to the truth

of the remaining allegations in paragraph 15 of the Complaint directed toward other parties and on that basis denies them.

16.     The allegations in paragraph 16 of the Complaint reference and purport to describe a regulatory and statutory scheme, which is in writing and speaks for itself.  By way of further response, the allegations in paragraph 16 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 16 of the Complaint.  Teva further lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 16 of the Complaint directed toward other parties and on that basis denies them.

17.     The allegations in paragraph 17 of the Complaint reference and purport to describe a regulatory and statutory scheme, which is in writing and speaks for itself.  By way of further response, the allegations in paragraph 17 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 17 of the Complaint.  Teva further lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 17 of the Complaint directed toward other parties and on that basis denies them.

18.     The allegations in paragraph 18 of the Complaint reference and purport to describe a regulatory and statutory scheme, which is in writing and speaks for itself.  By way of further response, the allegations in paragraph 18 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 18 of the Complaint.  Teva further lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 18 of the Complaint directed toward other parties and on that basis denies them.

- 4 -

19.     The allegations in paragraph 19 of the Complaint reference and purport to describe a regulatory and statutory scheme, which is in writing and speaks for itself.  By way of further response, the allegations in paragraph 19 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 19 of the Complaint.  Teva further lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 19 of the Complaint directed toward other parties and on that basis denies them.

20.     The allegations in paragraph 20 of the Complaint reference and purport to describe a regulatory and statutory scheme, which is in writing and speaks for itself.  By way of further response, the allegations in paragraph 20 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 20 of the Complaint.  Teva further lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 20 of the Complaint directed toward other parties and on that basis denies them.

21.     The allegations in paragraph 21 of the Complaint reference and purport to describe a regulatory and statutory scheme, which is in writing and speaks for itself.  By way of further response, the allegations in paragraph 21 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 21 of the Complaint.  Teva further lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 21 of the Complaint directed toward other parties and on that basis denies them.

22.     The allegations in paragraph 22 of the Complaint reference and purport to describe a regulatory and statutory scheme, which is in writing and speaks for itself.  By way of further response,

the allegations in paragraph 22 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 22 of the Complaint. Teva further lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 22 of the Complaint directed toward other parties and on that basis denies them.

23. The allegations in paragraph 23 of the Complaint reference and purport to describe a regulatory and statutory scheme, which is in writing and speaks for itself. By way of further response, the allegations in paragraph 23 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 23 of the Complaint. Teva further lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 23 of the Complaint directed toward other parties and on that basis denies them.

24. The allegations in paragraph 24 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 24 of the Complaint that are inconsistent with the document.

25. The allegations in paragraph 25 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 25 of the Complaint that are inconsistent with the document. Teva lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 25 of the Complaint directed toward other parties and on that basis denies them.

26. Teva admits that, as a general matter, after a physician writes a prescription, the patient may fulfill the prescription through a brick-and-mortar or mail order pharmacy.

27. Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 27 of the Complaint and on that basis denies them.

28. Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 28 of the Complaint because they are all directed toward other parties and on that basis denies them.

29. Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 29 of the Complaint because they are all directed toward other parties and on that basis denies them.

30. The allegations in paragraph 30 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 30 of the Complaint that are inconsistent with the document. By way of further response, Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 30 of the Complaint and on that basis denies them. By way of further response, the allegations in paragraph 30 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 30 of the Complaint.

31. The allegations in paragraph 31 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 31 of the Complaint that are inconsistent with the document. By way of further response, Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 31 of the Complaint and on that basis denies them. By way of further response, the allegations in paragraph 31 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 31 of the Complaint.

32.     The allegations in paragraph 32 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 32 of the Complaint that are inconsistent with the document. By way of further response, Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 32 of the Complaint and on that basis denies them. By way of further response, the allegations in paragraph 32 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 32 of the Complaint.

33.     The allegations in paragraph 33 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 33 of the Complaint that are inconsistent with the document. By way of further response, Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 33 of the Complaint and on that basis denies them. By way of further response, the allegations in paragraph 33 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 33 of the Complaint.

