## CERTIFICATE OF SERVICE

I, Mathieu J. Shapiro, hereby certify that I filed a true and correct copy of the foregoing Answer to Plaintiff's Corrected Amended Class Action Complaint with the Clerk of Courts, using the Court's CM/ECF filing system, which will send notification of the filing to all counsel of record.

Dated: May 23, 2022

_/s/ Mathieu J. Shapiro_
Mathieu J. Shapiro

4857-3276-7265 v1