**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.,<br><br>            Defendants. | Civil Action No.:  2:20-cv-04660<br><br>Hon. Karen S. Marston |

**DEFENDANTS' MOTION TO STAY PROCEEDINGS OTHER THAN CLASS**
**CERTIFICATION IN FAVOR OF THE DOJ'S CASE**

Defendants Teva Pharmaceuticals Industries Limited, Erez Vigodman, Eyal Desheh, Robert Koremans, Michael Derkacz, Kare Schultz, Michael McClellan, and Brendan O'Grady, by and through their counsel, move to stay proceedings other than class certification in this matter.  In support of this Motion, Defendants submit the attached Memorandum of Law, which is incorporated in full.

Respectfully submitted this 28th day of June, 2022,

 /s/ Linda Coberly
Linda Coberly (admitted *pro hac vice*)
35 West Wacker Drive, Suite 4700
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 (fax)
dblouin@winston.com
lcoberly@winston.com

James P. Smith III (admitted *pro hac vice*)
Kerry C. Donovan (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166

(212) 294-6700
(212) 294-4700 (fax)
jpsmith@winston.com
kcdonovan@winston.com

Mathieu J. Shapiro
Melissa Blanco
OBERMAYER REBMANN MAXWELL &
HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
215-665-3014
215-665-3165 (fax)
mathieu.shapiro@obermayer.com
melissa.blanco@obermayer.com

*Attorneys for Defendants*

2