**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>    v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LIMITED, at al.,<br><br>        Defendants. | Civil Action No.:  2:20-cv-04660<br><br>Hon. Karen S. Marston |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2022, after consideration of

Defendants' Motion to Stay Proceedings Other Than Class Certification in Favor of the DOJ's

Case and Memorandum of Law in Support thereof, it is **ORDERED** and **DECREED** that the

Motion is Granted. It is further **ORDERED** that all proceedings other than discovery and

briefing of class certification in this matter shall be **STAYED** until the conclusion of the matter

*United States v. Teva Pharms. USA, Inc.*, No. 1:20-cv-11548-NMG (D. Mass.).  It is further

**ORDERED** that the following schedule is adopted for the briefing of class certification:

| | |
|---|---|
| Motion for Class Certification | August 5, 2022 |
| Deadline for Defendants to Request Documents from Lead Plaintiff in Connection with Class Certification | August 15, 2022 |
| Completion of Document Production from Lead Plaintiff in Connection with Class Certification | August 29, 2022 |
| Completion of Depositions of Lead Plaintiff and any Plaintiff Expert(s) in Connection with Class Certification | September 28, 2022 |

1

| | |
|---|---|
| Completion of Depositions of Lead Plaintiff and any Plaintiff Expert(s) in Connection with Class Certification | October 12, 2022 |
| Opposition to Motion for Class Certification | October 19, 2022 |
| Deadline for Lead Plaintiff to Request Documents from Defendants in Connection with Class Certification | November 1, 2022 |
| Completion of Depositions of any Defendants Expert(s) in Connection with Class Certification | November 15, 2022 |
| Reply in Further Support of Motion for Class Certification | November 29, 2022 |

BY THE COURT:

_____
Karen S. Marston, U.S.D.J.