**CERTIFICATE OF SERVICE**

I, Mathieu J. Shapiro, certify that I electronically filed Defendants' Memorandum in support of their motion to stay proceedings other than class certification in favor of the DOJ's Case with the Clerk of Court, using the CM/ECF filing system, which will send notification of the filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　 */s/ Mathieu J. Shapiro*　　　　　　
　　　　　　　　　　　　　　　　　　　　　Mathieu J. Shapiro

Dated: June 28, 2022