**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

HALMAN ALDUBI PROVIDENT AND
PENSION FUNDS LTD., Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

TEVA PHARMACEUTICALS INDUSTRIES
LIMITED, at al.,

        Defendants.

Case No. 2:20-cv-04660-KSM

---

## DECLARATION OF JAMES P. SMITH III

James P. Smith III declares under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am a member in good standing of the Bar of the State of New York and a partner in the law firm of Winston & Strawn LLP, counsel to Teva Pharmaceuticals Industries Limited and the other defendants in the above-captioned case.

2.      In that capacity, I am generally familiar with the current status of proceedings in the parallel action captioned, *United States v. Teva Pharmaceuticals USA, Inc.*, No. 1:20-cv-11548-NMG (D. Mass. Aug. 18, 2020) ("DOJ Action"), and in communication with Teva's counsel of record in that case.

3.      I respectfully submit this declaration in connection with Defendants' reply memorandum in further support of their Motion to Stay Proceedings Other than Class Certification in Favor of the DOJ's Case ("Motion").

4. Plaintiff's brief in opposition to the Motion raises questions regarding the current status of discovery and other proceedings in the DOJ Action, including whether the case management deadlines set forth in the Joint Status Report filed in the DOJ Action on December 16, 2021, remain operative and are being timely met.

5. Teva's counsel of record in the DOJ Action has (a) confirmed that the deadlines in the Joint Status Report remain operative, and (b) provided specifics with respect the current advanced state of discovery in that case.

6. Specifically, Teva's counsel of record in the DOJ Action has confirmed that, as of the date of this declaration:

a. On July 15, 2022, the Teva defendants substantially completed their document productions.

b. The Teva defendants have produced approximately 216,000 documents in the DOJ Action, in addition to approximately 125,000 documents previously produced to the DOJ as part of the DOJ's pre-suit investigation.

c. The DOJ has requested deposition dates this month and in August 2022 for seven witnesses, as well as the Company's Rule 30(b)(6) designees. Six of those individuals were identified as potential witnesses by Plaintiff in this case in his Initial Disclosures and it appears that there will be significant additional overlap between the individuals listed in Plaintiff's Initial Disclosures and the deponents in the DOJ Action.

d. Third-party depositions are expected to commence as early as mid-August 2022.

e. All fact discovery must be completed by September 30, 2022.

f.    Expert discovery is already underway, with the DOJ scheduled to designate its experts and disclose its expert reports by October 31, 2022.  Expert discovery is to conclude by February 27, 2023.

g.    Dispositive motion practice remains scheduled to start in March 2023.

h.    Under the operative order, trial "shall begin" on September 18, 2023.

7.    Teva's counsel of record in the DOJ action has indicated that, as of the date of this Declaration, it is not anticipated that there will be any need for significant changes to the schedule currently in place, including the Court-ordered trial date.

8.    Finally, Teva's counsel of record in the DOJ Action has confirmed that numerous issues regarding Copaxone's economic success have been the subject of discovery/motion practice, are being actively litigated and, if the case proceeds to a determination after trial, will be decided by the trier of fact in the DOJ Action.  These include, among others, the relationship between Teva's Copaxone price increases, larger Medicare copay obligations and larger resulting alleged "kickbacks," Teva's alleged profit motive in covering patient copays and allegedly increased damages due to Copaxone price increases.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  July 18, 2022

By:    /s/ *James P. Smith III*
　　　　James P. Smith III