**CERTIFICATE OF SERVICE**

I, Mathieu J. Shapiro, certify that I electronically filed Defendants' Reply Memorandum in further support of their motion to stay proceedings other than class certification in favor of the DOJ's Case with the Clerk of Court, using the CM/ECF filing system, which will send notification of the filing to all counsel of record.

/s/ Mathieu J. Shapiro
Mathieu J. Shapiro

Dated: July 18, 2022