IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.**, <br>    Plaintiff, <br><br> *v.* <br><br> **TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.**, <br>    Defendants. | **CIVIL ACTION** <br><br> **NO. 20-4660-KSM** |

## ORDER

**AND NOW**, this 2nd day of August, 2022, upon consideration of Defendants' Motion to Stay Proceedings Other than Class Certification in Favor of the DOJ's Case (Doc. No. 83), Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Stay Proceedings Other than Class Certification in Favor of the DOJ's Case (Doc. No. 84), and Defendants' Reply Memorandum in Further Support of Defendants' Motion to Stay Proceedings Other than Class Certification in Favor of the DOJ's Case (Doc. No. 85), it is hereby **ORDERED** as follows:

1.  Defendants' Motion to Stay Proceedings Other than Class Certification in Favor of the DOJ's Case (Doc. No. 83) is **GRANTED**.

2.  All proceedings other than discovery and briefing related to class certification are **STAYED** pending the resolution of *United States v. Teva Pharmaceuticals USA, Inc.*, No. 1:20-cv-11548-NMG (D. Mass) (the "DOJ Action").

3.  Should the trial date in the DOJ Action[1] be continued, the parties **SHALL** provide

---

[1] The DOJ Action is currently scheduled to begin trial on September 18, 2023.

a joint status update informing the Court of the continuance within three days of the continuance.

4. The parties **SHALL** provide a joint status update to the Court within seven days of the resolution of the DOJ Action.

5. The parties **SHALL** meet and confer and provide a proposed schedule for discovery and briefing regarding class certification no later than **Monday, August 8, 2022**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.