**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.**,<br>        Plaintiff,<br><br>        *v.*<br><br>**TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.**,<br>        Defendants. | **CIVIL ACTION**<br><br>**NO. 20-4660-KSM** |

## ORDER

**AND NOW**, on this 22nd day of November, 2022, upon consideration of the unopposed[1] request by Defendants Teva Pharmaceuticals Industries Limited ("Teva"), Erez Vigodman ("Vigodman"), Eyal Desheh ("Desheh"), Robert Koremans ("Koremans"), Michael Derkacz ("Derkacz"), Kare Schultz ('Schultz"), Michael McClellan ("McClellan"), and Brendan O'Grady ("O'Grady") for an extension of deadlines in the class certification schedule (Doc. No. 89), and for good cause shown, it is hereby **ORDERED** that the class certification schedule is **AMENDED** as follows:

| | |
|---|---|
| Opposition to Motion for Class Certification | December 20, 2022 |
| Deadline for Defendants to Produce Materials Relied upon by Expert(s) in forming his/her Opinion | December 23, 2022 |
| Completion of Depositions of any Defendant Expert(s) in Connection with Class Certification | January 20, 2023 |
| Reply in Further Support of Motion for Class Certification | February 17, 2023 |
| Evidentiary Hearing | To be set by the Court |

---

[1] Defendants report that Plaintiff "takes no position as to the sufficiency of the request but have stated that they will not oppose it." Letter from Linda Coberly, Esquire, to Judge Karen Spencer Marston (Nov. 21, 2022).

All other terms and deadlines previously set out in the Court's August 9, 2022 Order (Doc.

No. 89) shall remain the same.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.