**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.,** | **CIVIL ACTION** |
| Plaintiff, | **NO. 20-4660-KSM** |
| *v.* | |
| **TEVA PHARMACEUTICALS INDUSTRIES LTD.**, et al. | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 22nd day of December, 2022, upon consideration of Defendants Teva Pharmaceuticals Industries Limited, Erez Vigodman, Eyal Desheh, Robert Koremans, Michael Derkacz, Kare Schultz, Michael McClellan, and Brendan O'Grady's "Motion for Leave to File Under Seal" (Doc. No. 94), which seeks to seal portions of Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Certify the Class (Doc. No. 95), portions of Exhibit 1, and the entirety of Exhibits 9, 10, 12, and 13, it is hereby **ORDERED** as follows:

1.      Defendants' motion to seal is **DENIED WITHOUT PREJUDICE**.  Defendants have not demonstrated that a sealing order is warranted under the standard outlined by the Third Circuit in *In re Avandia Mktg., Sales Practices & Prods. Liab Litig.*, 924 F.3d 662 (3d Cir. 2019).[1]

---

[1] Judge Marston's Policies and Procedures state that all motions to seal "must satisfy the requirements of *In re Avandia Mktg., Sales Practices & Prods. Liab. Litig.*, 924 F.3d 662 (3d Cir. 2019), and the Court will grant a motion to seal only upon good cause shown."  In seeking to seal documents on the judicial record, it is insufficient for Defendants to rely solely upon the parties' joint Confidentiality Stipulation and Protective Order (Doc. No. 91-1), regardless of whether that agreement was approved by the Court (Doc. No. 92.)  Defendants must make an independent showing that sealing is warranted here.

2.      Defendants may file a renewed motion to seal by **January 4, 2023.**[2] If Defendants renew their motion to seal, they should conduct a document-by-document review, explaining for each document why sealing is warranted in accordance with the appropriate legal standards.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ Karen Spencer Marston*

KAREN SPENCER MARSTON, J.

---

[2] It is unclear whether Plaintiff opposes Defendants' present motion.  In the event Plaintiff seeks to file an opposition to Defendants' renewed motion, that opposition shall be filed no later than **January 11, 2023**. If Defendants' renewed motion to seal is unopposed, the motion should clearly state Plaintiff's position.