IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.**, <br>　　Plaintiff, <br><br> v. <br><br> **TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.**, <br>　　Defendants. | **CIVIL ACTION** <br><br> **NO. 20-4660-KSM** |

## ORDER

**AND NOW**, this 30th day of January, 2023, upon consideration of Lead Plaintiff Gerald Forsythe's "Motion for Leave to File Documents Under Seal." (Doc. No. 97), and following an *in camera* review of the documents by the Court, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. As to Exhibit 9, the motion is **GRANTED** with respect to the redaction of Plaintiff's daughter's name, joint financial account number, and account balances unrelated to Plaintiff's Teva investments. The motion is **DENIED** with respect to the redaction of the "account description" on each page of Exhibit 9.

2. As to Exhibit 10, the motion is **GRANTED** with respect to the redaction of Plaintiff's daughter's name. The motion is **DENIED** with respect to Plaintiff's generic reference to his nonlitigant family members on page 33 of Exhibit 10.

3. As to Exhibit 12, the motion is **GRANTED** with respect to the redaction of Plaintiff's daughter's name, financial account numbers, and trade confirmation information unrelated to Plaintiff's Teva's investments. The motion is **DENIED** with respect to the redaction of the "account description" on pages 5 and 7 of Exhibit 12.

4. If any party files a document subject to this Order, the document shall be filed with redactions to the above-identified protected information. Any other information not identified in this Order shall be unsealed. Accordingly, Defendants are **DIRECTED** to file an amended opposition brief consistent with this order.[1]

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] Plaintiff does not oppose the public filing of Exhibits 1 and 13, and Defendants did not renew any argument as to the confidentiality of these exhibits. (Doc. No. 97-1 at n.2.) Exhibits 1 and 13 have not yet been made part of the judicial record and Defendants' amended opposition brief should include these exhibits in their unredacted and unsealed format.