**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., *Individually and On Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.,<br><br>Defendants. | Case No. 2:20-cv-04660-KSM<br><br>CLASS ACTION |

**NOTICE OF RECENT DECISION RELATED TO PENDING MOTION TO CERTIFY THE CLASS, APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL**

Lead Plaintiff Gerald Forsythe respectfully submits this Notice of Recent Decision Related to Pending Motion to Certify the Class, Appoint Class Representative, and Appoint Class Counsel (ECF No. 90) to apprise the Court of a recent decision that addresses some of the same issues raised by Defendants and opinions of Defendants' expert in opposing Lead Plaintiff's Motion for Class Certification.

The decision is *University of Puerto Rico Retirement System v. Lannett Co, Inc.*, No. 21-3150, slip op. (3d Cir. Apr. 18, 2023),[1] denying the defendants' interlocutory appeal under Federal Rule of Civil Procedure 23(f) of the order granting class certification.

---

[1] The opinion is attached as Exhibit A.

1

Dated: April 18, 2023                                    Respectfully submitted,

                                                        **FARUQI & FARUQI, LLP**

                                                        By:    *s/ Timothy J. Peter*
                                                               Timothy J. Peter

                                                        Timothy J. Peter
                                                        1617 John F Kennedy Blvd Suite 1550
                                                        Philadelphia, PA 19103
                                                        Telephone: 215-277-5770
                                                        Facsimile: 215-277-5771
                                                        Email: tpeter@faruqilaw.com
                                                        James M. Wilson, Jr. (admitted *pro hac vice*)
                                                        Robert W. Killorin (admitted *pro hac vice*)
                                                        **FARUQI & FARUQI, LLP**
                                                        685 Third Avenue, 26th Floor
                                                        New York, NY 10017
                                                        Telephone: 212-983-9330
                                                        Facsimile: 212-983-9331
                                                        Email:  jwilson@faruqilaw.com
                                                                 rkillorin@faruqilaw.com

                                                        *Attorneys for Lead Plaintiff and Lead Counsel for the putative Class*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 18, 2023, the foregoing document was filed electronically and is available for viewing and downloading from the ECF system and that I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.

Dated: April 18, 2023                    By: s/ *Timothy J. Peter*
                                              Timothy J. Peter

3