**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., *Individually and On Behalf of All Others Similarly Situated*,<br><br>                        Plaintiff,<br><br>       v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.,<br><br>                     Defendants. | Case No. 2:20-cv-04660-KSM<br><br>CLASS ACTION |

**NOTICE OF RECENT DECISION RELATED TO PENDING MOTION TO CERTIFY THE CLASS, APPOINT CLASS REPRESENTATIVE, AND APPOINT CLASS COUNSEL**

As further supplemental authority in support of Lead Plaintiff's Motion to Certify the Class, Appoint Class Representative, and Appoint Class Counsel (ECF No. 90), Lead Plaintiff Gerald Forsythe ("Plaintiff") respectfully submits the attached opinion in the case of *United States v. Teva Pharmaceuticals USA, Inc.*, No. 1:20-cv-11548-NMG (D. Mass. July 14, 2023) ("*U.S. v. Teva*").[1]  In that case, as has been discussed in briefing and oral argument in this case, the U.S. Department of Justice ("DOJ") is pursuing claims against Teva for violations of the False Claims Act ("FCA") and the Anti-Kickback Statute ("AKS").  Plaintiff alleges that the announcement of the filing of the DOJ complaint exposing a tremendous amount of new

---

[1] The opinion is attached as Exhibit A.

1

information about that kickback scheme caused a precipitous drop in the price of Teva stock, giving rise to this securities fraud case.

In its opposition to Plaintiff's motion for class certification, Teva argues that there is a "disconnect" between Plaintiff's damages framework and his theory of liability. *See* Defs.' Mem. of Law in Opp'n to Pl.'s Mot. to Certify the Class, Appoint Class Representative, and Appoint Class Counsel ("Class Cert. Opp.") at 16. ECF No. 101-1. Defendants argue that this "leaves Plaintiff with no evidence at all of price impact for the actual alleged corrective disclosure—that is, the alleged facts underlying the PAP donation 'scheme' and its contribution to Copaxone sales." *Id.* at 16 n.10. Plaintiff believes that there is ample evidence of price impact, which argument is supported by the attached court's holding in *U.S. v. Teva*.

In *U.S. v. Teva*, the court granted partial summary judgment against Teva, holding that claims Teva submitted to Medicare that include items or services resulting from kickbacks under the Anti-Kickback Statute (the "AKS") are "per se materially false or fraudulent" for purposes of the False Claims Act (the "FCA"). *U.S. v. Teva* 11-12. Further, the court held that the correct measure of damages for the government's AKS-based FCA claims is the *entirety of the government's expenditures for claims resulting from the illegal kickbacks. U.S. v. Teva* 14. This adverse outcome exemplifies what investors feared when the DOJ filed its complaint against Teva on August 18, 2020, revealing detailed evidence of numerous FCA and AKS violations associated with the multi-year kickback scheme, but which Defendants concealed throughout the Class Period. Accordingly, price impact is strongly demonstrated by the statistically significant decline in Teva's stock price on August 18, 2020, which occurred as the true risks concealed by the undisclosed facts regarding the kickback scheme materialized and the prior artificial inflation was removed from Teva's stock price.

Dated: July 19, 2023

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:     *s/ Timothy J. Peter*
            Timothy J. Peter (PA 306965)

1617 John F. Kennedy Blvd. Suite 1550
Philadelphia, PA 19103
Telephone: 215-277-5770
Facsimile: 215-277-5771
Email: tpeter@faruqilaw.com

James M. Wilson, Jr. (admitted *pro hac vice*)
Robert W. Killorin (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:   jwilson@faruqilaw.com
             rkillorin@faruqilaw.com

*Attorneys for Lead Plaintiff and Lead Counsel for the putative Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 19, 2023, the foregoing document was filed electronically and is available for viewing and downloading from the ECF system and that I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.

Dated: July 19, 2023                    By: s/ *Timothy J. Peter*
                                             Timothy J. Peter

4