## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., *Individually and On Behalf of All Others Similarly Situated*,<br><br>      Plaintiff,<br><br>  v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, ROBERT KOREMANS, MICHAEL DERKACZ, KARE SCHULTZ, MICHAEL MCCLELLAN, BRENDAN O'GRADY, and ELI KALIF,<br><br>      Defendants. | Case No. 2:20-cv-04660-KSM<br><br>CLASS ACTION |

**LEAD PLAINTIFF'S MOTION FOR RECONSIDERATION AND TO LIFT THE STAY IMPLEMENTED BY THE COURT'S AUGUST 2, 2022 ORDER**

Lead Plaintiff Gerald Forsythe ("Lead Plaintiff") hereby respectfully moves this Court for an Order Reconsidering the Court's August 2, 2022 Order Granting Entry of a Stay of Proceedings Other than Class Certification, and lifting said stay. In support of this motion, Lead Plaintiff respectfully submits the accompanying Memorandum of Law.

Dated: August 18, 2023

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:  */s/ Timothy J. Peter*
Timothy J. Peter

Timothy J. Peter
1617 John F Kennedy Blvd #1550
Philadelphia, PA 19103
Telephone: 215-277-5770
Facsimile: 215-277-5771
Email: tpeter@faruqilaw.com

James M. Wilson, Jr. (admitted *pro hac vice*)
Robert W. Killorin (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:  jwilson@faruqilaw.com
rkillorin@faruqilaw.com

*Attorneys for Lead Plaintiff and Lead Counsel for the putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2023, the foregoing document was filed electronically and is available for viewing and downloading from the ECF system and that I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.

Dated: August 18, 2023                    By: s/ *Timothy J. Peter*
                                              Timothy J. Peter