**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>    v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.,<br><br>        Defendants. | Civil Action No.:  2:20-cv-04660<br><br>Hon. Karen S. Marston |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND TO LIFT THE STAY IMPLEMENTED BY THE COURT'S AUGUST 2, 2022 ORDER**

AND NOW, this _____ day of _____, 202_, after consideration of Plaintiff's

Motion for Reconsideration and to Lift the Stay Implemented by the Court's August 2, 2022 Order

(ECF No. 87), and any responses and replies thereto, it is **ORDERED** and **DECREED** that the

Motion is **DENIED**.

**IT IS SO ORDERED.**

_____
Karen S. Marston
United States District Judge