# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., and TEVA NEUROSCIENCE, INC., <br><br> Defendants. | Civil Action No. 20-11548-NMG |

### TEVA DEFENDANTS' AMENDED RULE 26(a)(3)(A) DISCLOSURES

Pursuant to the Court's July 14, 2023, Scheduling Order and Fed. R. Civ. P. 26(a)(3)(A), Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc. (collectively, "Defendants" or "Teva"), by and through their undersigned counsel, hereby submit their amended[1] trial witness list, identifying the following witnesses that Teva expects or may present at trial. If any witness, whose testimony Teva anticipates presenting live, should become unavailable for trial for any reason, Teva reserves the right to present such witness by deposition testimony. Teva reserves the right to modify and amend these disclosures.

### A. FACT WITNESSES

| Name | Address/ Telephone | Expects to Present or May Present |
|---|---|---|
| **Teva-Affiliated Witnesses** | | |
| Linda Beck | Previously provided. | May present |
| Pat Castellano | Previously provided. | Expects to present |
| Angela Ciafullo | Previously provided. | Expects to present |
| Jennifer Clark | Previously provided. | Expects to present |
| Jon Congleton | Previously provided. | May present |

---

[1] This filing corrects the descriptions of contact information for listed witnesses. The witness lists are otherwise the same as those previously filed. *See* ECF No. 231.

| Name | Address/ Telephone | Expects to Present or May Present |
|---|---|---|
| Larry Downey | Previously provided. | Expects to present |
| Robert Falb | Previously provided. | May present |
| Patricia ("Tricia") Glover | Previously provided. | Expects to present |
| John Hassler | Previously provided. | Expects to present |
| Katie Hiett | Previously provided. | Expects to present |
| Jenny Jackson | Previously provided. | Expects to present |
| George Keefe | Previously provided. | May present |
| Jan Jones | Previously provided. | Expects to present |
| David Loughery | Previously provided. | May present |
| Denise Lynch | Previously provided. | Expects to present |
| Katherine Marquart | Previously provided. | Expects to present |
| Jonathan Milheim | Previously provided. | May present |
| Mark Murtaugh | Previously provided. | May present |
| Brendan O'Grady | Previously provided. | Expects to present |
| Dorothy ("Dot") Parker | Previously provided. | Expects to present |
| Kathy Pendergrass | Previously provided. | May present |
| James Rodenberg | Previously provided. | Expects to present |
| Barbara Ross | Previously provided. | Expects to present |
| Donna Scheidt | Previously provided. | May present |
| Mike Sheehy | Previously provided. | May present |
| Meredith Taylor | To be provided. | May present |
| Laurie Thibodeau | Previously provided. | Expects to present |
| Dalton Tomlinson | Previously provided. | May present |
| Amanda Welsh | Previously provided. | May present |
| **Third-Party or Government-Affiliated Witnesses** | | |
| Steve Alsene | Previously provided. | May present |
| Michael Banigan | Previously provided. | Expects to present |
| David Blanc | Previously provided. | Expects to present |
| Maureen Boyd | Previously provided. | May present |
| Edward Hensley | Previously provided. | Expects to present |
| Aaron Katz | Previously provided. | Expects to present |
| Alison King | Previously provided. | May present |
| DeWayne Manning | Previously provided. | May present |
| David MacDougall | Previously provided. | May present |
| Adam Stotts | Previously provided. | Expects to present |
| Mason Tenaglia | Previously provided. | May present |
| Clorinda Walley | Previously provided. | May present |
| Martin Calabrese | Previously provided. | May present |
| Kerry King | Previously provided. | May present |
| Lora Newman | Previously provided. | May present |
| Johanna Sullivan | Previously provided. | May present |
| Heather Westphal | Previously provided. | Expects to present |

In addition, Teva may rely on additional witnesses necessary for impeachment or rebuttal.

### B.      EXPERT WITNESSES

Defendants hereby identify the following expert witnesses, whose testimony may be elicited live and/or by deposition at trial.

| Name | Address/Telephone | Expects to Present or May Present |
| --- | --- | --- |
| Amitabh Chandra, Ph.D. | Previously provided. | Expects to present |
| Anupam B. Jena, M.D., Ph.D. | Previously provided. | Expects to present |
| John Russell | Previously provided. | Expects to present |
| Daniel Wynn, M.D. | Previously provided. | Expects to present |

### C.      DEPOSITION DESIGNATIONS

Pursuant to ECF No. 194, Teva designated portions of several depositions transcripts and served them on August 4, 2023.

### D.      RESERVATION OF RIGHTS

By submitting this witness list, Teva neither concedes the relevance of any of the information provided, nor waives any protections available pursuant to the attorney-client privilege, the attorney work product doctrine, or any other applicable privileges.  In addition, the information set forth herein is provided without waiving the right to object on any appropriate grounds to the use of any information disclosed for any purpose.  Teva hereby reserves its objections and the right to challenge the admissibility of such testimony.  Teva also reserves the right to call, live or by designation, and upon appropriate application to the Court, if required, witnesses not listed for the purpose of authenticating exhibits, to the extent the parties are unable to reach agreement regarding such issues.

3

Dated:  August 11, 2023

Respectfully Submitted,

*/s/ Emily Renshaw*

Emily Renshaw (BBO #675316)
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
Tel:  617.951.8000
emily.renshaw@morganlewis.com

Eric Sitarchuk (*admitted pro hac vice*)
Alison Tanchyk (*admitted pro hac vice*)
William T. McEnroe (*admitted pro hac vice*)
Harvey Bartle, IV (*admitted pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel:  215.963.5000
eric.sitarchuk@morganlewis.com
alison.tanchyk@morganlewis.com
william.mcenroe@morganlewis.com
harvey.bartle@morganlewis.com

William R. Peterson (admitted pro hac vice)
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Tel:  713.890.5000
william.peterson@morganlewis.com
*Counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I caused a true and correct copy of the foregoing to be served on all counsel of record via CM/ECF.

*/s/ Emily Renshaw*
Emily Renshaw

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 20-cv-11548-NMG |
| TEVA PHARMACEUTICALS USA, INC. *et al.*, | ) ) | |
| Defendants. | ) ) | |

**UNITED STATES' RULE 26(a)(3)(A) DISCLOSURES**

The United States hereby identifies the following witnesses and exhibits.  The United

States reserves the right to modify and amend these disclosures.

**I.    Witnesses**

| Witness | Expects to Present / May Present | Contact Information |
|---|---|---|
| Alia Alli | May present | Previously provided |
| Michael Banigan | May present | Previously provided |
| David Blanc | Expects to Present | Previously provided |
| Maureen Boyd | May present | Previously provided |
| Donna Chun | May present | Previously provided |
| Angie Ciafullo | Expects to Present | Previously provided |
| Jennifer Clark | Expects to Present | Previously provided |
| Steve D'Alsene | May present | Counsel for TAF |
| John D'Angelo | May present | Previously provided |
| Leemore Dafny | Expects to Present | Counsel for the United States |
| Brian Dahl | Expects to Present | Previously provided |
| Ian Dew | Expects to Present | Counsel for the United States |
| Phil Ellis | Expects to Present | Counsel for the United States |
| Tricia Glover | May present | Previously provided |
| John Hassler | May present | Previously provided |
| Edward Hensley | Expects to Present | Previously provided |
| Katie Hiett | Expects to Present | Previously provided |
| Jenny Jackson | Expects to Present | Previously provided |
| Jan Jones | May present | Previously provided |

| Cathy Kennedy | May present | Previously provided |
|---|---|---|
| Joohee Kim | May present | Previously provided |
| Allison King | May present | Previously provided |
| Kerry King (I-Medic) | May present | Previously provided |
| Mark McGreevy | May present | Previously provided |
| Charles Moorman | May present | Counsel for CDF |
| Victor Morrison | Expects to Present | Previously provided |
| Mark Murtaugh | May present | To be provided |
| Brendan O'Grady | May present | Previously provided |
| Gladielis Oliveras | May present | Previously provided |
| Dot Parker | Expects to Present | Previously provided |
| Kathy Pendergrass | May present | Previously provided |
| Barb Ross | Expects to Present | Previously provided |
| Donna Scheidt | May present | Previously provided |
| Michael Sheehy | May present | Previously provided |
| Adam Stotts | May present | Previously provided |
| Jodi Sullivan (I-Medic) | Expects to Present | Counsel for the United States |
| Mason Tenaglia | May present | Previously provided |
| Teva (30)(b)(6) | Expects to Present | Previously provided |
| Laurie Thibodeau | May present | Previously provided |
| Dalton Tomlinson | May present | Previously provided |
| Clorinda Walley | May present | Previously provided |
| Amanda Welsh | May present | Previously provided |

## II. Exhibits

*See* Attachment 1.

