# Exhibit C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, ROBERT KOREMANS, and MICHAEL DERKACZ, <br><br> Defendants. | Case No. 2:20-cv-04660-JD <br><br> CLASS ACTION |

**LEAD PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Lead Plaintiff Gerald Forsythe ("Plaintiff"), by and through his attorneys, makes these Initial Disclosures.[1]

These disclosures are preliminary in nature and based upon Plaintiff's current knowledge, without the benefit of having completed formal discovery in this action. Plaintiff has made a reasonable and good faith effort to comply with the Rule 26(a)(1) disclosure requirements. Plaintiff reserves the right to supplement these disclosures in accordance with Rule 26(e) as appropriate. Plaintiff makes these disclosures without waiver of attorney-client privilege, work-product protection, or any applicable privilege, protection, or defense against discoverability of any kind. Plaintiff reserves the right to object to the production and introduction into evidence of

---

[1]    All capitalized terms herein have the same definitions as those in the Corrected Amended Class Action Complaint (the "AC") filed on August 10, 2021 (ECF No. 64-2), unless otherwise indicated.

1

any document or evidence within the categories described herein or testimony by any of the disclosed witnesses on the basis of privilege, relevance, or otherwise, as appropriate.

## I.  INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

Pursuant to Rule 26(a)(1)(A)(i), based on current information, the following entities and individuals are fact witnesses who Plaintiff believes are likely to have discoverable information that Plaintiff may use to support his claims in this action.  Plaintiff reserves the right to identify and to call additional witnesses, including whomever Defendants may designate as their witnesses, representative witnesses appearing pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, rebuttal and impeachment witnesses, and any additional witnesses that may become known as additional facts and issues are identified during the course of Plaintiff's factual investigation and discovery.

### A.  Plaintiff

| Name | Contact Information | Discoverable Information |
|---|---|---|
| Gerald Forsythe | c/o James M. Wilson, Jr.<br>Faruqi & Faruqi, LLP<br>685 Third Ave., 26th Floor<br>New York, NY 10017<br>Tel.: (212) 983-9330 | Plaintiff's transactions in Teva securities during the class period. |

### B.  Named Defendants

| Name | Contact Information | Discoverable Information |
|---|---|---|
| Teva Pharmaceuticals Industries Limited | c/o James P. Smith III and Kerry C. Donovan<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |

| Erez Vigodman | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
|---|---|---|
| Eyal Desheh | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Robert Koremans | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Michael Derkacz | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Kåre Schultz | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Michael McClellan | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product; |

| | | |
|---|---|---|
| | 200 Park Avenue<br>New York, NY 10166<br>Tel.: (212) 294-6700 | • Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Brendan O'Grady | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |

**C.    Current and Former Employees of Teva**

| Name | Contact Information | Discoverable Information |
|---|---|---|
| Jennifer Clark | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Yitzahk Peterburg | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Denise Lynch | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |

| Jan Jones | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
|---|---|---|
| Larry Downey | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| David Loughery | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Ryan Sloss | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| John Hassler | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Barry Oberkrom | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product; |

| | | |
|---|---|---|
| | 200 Park Avenue<br>New York, NY 10166<br>Tel.: (212) 294-6700 | • Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Dipankar Bhattacharjee | c/o James P. Smith III and Kerry C. Donovan<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Michael Hayden | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Chris Gumbs | c/o James P. Smith III and Kerry C. Donovan<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Katie Hiett | c/o James P. Smith III and Kerry C. Donovan<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Jenny Jackson | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; |

| | | |
|---|---|---|
| | | • Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Barb Ross | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Alejandro Castro | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Mildred Spencer | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Lisa Holmes | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Jay Simpson | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and |

| | | |
|---|---|---|
| | | • Teva's reports to and communications with regulatory agencies. |
| Laurence Fowler | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Mike Sheehy | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Yossi Gilgun-Sherki | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Todd Kunkel | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Teresa Hale | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |

| Machelle Henks | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
|---|---|---|
| Michael McCartin | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Robert Diver | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Anna Khais | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Rachel Svaty | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Vince Loucks | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product; |

| | | |
|---|---|---|
| | | • Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Dustin Leach | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Reena Singh | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Mark Murtaugh | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Tom Dimitropoulos | c/o James P. Smith III and Kerry C. Donovan Winston & Strawn LLP 200 Park Avenue New York, NY 10166 Tel.: (212) 294-6700 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Laurie Thibodeau | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; |

| | | |
|---|---|---|
| | | • Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Confidential Witness ("CW 1"), former Director of Marketing | | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Confidential Witness ("CW 2"), former Associate Director of Treasury | | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Charles Friede | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Lynn Dumas | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Jonathan Kashub | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and |

|  |  | • Teva's reports to and communications with regulatory agencies. |
| --- | --- | --- |
| Tom Gawlick | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Cindy French | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Jon Congleton | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |

