**CERTIFICATE OF SERVICE**

I, Mathieu J. Shapiro, certify that I electronically filed Defendants' Opposition to Plaintiff's

Motion for Reconsideration and to Lift the Stay Implemented by the Court's August 2, 2022 Order,

using the CM/ECF filing system, which will send notification of the filing to all counsel of record.

/s/ Mathieu J. Shapiro
Mathieu J. Shapiro

Dated: September 1, 2023