IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.,**<br><br>Plaintiff,<br><br>*v.*<br><br>**TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.,**<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 20-4660-KSM** |

## ORDER

**AND NOW**, this 3rd day of November 2023, upon consideration of Lead Plaintiff's Motion to Certify the Class, Appoint Class Representative, and Appoint Class Counsel, the Court finds as follows:

1. Lead Plaintiff's Motion is **GRANTED**.

2. Pursuant to Rule 23(a) and Rule 23(b)(3) of the Federal Rules of Civil Procedure, the action is certified as a Class Action, and the Class shall be defined as follows:

All persons or entities who purchased or otherwise acquired Teva securities between October 29, 2015 and August 18, 2020, inclusive, and were damaged thereby. Excluded from the Class are the Defendants; the officers, directors, and affiliates of Teva, at all relevant times; Teva's employee retirement or benefit plan(s) and their participants or beneficiaries to the extent they purchased or acquired Teva securities through any such plan(s); any entity in which Defendants have or had controlling interest; immediate family members of any excluded person; and the legal representatives, heirs, successors, or assigns of any excluded person or entity.

3. Lead Plaintiff Gerald Forsythe is appointed as Class Representative; and

4. The law firm of Faruqi & Faruqi, LLP is appointed as Class Counsel.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.