## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.,**<br><br>    Defendants. | **CIVIL ACTION**<br><br>**NO. 20-4660-KSM** |

### ORDER

**AND NOW**, this 22nd day of November 2023, upon consideration of Plaintiff's Motion for Reconsideration and to Lift the Stay Implemented by the Court's August 2, 2022 Order (Doc. No. 87) it is **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE.**[1]

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston

_____
KAREN SPENCER MARSTON, J.

---

[1] The Court has been advised of Defendants' petition for leave to appeal the Court's decision on class certification pursuant to Rule 23(f) of the Federal Rules of Civil Procedure.  *See* Petition for Leave to Appeal (Doc. No. 1), *Halman Aldubi Provident & Pension Funds Ltd v. Teva Pharm. Indus. Ltd., et al.*, 23-8050 (3d Cir. Nov. 17, 2023).  Plaintiff may refile the motion to lift the stay in this matter upon the Third Circuit's determination to grant or deny Defendants' petition for leave to appeal.