**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., *Individually and On Behalf of All Others Similarly Situated*, <br><br>            Plaintiff, <br><br>       v. <br><br> TEVA PHARMACEUTICALS INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, ROBERT KOREMANS, MICHAEL DERKACZ, KARE SCHULTZ, MICHAEL MCCLELLAN, BRENDAN O'GRADY, and ELI KALIF, <br><br>            Defendants. | Case No. 2:20-cv-04660-KSM <br><br> CLASS ACTION |

**LEAD PLAINTIFF'S MOTION FOR RECONSIDERATION AND TO LIFT THE STAY IMPLEMENTED BY THE COURT'S AUGUST 2, 2022 ORDER**

Lead Plaintiff Gerald Forsythe ("Plaintiff") hereby respectfully moves this Court for an Order Reconsidering the Court's August 2, 2022 Order Granting Entry of a Stay of Proceedings Other than Class Certification, and lifting the stay.  This motion is made in light of the U.S. Circuit Court of Appeals for the Third Circuit's Precedential Opinion[1] entered on May 16, 2024 denying Defendants' petition for leave to appeal the Court's decision on class certification, and this Court's November 22, 2023 Order which provided that Plaintiff may refile the motion to lift the stay in this matter upon the Third Circuit's determination to grant or deny Defendants' petition for leave to appeal.  In support of this motion, Plaintiff respectfully submits the accompanying Memorandum of Law.

Dated: May 22, 2024

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:     */s/ Timothy J. Peter*
       Timothy J. Peter

Timothy J. Peter
1617 John F Kennedy Blvd #1550
Philadelphia, PA 19103
Telephone: 215-277-5770
Facsimile: 215-277-5771
Email: tpeter@faruqilaw.com

James M. Wilson, Jr. (admitted *pro hac vice*)
Robert W. Killorin (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:  jwilson@faruqilaw.com
      rkillorin@faruqilaw.com

---

[1]     The Third Circuit's order is submitted as Exhibit A to the Declaration of Timothy J. Peter filed herewith.

*Attorneys for Lead Plaintiff and Lead Counsel for the putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2024, the foregoing document was filed electronically and is available for viewing and downloading from the ECF system and that I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.

Dated: May 22, 2024                    By: s/ *Timothy J. Peter*
                                           Timothy J. Peter