**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., *Individually and On Behalf of All Others Similarly Situated*,<br><br>                    Plaintiff,<br><br>      v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.,<br><br>                    Defendants. | Case No. 2:20-cv-04660-KSM<br><br>CLASS ACTION |

**DECLARATION OF TIMOTHY J. PETER IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR RECONSIDERATION AND TO LIFT THE STAY IMPLEMENTED BY THE COURT'S AUGUST 2, 2022 ORDER**

I, Timothy J. Peter, declare as follows:

1.        I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I represent Lead Plaintiff Gerald Forsythe.  I submit this declaration in support of Lead Plaintiff's Motion For Reconsideration And To Lift The Stay Implemented By The Court's August 2, 2022 Order.  I have personal knowledge of the facts sets forth herein and would testify thereto if called.

2.        Attached hereto as ***Exhibit A*** is a true and correct copy of the United States Court of Appeals for the Third Circuit's Order denying Defendants' petition for permission to appeal pursuant to Fed. R. Civ. P. 23(f).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of May 2024.

*/s/ Timothy J. Peter*
Timothy J. Peter

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2024, the foregoing document was filed

electronically and is available for viewing and downloading from the ECF system and that I

caused true and correct copies of the foregoing to be served on all counsel of record via

CM/ECF.

Dated: May 22, 2024                    By: s/ *Timothy J. Peter*
                                            Timothy J. Peter

2