**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., *Individually and On Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, ROBERT KOREMANS, MICHAEL DERKACZ, KARE SCHULTZ, MICHAEL MCCLELLAN, BRENDAN O'GRADY, and ELI KALIF,<br><br>Defendants. | Case No. 2:20-cv-04660-KSM<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR RECONSIDERATION AND TO LIFT THE STAY IMPLEMENTED BY THE COURT'S AUGUST 2, 2022 ORDER**

Having considered Lead Plaintiff Gerald Forsythe's ("Plaintiff") Motion for Reconsideration and to Lift the Stay Implemented by the Court's August 2, 2022 Order, the memorandum of law in support thereof, Defendants' opposition briefing, Plaintiff's reply and all evidence submitted by the parties in support of or in opposition to the motion:

1.      Plaintiff's motion is GRANTED;

2.      The Stay granted in the Court's August 2, 2022 Order is lifted; and

3.      The parties are ordered to meet and confer to agree upon a discovery schedule.  A

1

proposed discovery schedule shall be filed for the Court's approval.

IT IS SO ORDERED.

DATED: _____          _____

KAREN SPENCER MARSTON, J.