**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.,**<br><br>    Defendants. | **CIVIL ACTION**<br><br>**NO. 20-4660-KSM** |

## <u>ORDER</u>

**AND NOW**, this 5th day of June, 2024, upon consideration of Plaintiff's Motion for Reconsideration and to Lift the Stay Implemented by the Court's August 2, 2022 Order (Doc. No. 120), and upon consideration of the parties' email communication with the Court, attached, it is **ORDERED** as follows:

1. Defendants' response to the Motion shall filed no later than **June 19, 2024**.

2. Plaintiff's reply to the opposition shall be filed no later than **June 26, 2024**.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston

_____
KAREN SPENCER MARSTON, J.

| From: | James Wilson |
|---|---|
| To: | Chambers Judge Marston |
| Cc: | Derek Behnke; ahood@pomlaw.com; jalieberman@pomlaw.com; skaskela@kaskelalaw.com; dblouin@winston.com; jpsmith@winston.com; jtschirgi@winston.com; kcdonovan@winston.com; lcoberly@winston.com; mathieu.shapiro_obermayer.com; melissa.blanco@obermayer.com; goldman@lawgsp.com; Robert W. Killorin; Timothy J. Peter |
| Subject: | RE: Halman Aldubi Provident and Pension Funds Ltd. v. Teva Pharmaceutical Industries Limited, et al., No. 2:20-cv-04660-KSM |
| Date: | Tuesday, June 4, 2024 11:04:37 AM |
| Attachments: | image001.png image002.png |

**CAUTION - EXTERNAL:**

Dear Judge Marston,

As the Court knows, plaintiff has renewed his motion to lift the stay that has been in place in this case since August 2, 2022 ("Motion").  While the stay was in place, the parties briefed class certification, including conducting related discovery, and, in November 2023, following an evidentiary hearing, the Court certified a class.  A panel of the Third Circuit recently denied defendants' petition for Rule 23(f) certification with respect to that ruling.

Further to plaintiff's email exchanges with the Court on Thursday, May 22, 2024, and as instructed by the Court, the parties have now met and conferred regarding the Motion and respectfully request that the Court accept this email in satisfaction of the Court's subsequent order of May 23 that the parties submit a joint status report.

During the parties' meet-and-confer on May 30, 2024, defendants made a proposal to avoid the need to brief the Motion, including a limited lifting of the stay by a date certain.  Plaintiff took the proposal under advisement.  On Friday, May 31, 2024, plaintiff informed defendants that plaintiff was not interested in pursuing defendants' proposal and wanted to move forward with the Motion.

The parties thus request that the Court adopt the following briefing schedule for the Motion: Defendants' response shall be due by Monday, June 24, and plaintiff's reply shall be due by Monday, July 1.

If the Court prefers that the parties file a formal status report on the docket, we are happy to file one.

Respectfully submitted,

James Wilson



James (Josh) M. Wilson ■ Partner ■ Faruqi & Faruqi, LLP ■ 685 3rd Avenue, 26th Floor ■ New York, NY 10017 ■ (T) 212 983 9330 ■ (F) 212 983 9331 ■ www.faruqilaw.com