**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and on Behalf of All Others Similarly Situated, | Civil Action No.:  2:20-cv-04660 |
| Plaintiff, | Hon. Karen S. Marston |
| v. | |
| TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al., | |
| Defendants. | |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND TO LIFT THE STAY IMPLEMENTED BY THE COURT'S AUGUST 2, 2022 ORDER**

AND NOW, this ____ day of _____, 2024, after consideration of Plaintiff's

Motion for Reconsideration and to Lift the Stay Implemented by the Court's August 2, 2022 Order

(ECF No. 120), and any responses and replies thereto:

1. It is **ORDERED** and **DECREED** that the Motion is **DENIED**

ENTERED:

_____
Karen S. Marston
United States District Judge