# Exhibit A

## No. 23-1958

_____

In the United States Court of Appeals
For the First Circuit

_____

UNITED STATES OF AMERICA,

*Plaintiff-Respondent*,

v.

TEVA PHARMACEUTICALS USA, INC. and
TEVA NEUROSCIENCE, INC.,

*Defendants-Appellants.*

_____

On Interlocutory Appeal from the
United States District Court for the District of Massachusetts
Case No. 1:20-cv-11548 (Hon. Nathaniel M. Gorton, presiding)

_____

## APPELLANTS' MOTION TO HOLD APPEAL IN ABEYANCE

Appellants Teva Pharmaceuticals USA, Inc. and Teva Neuroscience, Inc. (collectively, "Teva") respectfully move under Federal Rule of Appellate Procedure 27 for an order holding this appeal in abeyance. The government consents to the relief sought on this motion.

1.      This is an interlocutory appeal from an order denying Teva's motion for summary judgment and granting the government's motion for partial summary judgment.

2.      Teva filed its opening brief and appendix on February 20, 2024. The government filed its brief on May 6, 2024. Teva's reply brief is currently due to be filed on June 27, 2024. The case is scheduled for oral argument at 9:30 am on Monday, July 22, 2024.

3.      With the consent of the government, Teva now moves for an order holding this appeal in abeyance. The parties are actively engaged in settlement negotiations and Teva is optimistic that the parties can reach a resolution, but additional time is needed to do so. An order holding this appeal in abeyance will serve "the interests of judicial economy," *Craker v. Drug Enforcement Admin.*, 714 F.3d 17, 25 (1st Cir. 2013), and "afford the parties an opportunity to settle," *Massachusetts v. United States*, 522 F.3d 115, 130 n.9 (1st Cir. 2008) (appeal held in abeyance pending settlement negotiations).

4.     As noted, counsel has conferred with the government, which consents to the relief sought on this motion.

For the foregoing reasons, Teva respectfully requests that its motion be granted and this appeal be held in abeyance pending the completion of settlement negotiations.

Dated:  June 16, 2024                                      Respectfully submitted,

                                                                        SHAPIRO ARATO BACH LLP

                                                                        By:   /s/ Alexandra A.E. Shapiro
                                                                                 Alexandra A.E. Shapiro
                                                                                 Julian S. Brod
                                                                        1140 Avenue of the Americas, 17th Fl.
                                                                        New York, NY 10036
                                                                        ashapiro@shapiroarato.com

                                                                        MORGAN, LEWIS & BOCKIUS LLP

                                                                                 William R. Peterson
                                                                        1000 Louisiana St., Ste. 4000
                                                                        Houston, TX 77002

                                                                                 James D. Nelson
                                                                        1111 Pennsylvania Ave., NW
                                                                        Washington, DC 20004

                                                                                 Eric Sitarchuk
                                                                                 Alison Tanchyk
                                                                                 Harvey Bartle IV
                                                                                 William T. McEnroe
                                                                        1701 Market Street
                                                                        Philadelphia, PA 19103

*Counsel for Appellants Teva*
*Pharmaceuticals USA, Inc. and Teva*
*Neuroscience, Inc.*

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I certify the following:

This motion complies with Federal Rule of Appellate Procedure 27(d)(2) because the motion contains 252 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because this brief has been prepared in a proportionally spaced typeface in 14-point Time New Roman font.

/s/ Alexandra A.E. Shapiro
Alexandra A.E. Shapiro
*Counsel for Appellants,*
*Teva Pharmaceuticals USA, Inc. and*
*Teva Neuroscience, Inc.*

Dated: June 16, 2024

4