# Exhibit B

# United States Court of Appeals
## For the First Circuit

_____

No. 23-8028

UNITED STATES,

Plaintiff - Respondent,

v.

TEVA PHARMACEUTICALS USA, INC.; TEVA NEUROSCIENCE, INC.,

Defendants - Petitioners.

_____

Before

Barron, <u>Chief Judge</u>,
Kayatta and Rikelman, <u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: November 17, 2023

Pursuant to 28 U.S.C. § 1292(b), the district court certified that a previously entered summary judgment ruling "involves a controlling question of law as to which there is substantial ground for difference of opinion" and "that an immediate appeal from the order may materially advance the ultimate termination of the litigation." Defendant-Petitioners then filed a petition for permission to appeal with this court. Plaintiff-Respondent has filed a response, and, with leave of court, Defendant-Petitioners have filed a reply.

We express no view as to relevant legal issues, but, having considered the district court's ruling and the parties' filings with this court, including their recent Rule 28(j) letters, we conclude that immediate review is in order. The petition for permission to appeal is <u>granted</u>, and the summary judgment ruling at district court docket number 195 is certified for appeal. The appeal shall proceed as Appeal 23-1958. All papers filed in Appeal 23-8028 will be treated as if also filed in Appeal 23-1958. A briefing schedule will be entered in due course.

By the Court:

Maria R. Hamilton, Clerk

cc:
Donald Campbell Lockhart
Gregg D. Shapiro
Abraham R George
Evan D. Panich
Daniel Winik
Diane Seol
Alexandra A.E. Shapiro
Emily E. Renshaw
Eric W. Sitarchuk
William R. Peterson
James D. Nelson
Alison Tanchyk
Harvey Bartle IV
William T. McEnroe
Julian S. Brod
David Meir Zionts
Krysten Rosen Moller