**CERTIFICATE OF SERVICE**

I, Mathieu J. Shapiro, certify that I electronically filed Defendants' Response to Plaintiff's Motion for Reconsideration and to Lift the Stay, todayusing the CM/ECF filing system, which will send notification of the filing to all counsel of record.

 */s/ Mathieu J. Shapiro*
Mathieu J. Shapiro

Dated: June 19, 2024