**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., *Individually and On Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, ROBERT KOREMANS, MICHAEL DERKACZ, KARE SCHULTZ, MICHAEL MCCLELLAN, BRENDAN O'GRADY, and ELI KALIF,<br><br>Defendants. | Case No. 2:20-cv-04660-KSM<br><br>CLASS ACTION |

**DECLARATION OF TIMOTHY J. PETER IN SUPPORT OF LEAD PLAINTIFF'S REPLY MEMORANDUM IN FURTHER SUPPORT OF HIS MOTION FOR RECONSIDERATION AND TO LIFT THE STAY IMPLEMENTED BY THE COURT'S AUGUST 2, 2022 ORDER**

I, Timothy J. Peter, declare as follows:

1.        I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I represent Lead Plaintiff Gerald Forsythe.  I submit this declaration in support of Lead Plaintiff's Reply Memorandum of Law in Further Support of His Motion For Reconsideration And To Lift The Stay Implemented By The Court's August 2, 2022 Order.  I have personal knowledge of the facts sets forth herein and would testify thereto if called.

2.        Attached hereto as ***Exhibit A*** is a true and correct copy of the Order removing the case from the oral argument calendar in *United States v. Teva Pharms. USA, Inc., et al.*, Case No. 23-01958 (1st Cir. June 20, 2024).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of June 2024.

<u>s/ Timothy J. Peter</u>
Timothy J. Peter

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2024, the foregoing document was filed electronically and is available for viewing and downloading from the ECF system and that I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.

Dated: June 26, 2024   By: s/ *Timothy J. Peter*
          Timothy J. Peter

2