# EXHIBIT A

# United States Court of Appeals
## For the First Circuit

No. 23-1958

UNITED STATES,

Plaintiff - Appellee,

v.

TEVA PHARMACEUTICALS USA, INC.; TEVA NEUROSCIENCE, INC.,

Defendants - Appellants.

**ORDER OF COURT**

Entered: June 20, 2024

Upon consideration of Defendants-Appellants Teva Neuroscience, Inc. and Teva Pharmaceuticals USA, Inc.'s Assented-To Motion to Hold Appeal in Abeyance, the case is held in abeyance until further order of the court. This case is removed from the oral argument calendar for Monday, July 22, 2024. The parties are directed to file a status report on **July 22, 2024** and at 30-day intervals thereafter advising of the outcome of the settlement discussions.

By the Court:

Maria R. Hamilton, Clerk

cc:
Alexandra A.E. Shapiro, Emily E. Renshaw, Eric W. Sitarchuk, William R. Peterson, James D. Nelson, Alison Tanchyk, Harvey Bartle IV, William T. McEnroe, Julian S. Brod, Michael S. Raab, Donald Campbell Lockhart, Gregg D. Shapiro, Charles W. Scarborough, Abraham R George, Evan D. Panich, Daniel Winik, Diane Seol, Brian Boynton, David Meir Zionts, Matthew F. Dunn, Krysten Rosen Moller, Jeffrey S. Bucholtz, Tara S. Morrissey