**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.,**<br><br>        Plaintiff,<br><br>        *v.*<br><br>**TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.,**<br><br>        Defendants. | **CIVIL ACTION**<br><br>**NO. 20-4660-KSM** |

**ORDER**

        **AND NOW**, this 5th day of August 2024, it is **ORDERED** that the Court's previously scheduled oral argument on Plaintiff's Motion to Lift the Stay (*see* Doc. Nos. 120, 124) is **CANCELLED.**[1]

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston

_____
KAREN SPENCER MARSTON, J.

---

[1] The Court intends to rule on the motion without oral argument.  *See* Eastern District of Pennsylvania Local Civil Rule 7.1(f) ("The court may dispose of a motion without oral argument.").