IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.,**<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 20-4660-KSM |

# ORDER

**AND NOW**, this 30th day of August 2024, upon consideration of Plaintiff's Motion to Lift the Stay Implemented by this Court's August 2, 2022 Order (Doc. No. 120), and the responses and replies thereto (Doc. Nos. 122, 123), it is **ORDERED** that the Motion is **GRANTED**. The stay in this matter previously imposed by the Court's August 2, 2022 Order (Doc. No. 87) is **LIFTED**.

**IT IS FURTHER ORDERED** that the parties shall meet and confer and provide proposed scheduling order deadlines no later than **September 16, 2024.**

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.