## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and On Behalf of All Others Similarly Situated, | Case No. 2:20-cv-04660-KSM |
| | CLASS ACTION |
| Plaintiff, | |
| v. | |
| TEVA PHARMACEUTICALS INDUSTRIES LIMITED, EREZ VIGODMAN, EYAL DESHEH, ROBERT KOREMANS, and MICHAEL DERKACZ, | |
| Defendants. | |

### STIPULATION AND [PROPOSED] SCHEDULING ORDER

Lead Plaintiff Gerald Forsythe ("Plaintiff") and Defendants Teva Pharmaceuticals Industries Limited ("Teva"), Erez Vigodman ("Vigodman"), Eyal Desheh ("Desheh"), Robert Koremans ("Koremans"), Michael Derkacz ("Derkacz"), Kare Schultz ("Schultz"), Michael McClellan ("McClellan"), and Brendan O'Grady ("O'Grady" together with Vigodman, Desheh, Koremans, Derkacz, Schultz, and McClellan, the "Individual Defendants," together with Plaintiff and Teva, the "Parties"), by and through their respective counsel, hereby stipulate, pursuant to the Court's approval, as follows:

**WHEREAS**, on May 22, 2024, Plaintiff filed a Motion for Reconsideration and to Lift the Stay Implemented by the Court's August 2, 2022 Order (the "Motion to Lift the Stay") (Doc. No. 120), Defendants timely filed their opposition on June 19, 2024 (Doc. No. 122), and Plaintiff filed his reply on June 26, 2024 (Doc. No. 123);

**WHEREAS**, on August 30, 2024, the Court issued its Memorandum Opinion and Order

granting Plaintiff's Motion to Lift the Stay and ordered the Parties to provide a proposed

scheduling order no later than September 16, 2024 (Doc. Nos. 126, 127);

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and

between the undersigned counsel for the parties, subject to the approval of the Court, as follows:

| Event/Action Item | The Parties' Proposed Deadlines |
|---|---|
| Service of initial set of up to 10 interrogatories[1] | October 15, 2024 |
| Service of response to initial set of interrogatories | December 15, 2024 |
| Defendants to complete substantial production of documents.  Documents shall be produced on a rolling basis. | February 28, 2025 |
| Last day for Plaintiff to amend pleading | March 28, 2025 |
| Completion of all fact discovery (including depositions) | May 30, 2025 |
| Parties must identify affirmative expert(s) if any | June 13, 2025 |
| Affirmative expert reports are due if any | July 2, 2025 |
| Parties must identify rebuttal expert(s) if any | July 30, 2025 |

[1] A party's remaining interrogatories may be served later in discovery, so long as there is sufficient time to respond under Rule 33 before the close of fact discovery.  Plaintiff reserves the right to seek additional interrogatories beyond the 25 allowed under Rule 33 if circumstances warrant. Defendants do not agree to more than 25 interrogatories.

| Event/Action Item | The Parties' Proposed Deadlines |
|---|---|
| Rebuttal expert reports are due | August 22, 2025 |
| Reply expert reports are due | September 22, 2025 |
| Completion of expert discovery (including depositions) | November 3, 2025 |
| Class Certification notice motion | November 17, 2025 |
| Summary judgment and *Daubert* motions are due | December 15, 2025 |
| Opposition to summary judgment and *Daubert* motions are due | January 29, 2026 |
| Reply in support of summary judgment and *Daubert* motions are due | February 28, 2026 |
| Pretrial order is due | 21 days after the Court rules on any pending summary judgment or *Daubert* motions |

By electronically signing this document, the parties represent their consent to this stipulation.

Dated: September 16, 2024          Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:      *s/ Timothy J. Peter*
          Timothy J. Peter

Timothy J. Peter (# 306965)
1617 John F Kennedy Blvd #1550
Philadelphia, PA 19103

Telephone: 215-277-5770
Facsimile: 215-277-5771
Email: tpeter@faruqilaw.com

James M. Wilson, Jr. (admitted *pro hac vice*)
Robert W. Killorin (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:  jwilson@faruqilaw.com
       rkillorin@faruqilaw.com

*Attorneys for Lead Plaintiff and Lead Counsel for the putative Class*

Dated: September 16, 2024    */s/ James P. Smith III*
James P. Smith III
Kerry C. Donovan
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
(212) 294-4700 (fax)
jpsmith@winston.com
kcdonovan@winston.com

Linda T. Coberly
Daniel M. Blouin
WINSTON & STRAWN LLP
35 West Wacker Drive, Suite 4700
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 (fax)
lcoberly@winston.com
DBlouin@winston.com

Mathieu J. Shapiro
Melissa M. Blanco
OBERMAYER, REBMANN,
MAXWELL & HIPPEL, LLP
Centre Square West
1500 Market Street, Suite 3400

Philadelphia, PA 19102
215-665-3014
215-665-3165 (fax)
mathieu.shapiro@obermayer.com
melissa.blanco@obermayer.com

*Attorneys for Defendants*

**SO ORDERED:**

_____
Hon. Karen Spencer Marston, U.S.D.J.