**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LIMITED, *et al.*<br><br>　　　　　　　　Defendants. | Case No. 2:20-cv-04660-KSM<br><br>CLASS ACTION |

**STIPULATION STAYING CASE FOR SETTLEMENT DISCUSSIONS**

Class Representative Gerald Forsythe ("Plaintiff") and Defendants Teva Pharmaceuticals Industries Limited, Erez Vigodman, Eyal Desheh, Robert Koremans, Michael Derkacz, Kåre Schultz, Michael McClellan, and Brendan O'Grady, by and through their respective counsel, hereby stipulate, pursuant to the Court's approval, as follows:

**WHEREAS**, on September 18, 2024, the Court entered a Stipulation and Scheduling Order setting May 30, 2025, as the deadline to complete fact discovery;

**WHEREAS**, on April 22, 2025, the Court granted Plaintiff's unopposed request for an extension of the case schedule, and entered the Stipulation and Amended Scheduling Order (ECF No. 133), which set July 31, 2025 as the deadline to complete fact discovery;

**WHEREAS**, document production is substantially complete, certain third-party depositions have recently taken place, and further depositions are in the process of being scheduled;

**WHEREAS**, the parties jointly request that the case be temporarily stayed in order to

1

allow them to explore mediation;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** that the case is temporarily stayed pending mediation.

The parties shall provide the Court with monthly status reports during the pendency of the stay, a joint status report upon the conclusion of the mediation process and, should mediation prove unsuccessful, a proposed revised discovery schedule.

By electronically signing this document, the parties represent their consent to this stipulation.

Dated: June 13, 2025                    Respectfully submitted,

*s/ Robert W. Killorin*
Robert W. Killorin

FARUQI & FARUQI, LLP
3975 Roswell Rd Suite A
Atlanta, GA 30342
Telephone: 404-847-0617
Email: rkillorin@faruqilaw.com

Timothy J. Peter (# 306965)
FARUQI & FARUQI, LLP
1617 John F Kennedy Blvd #1550
Philadelphia, PA 19103
Telephone: 215-277-5770
Facsimile: 215-277-5771
Email: tpeter@faruqilaw.com

James M. Wilson, Jr. (admitted *pro hac vice*)
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:  jwilson@faruqilaw.com

*Class Counsel*

2

Dated: June 13, 2025

*/s/ James P. Smith III*
James P. Smith III
Kerry C. Donovan
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
(212) 294-4700 (fax)
jpsmith@winston.com
kcdonovan@winston.com

Linda T. Coberly
Daniel M. Blouin
WINSTON & STRAWN LLP
35 West Wacker Drive, Suite 4700
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 (fax)
lcoberly@winston.com
DBlouin@winston.com

Mathieu J. Shapiro
Melissa M. Blanco
OBERMAYER, REBMANN,
MAXWELL & HIPPEL, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
215-665-3014
215-665-3165 (fax)
mathieu.shapiro@obermayer.com
melissa.blanco@obermayer.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.

Dated: June 18, 2025

3