IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HALMAN ALDUBI PROVIDENT AND       :          CIVIL ACTION
PENSION FUNDS LTD.

             v.                   :


TEVA PHARMACEUTICAL INDUSTRIES    :          NO.   20-cv-4660
LIMITED et al


## MOTION AND ORDER


AND NOW, this 19th day of December 2025, the Court having received a letter request

from Defendant(s) to reschedule the settlement conference, it is ORDERED that the request is

treated as a motion, and upon consideration the motion is GRANTED.



                              BY THE COURT:


                              _/s/ Carol Sandra Moore Wells_____
                              CAROL SANDRA MOORE WELLS
                              UNITED STATES MAGISTRATE JUDGE