IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HALMAN ALDUBI PROVIDENT AND        :            CIVIL ACTION
PENSION FUNDS LTD.


      v.                                 :


TEVA PHARMACEUTICAL INDUSTRIES  :            NO.   20-cv-4660
LIMITED et al


## **ORDER**


      AND NOW this 19th day of December 2025, it is hereby **ORDERED** that the settlement conference in the above-captioned matter has been rescheduled to **February 19, 2026 at 10:00 a.m.**  All parties necessary to settle the case or delegate(s) with full authority must participate in this conference, unless excused by this court in advance.

      Instructions for video\telephonic conferencing will follow.

                       BY THE COURT:


                       */s/ Carol Sandra Moore Wells*_____
                       CAROL SANDRA MOORE WELLS
                       UNITED STATES MAGISTRATE JUDGE