**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al. <br><br> Defendants. | Case No. 2:20-cv-04660-KSM <br><br> CLASS ACTION |

**CLASS REPRESENTATIVE'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM DEFENDANT TEVA PHARMACEUTICALS INDUSTRIES LIMITED**

Class Representative Gerald Forsythe ("Lead Plaintiff") hereby respectfully moves this Court for an Order compelling Defendant Teva Pharmaceuticals Industries Limited to produce documents.  In support of this motion, Lead Plaintiff respectfully submits the accompanying Memorandum of Law, the Declaration of James M. Wilson, Jr., and exhibits thereto, and [Proposed] Order.

Dated: January 22, 2026                                Respectfully submitted,


By:    */s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

James M. Wilson, Jr. (admitted *pro hac vice*)
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:   jwilson@faruqilaw.com

Timothy J. Peter (# 306965)
FARUQI & FARUQI, LLP
1617 John F. Kennedy Blvd., #1550
Philadelphia, PA 19103
Telephone: 215-277-5770
Facsimile: 215-277-5771
Email: tpeter@faruqilaw.com

Robert W. Killorin (admitted *pro hac vice*)
FARUQI & FARUQI, LLP
3565 Piedmont Road NE
Building Four, Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Email: rkillorin@faruqilaw.com

*Class Counsel*

1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22, 2026, the foregoing document was filed electronically and is available for viewing and downloading from the ECF system and that I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.

Dated: January 22, 2026                    By:   */s/ James M. Wilson, Jr.*
                                                  James M. Wilson, Jr.

2