## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS INDUSTRIES LIMITED, *et al.* <br><br> Defendants. | Case No. 2:20-cv-04660-KSM <br><br> CLASS ACTION |

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF CLASS REPRESENTATIVE'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM DEFENDANT TEVA PHARMACEUTICALS INDUSTRIES LIMITED**

I, James M. Wilson, Jr., declare as follows:

1. I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I represent Class Representative Gerald Forsythe ("Plaintiff").

2. I submit this declaration in support of Plaintiff's Motion to Compel the Production of Documents from Defendant Teva Pharmaceuticals Industries Limited ("Defendant").

3. I have personal knowledge of the facts set forth herein and would testify thereto if called.

4. Attached hereto as Exhibit A is a true and correct copy of Defendant Teva Pharmaceuticals Industries Limited's Responses and Objections to Lead Plaintiff's Request for Production of Documents.

5. Attached hereto as Exhibit B is a true and correct copy of an email chain between Plaintiff and Defendant ending October 25, 2024.

6. Attached hereto as Exhibit C is a true and correct copy of an email chain between Plaintiff and Defendant ending March 24, 2025.

7. Attached hereto as Exhibit D is a true and correct copy of Appendix B to the Expert Report of Leemore Dafny.

8. Attached hereto as Exhibit E is a true and correct copy of Attachment C to the Expert Report of Ian Drew.

9. Attached hereto as Exhibit F is a true and correct copy of Appendix B to the Expert Report of Phillip Ellis.

10. Attached hereto as Exhibit G is a true and correct copy of an email chain between

Plaintiff and Defendant ending November 12, 2025 (redacted version; full version filed under seal).

11.     Attached hereto as Exhibit H is a true and correct copy of Plaintiff's Fourth Request for Production of Documents to Defendant Teva Pharmaceuticals Industries Limited (redacted version; full version filed under seal).

12.     Attached hereto as Exhibit I is a true and correct copy of an email chain between Plaintiff and Defendant ending December 10, 2025 (redacted version; full version filed under seal).

13.     Attached hereto as Exhibit J is a true and correct copy of an email chain between Plaintiff and Defendant ending December 18, 2025 (redacted version; full version filed under seal).

14.     Attached hereto as Exhibit K is a true and correct copy of Defendant Teva Pharmaceuticals Industries Limited's Objections and Responses to Lead Plaintiff's First Set of Interrogatories (slip sheet only; full version filed under seal).

15.     Attached hereto as Exhibit L is a true and correct copy of Defendant Teva Pharmaceuticals Industries Limited's Responses and Objections to Lead Plaintiff's Second Request for Production of Documents.

16.     Attached hereto as Exhibit M is a true and correct copy of Defendant Teva Pharmaceuticals Industries Limited's Response and Objections to Plaintiff's Defective "Fourth Request for Production of Documents" (slip sheet only; full version filed under seal).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of January, 2026.

s/ *James M. Wilson, Jr.*
James M. Wilson, Jr.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22, 2026, the foregoing document was filed electronically and is available for viewing and downloading from the ECF system and that I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.

Dated: January 22, 2026                    By: */s/ James M. Wilson, Jr.*
                                               James M. Wilson, Jr.