# EXHIBIT B

## Katherine Lenahan

| | |
|---|---|
| **From:** | Donovan, Kerry <KCDonovan@winston.com> |
| **Sent:** | Friday, October 25, 2024 10:18 PM |
| **To:** | Katherine Lenahan |
| **Cc:** | Smith, James P.; James Wilson; Robert W. Killorin |
| **Subject:** | RE: Teva - 20-cv-4660 |

> **CAUTION:** This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.

---

Thanks, Katherine.  Have a great weekend.

**Kerry Donovan**
Winston & Strawn LLP
D: +1 212-294-3511
winston.com



**From:** Katherine Lenahan <klenahan@faruqilaw.com>
**Sent:** Friday, October 25, 2024 8:30 PM
**To:** Donovan, Kerry <KCDonovan@winston.com>
**Cc:** Smith, James P. <JPSmith@winston.com>; James Wilson <jwilson@faruqilaw.com>; Robert W. Killorin <rkillorin@faruqilaw.com>
**Subject:** RE: Teva - 20-cv-4660

Thank you, Kerry.  We confirm that we are in agreement as to the below.

Have a great weekend,

Katherine

**From:** Donovan, Kerry <KCDonovan@winston.com>
**Sent:** Friday, October 25, 2024 5:23 PM
**To:** Katherine Lenahan <klenahan@faruqilaw.com>
**Cc:** Smith, James P. <JPSmith@winston.com>; James Wilson <jwilson@faruqilaw.com>; Robert W. Killorin <rkillorin@faruqilaw.com>
**Subject:** RE: Teva - 20-cv-4660

> **CAUTION:** This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.

---

Hi Katherine,

1

We are fine with your proposed 7 and 8.  With that, I believe the parties are in agreement as to the below.  Please confirm that is your understanding.

1.  Within 30 days of agreement, Teva will produce documents from October 29, 2012, forward that were produced by Teva to the DOJ in *United States v. Teva Pharmaceuticals USA, Inc.* ("DOJ Production"), except for certain third-party documents that we do not have permission to produce at this time.

2.  It is our understanding that the above-referenced third-party documents are comprised solely of depositions and expert reports from a different case that were produced to the DOJ.   By or before making the DOJ Production, we will (i) identify for you the depositions and expert reports in question, (ii) provide you with the names of the entities/individuals whose consent will be needed in order for the transcripts/reports to be produced to you, and (ii) work with you to obtain such consent in a timely fashion.

3.  Teva will use one set of Bates numbers specific to this case for the DOJ Production.  If, as the litigation progresses, there are particular documents as to which you can articulate a need for the corresponding Bates numbers from the DOJ action, we will consider providing them at that time.

4.  Teva will use one set of confidentiality designations specific to this case for the DOJ Production pursuant to the confidentiality agreement (ECF No. 91).

5.  For any documents that we agree to search for/produce beyond the DOJ Production, the relevant time-period will start one year prior to the class period (October 29, 2014).

6.  If, after reviewing the production, you believe there are particular documents or categories of documents prior to October 29, 2014 (and after October 29, 2012) that you need from particular custodians, we will consider such requests in good faith, but they must be targeted and accompanied by a showing of particularized good cause.

7.  Within 60 days of this agreement, Teva will either provide you with the privilege logs from the DOJ production, or explain to you in writing why such production cannot be made such that the parties can have a productive meet and confer on this issue.

8.  If any additional documents are withheld from this production due to additional claims of privilege not asserted in the DOJ action, Plaintiff shall be notified of this fact within 30 days of this agreement and a privilege log for the additional documents withheld shall be produced within 60 days of this agreement.

We will follow-up on the ESI protocol under separate cover.

Best,
Kerry

**Kerry Donovan**
Winston & Strawn LLP
D: +1 212-294-3511
winston.com

