# EXHIBIT C

## Katherine Lenahan

**From:**      Tuma, Michelle D. <MTuma@winston.com>
**Sent:**       Monday, March 24, 2025 7:38 PM
**To:**          Katherine Lenahan; Donovan, Kerry
**Cc:**          Smith, James P.; Baker, Anthony; James Wilson; Robert W. Killorin
**Subject:**    RE: Teva - No. 20-cv-04660 - Discovery Correspondence

> **CAUTION:** This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.

Hi Katherine,

Thanks for clarifying.  The parties have agreed as follows:

- Teva will produce to you the documents produced during the investigation to the DOJ from October 29, 2012 through the end of the production period, exclusive of documents exclusively relating to drugs and charitable foundations and funds that are not at issue in this litigation (the "DOJ Investigation Production").

- For non-Defendant custodians, Teva will run search terms through the emails of Larry Downey, Janice Jones, Jennifer Clark,  David Loughery, John Hassler, and Laurie Thibodeau from January 1, 2018 through the later of (i) the end of their tenure at Teva or (ii) November 16, 2020.  For Donna Faix, we will run search terms through her emails for the entirety of the relevant time period (i.e., October 29, 2014 through November 16, 2020).  As with the Individual Defendants, the search terms must appear in the body of those emails (including the threads but excluding any attachments).  Should a hit report show that the proposed search terms continue to pull in a high number of documents, Teva reserves the right to negotiate said search terms.

- For the Individual Defendants, the search terms will be run in accordance with our previous agreement during the agreed-to relevant time period of October 29, 2014 through November 16, 2020.

As it relates to the DOJ Investigation Production and the non-Defendant custodians, the parties agree that this is intended to, and will, resolve the parties' discussions over the request for the DOJ investigation documents, non-Defendant custodians, and search terms for said custodians (contingent on our burden reservation, as set forth above).  Per the parties' ESI protocol, we reserve the right to de-duplicate the document—including against the documents we have already produced to Plaintiff.

With respect to the timing of the DOJ Investigation Production, barring any currently unanticipated technical difficulties, we are currently processing these materials and expect to be able to make that production by April 7, 2025.   Within two weeks thereafter, Teva will provide you with the privilege log for the DOJ Investigation Production.

We are aiming to get you a hit report on the non-Defendant custodians later this week.  At that point, we would recommend setting up a meet and confer to discuss that and any other remaining issues.

Best,
Michelle