# EXHIBIT D

Expert Report of Leemore S. Dafny, PhD

# Appendix B. Materials considered

## B.1. Legal

Complaint and accompanying exhibits

Memorandum & Order in response to Motion to Dismiss, September 9, 2021

Deposition with exhibits of Denise Lynch, June 11, 2019

Deposition with exhibits of David Blanc, January 10, 2020

ACS Settlement Agreement

TEVA_US_PAP_00056673

DLynch_PAP_00002350

Tev_021826

## B.2. Academic

Alexander, G. Caleb, Lawrence P. Casalino, and David O. Meltzer. "Patient-Physician Communication about Out-of-Pocket Costs." 290, no. 7 (2003): 953–958.

Alexander, G. Caleb, Lawrence P. Casalino, and David O. Meltzer. "Physician Strategies to Reduce Patients' Out-of-Pocket Prescription Costs." 165, no. 6 (2005): 633–636.

Carrera, Mariana, Dana P. Goldman, Geoffrey Joyce, and Neeraj Sood. "Do Physicians Respond to the Costs and Cost-Sensitivity of Their Patients?" 10, no. 1 (2018): 113–152.

Chandra, Amitabh, Jonathan Gruber, and Robin McKnight. "Patient Cost-Sharing and Hospitalization Offsets in the Elderly." 100, no. 1 (2010): 193–213.

Chernew, Michael E., Mayur R Shah, Arnold Wegh, Stephen N. Rosenberg, Iver A. Juster, Allison B. Rosen, Michael C. Sokol, Kristina Yu-Isenberg, and A. Mark Fendrick. "Impact of Decreasing Copayments on Medication Adherence within a Disease Management Environment," 27, no. 1 (2008): 103–112.

Expert Report of Leemore S. Dafny, PhD

Choudhry, Niteesh K., Joy L. Lee, Jessica Agnew-Blais, Colleen Corcoran, and William H. Shrank. "Drug Company–Sponsored Patient Assistance Programs: A Viable Safety Net?" 28, no. 3 (2009): 827–834.

Clemens, Jeffrey, and Joshua D. Gottlieb. "Do Physicians' Financial Incentives Affect Medical Treatment and Patient Health?" 104, no. 4 (2014): 1320–1349.

Dafny, Leemore, Christopher Ody, and Teresa Rokos. "Giving a Buck or Making a Buck? Donations by Pharmaceutical Manufacturers to Independent Patient Assistance Charities: Study Examines Donations by Pharmaceutical Manufacturers to Independent Patient Assistance Charities." 41, no. 9 (2022): 1263–1272.

Dafny, Leemore, Christopher Ody, and Matt Schmitt. "When Discounts Raise Costs: The Effect of Copay Coupons on Generic Utilization." 9, no. 2 (2017): 91–123.

Dafny, Leemore, Kate Ho, and Edward Kong, "How Do Copayment Coupons Affect Branded Drug Prices and Quantities Purchased?" Working paper no. 29735, National Bureau of Economic Research, Cambridge, MA, February 2022.

Daubresse, Matthew, Martin Andersen, Kevin R. Riggs, and G. Caleb Alexander. "Effect of Prescription Drug Coupons on Statin Utilization and Expenditures: A Retrospective Cohort Study," 37, no. 1 (2017): 12–24.

Daugherty, Jonas B., Matthew L. Maciejewski, and Joel F. Farley. "The Impact of Manufacturer Coupon Use in the Statin Market." 19, no. 9 (2013): 765–772.

Dor, Avi, Maureen J. Lage, Marcy L. Tarrants, and Jane Castelli-Haley. "Cost-sharing, Benefit Design, and Adherence: The Case of Multiple Sclerosis," 22 (2010): 175-193.

Doshi, Jalpa A., Pengxiang Li, Vrushabh P. Ladage, Amy R. Pettit, and Erin A. Taylor. "Impact of Cost-sharing on Specialty Drug Utilization and Outcomes: A Review of the Evidence and Future Directions." 22, no. 3 (2016): 188–197.

