# EXHIBIT E

*Attachment C – Materials Considered*

United States' Complaint, dated 8/18/2020

Medicare Part D Claims and Documentation
1. IMEDIC01599
2. Data_Dictionary_2020_final.xlsx
3. DA_MEDIC_Source Statement_Part D.pdf
4. IMedic01599 DA_Affidavit Certification of Business Records.pdf
5. IMedic01599_IMEDIC_RFI_Fullfillment_Other.pdf

CDF Disbursements and Enrollments
1. GD0369618
2. GD0369619
3. 12/8/2022 Email from CDF's Counsel to the United States concerning CDF's Teva private copay program

TAF Disbursements and Enrollments
1. TAF1006429 thru TAF1006435, including cover letter, dated 10/9/2020
2. TAF1006436

Lists of Payments to CDF and TAF
1. Exhibit 1 of the Complaint, dated 8/18/2020
2. CDF Excel file named "MS Fund Donations 2006-2009.xlsx"
3. GD0000319
4. TAF0001341UPDATED
5. TEV000001
6. Teva's Responses and Objections to the First Set of Request for Admission, dated 10/31/2022

ACS Dispensing Datasets
1. ACS000001
2. ACS000002
3. ACS000003, including cover letter, dated 7/14/2021
4. ACS000005

*Attachment C – Materials Considered*

Teva-ACS Referrals and Teva-ACS IDs

1. ACS000006, including cover letter, dated 7/27/2022
2. TEV_416582
3. TEVA_US_PAP_00197704
4. TEVA_US_PAP_00569169
5. TEVA_US_PAP_00652182
6. TEVA_US_PAP_01020865
7. Teva's Supplemental Responses and Objections to United States' Interrogatory No. 4, dated 7/15/2022