# EXHIBIT F

**Appendix B: Documents Considered or Relied On**

**Court Filings:**

- United States' Complaint, ECF No. 1, Case Number 20-cv-11548-NMG (D. Mass.)
- Defendants' Memorandum of Law in Support of Motion to Dismiss, ECF No. 23

**Produced Documents:**

*Documents Produced by Teva:*

- Tev_227458 2010.01.01 TEVA-TAF Agreement.pdf
- Teva Supplemental Responses and Objections to US First Set of Interrogatories (2022.07.15).pdf
- 2016.09.09 TAF0462287.xlsx
- 2016.09.18 TAF0678801.xlsx
- TEVA_US_PAP_00318715.xls
- TEVA_US_PAP_00533741.xls
- TEVA_US_PAP_00535457.xls
- TEVA_US_PAP_01038298.xls
- TEVA_US_PAP_01101434.xlsx
- Teva email dated November 7, 2022 concerning rebate data in TEVA_US_PAP_01101434.xlsx

*Documents Produced by Third Parties:*

- GD 0369618
- GD 0369619
- GD 0000319
- CDF "MS Fund Donations 2006-2009"

- TAF0001341UPDATED
- TAF1006436

*Deposition Transcripts:*

- Deposition Testimony of Maureen Boyd

*Claims Records and Data:*

- Ian Dew Expert Report Attachments D-H ("Fund Payments.xlsx," "Annual Summary.xlsx," "Annual Filtered Summary.xlsx," "ACS FDP Summary.xlsx," and "New Enrollee Payment Summary.xlsx")
- IMEDIC02902 Copaxone Summary by Year

**Publicly Available Documents:**

*Teva Annual SEC Filings:*

- Teva Pharmaceuticals Industry Ltd., Form 20-F for the fiscal years ended December 31, 2006 through December 31, 2017

*Parameters of the Part D Standard Benefit by Year:*

- https://q1medicare.com/PartD-The-2012-Medicare-Part-D-Outlook.php
- https://q1medicare.com/PartD-The-2015-Medicare-Part-D-Outlook.php
- https://q1medicare.com/PartD-The-2017-Medicare-Part-D-Outlook.php

*Information on MS Drugs and Spending on them under Part D:*

- Lists of drugs used to treat MS: https://www.nationalmssociety.org/Treating-MS/Medications; and https://www.cvsspecialty.com/education-center/downloads/Multiple_Sclerosis_Drug_List.pdf
- Data on gross drug spending under Part D by drug and year: https://data.cms.gov/summary-statistics-on-use-and-payments/medicare-medicaid-spending-by-drug/medicare-part-d-spending-by-drug.

*Other Background Documents:*

- *2016 Medicare Trustees Report* (June 22, 2016), https://www.cms.gov/research-statistics-data-and-systems/statistics-trends-and-reports/reportstrustfunds/downloads/tr2016.pdf.

- *2018 Medicare Trustees Report* (June 5, 2018), https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/ReportsTrustFunds/Downloads/TR2018.pdf.

- *2020 Medicare Trustees Report* (April 22, 2020), https://www.cms.gov/files/document/2020-medicare-trustees-report.pdf.

- Kaiser Family Foundation, *The Medicare Part D Prescription Drug Benefit* (October 2017), http://files.kff.org/attachment/Fact-Sheet-The-Medicare-Part-D-Prescription-Drug-Benefit.

- Medicare Payment Advisory Commission (MedPAC), *Part D Payment System* (Revised October 2020), http://www.medpac.gov/docs/default-source/payment-basics/medpac_payment_basics_20_partd_final_sec.pdf.

- IQVIA Institute, *Medicine Use and Spending in the U.S.* (May 2019), https://www.iqvia.com/insights/the-iqvia-institute/reports/medicine-use-and-spending-in-the-us-a-review-of-2018-and-outlook-to-2023.

- American Academy of Actuaries, *Actuarial Equivalence for Prescription Drug Plans and Medicare Advantage Prescription Drug Plans under the Medicare Drug Program* (March 2008), https://www.actuary.org/sites/default/files/files/publications/Practice_note_on_actuarial_equivalence_certification_for_private_prescription-drug_plans_under_Medicare_Part_D_mar2008.pdf.

*Statutes:*

- 42 U.S.C. § 1395w-113(a)
- 42 U.S.C. § 1395w-115