34.     The allegations in paragraph 34 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 34 of the Complaint that are inconsistent with the document. By way of further response, Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 34 of the Complaint and on that basis denies them. By way of further response, the allegations in paragraph 34 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 34 of the Complaint.

35.     Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 35 of the Complaint because they are all directed toward other parties and on

that basis denies them. By way of further response, the allegations in paragraph 34 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 34 of the Complaint.

36. The allegations in paragraph 36 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 36 of the Complaint that are inconsistent with the document. By way of further response, the allegations in paragraph 36 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 36 of the Complaint.

37. The allegations in paragraph 37 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 37 of the Complaint that are inconsistent with the document. By way of further response, the allegations in paragraph 37 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 37 of the Complaint.

38. The allegations in paragraph 38 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 38 of the Complaint that are inconsistent with the document. By way of further response, the allegations in paragraph 38 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 38 of the Complaint.

39. The allegations in paragraph 39 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 39 of the Complaint that are inconsistent with the document. By way of further response, the allegations in paragraph 39 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 39 of the Complaint.

40.     The allegations in paragraph 40 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 40 of the Complaint that are inconsistent with the document. By way of further response, the allegations in paragraph 40 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 40 of the Complaint.

41.     The allegations in paragraph 41 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 41 of the Complaint that are inconsistent with the document. By way of further response, the allegations in paragraph 41 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 41 of the Complaint.

42.     The allegations in paragraph 42 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 42 of the Complaint that are inconsistent with the document. By way of further response, the allegations in paragraph 42 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 42 of the Complaint.

43.     The allegations in paragraph 43 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 43 of the Complaint that are inconsistent with the document. By way of further response, the allegations in paragraph 43 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 43 of the Complaint.

44.     The allegations in paragraph 44 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 44 of the Complaint that are inconsistent with the document. By way of further response, the allegations in

paragraph 44 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 44 of the Complaint.

45. The allegations in paragraph 45 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 45 of the Complaint that are inconsistent with the document. By way of further response, the allegations in paragraph 45 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 45 of the Complaint.

46. The allegations in paragraph 46 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 46 of the Complaint.

47. Teva admits that Teva LTD. licensed the rights to manufacture the multiple sclerosis drug copolymer-1, which later became known as Copaxone, by entering into a commercial relationship that funded research conducted by the Weizmann Institute of Science, in 1987. Teva further admits that in 1996, following nearly a decade of additional work, the United States Food and Drug Administration approved Copaxone as a treatment indicated for relapsing-remitting multiple sclerosis. The remaining allegations in paragraph 47 of the Complaint reference and purport to describe documents, which are in writing and speak for themselves. Teva denies any allegations in paragraph 47 of the Complaint that are inconsistent with the documents. By way of further response, Teva lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 47 of the Complaint directed toward other parties and on that basis denies them.

48. The allegations in paragraph 48 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 48 of the

Complaint that are inconsistent with the document. Teva lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 48 of the Complaint directed toward other parties and on that basis denies them.

49. The allegations in paragraph 49 of the Complaint reference and purport to describe multiple documents. The documents speaks for themselves and Teva denies any allegations in paragraph 49 of the Complaint that are inconsistent with the documents.

50. The allegations in paragraph 50 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 50 of the Complaint that are inconsistent with the document. Teva lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 50 of the Complaint.

51. Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 51 of the Complaint because they are all directed toward other parties and on that basis denies them.

52. Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 52 of the Complaint because they are all directed toward other parties and on that basis denies them.

53. Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 53 of the Complaint because they are all directed toward other parties and on that basis denies them.

54. The allegations in paragraph 54 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 54 of the Complaint that are inconsistent with the document. Teva denies the remaining allegations of paragraph 54 in the Complaint.

55. The allegations in paragraph 55 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 55 of the Complaint that are inconsistent with the document. Teva denies the remaining allegations of paragraph 55 in the Complaint.

56. The allegations in paragraph 56 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 56 of the Complaint that are inconsistent with the document. Teva denies the remaining allegations of paragraph 56 in the Complaint.