## III. Deposition Designations

Pursuant to ECF No. 194, the United States designated portions of the deposition of Teva pursuant to Fed. R. Civ. P. 30(b)(6) on August 4, 2023.

Dated: August 10, 2023

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA S. LEVY
Acting United States Attorney


*/s/ Diane C. Seol*

JAMIE A. YAVELBERG
ANDY J. MAO
DOUGLAS J. ROSENTHAL
NELSON D. WAGNER
Attorneys, Civil Division
United States Department of Justice
175 N St. NE, Room 10.129
Washington, DC 20002
Phone: (202) 305-2073
douglas.j.rosenthal@usdoj.gov

DIANE C. SEOL
EVAN D. PANICH
ABRAHAM R. GEORGE
Assistant United States Attorneys
1 Courthouse Way, Ste. 9200
Boston, MA 02210
Phone: (617) 748-3100
diane.seol @usdoj.gov
evan.panich@usdoj.gov
abraham.george@usdoj.gov

| No. | Category | Description/Starting Bates Numer |
|---|---|---|
| 1 | May Offer | 2019.11.13 Teva's Resps. to Interrogatories CID 19-425 |
| 2 | May Offer | 2021.12.20 Teva's Resps. & Objs. to 1st Set of Interrogatories |
| 3 | May Offer | 2021.12.20 Teva's Resps. & Objs. to 1st Set of RFPs |
| 4 | May Offer | 2022.06.17 Teva's Supp. Resps. & Objs. to Interrogatory No. 14 |
| 5 | May Offer | 2022.06.24 Teva's Resps. & Objs. to 2nd Set of Interrogatories |
| 6 | May Offer | 2022.07.15 Teva's Supp. Resps & Objs to 1st Set of Interrogatories |
| 7 | May Offer | 2022.08.10 ACS certificate of authenticity signed by David Blanc |
| 8 | May Offer | 2022.09.02 email from J. Stern to D. Rosenthal and Case Team re: U.S. v. Teva, No. 20-11548 (D. Mass.) - United States' Interrogatory 4 / Siebel |
| 9 | May Offer | 2022.10.31 Teva's Resps. and Objs. to 30b6 Topics 3 and 6.pdf |
| 10 | May Offer | 2022.10.31 Teva's Resps. and Objs. to First Set of Requests for Admission.pdf |
| 11 | May Offer | 2022.10.31 Teva's Resps. & Objs. to 3rd Set of ROGs |
| 12 | May Offer | 2022.10.31 Teva's Resps. and Objs to 1st RFAs |
| 13 | May Offer | 2022.12.08 Teva's Supp. Resps. and Objs. to Interrogatories 2, 3, and 5 |
| 14 | May Offer | 2022.12.08 Teva's Supp. Resps. and Objs. to Interrogatory 19 |
| 15 | May Offer | 2022.12.08 Teva's Supp. Resps. and Objs. to US Interrogatories 2, 3, and 5 |
| 16 | May Offer | 2022.12.08 Teva's Supp. Resps. and Objs. to US Interrogatory 19 |
| 17 | May Offer | 2023.04.20 Teva's Supp. Resps. and Objs. to RFA 4.pdf |
| 18 | May Offer | ACS000001 |
| 19 | May Offer | ACS000002 |
| 20 | May Offer | ACS000003 |
| 21 | May Offer | ACS000005 |
| 22 | May Offer | ACS000006 |
| 23 | Expects to Offer | ARX00003419 |
| 24 | May Offer | ARX00004181 |
| 25 | May Offer | ARX00004948 |
| 26 | May Offer | ARX00012387 |
| 27 | May Offer | ARX00055301 |
| 28 | May Offer | ARX00056649 |
| 29 | Expects to Offer | ARX00057434 |
| 30 | May Offer | ARX00059799 |
| 31 | May Offer | ARX00061061 |
| 32 | May Offer | ARX00066085 |
| 33 | May Offer | ARX00072425 |
| 34 | May Offer | ARX00073434 |
| 35 | May Offer | ARX00074346 |
| 36 | May Offer | ARX00075606 |
| 37 | May Offer | ARX00075609 |
| 38 | May Offer | ARX00076263 |
| 39 | May Offer | ARX00076907 |
| 40 | May Offer | ARX00085109 |
| 41 | May Offer | ARX00085112 |
| 42 | May Offer | ARX00109611 |
| 43 | May Offer | ARX00109671 |
| 44 | May Offer | ARX00109980 |
| 45 | May Offer | ARX00110621 |
| 46 | May Offer | ARX00112900 |
| 47 | Expects to Offer | ARX00129213 |

| | | |
|---|---|---|
| 48 | May Offer | ARX00130572 |
| 49 | May Offer | CVS000066 |
| 50 | May Offer | CVS172125 |
| 51 | May Offer | CVS176156 |
| 52 | Expects to Offer | CVS180267 |
| 53 | Expects to Offer | CVS205390 |
| 54 | May Offer | CVS205400 |
| 55 | May Offer | CVS205475 |
| 56 | Expects to Offer | CVS205520 |
| 57 | May Offer | CVS205551 |
| 58 | May Offer | CVS208364 |
| 59 | Expects to Offer | CVS208652 |
| 60 | Expects to Offer | CVS208707 |
| 61 | May Offer | CVS209218 |
| 62 | Expects to Offer | CVS209331 |
| 63 | May Offer | CVS209533 |
| 64 | Expects to Offer | CVS209695 |
| 65 | May Offer | CVS209726 |
| 66 | May Offer | CVS210066 |
| 67 | May Offer | CVS210072 |
| 68 | May Offer | CVS210208 |
| 69 | May Offer | CVS210520 |
| 70 | May Offer | CVS211571 |
| 71 | Expects to Offer | CVS213227 |
| 72 | May Offer | CVS214348 |
| 73 | May Offer | CVS214810 |
| 74 | May Offer | CVS215153 |
| 75 | May Offer | CVS215828 |
| 76 | May Offer | CVS215910 |
| 77 | May Offer | CVS216900 |
| 78 | May Offer | CVS217250 |
| 79 | May Offer | CVS217631 |
| 80 | May Offer | CVS218235 |
| 81 | May Offer | CVS222360 |
| 82 | May Offer | CVS223002 |
| 83 | Expects to Offer | CVS224602 |
| 84 | Expects to Offer | CVS235744 |
| 85 | Expects to Offer | CVS239685 |
| 86 | May Offer | CVS241475 |
| 87 | Expects to Offer | CVS246002 |
| 88 | Expects to Offer | CVS266265 |
| 89 | Expects to Offer | CVS268913 |
| 90 | Expects to Offer | CVS268930 |
| 91 | May Offer | CVS268932 |
| 92 | May Offer | CVS268939 |
| 93 | May Offer | CVS268962 |
| 94 | May Offer | CVS269066 |
| 95 | May Offer | CVS269259 |
| 96 | May Offer | CVS269260 |