### D. Third Parties

| Name | Contact Information | Discoverable Information |
| --- | --- | --- |
| Charles Schwab & Co. Inc. | 300 Schwab Way Westlake, TX 76262 | Plaintiff's transactions in Teva securities during the class period. |
| United States Department of Justice | 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Internal Revenue Service | 1111 Constitution Ave, NW | Information and knowledge regarding: |

| | | |
|---|---|---|
| | Washington, DC 20224 | • Teva's donations to Charitable Foundations; and<br>• Teva's financial condition and reporting. |
| Centers for Medicare & Medicaid Services | 7500 Security Boulevard Baltimore, MD 21244-1850 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations;<br>• Teva's commercial and marketing strategies; and<br>• Teva's reports to and communications with regulatory agencies. |
| Advance Care Scripts, Inc. ("ACS") | 6251 Chancellor Drive, Suite 101 Orlando, FL 32809 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; and<br>• Teva's commercial and marketing strategies. |
| Chronic Disease Fund, Inc. d/b/a Good Days ("CDF") | 2611 Internet Blvd., Suite 105 Frisco, TX 75034 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; and<br>• Teva's commercial and marketing strategies. |
| The Assistance Fund ("TAF") | 4700 Millenia Blvd., Suite 410 Orlando, FL 32839 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; and<br>• Teva's commercial and marketing strategies. |
| AssistRx | 4700 Millenia Blvd., Suite 500 Orlando, FL 32839 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; and<br>• Teva's commercial and marketing strategies. |
| Humana Inc. | 500 W. Main St. Louisville, KY 40202 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; and<br>• Teva's commercial and marketing strategies. |
| Edward Hensley, Co-founder ACS, TAF, and AssistRx | c/o AssistRx 4700 Millenia Blvd., Suite 500 Orlando, FL 32839 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product; |

13

| | | |
|---|---|---|
| | | • Teva's donations to Charitable Foundations; and<br>• Teva's commercial and marketing strategies. |
| Jeffrey Spafford,<br>Co-founder TAF and AssistRx | c/o AssistRx<br>4700 Millenia Blvd.,<br>Suite 500<br>Orlando, FL 32839 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; and<br>• Teva's commercial and marketing strategies. |
| Michael Banigan,<br>Former President, CDF | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; and<br>• Teva's commercial and marketing strategies. |
| Melissa Ayles,<br>Former CDF Employee | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; and<br>• Teva's commercial and marketing strategies. |
| Clorinda Walley,<br>CDF Executive Director | c/o Chronic Disease Fund<br>2611 Internet Blvd.,<br>Suite 105<br>Frisco, TX 75034 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; and<br>• Teva's commercial and marketing strategies. |
| Adam Stotts,<br>EVP, Business Strategy, AssistRX;<br>Former ACS Director of Business Strategy | c/o AssistRx<br>4700 Millenia Blvd.,<br>Suite 500<br>Orlando, FL 32839 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; and<br>• Teva's commercial and marketing strategies. |
| Lilliana Wysocki,<br>Former ACS Employee | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; and<br>• Teva's commercial and marketing strategies. |
| David Blanc,<br>ACS Vice President, Patient Care and Client Services | c/o Advanced Care Scripts<br>6251 Chancellor Drive,<br>Suite 101<br>Orlando, FL 32809 | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; and |

| | | |
|---|---|---|
| | | • Teva's commercial and marketing strategies. |
| Megan Oliveira, ACS Director, Specialty Implementation | c/o Advanced Care Scripts 6251 Chancellor Drive, Suite 101 Orlando, FL 32809 | Information and knowledge regarding: • Teva's business operations; • Teva's Copaxone product; • Teva's donations to Charitable Foundations; and • Teva's commercial and marketing strategies. |
| Tawny Elwess, ACS Project Manager | c/o Advanced Care Scripts 6251 Chancellor Drive, Suite 101 Orlando, FL 32809 | Information and knowledge regarding: • Teva's business operations; • Teva's Copaxone product; • Teva's donations to Charitable Foundations; and • Teva's commercial and marketing strategies. |
| Niki Dixon, TAF Operations Manager | Unknown | Information and knowledge regarding: • Teva's business operations; • Teva's Copaxone product; • Teva's donations to Charitable Foundations; and • Teva's commercial and marketing strategies. |
| Mark Evangelist, Former CDF Treasurer | Unknown | Information and knowledge regarding: • Teva's business operations; • Teva's Copaxone product; • Teva's donations to Charitable Foundations; and • Teva's commercial and marketing strategies. |
| Zach Gammage, ACS Program Liaison | Unknown | Information and knowledge regarding: • Teva's business operations; • Teva's Copaxone product; • Teva's donations to Charitable Foundations; and • Teva's commercial and marketing strategies. |
| Maureen Boyd, Former TAF Vice President of Operations | Unknown | Information and knowledge regarding: • Teva's business operations; • Teva's Copaxone product; • Teva's donations to Charitable Foundations; and • Teva's commercial and marketing strategies. |
| James McGuire, Former ACS Employee | Unknown | Information and knowledge regarding: • Teva's business operations; • Teva's Copaxone product; • Teva's donations to Charitable Foundations; and • Teva's commercial and marketing strategies. |
| Tami Hoffman, Former ACS Director of | Unknown | Information and knowledge regarding: • Teva's business operations; |