Dusetzina, Stacie B., Haiden A. Huskamp, Russell L. Rothman, Laura C. Pinheiro, Andrew W. Roberts, Nilay D. Shah, Theresa L. Walunas, et al. "Many Medicare Beneficiaries Do Not Fill High-Price Specialty Drug Prescriptions," 41, no. 4 (2022): 487–496.

Fleck, Leonard M., and Marion Danis. "How Should Therapeutic Decisions about Expensive Drugs Be Made in Imperfect Environments?" 19, no. 2 (2017): 147–156.

Gaynor, Martin, Jian Li, and William B. Vogt. "Substitution, Spending Offsets, and Prescription Drug Benefit Design." 10, no. 2 (2007): 20–27.

Expert Report of Leemore S. Dafny, PhD

Gibson, Teresa B., Ronald J. Ozminkowski, and Ron Z. Goetzel. "The Effects of Prescription Drug Cost-sharing: A Review of the Evidence." 11, no. 11 (2005): 730–740.

Goldman, Dana P., Geoffrey F. Joyce, and Yuhui Zheng. "Prescription Drug Cost-sharing: Associations with Medication and Medical Utilization and Spending and Health." 298, no. 1 (2007): 61–69.

Hartung, Daniel M., Kirbee A. Johnston, Dennis N. Bourdette, Randi Chen, and Chien-Wen Tseng. "Closing the Part D Coverage Gap and Out-of-Pocket Costs for Multiple Sclerosis Drugs." 11, no. 4 (2021): 298–303.

Hartung, Daniel M., Dennis N. Bourdette, and Ruth H. Whitham. "The Cost of Multiple Sclerosis Drugs in the US and the Pharmaceutical Industry: Too Big to Fail?" 84 (2015): 2185–2192.

Hartung, Daniel M., Kirbee A. Johnston, Jessina C. McGregor, and Dennis N. Bourdette. "The Effect of Out-Of-Pocket Costs on Initiation of Disease-Modifying Therapies Among Medicare Beneficiaries with Multiple Sclerosis." 46 (2020): 102554.

Hood, John C. "Are Good Deeds Being Punished? Independent Charity Patient Assistance Programs and the Anti-Kickback Statute." 72, no. 3 (May 2020): 639–672.

Huskamp, Haiden A., Particia A. Deverka, Arnold M. Epstein, Robert S. Epstein, Kimberly A. McGuigan, and Richard G. Frank. "The Effect of Incentive-Based Formularies on Prescription Drug Utilization and Spending." 349, no. 23 (2003): 2224–2232.

Kale, Hrishikesh P., Anisha M. Patel, and Norman V. Carroll. "Comparison of Pharmacy Dispensing Channel Use and Adherence to Specialty Drugs Among Medicare Part D Beneficiaries." 24, no. 4(2018): 317–326b.

Kang, So-Yeon, Aditi P. Sen, Joseph F. Levy, Jingmiao Long, G. Caleb Alexander, and Gerard F. Anderson. "Factors Associated with Manufacturer Drug Coupon Use at US Pharmacies." 2, no. 8 (2021): e212123.

Kang, So-Yeon, Aditi Sen, Ge Bai, and Gerard F. Anderson. "Financial Eligibility Criteria and Medication Coverage for Independent Charity Patient Assistance Programs." 322, no. 5 (2019): 422–429.

Karas, Laura, Kenneth M. Shermock, Celia Proctor, Mariana Socal, and Gerard F. Anderson. "Limited Distribution Networks Stifle Competition in the Generic and Biosimilar Drug Industries." American Journal of Managed Care 24, no. 4 (2018): e122–e127.

Expert Report of Leemore S. Dafny, PhD

Karmarkar, Taruja D., Catherine I. Starner, Yang Qiu, Kristen Tiberg, and Patrick P. Gleason. "Sofosbuvir Initial Therapy Abandonment and Manufacturer Coupons in a Commercially Insured Population." 22, no. 6 (2016): SP191–SP197.