57. The allegations in paragraph 57 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 57 of the Complaint that are inconsistent with the documents. Teva denies the remaining allegations in paragraph 57 of the Complaint.

58. The allegations in paragraph 58 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 58 of the Complaint that are inconsistent with the document. Teva denies the remaining allegations in paragraph 58 of the Complaint.

59. The allegations in paragraph 59 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 59 of the Complaint that are inconsistent with the document. Teva denies the remaining allegations in paragraph 59 of the Complaint.

60. The allegations in paragraph 60 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 60 of the

Complaint that are inconsistent with the document. Teva denies the remaining allegations in paragraph 60 of the Complaint.

61. The allegations in paragraph 61 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 61 of the Complaint that are inconsistent with the documents. Teva denies the remaining allegations in paragraph 61 of the Complaint.

62. The allegations in paragraph 62 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 62 of the Complaint that are inconsistent with the document. Teva denies the remaining allegations in paragraph 62 of the Complaint.

63. The allegations in paragraph 63 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 63 of the Complaint that are inconsistent with the document. Teva denies the remaining allegations in paragraph 63 of the Complaint.

64. The allegations in paragraph 64 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 64 of the Complaint that are inconsistent with the documents. Teva denies the remaining allegations in paragraph 64 of the Complaint.

65. The allegations in paragraph 65 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 65 of the Complaint that are inconsistent with the documents. Teva denies the remaining allegations in paragraph 65 of the Complaint.

- 14 -

66.     Teva denies the allegations in paragraph 66 of the Complaint.  By way of further response, the allegations in paragraph 66 of the Complaint state legal conclusions for which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 66 of the Complaint.

67.     The allegations in paragraph 67 of the Complaint reference and purport to describe multiple documents.  The documents speaks for themselves and Teva denies any allegations in paragraph 67 of the Complaint that are inconsistent with the documents.  Teva denies the remaining allegations in paragraph 67 of the Complaint.  By way of further response, the remaining allegations in paragraph 67 of the Complaint state legal conclusions for which no response is required.  To the extent a response is deemed necessary, Teva denies the remaining allegations in paragraph 67 of the Complaint.

68.     Teva denies the allegations in paragraph 68 of the Complaint.  By way of further response, the remaining allegations in paragraph 68 of the Complaint state legal conclusions for which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 68 of the Complaint.

69.     The allegations in paragraph 69 of the Complaint reference and purport to describe multiple documents.  The documents speak for themselves and Teva denies any allegations in paragraph 69 of the Complaint that are inconsistent with the documents.  Teva denies the remaining allegations in paragraph 69 of the Complaint.  By way of further response, the remaining allegations in paragraph 69 of the Complaint state legal conclusions for which no response is required.  To the extent a response is deemed necessary, Teva denies the remaining allegations in paragraph 69 of the Complaint.

70.      The allegations in paragraph 70 of the Complaint reference and purport to describe a document.  The document speaks for itself and Teva denies any allegations in paragraph 70 of the Complaint that are inconsistent with the document.  Teva denies the remaining allegations in paragraph 70 of the Complaint.

71.      The allegations in paragraph 71 of the Complaint reference and purport to describe a document.  The document speaks for itself and Teva denies any allegations in paragraph 71 of the Complaint that are inconsistent with the document.  Teva denies the remaining allegations in paragraph 71 of the Complaint.

72.      The allegations in paragraph 72 of the Complaint reference and purport to describe a document.  The document speaks for itself and Teva denies any allegations in paragraph 72 of the Complaint that are inconsistent with the document.  Teva denies the remaining allegations in paragraph 72 of the Complaint.

73.      The allegations in paragraph 73 of the Complaint reference and purport to describe a document.  The document speaks for itself and Teva denies any allegations in paragraph 73 of the Complaint that are inconsistent with the document.  Teva denies the remaining allegations in paragraph 73 of the Complaint.

74.      The allegations in paragraph 74 of the Complaint reference and purport to describe a document.  The document speaks for itself and Teva denies any allegations in paragraph 74 of the Complaint that are inconsistent with the document.