| 97 | May Offer | CVS269261 |
|---|---|---|
| 98 | May Offer | CVS269263 |
| 99 | May Offer | CVS269264 |
| 100 | May Offer | CVS269277 |
| 101 | May Offer | CVS269278 |
| 102 | May Offer | CVS269335 |
| 103 | May Offer | CVS269338 |
| 104 | May Offer | CVS269339 |
| 105 | Expects to Offer | CVS269340 |
| 106 | May Offer | CVS269341 |
| 107 | Expects to Offer | CVS269342 |
| 108 | May Offer | CVS269343 |
| 109 | Expects to Offer | CVS281293 |
| 110 | May Offer | CVS281309 |
| 111 | Expects to Offer | CVS288831 |
| 112 | May Offer | CVS300593 |
| 113 | May Offer | CVS301586 |
| 114 | May Offer | CVS301638 |
| 115 | May Offer | CVS301649 |
| 116 | May Offer | CVS301666 |
| 117 | Expects to Offer | CVS301675 |
| 118 | May Offer | CVS301688 |
| 119 | Expects to Offer | CVS301691 |
| 120 | May Offer | CVS301713 |
| 121 | May Offer | CVS301722 |
| 122 | May Offer | CVS301801 |
| 123 | May Offer | CVS301807 |
| 124 | May Offer | CVS301984 |
| 125 | Expects to Offer | CVS301998 |
| 126 | May Offer | CVS302871 |
| 127 | May Offer | CVS303561 |
| 128 | May Offer | CVS303674 |
| 129 | May Offer | CVS305118 |
| 130 | May Offer | CVS305258 |
| 131 | May Offer | CVS305530 |
| 132 | May Offer | CVS306358 |
| 133 | May Offer | CVS306496 |
| 134 | May Offer | CVS306514 |
| 135 | May Offer | CVS306579 |
| 136 | May Offer | CVS306580 |
| 137 | May Offer | CVS306581 |
| 138 | Expects to Offer | CVS306598 |
| 139 | Expects to Offer | CVS306622 |
| 140 | May Offer | CVS311245 |
| 141 | May Offer | CVS312167 |
| 142 | May Offer | CVS313093 |
| 143 | Expects to Offer | CVS313772 |
| 144 | May Offer | CVS314141 |
| 145 | Expects to Offer | CVS314846 |

| 146 | May Offer | CVS320688 |
| 147 | May Offer | CVS321888 |
| 148 | May Offer | CVS363645 |
| 149 | May Offer | CVS363651 |
| 150 | May Offer | CVS363901 |
| 151 | May Offer | CVS363953 |
| 152 | May Offer | CVS363955 |
| 153 | May Offer | CVS364035 |
| 154 | May Offer | CVS364037 |
| 155 | May Offer | CVS364176 |
| 156 | May Offer | CVS364229 |
| 157 | May Offer | CVS364270 |
| 158 | May Offer | CVS364383 |
| 159 | May Offer | CVS364392 |
| 160 | May Offer | CVS364479 |
| 161 | Expects to Offer | CVS364997 |
| 162 | Expects to Offer | CVS369058 |
| 163 | May Offer | CVS369520 |
| 164 | May Offer | CVS369528 |
| 165 | May Offer | Dew Expert Report (2022.12.19) Attachments D - I |
| 166 | May Offer | DLynch_PAP_00001758 |
| 167 | May Offer | DOJ_003259 |
| 168 | May Offer | DOJ_003260 |
| 169 | May Offer | DOJ_003262 |
| 170 | May Offer | DOJ_003263 |
| 171 | May Offer | DOJ_003264 |
| 172 | May Offer | DOJ_011866 |
| 173 | May Offer | DOJ_012110 |
| 174 | May Offer | DOJ_013354 |
| 175 | May Offer | GD 0000319 |
| 176 | May Offer | GD 0004262 |
| 177 | Expects to Offer | GD 0007379 |
| 178 | Expects to Offer | GD 0009363 |
| 179 | May Offer | GD 0009365 |
| 180 | Expects to Offer | GD 0014272 |
| 181 | Expects to Offer | GD 0014599 |
| 182 | May Offer | GD 0030216 |
| 183 | Expects to Offer | GD 0033458 |
| 184 | May Offer | GD 0075162 |
| 185 | Expects to Offer | GD 0075213 |
| 186 | May Offer | GD 0075664 |
| 187 | Expects to Offer | GD 0093960 |
| 188 | May Offer | GD 0139630 |
| 189 | May Offer | GD 0143946 |
| 190 | May Offer | GD 0255020 |
| 191 | Expects to Offer | GD 0345034 |
| 192 | Expects to Offer | GD 0367101 |
| 193 | Expects to Offer | GD 0369039 |
| 194 | May Offer | GD 0369618 |

| 195 | May Offer | GD 0369619 |
|---|---|---|
| 196 | Expects to Offer | GD_TEVA_0021105 |
| 197 | Expects to Offer | GD_TEVA_0025253 |
| 198 | Expects to Offer | Ian Dew Rebuttal Report (2022.03.27), Attachments A, B, C, D, E |
| 199 | May Offer | Philip Ellis, Ph.D. Expert Report (2022.12.19), Attachments E, F, G |
| 200 | Expects to Offer | Philip Ellis, Ph.D. Expert Report (2022.12.19), Tables 1-20 |
| 201 | Expects to Offer | Philip Ellis, Ph.D. Rebuttal Report (2022.03.27), Attachments A, B, C, D |
| 202 | May Offer | PSI00300846 |
| 203 | May Offer | TAF_TEVA000000480 |
| 204 | May Offer | TAF_TEVA000000495 |
| 205 | May Offer | TAF_TEVA000238836 |
| 206 | May Offer | TAF_TEVA000240186 |
| 207 | Expects to Offer | TAF0001341_0001 |
| 208 | May Offer | TAF0006847 |
| 209 | May Offer | TAF0006877 |
| 210 | May Offer | TAF0006881 |
| 211 | May Offer | TAF0006887 |
| 212 | May Offer | TAF0006895 |
| 213 | May Offer | TAF0007043 |
| 214 | May Offer | TAF0007144 |
| 215 | May Offer | TAF0007145 |
| 216 | May Offer | TAF0007146 |
| 217 | May Offer | TAF0007215 |
| 218 | May Offer | TAF0007216 |
| 219 | May Offer | TAF0007217 |
| 220 | May Offer | TAF0007218 |
| 221 | May Offer | TAF0007286 |
| 222 | May Offer | TAF0010928 |
| 223 | May Offer | TAF0011336 |
| 224 | Expects to Offer | TAF0011683 |
| 225 | Expects to Offer | TAF0012222 |
| 226 | May Offer | TAF0014445 |
| 227 | May Offer | TAF0014447 |
| 228 | May Offer | TAF0014556 |
| 229 | Expects to Offer | TAF0014923 |
| 230 | May Offer | TAF0015643 |
| 231 | May Offer | TAF0015877 |
| 232 | May Offer | TAF0016481 |
| 233 | Expects to Offer | TAF0018698 |
| 234 | May Offer | TAF0020914 |
| 235 | May Offer | TAF0020927 |
| 236 | May Offer | TAF0022651 |
| 237 | May Offer | TAF0022753 |
| 238 | May Offer | TAF0026633 |
| 239 | May Offer | TAF0029010 |
| 240 | Expects to Offer | TAF0029014 |
| 241 | May Offer | TAF0029312 |
| 242 | May Offer | TAF0029508 |
| 243 | Expects to Offer | TAF0029556 |

| 244 | May Offer | TAF0031306 |
|---|---|---|
| 245 | May Offer | TAF0033872 |
| 246 | May Offer | TAF0034271 |
| 247 | Expects to Offer | TAF0034860 |
| 248 | May Offer | TAF0034921 |
| 249 | Expects to Offer | TAF0035393 |
| 250 | Expects to Offer | TAF0035412 |
| 251 | May Offer | TAF0038004 |
| 252 | May Offer | TAF0038072 |
| 253 | May Offer | TAF0040894 |
| 254 | May Offer | TAF0053742 |
| 255 | May Offer | TAF0054243 |
| 256 | May Offer | TAF0054479 |
| 257 | May Offer | TAF0054808 |
| 258 | May Offer | TAF0058459 |
| 259 | May Offer | TAF0061040 |
| 260 | May Offer | TAF0063101 |
| 261 | May Offer | TAF0063249 |
| 262 | May Offer | TAF0063583 |
| 263 | May Offer | TAF0070743 |
| 264 | May Offer | TAF0070992 |
| 265 | May Offer | TAF0071296 |
| 266 | May Offer | TAF0080649 |
| 267 | May Offer | TAF0084004 |
| 268 | May Offer | TAF0106674 |
| 269 | May Offer | TAF0108034 |
| 270 | May Offer | TAF0149346 |
| 271 | May Offer | TAF0151173 |
| 272 | May Offer | TAF0151466 |
| 273 | May Offer | TAF0152819 |
| 274 | May Offer | TAF0153906 |
| 275 | May Offer | TAF0155383 |
| 276 | May Offer | TAF0175684 |
| 277 | May Offer | TAF0240523 |
| 278 | May Offer | TAF0248239 |
| 279 | May Offer | TAF0253000 |
| 280 | May Offer | TAF0300501 |
| 281 | May Offer | TAF0314862 |
| 282 | May Offer | TAF0336623 |
| 283 | Expects to Offer | TAF0403183 |
| 284 | May Offer | TAF0411734 |
| 285 | Expects to Offer | TAF0418250 |
| 286 | May Offer | TAF0424814 |
| 287 | May Offer | TAF0439031 |
| 288 | May Offer | TAF0451863 |
| 289 | May Offer | TAF0459321 |
| 290 | May Offer | TAF0459467 |
| 291 | May Offer | TAF0460154 |
| 292 | May Offer | TAF0462287 |