15

| Reimbursement | | • Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; and<br>• Teva's commercial and marketing strategies. |
|---|---|---|
| Tami Stowe, Former CDF Employee | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; and<br>• Teva's commercial and marketing strategies. |
| Cindi Keys, Former CDF Call Center Manager | Unknown | Information and knowledge regarding:<br>• Teva's business operations;<br>• Teva's Copaxone product;<br>• Teva's donations to Charitable Foundations; and<br>• Teva's commercial and marketing strategies. |

## II.    DOCUMENTS

Pursuant to Rule 26(a)(1)(A)(ii), the following are documents, electronically stored information, data compilations, and tangible things that are or may be in the possession, custody, or control of Plaintiff that Plaintiff currently and reasonably believes he may use to support his claims.  Plaintiff reserves the right to produce additional materials, or to identify or rely upon additional documents as they are located and as additional facts and issues are identified during the course of investigation, discovery, and trial preparation.

1. Lead Plaintiff's trading records for his investments in Teva securities;

2. Documents reflecting Defendants' statements;

3. Documents referenced in the AC;

4. Documents that will be obtained during discovery but are presently in the possession, custody, or control of Defendants or other non-party entities and/or persons whether presently known or who may become known through discovery;

5. Documents in support of Plaintiff's claim, on behalf of Class Members under Fed. R. Civ. P. 23, that Defendants violated Section 10(b) of the Exchange Act and

16

SEC Rule 10b-5; and

6. Documents in support of Plaintiff's claim, on behalf of Class Members under Fed. R. Civ. P. 23, that Defendants violated Section 20(a) of the Exchange Act.

## III.   DAMAGES COMPUTATION

Pursuant to Rule 26(a)(1)(A)(iii), Plaintiff, on behalf of the putative Class, states that it will seek an award for monetary damages for the injuries caused by Defendants' alleged violations of the federal securities laws, in addition to Plaintiff's costs and attorneys' fees.  The computation of the putative Class's damages is premature at this stage of the litigation and will ultimately require expert testimony.  Plaintiff will disclose information with respect to the computation of its damages consistent with the timetable set by the Court and the Federal Rules of Civil Procedure for the disclosure of expert opinions.

## IV.   INSURANCE

Pursuant to Rule 26(a)(1)(A)(iv), Plaintiff currently has no knowledge of the existence of any insurance agreements under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

* * *

Plaintiff reserves the right to supplement and correct these initial disclosures to include information hereafter acquired based upon further clarification of Defendants' defenses, discovery, trial preparation, and analysis.

Dated: June 2, 2022

By: *s/James M. Wilson, Jr.*
James M. Wilson, Jr.
FARUQI & FARUQI, LLP

17

685 Third Avenue, 26th Floor
New York, NY 10017
Tel.: 212-983-9330
Email: jwilson@faruqilaw.com

Timothy John Peter
FARUQI & FARUQI, LLP
1617 John F. Kennedy Boulevard
Suite 1550
Philadelphia, PA 19103
Tel.: 215-277-5770
Fax: 215-277-5771
Email: tpeter@faruqilaw.com

Robert W. Killorin
FARUQI & FARUQI, LLP
3975 Roswell Rd Suite A
Atlanta, GA 30342
Tel.: 404-847-0617
Email: rkillorin@faruqilaw.com

*Counsel for Lead Plaintiff Gerald Forsythe*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2022, I served the foregoing via e-mail on the following:

**WINSTON & STRAWN LLP**
Daniel M. Blouin
Linda T. Coberly
35 West Wacker Drive, Suite 4700
Chicago, IL 60601
dblouin@winston.com
lcoberly@winston.com

James P. Smith III
Kerry C. Donovan
200 Park Avenue
New York, NY 10166
jpsmith@winston.com
kcdonovan@winston.com

John S. Tschirgi
333 South Grand Ave.
Los Angeles, CA 90071
jtschirgi@winston.com

**OBERMAYER REBMANN
MAXWELL & HIPPEL LLP**
Mathieu J. Shapiro
Melissa M. Blanco
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
mathieu.shapiro@obermayer.com
melissa.blanco@obermayer.com

*Attorneys for Defendants*

/s/ James M. Wilson, Jr.
James M. Wilson, Jr.