Karter, Andrew J., Melissa M. Parker, Matthew D. Solomon, Courtney R. Lyles, Alyce S. Adams, Howard H. Moffet, and Mary E. Reed. "Effect of Out-of-Pocket Cost on Medication Initiation, Adherence, and Persistence among Patients with Type 2 Diabetes: The Diabetes Study of Northern California (DISTANCE)." 53, no. 2 (2018): 1227–1247.

Kim, Yoona A., Karen L. Rascati, Karim Prasla, Paul Godley, Nishi Goel, and Desiree Dunlop. "Retrospective Evaluation of the Impact of Copayment Increases for Specialty Medications on Adherence and Persistence in an Integrated Health Maintenance Organization System." 33, no. 5 (2011):598-607.

Leibowitz, Arleen, Willard G. Manning, and Joseph P. Newhouse. "The Demand for Prescription Drugs as a Function of Cost-Sharing." 21, no. 10 (1985): 1063–1069.

Li, Pengxiang, Tianyan Hu, Xinyan Yu, Salim Chahin, Nabila Dahodwala, Marissa Blum, Amy R Pettit, and Jalpa A Doshi. "Impact of Cost-Sharing Increases on Continuity of Specialty Drug Use: A Quasi-Experimental Study." 53, Suppl 1 (2018): 2735-2757.

Marrs, Joel C., and Joseph J. Saseen. "Dyslipidemia Control in Indigent Patients Receiving Medication Assistance Compared with Insured Patients." 28, no. 5 (2008): 562–569.

Mullican, Kelly A., and Suzanne J. and Francart. "The Role of Specialty Pharmacy Drugs in the Management of Inflammatory Diseases." 73, no. 11 (2016): 821–830.

Neslin, Scott A. "A Market Response Model for Coupon Promotions." 9, no. 2 (1990): 125–145.

Nevo, Aviv, and Catherine Wolfram. "Why Do Manufacturers Issue Coupons? An Empirical Analysis of Breakfast Cereals." 33, no. 2 (2002): 319–339.

Papatla, Purushottam, and Lakshman Krishnamurthi. "Measuring the Dynamic Effects of Promotions on Brand Choice." 33, no. 1 (1996): 20–35.

Pham, Hoangmay H., G. Caleb Alexander, and Ann S. O'Malley. "Physician Consideration of Patients' Out-of-Pocket Costs in Making Common Clinical Decisions." 167, no. 7 (2007): 663–668.

Sadigh, Gelareh, Debrua Coleman, Neil Lava, Jeffrey Switchenko, Diana Vargas, Richard Duszak Jr., and Ruth C. Carlos. "Patient-Specific Out-of-Pocket Cost Communication and

Expert Report of Leemore S. Dafny, PhD

Remote Financial Navigation in Patients with Multiple Sclerosis: A Randomized Controlled Feasibility Study." 62 (2022).

San-Juan-Rodriguez, Alvaro, Chester B. Good, Rock A. Heyman, Natasha Parekh, William H. Shrank, and Inmaculada Hernandez. "Trends in Prices, Market Share and Spending on Self-Administered Disease-Modifying Therapies for Multiple Sclerosis in Medicare Part D." 76, no. 11 (2019): 1386–1390.

Schoen, Marieke D., R. J. DiDomenico, S. E. Connor, J. E. Dischler, and J. L. Bauman. "Impact of the Cost of Prescription Drugs on Clinical Outcomes in Indigent Patients with Heart Disease." 21, no. 12 (2001): 1455–1463.

Seetasith, Arpamas, William Wong, Jenny Tse, and Chakkarin Burudpakdee. "The Impact of Copay Assistance on Patient Out-of-Pocket Costs and Treatment Rates with ALK Inhibitors." 22, no. 5 (2019): 414–420.

Starner, Catherine I., G. Caleb Alexander, Kevin Bowen, Yang Qiu, Peter J. Wickersham, and Patrick P. Gleason. "Specialty Drug Coupons Lower Out-of-Pocket Costs and May Improve Adherence at the Risk of Increasing Premiums." 33, no. 10 (2014): 1761–1769.