75.      The allegations in paragraph 75 of the Complaint reference and purport to describe a document.  The document speaks for itself and Teva denies any allegations in paragraph 75 of the Complaint that are inconsistent with the document.

76. The allegations in paragraph 76 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 76 of the Complaint that are inconsistent with the document. Teva denies the remaining allegations in paragraph 76 of the Complaint.

77. Teva denies the allegations in paragraph 77 of the Complaint.

78. Teva denies the allegations in paragraph 78 of the Complaint.

79. Teva denies the allegations in paragraph 79 of the Complaint.

80. The allegations in paragraph 80 of the Complaint reference and purport to describe multiple documents. The documents speaks for themselves and Teva denies any allegations in paragraph 80 of the Complaint that are inconsistent with the documents. Teva denies the remaining allegations in paragraph 80 of the Complaint.

81. The allegations in paragraph 81 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 81 of the Complaint that are inconsistent with the documents. Teva denies the remaining allegations in paragraph 81 of the Complaint.

82. The allegations in paragraph 82 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 82 of the Complaint that are inconsistent with the documents. Teva denies the remaining allegations in paragraph 82 of the Complaint.

83. The allegations in paragraph 83 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 83 of the Complaint that are inconsistent with the document. Teva denies the remaining allegations in paragraph 83 of the Complaint.

84. The allegations in paragraph 84 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 84 of the Complaint that are inconsistent with the document. Teva denies the remaining allegations in paragraph 84 of the Complaint.

85. The allegations in paragraph 85 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 85 of the Complaint that are inconsistent with the document. Teva denies the remaining allegations in paragraph 85 of the Complaint.

86. Teva admits that during the last week of December 2011 and the first week of January 2012, Teva made a total of $33,200,000 in donations to CDF and TAF. Teva denies the remaining allegations in paragraph 86 of the Complaint.

87. Teva denies the allegations in paragraph 87 of the Complaint.

88. The allegations in paragraph 88 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 88 of the Complaint that are inconsistent with the documents. Teva denies the remaining allegations in paragraph 88 of the Complaint.

89. Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 89 of the Complaint directed toward other parties and on that basis denies them. Teva denies the remaining allegations in paragraph 89 of the Complaint.

90. The allegations in paragraph 90 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 90 of the Complaint that are inconsistent with the document. Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 90 of the Complaint directed toward other

parties and on that basis denies them. Teva denies the remaining allegations in paragraph 90 of the Complaint.

91. The allegations in paragraph 91 of the Complaint reference and purport to describe multiple documents. The documents speaks for themselvesand Teva denies any allegations in paragraph 91 of the Complaint that are inconsistent with the documents. Teva lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 91 of the Complaint directed toward other parties and on that basis denies them.

92. The allegations in paragraph 92 of the Complaint reference and purport to describe multiple documents. The documents speaks for themselves and Teva denies any allegations in paragraph 92 of the Complaint that are inconsistent with the documents. Teva lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 92 of the Complaint directed toward other parties and on that basis denies them.

93. The allegations in paragraph 93 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 93 of the Complaint that are inconsistent with the documents. Teva lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 93 of the Complaint directed toward other parties and on that basis denies them.

94. The allegations in paragraph 94 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 94 of the Complaint that are inconsistent with the documents. Teva lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 94 of the Complaint directed toward other parties and on that basis denies them.

95. The allegations in paragraph 95 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 95 of the Complaint that are inconsistent with the documents. Teva lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 95 of the Complaint directed toward other parties and on that basis denies them.

96. The allegations in paragraph 96 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 96 of the Complaint that are inconsistent with the documents. Teva lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 96 of the Complaint directed toward other parties and on that basis denies them.

97. The allegations in paragraph 97 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 97 of the Complaint that are inconsistent with the documents. Teva lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 97 of the Complaint directed toward other parties and on that basis denies them.

98. The allegations in paragraph 98 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 98 of the Complaint that are inconsistent with the documents. Teva lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 98 of the Complaint directed toward other parties and on that basis denies them.