| 293 | Expects to Offer | TAF0475980 |
|---|---|---|
| 294 | May Offer | TAF0513429 |
| 295 | May Offer | TAF0678800 |
| 296 | May Offer | TAF0687116 |
| 297 | May Offer | TAF1006429 |
| 298 | May Offer | TAF1006430 |
| 299 | May Offer | TAF1006431 |
| 300 | May Offer | TAF1006432 |
| 301 | May Offer | TAF1006433 |
| 302 | May Offer | TAF1006434 |
| 303 | May Offer | TAF1006435 |
| 304 | May Offer | TAF1006436 |
| 305 | May Offer | Tev_000001 |
| 306 | Expects to Offer | Tev_001547 |
| 307 | May Offer | Tev_001553 |
| 308 | May Offer | Tev_001562 |
| 309 | May Offer | Tev_001572 |
| 310 | May Offer | Tev_001585 |
| 311 | May Offer | Tev_001597 |
| 312 | May Offer | Tev_001610 |
| 313 | Expects to Offer | Tev_001622 |
| 314 | Expects to Offer | Tev_001636 |
| 315 | May Offer | Tev_001662 |
| 316 | May Offer | Tev_001666 |
| 317 | May Offer | Tev_001669 |
| 318 | May Offer | Tev_001683 |
| 319 | May Offer | Tev_001688 |
| 320 | May Offer | Tev_001714 |
| 321 | May Offer | Tev_001716 |
| 322 | May Offer | Tev_001720 |
| 323 | May Offer | Tev_001739 |
| 324 | May Offer | Tev_001746 |
| 325 | May Offer | Tev_002132 |
| 326 | May Offer | Tev_002858 |
| 327 | May Offer | Tev_003409 |
| 328 | May Offer | Tev_003997 |
| 329 | May Offer | Tev_004159 |
| 330 | May Offer | Tev_004333 |
| 331 | May Offer | Tev_004342 |
| 332 | May Offer | Tev_004446 |
| 333 | May Offer | Tev_004622 |
| 334 | May Offer | Tev_005306 |
| 335 | May Offer | Tev_005893 |
| 336 | May Offer | Tev_006263 |
| 337 | May Offer | Tev_006406 |
| 338 | May Offer | Tev_006651 |
| 339 | May Offer | Tev_007334 |
| 340 | May Offer | Tev_007355 |
| 341 | May Offer | Tev_007968 |

| 342 | Expects to Offer | Tev_008407 |
|---|---|---|
| 343 | May Offer | Tev_008472 |
| 344 | May Offer | Tev_008559 |
| 345 | May Offer | Tev_010463 |
| 346 | May Offer | Tev_013618 |
| 347 | May Offer | Tev_014036 |
| 348 | Expects to Offer | Tev_014931 |
| 349 | May Offer | Tev_015670 |
| 350 | May Offer | Tev_016624 |
| 351 | May Offer | Tev_017215 |
| 352 | May Offer | Tev_020126 |
| 353 | May Offer | Tev_020834 |
| 354 | May Offer | Tev_020836 |
| 355 | May Offer | Tev_020857 |
| 356 | May Offer | Tev_020915 |
| 357 | May Offer | Tev_020916 |
| 358 | Expects to Offer | Tev_020918 |
| 359 | May Offer | Tev_020957 |
| 360 | May Offer | Tev_020960 |
| 361 | May Offer | Tev_020974 |
| 362 | May Offer | Tev_020978 |
| 363 | May Offer | Tev_020984 |
| 364 | May Offer | Tev_020989 |
| 365 | May Offer | Tev_020991 |
| 366 | Expects to Offer | Tev_020995 |
| 367 | Expects to Offer | Tev_020997 |
| 368 | Expects to Offer | Tev_021000 |
| 369 | May Offer | Tev_021226 |
| 370 | May Offer | Tev_021233 |
| 371 | May Offer | Tev_021242 |
| 372 | May Offer | Tev_021268 |
| 373 | May Offer | Tev_021269 |
| 374 | May Offer | Tev_021286 |
| 375 | Expects to Offer | Tev_021316 |
| 376 | May Offer | Tev_021339 |
| 377 | May Offer | Tev_021365 |
| 378 | May Offer | Tev_021460 |
| 379 | Expects to Offer | Tev_021485 |
| 380 | May Offer | Tev_021553 |
| 381 | May Offer | Tev_021606 |
| 382 | Expects to Offer | Tev_021610 |
| 383 | Expects to Offer | Tev_021615 |
| 384 | Expects to Offer | Tev_021627 |
| 385 | May Offer | Tev_021648 |
| 386 | May Offer | Tev_021651 |
| 387 | Expects to Offer | Tev_021654 |
| 388 | May Offer | Tev_021773 |
| 389 | May Offer | Tev_021795 |
| 390 | May Offer | Tev_021803 |

| 391 | May Offer | Tev_021823 |
| 392 | Expects to Offer | Tev_021826 |
| 393 | May Offer | Tev_022077 |
| 394 | May Offer | Tev_022149 |
| 395 | Expects to Offer | Tev_022185 |
| 396 | May Offer | Tev_022246 |
| 397 | Expects to Offer | Tev_022267 |
| 398 | May Offer | Tev_022303 |
| 399 | Expects to Offer | Tev_022403 |
| 400 | Expects to Offer | Tev_022856 |
| 401 | Expects to Offer | Tev_023275 |
| 402 | May Offer | Tev_025158 |
| 403 | Expects to Offer | Tev_025204 |
| 404 | May Offer | Tev_025439 |
| 405 | May Offer | Tev_025498 |
| 406 | May Offer | Tev_025507 |
| 407 | Expects to Offer | Tev_025551 |
| 408 | May Offer | Tev_025560 |
| 409 | May Offer | Tev_025588 |
| 410 | May Offer | Tev_025644 |
| 411 | May Offer | Tev_025660 |
| 412 | May Offer | Tev_025665 |
| 413 | May Offer | Tev_025666 |
| 414 | May Offer | Tev_025710 |
| 415 | Expects to Offer | Tev_025735 |
| 416 | May Offer | Tev_025736 |
| 417 | May Offer | Tev_025757 |
| 418 | May Offer | Tev_025919 |
| 419 | May Offer | Tev_025921 |
| 420 | May Offer | Tev_025923 |
| 421 | May Offer | Tev_026218 |
| 422 | May Offer | Tev_026485 |
| 423 | May Offer | Tev_026500 |
| 424 | Expects to Offer | Tev_026508 |
| 425 | May Offer | Tev_027120 |
| 426 | Expects to Offer | Tev_028749 |
| 427 | May Offer | Tev_030659 |
| 428 | May Offer | Tev_030796 |
| 429 | May Offer | Tev_043178 |
| 430 | May Offer | Tev_043233 |
| 431 | Expects to Offer | Tev_043556 |
| 432 | May Offer | Tev_043740 |
| 433 | May Offer | Tev_043742 |
| 434 | May Offer | Tev_043744 |
| 435 | May Offer | Tev_043746 |
| 436 | May Offer | Tev_043748 |
| 437 | May Offer | Tev_043750 |
| 438 | May Offer | Tev_043752 |
| 439 | May Offer | Tev_043763 |