Tamblyn, Robyn, Rejean Laprise, James A. Hanley, Michael Abrahamowicz, Susan Scott, Nancy Mayo, Jerry Hurley, Roland Grad, Eric Latimer, Robert Perreault, et al. "Adverse Events Associated with Prescription Drug Cost-Sharing Among Poor and Elderly Persons," 285, no. 4 (2001): 421–429.

Zafar, S. Yousuf, Jeffrey Peppercorn, Akwasi Asabere, and Alex Bastian. "Transparency of Industry-Sponsored Oncology Patient Financial Assistance Programs Using a Patient-Centered Approach." 13, no. 3 (2017): e240–e248.

Zafar, S. Yousuf, and Jeffrey M. Peppercorn. "Patient Financial Assistance Programs: A Path to Affordability or a Barrier to Accessible Cancer Care?" 35, no. 19 (2017).

## B.3. Websites and publicly available

Accessia Health (formerly Patient Services Inc.). "Donate Today." Accessed May 23, 2022, https://www.patientservicesinc.org/give-back-give-hope/.

American College of Physicians. "Healthcare Transparency: Talking to Patients about the Cost of Their Health Care." Accessed May 23, 2022, https://www.acponline.org/clinical-information/high-value-care/resources-for-clinicians/cost-of-care-conversations

Anand, Geeta. "Through Charities, Drug Makers Help People—and Themselves." December 1, 2005, https://www.wsj.com/articles/SB113339802749110822?page=1.

Expert Report of Leemore S. Dafny, PhD

The Assistance Fund. "2020 Impact Report: Access and Advocacy for the Underinsured." Video report. Accessed May 23, 2022, https://issuu.com/theassistancefund/docs/taf_valuues_impact_report_2020

The Assistance Fund. "Patient Frequently Asked Questions." Accessed December 14, 2022, https://tafcares.org/patients/faqs//.

Centers for Medicare and Medicaid Services. "Changes to Medicare Advantage and Part D Will Provide Better Coverage, More Access and Improved Transparency for Medicare Beneficiaries." Press release, January 15, 2021, https://www.cms.gov/newsroom/press-releases/changes-medicare-advantage-and-part-d-will-provide-better-coverage-more-access-and-improved.

Centers for Medicare and Medicaid Services. "Drug Coverage under Different Parts of Medicare." CMS Product No. 11315-P, July 2021, https://www.cms.gov/outreach-and-education/outreach/partnerships/downloads/11315-p.pdf

Centers for Medicare and Medicaid Services. "Pharmaceutical Manufacturer Patient Assistance Program Information." Accessed May 23, 2022, https://www.cms.gov/Medicare/Prescription-Drug-Coverage/PrescriptionDrugCovGenIn/PAPData.

Congressional Budget Office. "Prescription Drugs: Spending, Use, and Prices." CBO Publication 57050, January 2022.

Congressional Research Service. "Medicare Part D Prescription Drug Benefit," August 13, 2018, https://crsreports.congress.gov/product/pdf/R/R40611/15.

Congressional Research Service. "Medicare Part D Prescription Drug Benefit: A Primer." August 20, 2008.

Cubanski, Juliette, Wyatt Koma, and Tricia Neuman. "The Out-of-Pocket Cost Burden for Specialty Drugs in Medicare Part D in 2019." Kaiser Family Foundation Issue Brief, February 2019. https://www.kff.org/report-section/the-out-of-pocket-cost-burden-for-specialty-drugs-in-medicare-part-d-in-2019-findings/.

Cubanski, Juliette, Tricia Neuman, and Anthony Damico, "Closing the Medicare Part D Coverage Gap: Trends, Recent Changes, and What's Ahead," Kaiser Family Foundation, August 21, 2018, https://www.kff.org/medicare/issue-brief/closing-the-medicare-part-d-coverage-gap-trends-recent-changes-and-whats-ahead/.