99. The allegations in paragraph 99 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 99 of the Complaint that are inconsistent with the documents. Teva lacks sufficient

knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 99 of the Complaint directed toward other parties and on that basis denies them.

100. The allegations in paragraph 100 of the Complaint reference and purport to describe multiple documents. The documents speak for themselves and Teva denies any allegations in paragraph 100 of the Complaint that are inconsistent with the documents. Teva lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 100 of the Complaint directed toward other parties and on that basis denies them.

101. The allegations in paragraph 101 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 101 of the Complaint.

102. The allegations in paragraph 102 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 102 of the Complaint.

103. The allegations in paragraph 103 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 103 of the Complaint that are inconsistent with the document. By way of further response, the allegations in paragraph 103 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 103 of the Complaint.

104. The allegations in paragraph 104 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 104 of the Complaint that are inconsistent with the document. By way of further response, the allegations in paragraph 104 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 104 of the Complaint.

105.    Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 105 of the Complaint because they are all directed toward other parties and on that basis denies them.

106.    Teva denies the allegations in paragraph 106 of the Complaint.  By way of further response, the allegations in paragraph 106 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 106 of the Complaint.

107.    The allegations in paragraph 107 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 107 of the Complaint.

108.    Teva lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 108 of the Complaint because they are all directed toward other parties and on that basis denies them.  By way of further response, the allegations in paragraph 108 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 108 of the Complaint.

109.    Teva denies the allegations in paragraph 109 of the Complaint.  By way of further response, the allegations in paragraph 109 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 109 of the Complaint.

110.    The allegations in paragraph 110 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 110 of the Complaint.  Teva lacks sufficient knowledge or information to form a belief as

the truth of the allegations in paragraph 110 of the Complaint directed toward other parties and on that basis denies them. Teva denies the remaining allegations in paragraph 110 of the Complaint.

111.    The allegations in paragraph 111 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 111 of the Complaint. By way of further response, the allegations in paragraph 111 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 111 of the Complaint that are inconsistent with the document. Teva denies the remaining allegations in paragraph 111 of the Complaint.

112.    The allegations in paragraph 112 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 112 of the Complaint. By way of further response, the allegations in paragraph 112 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 112 of the Complaint that are inconsistent with the document.

113.    The allegations in paragraph 113 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 113 of the Complaint. By way of further response, the allegations in paragraph 113 of the Complaint reference and purport to describe a document. The document speaks for itself and Teva denies any allegations in paragraph 113 of the Complaint that are inconsistent with the document.

114.    The allegations in paragraph 114 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 114 of the Complaint. By way of further response, the allegations in paragraph 114 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 114 of the Complaint.

- 23 -

115. The allegations in paragraph 115 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 115 of the Complaint.

116. The allegations in paragraph 116 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 116 of the Complaint.

117. The allegations in paragraph 117 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 117 of the Complaint.

118. The allegations in paragraph 118 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 118 of the Complaint.

119. The allegations in paragraph 119 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 119 of the Complaint.

120. The allegations in paragraph 120 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 120 of the Complaint.

121. Teva incorporates by reference its responses to all paragraphs of the Complaint as if fully set forth herein.

122. The allegations in paragraph 122 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 122 of the Complaint.

123. The allegations in paragraph 123 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 123 of the Complaint.

124. The allegations in paragraph 124 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 124 of the Complaint.

125. Teva incorporates by reference its responses to all paragraphs of the Complaint as if fully set forth herein.

126. The allegations in paragraph 126 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 126 of the Complaint.

127. The allegations in paragraph 127 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 127 of the Complaint.

128. The allegations in paragraph 128 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 128 of the Complaint.

129. Teva incorporates by reference its responses to all paragraphs of the Complaint as if fully set forth herein.

130. The allegations in paragraph 130 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 130 of the Complaint.

131.    The allegations in paragraph 131 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 131 of the Complaint.

132.    The allegations in paragraph 132 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 132 of the Complaint.

133.    By order dated September 9, 2021, the Court granted Teva's motion to dismiss count IV and therefore no response to paragraph 133 of the Complaint is required.  By way of further response, the allegations in paragraph 133 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 133 of the Complaint.