| 440 | May Offer | Tev_043772 |
| 441 | May Offer | Tev_043777 |
| 442 | May Offer | Tev_043779 |
| 443 | May Offer | Tev_043781 |
| 444 | May Offer | Tev_043783 |
| 445 | May Offer | Tev_043785 |
| 446 | May Offer | Tev_043787 |
| 447 | May Offer | Tev_043789 |
| 448 | May Offer | Tev_043791 |
| 449 | May Offer | Tev_043808 |
| 450 | May Offer | Tev_043810 |
| 451 | May Offer | Tev_043814 |
| 452 | May Offer | Tev_043824 |
| 453 | May Offer | Tev_043834 |
| 454 | May Offer | Tev_043841 |
| 455 | May Offer | Tev_043843 |
| 456 | May Offer | Tev_043851 |
| 457 | May Offer | Tev_043856 |
| 458 | May Offer | Tev_043858 |
| 459 | May Offer | Tev_043860 |
| 460 | May Offer | Tev_043862 |
| 461 | May Offer | Tev_043864 |
| 462 | May Offer | Tev_043866 |
| 463 | May Offer | Tev_043868 |
| 464 | May Offer | Tev_043870 |
| 465 | May Offer | Tev_043872 |
| 466 | May Offer | Tev_043874 |
| 467 | May Offer | Tev_043876 |
| 468 | May Offer | Tev_043878 |
| 469 | May Offer | Tev_043880 |
| 470 | May Offer | Tev_043882 |
| 471 | May Offer | Tev_043888 |
| 472 | May Offer | Tev_043890 |
| 473 | May Offer | Tev_043892 |
| 474 | May Offer | Tev_043894 |
| 475 | May Offer | Tev_043896 |
| 476 | Expects to Offer | Tev_044186 |
| 477 | May Offer | Tev_044203 |
| 478 | Expects to Offer | Tev_044205 |
| 479 | Expects to Offer | Tev_045684 |
| 480 | Expects to Offer | Tev_045737 |
| 481 | May Offer | Tev_045834 |
| 482 | May Offer | Tev_047360 |
| 483 | Expects to Offer | Tev_047450 |
| 484 | Expects to Offer | Tev_047545 |
| 485 | Expects to Offer | Tev_047615 |
| 486 | May Offer | Tev_047805 |
| 487 | May Offer | Tev_047930 |
| 488 | May Offer | Tev_048054 |

| 489 | May Offer | Tev_048113 |
|---|---|---|
| 490 | Expects to Offer | Tev_048244 |
| 491 | Expects to Offer | Tev_048395 |
| 492 | Expects to Offer | Tev_048476 |
| 493 | May Offer | Tev_048686 |
| 494 | May Offer | Tev_048701 |
| 495 | May Offer | Tev_048795 |
| 496 | May Offer | Tev_048887 |
| 497 | Expects to Offer | Tev_049210 |
| 498 | Expects to Offer | Tev_049217 |
| 499 | May Offer | Tev_049238 |
| 500 | May Offer | Tev_049274 |
| 501 | Expects to Offer | Tev_049384 |
| 502 | Expects to Offer | Tev_050019 |
| 503 | May Offer | Tev_052867 |
| 504 | Expects to Offer | Tev_052957 |
| 505 | May Offer | Tev_053032 |
| 506 | Expects to Offer | Tev_053033 |
| 507 | May Offer | Tev_055206 |
| 508 | May Offer | Tev_055862 |
| 509 | May Offer | Tev_056583 |
| 510 | May Offer | Tev_056605 |
| 511 | May Offer | Tev_057255 |
| 512 | May Offer | Tev_058009 |
| 513 | May Offer | Tev_058128 |
| 514 | May Offer | Tev_058146 |
| 515 | May Offer | Tev_058506 |
| 516 | May Offer | Tev_059207 |
| 517 | May Offer | Tev_060259 |
| 518 | May Offer | Tev_060919 |
| 519 | May Offer | Tev_061395 |
| 520 | Expects to Offer | Tev_063339 |
| 521 | May Offer | Tev_067123 |
| 522 | May Offer | Tev_067881 |
| 523 | May Offer | Tev_068838 |
| 524 | Expects to Offer | Tev_069454 |
| 525 | May Offer | Tev_071545 |
| 526 | May Offer | Tev_071778 |
| 527 | May Offer | Tev_072962 |
| 528 | May Offer | Tev_074464 |
| 529 | May Offer | Tev_075547 |
| 530 | May Offer | Tev_080588 |
| 531 | May Offer | Tev_081757 |
| 532 | Expects to Offer | Tev_082974 |
| 533 | May Offer | Tev_083304 |
| 534 | May Offer | Tev_090872 |
| 535 | May Offer | Tev_090881 |
| 536 | May Offer | Tev_090884 |
| 537 | May Offer | Tev_090896 |

| 538 | Expects to Offer | Tev_090993 |
|---|---|---|
| 539 | May Offer | Tev_096938 |
| 540 | May Offer | Tev_109137 |
| 541 | May Offer | Tev_112772 |
| 542 | May Offer | Tev_114206 |
| 543 | Expects to Offer | Tev_115904 |
| 544 | May Offer | Tev_117183 |
| 545 | May Offer | Tev_120448 |
| 546 | May Offer | Tev_126058 |
| 547 | May Offer | Tev_126941 |
| 548 | Expects to Offer | Tev_127724 |
| 549 | May Offer | Tev_127787 |
| 550 | May Offer | Tev_128019 |
| 551 | May Offer | Tev_128076 |
| 552 | May Offer | Tev_128155 |
| 553 | May Offer | Tev_128306 |
| 554 | Expects to Offer | Tev_128331 |
| 555 | Expects to Offer | Tev_128381 |
| 556 | May Offer | Tev_128493 |
| 557 | Expects to Offer | Tev_128512 |
| 558 | Expects to Offer | Tev_128630 |
| 559 | May Offer | Tev_129570 |
| 560 | Expects to Offer | Tev_136958 |
| 561 | May Offer | Tev_136962 |
| 562 | May Offer | Tev_136994 |
| 563 | May Offer | Tev_137011 |
| 564 | May Offer | Tev_137053 |
| 565 | May Offer | Tev_137246 |
| 566 | May Offer | Tev_145751 |
| 567 | May Offer | Tev_145753 |
| 568 | May Offer | Tev_145755 |
| 569 | May Offer | Tev_145774 |
| 570 | May Offer | Tev_145824 |
| 571 | May Offer | Tev_146035 |
| 572 | May Offer | Tev_147450 |
| 573 | May Offer | Tev_147691 |
| 574 | Expects to Offer | Tev_148002 |
| 575 | May Offer | Tev_158820 |
| 576 | Expects to Offer | Tev_161412 |
| 577 | May Offer | Tev_161557 |
| 578 | May Offer | Tev_166832 |
| 579 | Expects to Offer | Tev_166865 |
| 580 | Expects to Offer | Tev_166896 |
| 581 | May Offer | Tev_166919 |
| 582 | May Offer | Tev_166920 |
| 583 | May Offer | Tev_166921 |
| 584 | May Offer | Tev_166923 |
| 585 | May Offer | Tev_166933 |
| 586 | May Offer | Tev_166934 |

| 587 | May Offer | Tev_166936 |
| 588 | May Offer | Tev_166951 |
| 589 | May Offer | Tev_167095 |
| 590 | Expects to Offer | Tev_167097 |
| 591 | May Offer | Tev_167099 |
| 592 | May Offer | Tev_167108 |
| 593 | Expects to Offer | Tev_167115 |
| 594 | May Offer | Tev_167142 |
| 595 | May Offer | Tev_167154 |
| 596 | May Offer | Tev_167185 |
| 597 | May Offer | Tev_167187 |
| 598 | May Offer | Tev_167203 |
| 599 | May Offer | Tev_167221 |
| 600 | May Offer | Tev_167239 |
| 601 | May Offer | Tev_167240 |
| 602 | May Offer | Tev_167392 |
| 603 | Expects to Offer | Tev_167400 |
| 604 | May Offer | Tev_167401 |
| 605 | May Offer | Tev_167426 |
| 606 | May Offer | Tev_167489 |
| 607 | May Offer | Tev_167522 |
| 608 | Expects to Offer | Tev_167535 |
| 609 | Expects to Offer | Tev_167539 |
| 610 | May Offer | Tev_167574 |
| 611 | Expects to Offer | Tev_167782 |
| 612 | May Offer | Tev_167806 |
| 613 | May Offer | Tev_167825 |
| 614 | May Offer | Tev_167828 |
| 615 | May Offer | Tev_167832 |
| 616 | May Offer | Tev_167882 |
| 617 | May Offer | Tev_167888 |
| 618 | Expects to Offer | Tev_167920 |
| 619 | Expects to Offer | Tev_167921 |
| 620 | Expects to Offer | Tev_168554 |
| 621 | Expects to Offer | Tev_168632 |
| 622 | May Offer | Tev_168650 |
| 623 | May Offer | Tev_168693 |
| 624 | May Offer | Tev_168698 |
| 625 | May Offer | Tev_168788 |
| 626 | Expects to Offer | Tev_168830 |
| 627 | May Offer | Tev_168833 |
| 628 | May Offer | Tev_168889 |
| 629 | May Offer | Tev_168895 |
| 630 | May Offer | Tev_168902 |
| 631 | Expects to Offer | Tev_168946 |
| 632 | May Offer | Tev_168989 |
| 633 | May Offer | Tev_169025 |
| 634 | May Offer | Tev_169076 |
| 635 | May Offer | Tev_169087 |