Elgin, Ben, and Robert Langreth. "How Big Pharma Use Charity Programs to Cover for Drug Price Hikes."                    May 19, 2016, https://www.bloomberg.com/news/articles/2016-05-19/the-real-reason-big-pharma-wants-to-help-pay-for-your-prescription.

Expert Report of Leemore S. Dafny, PhD

Freed, Meredith, Anthony Damico, and Tricia Neuman, "A Dozen Facts About Medicare Advantage in 2020," Kaiser Family Foundation, January 13, 2021, https://www.kff.org/medicare/issue-brief/a-dozen-facts-about-medicare-advantage-in-2020/.

Express Scripts. "Financial Assistance Programs Positively Impact Adherence." Express Scripts report, November 29, 2016, https://www.express-scripts.com/corporate/articles/financial-assistance-programs-positively-impact-adherence.

Frerick, Austin. "The Cloak of Social Responsibility: Pharmaceutical Corporate Charity," 153, no. 9 (2016).

Foundation Center. "Foundation Stats." November 5, 2019, https://perma.cc/4V5G-DU5J.

Gallo, Amy. "A Refresher on Marketing ROI." , July 25, 2017, https://hbr.org/2017/07/a-refresher-on-marketing-roi.

Gilead. "Gilead Sciences and ADAP Crisis Task Force Announce New Initiatives to Support AIDS Drug Assistance Programs (ADAPs)." Press release, June 4, 2010, https://investors.gilead.com/static-files/ff50e710-3fd7-465b-9db9-00da48eee13d.

Good Days. "Donate: You Make It Possible." Accessed May 23, 2022, https://www.mygooddays.org/donate

Healthwell Foundation. , https://www.healthwellfoundation.org/wp-content/uploads/2019/09/HealthWell-Foundation-2018-Annual-Report.pdf.

Hoadley, Jack, Juliette Cubanski, and Tricia Neuman. "Medicare Part D at Ten Years: The 2015 Marketplace and Key Trends, 2006–2015." Kaiser Family Foundation report, October 2015.

Kaiser Family Foundation. "An Overview of the Medicare Part D Prescription Drug Benefit." Kaiser Family Foundation, October 19, 2022, https://www.kff.org/medicare/fact-sheet/an-overview-of-the-medicare-part-d-prescription-drug-benefit/.

Kaiser Permanente Institute for Health Policy, "Drug Policy 101: Pharmaceutical Marketing Tactics." Kaiser Permanente report, January 2020, https://www.kpihp.org/wp-content/uploads/2020/02/drug_policy_pharmaceutical_marketing_101_FINAL.pdf

Kirchhoff, Suzanne M. "Medicare Part D Prescription Drug Benefit." Congressional Research Service Report R40611, August 13, 2018.

Kirchhoff, Suzanne M. "Medicare Part D Prescription Drug Benefit." Congressional Research Service Report R40611, December 18, 2020.

Koma, Wyatt, Juliette Cubanski, and Tricia Neuman. "A Snapshot of Sources of Coverage Among Medicare Beneficiaries in 2018." Kaiser Family Foundation report, March 23, 2021, https://www.kff.org/medicare/issue-brief/a-snapshot-of-sources-of-coverage-among-medicare-beneficiaries-in-2018/.

Expert Report of Leemore S. Dafny, PhD

La Mantia, Loredana, Luca M. Munari, and Roberta Lovati. "Glatiramer Acetate for Multiple Sclerosis." Cochrane Database of Systematic Reviews, May 5, 2010, https://www.cochranelibrary.com/cdsr/doi/10.1002/14651858.CD004678.pub2/full?highlightAbstract=copaxon.

Medicare.gov. "Inpatient Hospital Care." Accessed May 23, 2022, https://www.medicare.gov/coverage/inpatient-hospital-care.

Medicare.gov. "Prescription Drugs (Outpatient)." Accessed May 23, 2022, https://www.medicare.gov/coverage/prescription-drugs-outpatient.

Medicare.gov. "What Is Medicare?" Accessed May 23, 2022, https://www.medicare.gov/what-medicare-covers/your-medicare-coverage-choices/whats-medicare.