134.    By order dated September 9, 2021, the Court granted Teva's motion to dismiss count IV and therefore no response to paragraph 134 of the Complaint is required.  By way of further response, the allegations in paragraph 134 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 134 of the Complaint.

135.    By order dated September 9, 2021, the Court granted Teva's motion to dismiss count IV and therefore no response to paragraph 135 of the Complaint is required.  By way of further response, the allegations in paragraph 135 of the Complaint state legal conclusions to which no response is required.  To the extent a response is deemed necessary, Teva denies the allegations in paragraph 135 of the Complaint.

136.    By order dated September 9, 2021, the Court granted Teva's motion to dismiss count IV and therefore no response to paragraph 136 of the Complaint is required.  By way of further

response, the allegations in paragraph 136 of the Complaint state legal conclusions to which no response is required. To the extent a response is deemed necessary, Teva denies the allegations in paragraph 136 of the Complaint.

<u>**PLAINTIFF'S PRAYER FOR RELIEF**</u>

Teva denies that Plaintiff is entitled to any relief.

<u>**DENIAL**</u>

Teva denies each and every allegation in the Complaint not specifically admitted above.

<u>**AFFIRMATIVE DEFENSES**</u>

Without assuming any burden of proof that it would not otherwise bear under applicable law, Teva asserts the following affirmative defenses to each and every cause of action alleged in the Complaint:

1. Plaintiff's claims are barred, in whole or in part, because the Complaint fails to state a claim against Teva upon which relief may be granted.

2. Plaintiff's claims are barred because Teva did not violate or conspire to violate the Anti-Kickback Statute and/or the False Claims Act.

3. Plaintiff's claims are barred because Teva's charitable donations do not constitute unlawful remuneration under the Anti-Kickback Statute.

4. Plaintiff's claims are barred because Teva's charitable donations were not intended to and/or did not induce patients to purchase or physicians to prescribe Copaxone.

5. Plaintiff's claims are barred, in whole or in part, because Teva's actions were undertaken in good faith and/or in reasonable reliance upon regulatory interpretations and judgments by federal employees or officials upon whom Teva was entitled to rely. Further, Teva's actions

- 27 -

constitute lawful, proper, justified, and/or privileged conduct in accordance with the governing statutes and regulations.

6. Plaintiff's claims are barred, in whole or in part, because Teva's actions fall within the guidelines established by the Office of Inspector General ("OIG"), including those set forth in the OIG Special Advisory Bulletin on Patient Assistance Programs for Medicare Part D Enrollees, 70 Fed. Reg. 224 at 70623 (Nov. 22, 2005).

7. Plaintiff's claims are barred, in whole or in part, because Teva's actions were based on an objectively reasonable interpretation of the guidelines established by the OIG, including those set forth in the OIG Special Advisory Bulletin on Patient Assistance Programs for Medicare Part D Enrollees, 70 Fed. Reg. 224 at 70623 (Nov. 22, 2005). The relevant OIG guidelines were, at best, vague and ambiguous and did not warn Teva away from its interpretation.

8. Plaintiff's claims are barred, in whole or in part, because Teva did not act with the requisite scienter within the meaning of the Anti-Kickback Statute or False Claims Act.

9. Plaintiff's claims are barred, in whole or in part, because the alleged conduct of Teva was not material to the payment of any alleged false or fraudulent claims.

10. Plaintiff's claims are barred, in whole or in part, because representatives from the United States Department of Health and Human Services ("HHS") and its Centers for Medicare and Medicaid Services ("CMS"), and individuals with authority to act on behalf of those agencies, knew that charities, including CDF and TAF, were providing co-pay assistance to Medicare Part D patients. These individuals further knew that the charities, including CDF and TAF, were funded in part by pharmaceutical companies such as Teva. During the time period at issue in the Complaint, Teva was aware that the government was aware of and had approved CDF's and TAF's patient assistance programs.