| 636 | Expects to Offer | Tev_170414 |
| 637 | May Offer | Tev_171197 |
| 638 | May Offer | Tev_171295 |
| 639 | May Offer | Tev_171826 |
| 640 | May Offer | Tev_172156 |
| 641 | May Offer | Tev_172452 |
| 642 | Expects to Offer | Tev_174762 |
| 643 | May Offer | Tev_175267 |
| 644 | Expects to Offer | Tev_191697 |
| 645 | May Offer | Tev_196911 |
| 646 | May Offer | Tev_218860 |
| 647 | May Offer | Tev_220184 |
| 648 | May Offer | Tev_222251 |
| 649 | May Offer | Tev_222847 |
| 650 | May Offer | Tev_223089 |
| 651 | May Offer | Tev_223183 |
| 652 | May Offer | Tev_226516 |
| 653 | Expects to Offer | Tev_227457 |
| 654 | Expects to Offer | Tev_233444 |
| 655 | May Offer | Tev_240865 |
| 656 | May Offer | Tev_245817 |
| 657 | May Offer | Tev_246433 |
| 658 | Expects to Offer | Tev_273474 |
| 659 | May Offer | Tev_275445 |
| 660 | May Offer | Tev_277358 |
| 661 | Expects to Offer | Tev_277360 |
| 662 | May Offer | Tev_281929 |
| 663 | May Offer | Tev_289063 |
| 664 | Expects to Offer | Tev_289325 |
| 665 | Expects to Offer | Tev_290260 |
| 666 | May Offer | Tev_290273 |
| 667 | May Offer | Tev_290285 |
| 668 | May Offer | Tev_290287 |
| 669 | May Offer | Tev_290289 |
| 670 | May Offer | Tev_293025 |
| 671 | May Offer | Tev_293369 |
| 672 | May Offer | Tev_293390 |
| 673 | May Offer | Tev_293588 |
| 674 | May Offer | Tev_297805 |
| 675 | May Offer | Tev_298252 |
| 676 | May Offer | Tev_302270 |
| 677 | May Offer | Tev_302460 |
| 678 | Expects to Offer | Tev_304357 |
| 679 | May Offer | Tev_304804 |
| 680 | May Offer | Tev_305032 |
| 681 | Expects to Offer | Tev_307387 |
| 682 | May Offer | Tev_307694 |
| 683 | May Offer | Tev_307715 |
| 684 | May Offer | Tev_310452 |

| 685 | May Offer | Tev_311005 |
|---|---|---|
| 686 | May Offer | Tev_311091 |
| 687 | Expects to Offer | Tev_311988 |
| 688 | May Offer | Tev_312467 |
| 689 | May Offer | Tev_312795 |
| 690 | May Offer | Tev_313118 |
| 691 | May Offer | Tev_314191 |
| 692 | May Offer | Tev_315080 |
| 693 | May Offer | Tev_315665 |
| 694 | May Offer | Tev_316300 |
| 695 | Expects to Offer | Tev_317570 |
| 696 | Expects to Offer | Tev_317584 |
| 697 | Expects to Offer | Tev_317890 |
| 698 | Expects to Offer | Tev_318787 |
| 699 | Expects to Offer | Tev_320874 |
| 700 | May Offer | Tev_324426 |
| 701 | May Offer | Tev_328905 |
| 702 | May Offer | Tev_330513 |
| 703 | May Offer | Tev_330828 |
| 704 | May Offer | Tev_334479 |
| 705 | May Offer | Tev_338443 |
| 706 | May Offer | Tev_338444 |
| 707 | May Offer | Tev_338446 |
| 708 | May Offer | Tev_339544 |
| 709 | May Offer | Tev_339723 |
| 710 | May Offer | Tev_340271 |
| 711 | May Offer | Tev_340295 |
| 712 | May Offer | Tev_340324 |
| 713 | May Offer | Tev_341194 |
| 714 | May Offer | Tev_341229 |
| 715 | May Offer | Tev_342342 |
| 716 | May Offer | Tev_343715 |
| 717 | May Offer | Tev_344562 |
| 718 | May Offer | Tev_345074 |
| 719 | May Offer | Tev_346583 |
| 720 | May Offer | Tev_350269 |
| 721 | May Offer | Tev_350739 |
| 722 | May Offer | Tev_351537 |
| 723 | May Offer | Tev_351572 |
| 724 | May Offer | Tev_351599 |
| 725 | May Offer | Tev_353396 |
| 726 | May Offer | Tev_356678 |
| 727 | May Offer | Tev_356690 |
| 728 | Expects to Offer | Tev_359528 |
| 729 | May Offer | Tev_359547 |
| 730 | May Offer | Tev_361732 |
| 731 | May Offer | Tev_373131 |
| 732 | May Offer | Tev_375620 |
| 733 | May Offer | Tev_392687 |

| 734 | May Offer | Tev_396302 |
|---|---|---|
| 735 | May Offer | Tev_403461 |
| 736 | May Offer | Tev_404733 |
| 737 | May Offer | Tev_404884 |
| 738 | May Offer | Tev_404897 |
| 739 | May Offer | Tev_411555 |
| 740 | May Offer | Tev_411559 |
| 741 | May Offer | Tev_411561 |
| 742 | May Offer | Tev_412363 |
| 743 | May Offer | Tev_412446 |
| 744 | May Offer | Tev_413053 |
| 745 | May Offer | Tev_413492 |
| 746 | May Offer | Tev_413791 |
| 747 | May Offer | Tev_413806 |
| 748 | May Offer | Tev_414260 |
| 749 | May Offer | Tev_414262 |
| 750 | May Offer | Tev_415335 |
| 751 | May Offer | Tev_415348 |
| 752 | May Offer | Tev_415368 |
| 753 | May Offer | Tev_415382 |
| 754 | May Offer | Tev_415624 |
| 755 | May Offer | Tev_415675 |
| 756 | May Offer | Tev_415677 |
| 757 | May Offer | Tev_415678 |
| 758 | May Offer | Tev_415794 |
| 759 | May Offer | Tev_415811 |
| 760 | May Offer | Tev_415812 |
| 761 | May Offer | Tev_415813 |
| 762 | May Offer | Tev_415816 |
| 763 | May Offer | Tev_415817 |
| 764 | May Offer | Tev_415847 |
| 765 | May Offer | Tev_416053 |
| 766 | May Offer | Tev_416190 |
| 767 | May Offer | Tev_416496 |
| 768 | May Offer | Tev_416509 |
| 769 | May Offer | Tev_416960 |
| 770 | May Offer | Tev_416972 |
| 771 | May Offer | Tev_417003 |
| 772 | May Offer | Tev_417025 |
| 773 | May Offer | Tev_417027 |
| 774 | May Offer | Tev_417029 |
| 775 | May Offer | Tev_417031 |
| 776 | May Offer | Tev_417033 |
| 777 | May Offer | Tev_417035 |
| 778 | May Offer | Tev_417435 |
| 779 | May Offer | Tev_417581 |
| 780 | May Offer | Tev_417583 |
| 781 | May Offer | Tev_417585 |
| 782 | May Offer | Tev_417587 |