Medicare.gov. "What Medicare Part D Drug Plans Cover." Accessed December 14, 2022, https://www.medicare.gov/drug-coverage-part-d/what-medicare-part-d-drug-plans-cover.

Medicare Rights Center. "State Pharmaceutical Assistance Programs." Accessed on May 23, 2022, https://www.medicareinteractive.org/pdf/SPAP-Chart.pdf.

MedPAC. "The Medicare Prescription Drug Program (Part D): Status Report." March 2019, https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/mar19_medpac_ch14_sec.pdf.

MedPAC. "Restructuring Medicare Part D for the Era of Specialty Drugs," in (Report to Congress, June 2019), https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/jun19_ch2_medpac_reporttocongress_sec.pdf.

MedPAC. "Sharing Risk in Medicare Part D." June 2015, https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/chapter-6-sharing-risk-in-medicare-part-d-june-2015-report-.pdf 139.

Mulcahy, Andrew, and Vishnupriya Kareddy. "Prescription Drug Supply Chains: An Overview of Stakeholders and Relationships." RAND Corporation Research Report, 2021.

National Multiple Sclerosis Society. "Disease-Modifying Therapies for MS." March 2022, https://nms2cdn.azureedge.net/cmssite/nationalmssociety/media/msnationalfiles/brochures/brochure-the-ms-disease-modifying-medications.pdf.

NIH National Library of Medicine. "Copaxone." Accessed December 14, 2022, https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=aa88f583-4f5f-433b-80b4-1f4c9fb28357&type=display.

O'Sullivan, Jennifer. "Medicare Part D Prescription Drug Benefit: A Primer." Congressional Research Service report RL34280, August 20, 2008.

Expert Report of Leemore S. Dafny, PhD

PAN Foundation. "The Impact of Patient Assistance on Access, Medication Adherence and Quality of Life." February 2019.

PAN Foundation. "Patient FAQs." Accessed December 14, 2022, https://www.panfoundation.org/patient-faqs/.

PAN Foundation. "We're Here to Help." Accessed May 23, 2022, https://www.panfoundation.org/.

Pfizer. "Pfizer Expands Its Patient Assistance Program, Doubling the Income Eligibility Limit to Benefit Even More Patients Taking Pfizer Medicines." Press release, November 5, 2015, https://www.pfizer.com/news/press-release/press-release-detail/pfizer_expands_its_patient_assistance_program_doubling_the_income_eligibility_limit_to_benefit_even_more_patients_taking_pfizer_medicines.

Rae, Matthew, Krutika Amin, and Cynthia Cox. "ACA's Maximum Out-of-Pocket Limit Is Growing Faster than Wages." Peterson-KFF Health System Tracker, July 20, 2022, https://www.healthsystemtracker.org/brief/aca-maximum-out-of-pocket-limit-is-growing-faster-than-wages/.

Tribble, Sarah Jane. "For the Asking, a Check Is in the Mail to Help Pay for Costly Drugs." , December 13, 2018, https://khn.org/news/for-the-asking-a-check-is-in-the-mail-to-help-pay-for-costly-drugs/.

University of Michigan Center for Value-Based Insurance Design. "Precision Patient Assistance Programs to Enhance Access to Clinically Indicated Therapies: Right Drug, Right Time, Right Cost-Share." University of Michigan Center for Value-Based Insurance Design report, June 12, 2020, https://vbidcenter.org/precision-patient-assistance-programs-to-enhance-access-to-clinically-indicated-therapies-right-drug-right-time-right-cost-share/.

U.S. Census Bureau. "Poverty Thresholds." Accessed December 14, 2022, https://www.census.gov/data/tables/time-series/demo/income-poverty/historical-poverty-thresholds.html.

U.S. Centers for Medicare and Medicaid Services. "Can Part D Plans Restrict Access to Certain Part D Drugs to 'Specialty' Pharmacies within Their Part D Networks?" Accessed December 14, 2022, https://www.cms.gov/Medicare/Prescription-Drug-Coverage/PrescriptionDrugCovContra/Downloads/QASpecialtyAccess_051706.pdf.