- 28 -

11.     Plaintiff's claims are barred, in whole or in part, because representatives from HHS and CMS, and individuals with authority to act on behalf of those agencies, knew that charities, including CDF and TAF, were providing co-pay assistance to Medicare Part D patients.  These individuals further knew that the charities, including CDF and TAF, were funded in part by pharmaceutical companies such as Teva.  Despite the open and public nature of the alleged conduct and donations, and its knowledge of the co-pay assistance provided by CDF, including for Copaxone, CMS reimbursed Medicare Part D claims for Copaxone.

12.     Plaintiff's claims are barred, in whole or in part, because Teva's conduct did not cause or proximately cause any false claim or certification, or the alleged loss and/or damages.

13.     Plaintiff's claims are barred, in whole or in part, as the occurrences referenced in the Complaint and all damages, if any, resulting therefrom were caused by the acts or omissions of third parties over whom Teva had no control.

14.     Plaintiff's claims are barred, in whole or in part, because Teva did not present or cause to be presented any false claim, record, or statement to the United States.

15.     Plaintiff's claims are barred, in whole or in part, because Plaintiff's alleged damages and injuries are not attributable to any act, conduct, or omission on the part of Teva.

16.     Plaintiff's claims are barred, in whole or in part because, to the extent penalties and treble damages authorized under the False Claims Act exceed any actual loss incurred by the government as a result of any claims paid, such an award of civil penalties would violate the excessive Fines Clause of the Eighth Amendment and the Due Process Clause of the Fifth Amendment to the United States Constitution, and therefore would be void.

17.     Plaintiff's claims are barred by the First Amendment to the United States Constitution.

18.     Plaintiff's claims are barred by the Fifth Amendment to the United States Constitution.

19.     Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations or statute of repose.

20.     Plaintiff's claims are barred, in whole or in part, by the doctrine of equitable estoppel because Teva's actions were undertaken in good faith and/or in reasonable reliance upon regulatory interpretations, judgments, or other statements by federal employees or officials upon whom Teva was entitled to rely.

21.     Plaintiff's claims are barred, in whole and/or in part, because acts or omissions of alleged wrongdoing or violations of law were committed by individuals acting ultra vires, outside the scope of their employment or authority, and/or in a manner inconsistent with Teva's policy.

22.     Plaintiff's claims are barred, in whole or in part, because the alleged injuries and damages, if any, resulted from an intervening or superseding cause and/or causes, including, but not limited to, the actions of learned intermediaries such as physicians.

23.     If and to the extent that Plaintiff has been damaged, which Teva denies, any judgment must be reduced to the extent that Plaintiff releases claims otherwise included in this action or receives payments in settlement of the litigation of claims thereunder.

## **RESERVATION OF DEFENSES AND AFFIRMATIVE DEFENSES**

Teva hereby gives notice that it intends to assert and rely upon such other defenses and affirmative defenses that may become available or apparent as this action proceeds, and thus reserves the right to amend this Answer to assert such defenses.

## JURY TRIAL DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Teva demands a jury trial for all claims and issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Teva prays as follows:

1.      That the Complaint be dismissed with prejudice;

2.      That the Court enter judgment in favor of Teva;

3.      That the Court award Teva its costs and expenses, including attorneys' fees; and

4.      That the Court award further relief as deemed just and proper.

Dated:  October 15, 2021                    Respectfully Submitted,


*/s/ Emily Renshaw*
Emily Renshaw (BBO #675316)
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
Tel:  1.617.951.8000
emily.renshaw@morganlewis.com

Eric Sitarchuk (admitted *pro hac vice*)
Alison Tanchyk (admitted *pro hac vice*)
Rebecca J. Hillyer (admitted *pro hac vice*)
William T. McEnroe (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel:  215.963.5000
eric.sitarchuk@morganlewis.com
alison.tanchyk@morganlewis.com
rebecca.hillyer@morganlewis.com
william.mcenroe@morganlewis.com

- 32 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via ECF electronic filing on October 15, 2021.

*/s/ Emily Renshaw*
Emily Renshaw (BBO #675316)