| 783 | May Offer | Tev_417589 |
|---|---|---|
| 784 | May Offer | Tev_417591 |
| 785 | May Offer | Tev_417593 |
| 786 | May Offer | Teva 30b6 Ex 2 |
| 787 | May Offer | Teva SEC Filings Form 20-F years 2006 - 2016 and 10-K 2017 |
| 788 | Expects to Offer | TEVA_US_PAP_00000001 |
| 789 | Expects to Offer | TEVA_US_PAP_00000011 |
| 790 | May Offer | TEVA_US_PAP_00000021 |
| 791 | Expects to Offer | TEVA_US_PAP_00000025 |
| 792 | May Offer | TEVA_US_PAP_00002145 |
| 793 | May Offer | TEVA_US_PAP_00002148 |
| 794 | May Offer | TEVA_US_PAP_00002149 |
| 795 | May Offer | TEVA_US_PAP_00002151 |
| 796 | May Offer | TEVA_US_PAP_00002152 |
| 797 | May Offer | TEVA_US_PAP_00002153 |
| 798 | May Offer | TEVA_US_PAP_00002154 |
| 799 | May Offer | TEVA_US_PAP_00002188 |
| 800 | Expects to Offer | TEVA_US_PAP_00002200 |
| 801 | Expects to Offer | TEVA_US_PAP_00002214 |
| 802 | May Offer | TEVA_US_PAP_00019077 |
| 803 | May Offer | TEVA_US_PAP_00032611 |
| 804 | May Offer | TEVA_US_PAP_00033202 |
| 805 | May Offer | TEVA_US_PAP_00033403 |
| 806 | May Offer | TEVA_US_PAP_00033616 |
| 807 | May Offer | TEVA_US_PAP_00034094 |
| 808 | May Offer | TEVA_US_PAP_00035887 |
| 809 | May Offer | TEVA_US_PAP_00038153 |
| 810 | Expects to Offer | TEVA_US_PAP_00051285 |
| 811 | May Offer | TEVA_US_PAP_00053902 |
| 812 | May Offer | TEVA_US_PAP_00055736 |
| 813 | May Offer | TEVA_US_PAP_00056671 |
| 814 | May Offer | TEVA_US_PAP_00056814 |
| 815 | May Offer | TEVA_US_PAP_00056821 |
| 816 | May Offer | TEVA_US_PAP_00057268 |
| 817 | May Offer | TEVA_US_PAP_00058377 |
| 818 | May Offer | TEVA_US_PAP_00076317 |
| 819 | May Offer | TEVA_US_PAP_00076745 |
| 820 | May Offer | TEVA_US_PAP_00077348 |
| 821 | May Offer | TEVA_US_PAP_00084914 |
| 822 | Expects to Offer | TEVA_US_PAP_00105064 |
| 823 | May Offer | TEVA_US_PAP_00105095 |
| 824 | Expects to Offer | TEVA_US_PAP_00105426 |
| 825 | May Offer | TEVA_US_PAP_00105711 |
| 826 | May Offer | TEVA_US_PAP_00106198 |
| 827 | Expects to Offer | TEVA_US_PAP_00106230 |
| 828 | May Offer | TEVA_US_PAP_00106859 |
| 829 | May Offer | TEVA_US_PAP_00106955 |
| 830 | May Offer | TEVA_US_PAP_00107237 |
| 831 | May Offer | TEVA_US_PAP_00107265 |

| 832 | May Offer | TEVA_US_PAP_00107267 |
| 833 | May Offer | TEVA_US_PAP_00107270 |
| 834 | May Offer | TEVA_US_PAP_00107902 |
| 835 | May Offer | TEVA_US_PAP_00108245 |
| 836 | May Offer | TEVA_US_PAP_00108550 |
| 837 | May Offer | TEVA_US_PAP_00109803 |
| 838 | May Offer | TEVA_US_PAP_00109809 |
| 839 | May Offer | TEVA_US_PAP_00110000 |
| 840 | May Offer | TEVA_US_PAP_00110498 |
| 841 | May Offer | TEVA_US_PAP_00111283 |
| 842 | May Offer | TEVA_US_PAP_00112219 |
| 843 | May Offer | TEVA_US_PAP_00135035 |
| 844 | Expects to Offer | TEVA_US_PAP_00135793 |
| 845 | May Offer | TEVA_US_PAP_00136224 |
| 846 | May Offer | TEVA_US_PAP_00136332 |
| 847 | May Offer | TEVA_US_PAP_00137769 |
| 848 | May Offer | TEVA_US_PAP_00138451 |
| 849 | May Offer | TEVA_US_PAP_00140273 |
| 850 | May Offer | TEVA_US_PAP_00143429 |
| 851 | May Offer | TEVA_US_PAP_00158902 |
| 852 | May Offer | TEVA_US_PAP_00158915 |
| 853 | May Offer | TEVA_US_PAP_00169849 |
| 854 | Expects to Offer | TEVA_US_PAP_00169948 |
| 855 | Expects to Offer | TEVA_US_PAP_00169963 |
| 856 | May Offer | TEVA_US_PAP_00170030 |
| 857 | May Offer | TEVA_US_PAP_00170039 |
| 858 | Expects to Offer | TEVA_US_PAP_00170601 |
| 859 | May Offer | TEVA_US_PAP_00170695 |
| 860 | May Offer | TEVA_US_PAP_00170696 |
| 861 | Expects to Offer | TEVA_US_PAP_00171900 |
| 862 | May Offer | TEVA_US_PAP_00172344 |
| 863 | May Offer | TEVA_US_PAP_00172609 |
| 864 | May Offer | TEVA_US_PAP_00172716 |
| 865 | May Offer | TEVA_US_PAP_00172721 |
| 866 | May Offer | TEVA_US_PAP_00173914 |
| 867 | Expects to Offer | TEVA_US_PAP_00174024 |
| 868 | May Offer | TEVA_US_PAP_00174383 |
| 869 | May Offer | TEVA_US_PAP_00174995 |
| 870 | May Offer | TEVA_US_PAP_00175258 |
| 871 | Expects to Offer | TEVA_US_PAP_00177145 |
| 872 | May Offer | TEVA_US_PAP_00179743 |
| 873 | May Offer | TEVA_US_PAP_00183363 |
| 874 | May Offer | TEVA_US_PAP_00184060 |
| 875 | May Offer | TEVA_US_PAP_00185483 |
| 876 | May Offer | TEVA_US_PAP_00188150 |
| 877 | Expects to Offer | TEVA_US_PAP_00193684 |
| 878 | May Offer | TEVA_US_PAP_00196270 |
| 879 | May Offer | TEVA_US_PAP_00196830 |
| 880 | May Offer | TEVA_US_PAP_00197703 |

| 881 | May Offer | TEVA_US_PAP_00198173 |
|---|---|---|
| 882 | May Offer | TEVA_US_PAP_00198206 |
| 883 | May Offer | TEVA_US_PAP_00198330 |
| 884 | May Offer | TEVA_US_PAP_00198997 |
| 885 | May Offer | TEVA_US_PAP_00199028 |
| 886 | May Offer | TEVA_US_PAP_00199172 |
| 887 | May Offer | TEVA_US_PAP_00199930 |
| 888 | Expects to Offer | TEVA_US_PAP_00200553 |
| 889 | May Offer | TEVA_US_PAP_00200606 |
| 890 | May Offer | TEVA_US_PAP_00200712 |
| 891 | May Offer | TEVA_US_PAP_00200739 |
| 892 | May Offer | TEVA_US_PAP_00204328 |
| 893 | May Offer | TEVA_US_PAP_00208221 |
| 894 | May Offer | TEVA_US_PAP_00223461 |
| 895 | May Offer | TEVA_US_PAP_00273907 |
| 896 | May Offer | TEVA_US_PAP_00273912 |
| 897 | Expects to Offer | TEVA_US_PAP_00273917 |
| 898 | Expects to Offer | TEVA_US_PAP_00276730 |
| 899 | May Offer | TEVA_US_PAP_00276742 |
| 900 | May Offer | TEVA_US_PAP_00278239 |
| 901 | May Offer | TEVA_US_PAP_00279382 |
| 902 | May Offer | TEVA_US_PAP_00279739 |
| 903 | May Offer | TEVA_US_PAP_00279751 |
| 904 | May Offer | TEVA_US_PAP_00280411 |
| 905 | May Offer | TEVA_US_PAP_00280890 |
| 906 | May Offer | TEVA_US_PAP_00282738 |
| 907 | May Offer | TEVA_US_PAP_00285678 |
| 908 | May Offer | TEVA_US_PAP_00286125 |
| 909 | May Offer | TEVA_US_PAP_00318712 |
| 910 | May Offer | TEVA_US_PAP_00329272 |
| 911 | May Offer | TEVA_US_PAP_00348140 |
| 912 | May Offer | TEVA_US_PAP_00349294 |
| 913 | May Offer | TEVA_US_PAP_00349819 |
| 914 | May Offer | TEVA_US_PAP_00354558 |
| 915 | May Offer | TEVA_US_PAP_00371002 |
| 916 | May Offer | TEVA_US_PAP_00381439 |
| 917 | May Offer | TEVA_US_PAP_00381471 |
| 918 | May Offer | TEVA_US_PAP_00381528 |
| 919 | May Offer | TEVA_US_PAP_00381529 |
| 920 | May Offer | TEVA_US_PAP_00381768 |
| 921 | May Offer | TEVA_US_PAP_00382062 |
| 922 | May Offer | TEVA_US_PAP_00382450 |
| 923 | May Offer | TEVA_US_PAP_00394430 |
| 924 | May Offer | TEVA_US_PAP_00394763 |
| 925 | Expects to Offer | TEVA_US_PAP_00409351 |
| 926 | Expects to Offer | TEVA_US_PAP_00409452 |
| 927 | Expects to Offer | TEVA_US_PAP_00409462 |
| 928 | May Offer | TEVA_US_PAP_00409738 |
| 929 | May Offer | TEVA_US_PAP_00410193 |