U.S. Centers for Medicare and Medicaid Services. "Do You Have a Medigap Policy with Prescription Drug Coverage?" CMS Publication No. 11113, June 2005. https://www.cms.gov/Medicare/Prescription-Drug-Coverage/CreditableCoverage/Downloads/11113.pdf.

Expert Report of Leemore S. Dafny, PhD

U.S. Department of Health and Human Services, "Medicare Parts A and B Coverage and Prior Authorization" July 10, 2009, https://www.hhs.gov/guidance/document/medicare-parts-and-b-coverage-and-prior-authorization-0.

U.S. Department of Health and Human Services Office of Inspector General, "High-Price Drugs Are Increasing Federal Payments for Medicare Part D Catastrophic Coverage," Publication OEI-02-16-00270, January 2017, https://oig.hhs.gov/oei/reports/oei-02-16-00270.pdf.

U.S. Department of Health and Human Services Office of Inspector General, "Publication of OIG Special Advisory Bulletin on Patient Assistance Programs for Medicare Part D Enrollees," 70, no. 224 (November 22, 2005): 70623–70628.

U.S. Department of Health and Human Services Office of Inspector General, "Regarding a Pharmaceutical Manufacturer's Proposal to Provide Cost-Sharing Assistance Directly to Medicare Beneficiaries Who Are Prescribed Either of Two Formulations of Its Drug," OIG Advisory Opinion No. 20-05, September 23, 2020, https://oig.hhs.gov/documents/advisory-opinions/768/AO-20-05.pdf.

U.S. Department of Health and Human Services Office of Inspector General, "Special Advisory Bulletin: Offering Gifts and Other Inducements to Beneficiaries," August 30, 2002, https://oig.hhs.gov/documents/special-advisory-bulletins/886/SABGiftsandInducements.pdf.

U.S. Department of Health and Human Services Office of Inspector General, "Supplemental Special Advisory Bulletin: Independent Charity Patient Assistance Programs," 79, no. 104 (May 30, 2014): 22381–22383, https://oig.hhs.gov/documents/special-advisory-bulletins/879/independent-charity-bulletin.pdf.

U.S. Food and Drug Administration, "Biosimilar and Interchangeable Products," accessed December 14, 2022, https://www.fda.gov/drugs/biosimilars/biosimilar-and-interchangeable-products.

U.S. Government Accountability Office, "MEDICARE PART D Spending, Beneficiary Cost-sharing, and Cost-Containment Efforts for High-Cost Drugs Eligible for a Specialty Tier" (GAO Report GAO-10-242, January 2010), https://www.gao.gov/assets/gao-10-242.pdf.

U.S. House of Representatives Committee on Oversight and Reform, "Drug Pricing Investigation: AbbVie—                    ." Staff report, May 2021.

U.S. House of Representatives Committee on Oversight and Reform, "Drug Pricing Investigation: Celgene and Bristol Myers Squibb—          ." Staff report, September 2020.

U.S. House of Representatives Committee on Oversight and Reform, "Drug Pricing Investigation: Teva—Copaxone" (Staff report No. 116, September 30, 2020), https://oversight.house.gov/sites/democrats.oversight.house.gov/files/Teva%20Staff%20Report%2009-30-2020.pdf.

Expert Report of Leemore S. Dafny, PhD

U.S. House of Representatives Committee on Oversight and Reform, "Drug Pricing Investigation," (Staff report, December 2021), https://oversight.house.gov/sites/democrats.oversight.house.gov/files/DRUG%20PRICING%20REPORT%20WITH%20APPENDIX%20v3.pdf.

Van Nuys, Karen, Geoffrey Joyce, Rocio Ribero, and Dana P. Goldman, "A Perspective on Prescription Drug Copayment Coupons" (USC Leonard D. Shaeffer Center for Health Policy & Economics paper, February 2018), https://healthpolicy.usc.edu/wp-content/uploads/2018/02/2018.02_Prescription20Copay20Coupons20White20Paper_Final-1.pdf.