| 930 | Expects to Offer | TEVA_US_PAP_00410206 |
|-----|------------------|----------------------|
| 931 | May Offer | TEVA_US_PAP_00410221 |
| 932 | Expects to Offer | TEVA_US_PAP_00410435 |
| 933 | May Offer | TEVA_US_PAP_00410777 |
| 934 | May Offer | TEVA_US_PAP_00410780 |
| 935 | May Offer | TEVA_US_PAP_00411793 |
| 936 | Expects to Offer | TEVA_US_PAP_00412081 |
| 937 | May Offer | TEVA_US_PAP_00412082 |
| 938 | Expects to Offer | TEVA_US_PAP_00412432 |
| 939 | May Offer | TEVA_US_PAP_00417089 |
| 940 | May Offer | TEVA_US_PAP_00421064 |
| 941 | May Offer | TEVA_US_PAP_00421071 |
| 942 | May Offer | TEVA_US_PAP_00421098 |
| 943 | May Offer | TEVA_US_PAP_00423510 |
| 944 | May Offer | TEVA_US_PAP_00426626 |
| 945 | May Offer | TEVA_US_PAP_00528304 |
| 946 | May Offer | TEVA_US_PAP_00533517 |
| 947 | May Offer | TEVA_US_PAP_00533740 |
| 948 | May Offer | TEVA_US_PAP_00535456 |
| 949 | May Offer | TEVA_US_PAP_00537232 |
| 950 | May Offer | TEVA_US_PAP_00568156 |
| 951 | May Offer | TEVA_US_PAP_00569167 |
| 952 | Expects to Offer | TEVA_US_PAP_00572205 |
| 953 | May Offer | TEVA_US_PAP_00573890 |
| 954 | May Offer | TEVA_US_PAP_00574091 |
| 955 | May Offer | TEVA_US_PAP_00574720 |
| 956 | May Offer | TEVA_US_PAP_00574759 |
| 957 | May Offer | TEVA_US_PAP_00574877 |
| 958 | May Offer | TEVA_US_PAP_00580904 |
| 959 | May Offer | TEVA_US_PAP_00580980 |
| 960 | May Offer | TEVA_US_PAP_00604899 |
| 961 | May Offer | TEVA_US_PAP_00610086 |
| 962 | May Offer | TEVA_US_PAP_00610621 |
| 963 | May Offer | TEVA_US_PAP_00611807 |
| 964 | Expects to Offer | TEVA_US_PAP_00617081 |
| 965 | Expects to Offer | TEVA_US_PAP_00625940 |
| 966 | Expects to Offer | TEVA_US_PAP_00626897 |
| 967 | May Offer | TEVA_US_PAP_00628755 |
| 968 | May Offer | TEVA_US_PAP_00628776 |
| 969 | May Offer | TEVA_US_PAP_00633033 |
| 970 | May Offer | TEVA_US_PAP_00652179 |
| 971 | May Offer | TEVA_US_PAP_00652836 |
| 972 | May Offer | TEVA_US_PAP_00654148 |
| 973 | May Offer | TEVA_US_PAP_00659772 |
| 974 | May Offer | TEVA_US_PAP_00661810 |
| 975 | Expects to Offer | TEVA_US_PAP_00662994 |
| 976 | May Offer | TEVA_US_PAP_00709977 |
| 977 | May Offer | TEVA_US_PAP_00713801 |
| 978 | May Offer | TEVA_US_PAP_00726622 |

| 979 | May Offer | TEVA_US_PAP_00726639 |
|---|---|---|
| 980 | May Offer | TEVA_US_PAP_00747871 |
| 981 | May Offer | TEVA_US_PAP_00753814 |
| 982 | May Offer | TEVA_US_PAP_00774892 |
| 983 | May Offer | TEVA_US_PAP_00775542 |
| 984 | May Offer | TEVA_US_PAP_00778373 |
| 985 | May Offer | TEVA_US_PAP_00779203 |
| 986 | May Offer | TEVA_US_PAP_00792001 |
| 987 | May Offer | TEVA_US_PAP_00814847 |
| 988 | May Offer | TEVA_US_PAP_00863163 |
| 989 | May Offer | TEVA_US_PAP_00876591 |
| 990 | May Offer | TEVA_US_PAP_00878695 |
| 991 | May Offer | TEVA_US_PAP_00878842 |
| 992 | Expects to Offer | TEVA_US_PAP_00879054 |
| 993 | Expects to Offer | TEVA_US_PAP_00879090 |
| 994 | Expects to Offer | TEVA_US_PAP_00880573 |
| 995 | May Offer | TEVA_US_PAP_00911307 |
| 996 | May Offer | TEVA_US_PAP_01018957 |
| 997 | May Offer | TEVA_US_PAP_01018989 |
| 998 | May Offer | TEVA_US_PAP_01019188 |
| 999 | May Offer | TEVA_US_PAP_01020865 |
| 1000 | May Offer | TEVA_US_PAP_01021978 |
| 1001 | May Offer | TEVA_US_PAP_01038297 |
| 1002 | May Offer | TEVA_US_PAP_01040259 |
| 1003 | May Offer | TEVA_US_PAP_01101434 |
| 1004 | May Offer | TEVA_US_PAP_01105163 |
| 1005 | May Offer | TEVA_US_PAP_01105593 |
| 1006 | May Offer | TEVA_US_PAP_01105646 |
| 1007 | May Offer | TEVA_US_PAP_01106156 |
| 1008 | May Offer | TEVA_US_PAP_01106295 |
| 1009 | Expects to Offer | TEVA_US_PAP_01106381 |
| 1010 | Expects to Offer | TEVA_US_PAP_01106382 |
| 1011 | May Offer | TEVA_US_PAP_01106896 |
| 1012 | Expects to Offer | TEVA_US_PAP_01109577 (as designated) |
| 1013 | May Offer | TEVA_US_PAP_01113079 |
| 1014 | Expects to Offer | TEVA_US_PAP_01120723 |
| 1015 | Expects to Offer | TEVA_US_PAP_01126829 |
| 1016 | Expects to Offer | TEVA_US_PAP_01126852 |
| 1017 | May Offer | U.S. Complaint Exhibit 1 Teva Payments to CDF and TAF, 2016-2015 |
| 1018 | May Offer | Verification of Teva Resps. and Objs. to Third Set of Interrogatories (18, 20-25) |
| 1019 | May Offer | Verification of Teva's Second Supp. Resps. and Objs. to the United States' Interrogatory Nos. 2, 3, and 5 |
| 1020 | May Offer | Verification of Teva's Supp. Resps. and Objs. to the United States' Interrogatory No. 19 |