# EXHIBIT G

## Filed Under Seal

## Katherine Lenahan

| | |
|---|---|
| **From:** | Katherine Lenahan |
| **Sent:** | Wednesday, November 12, 2025 2:15 PM |
| **To:** | Donovan, Kerry |
| **Cc:** | Smith, James P.; James Wilson; Robert W. Killorin |
| **Subject:** | RE: Teva - DOJ Bates Numbers |

Hi Kerry,

Thanks for getting back to me so quickly. It is our understanding that the experts produced the materials they relied on to Teva. For example, Ian Dew's December 19, 2022 report states at p.5 n.3: "I produced Supporting Materials separately to Defendants on an external hard drive when I submitted this report." We assume, but cannot tell for sure, that at least some of the materials he and the other DOJ experts relied on were produced by Teva to the DOJ or otherwise fall into categories of documents you've already produced or have committed to produce here.

Considering that some of the materials are described generally (for example, "Teva referral to ACS" from Dew's report) and without a bates number, we are not in a position to identify precisely where each document came from, so we are hoping that we can work together to figure out which documents were produced by Teva and which ones we need to get from third parties. Additionally, sometimes they have a bates number, but it is not clear who produced that document. For example, we do not know who produced documents bates stamped "GD....." To that end, I've highlighted in yellow below the documents that we think might have been produced by Teva, and added the bates numbers to the extent they are known to us. Could you please take a look at the below and let us know if Teva produced those documents here and provide the corresponding bates number? If any documents have not yet been produced to us but are covered by our various production agreements, please produce them as soon as possible.

## Leemore Dafny, Ph.D.

| Materials considered in his reports | Report Page |
|---|---|
| Exhibits to Deposition Denise Lynch, June 11, 2019<br><br>[Bates numbers below] | B-1 |
| Exhibits to Deposition of David Blanc, January 10, 2020<br><br>We do not have this transcript so we are unable to pinpoint the bates numbers. We assume many are Teva documents. | B-1 |
| TEVA_US_PAP_00056673 | B-1 |
| DLynch_PAP_00002350 | B-1 |
| Tev_021826 | B-1 |

Exhibits to Denise Lynch Deposition:

1

[REDACTED]

**Ian Dew**

| Materials Relied On: | Report Page |
|---|---|
| Medicare Part D Claims and Documentation | 4 |
| CDF Disbursements and Enrollments | 4 |
| TAF Disbursements and Enrollments | 4 |
| ACS Dispenses | 4 |
| Teva Referrals to ACS | 4 |
| Payments to the Funds | 4 |

| | |
|---|---|
| Supporting Materials (see pg. 4), which include all inputs, essential intermediate files, and claim-level results, which include each relevant matched claim and corresponding Fund disbursement. | 5 & 5 n.3 |
| Attachment C – lists all the datasets and information relied upon in this work | 5 |
| Part D claim records (PDE – Prescription Drug Events) | 6 & 6 n.5 |
| CDF (Good Days) – disbursement data (Microsoft Excel) consisting of disbursement records associated with multiple drugs over the time period of January 2008 through August 2019. BATES NUMBER: GD0369619 | 8 & 8 n.7 – produced by CDF |
| CDF – CDF patient enrollment data (Microsoft Excel) listing patient enrollments associated with multiple drugs over a time period of January 2008 through January 2019. BATES NUMBER: GD0369618 | 9 & 9 n.8 – produced by CDF |
| TAF – disbursement data (CSV files) consisting of disbursement records associated with TAF's Multiple Sclerosis Fund for multiple drugs from January 2010 – December 2018. BATES NUMBERS: TAF1006429-TAF1006435 | 10 & 10n.9 – produced by TAF |
| TAF – TAF patient enrollment data (Microsoft Excel) listing patient enrollments associated with multiple drugs over the time period of December 2009 – April 2019. BATES NUMBER: TAF1006436 | 11 & n. 10 – produced by TAF |
| CDF Excel file, named "MS Fund Donations 2006-2009.xlsx" | 12 – produced by CDF |
| GD0000319 | 12 |
| TAF0001341 UPDATED [may be the same as DOJ ECF No. 173-42 in the DOJ action] | 12 |
| TEV_000001 | 12 |
| ACS000001 – Claims submitted by ACS for Copaxone 2006-2015 | 13 – produced by ACS |
| ACS000002 – Free drug dispenses for the Copaxone Free Drug Program (2008-2012) | 13 – produced by ACS |

| | |
|---|---|
| ACS000003 – ACS's Copaxone dispenses for 2007, including free Copaxone dispenses for 2007 | 13 – produced by ACS |
| ACS000005 – ACS's Copaxone dispenses for 2006 | 13 – produced by ACS |
| ACS – dataset of patients referred to ACS from TEVA (Microsoft Excel) BATES NUMBER: ACS000006 [may be the same as ECF No. 173-123 in the DOJ action] | 14 – produced by ACS |
| Bates numbers TEVA_US_PAP_00197704, TEVA_US_PAP_00569169, TEVA_US_PAP_00652182, TEVA_US_PAP_01020865, and TEV_416582 | 15 n. 12 |
| Email (Counsel who forwarded email from CDF's counsel, dated 12/8/2022), confirming that the CDF data contains disbursements for Teva's CDF private copayment program. | 18 n.15 |

**Phillip Ellis report**

| Material's Relied On (Excluding Complaint and Memo of Law) | Report Page |
|---|---|
| 2016.09.09 TAF0462287.xlsx | 60 |
| 2016.09.18 TAF0678801.xlsx | 60 |
| TEVA_US_PAP_00318715.xls | 60 |
| TEVA_US_PAP_00533741.xls | 60 |
| TEVA_US_PAP_00535457.xls | 60 |
| TEVA_US_PAP_01038298.xls | 60 |
| TEVA_US_PAP_01101434.xlsx | 60 |
| Teva email dated November 7, 2022 concerning rebate data in TEVA_US_PAP_01101434.xlsx | 60 |
| GD 0369618 | 60 – produced by 3d party |
| GD 0369619 | 60 – produced by 3d party |
| GD 0000319 | 60 – produced by 3d party |
| CDF "MS Fund Donations 2006-2009" [May be the same as ECF No. 173-63 in the DOJ action] | 60 – produced by CDF |
| TAF0001341UPDATED [May be the same as ECF No. 173-42 in the DOJ action] | 60 – produced by TAF |
| TAF1006436 | 60 – produced by TAF |
| Ian Dew Expert Report Attachments D-H | 61 |
| IMEDIC02902 Copaxone Summary by Year | 61 |

**<u>Jacob Rube</u>**

| Materials Relied On | Report Page |
|---|---|
| Transcript of Testimony of Dr. Daniel Wynn (Rough Transcript) from deposition on March 14, 2023 | 10 |

Thank you,

Katherine

---

**From:** Donovan, Kerry <KCDonovan@winston.com>
**Sent:** Tuesday, November 11, 2025 4:54 PM
**To:** Katherine Lenahan <klenahan@faruqilaw.com>
**Cc:** Smith, James P. <JPSmith@winston.com>; James Wilson <jwilson@faruqilaw.com>; Robert W. Killorin <rkillorin@faruqilaw.com>
**Subject:** RE: Teva - DOJ Bates Numbers

**CAUTION: This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.**

---

Hi Katherine,

As you know, the "DOJ Production" was defined as the "documents from October 29, 2012, forward that were produced by Teva to the DOJ in *United States v. Teva Pharmaceuticals USA Inc.*"  *See* Oct. 25 email exchange.  To our knowledge, the DOJ's expert reports were not produced by Teva in the DOJ Action, and thus were not produced by us in this case.  If we are wrong, please let us know.

More broadly, as you know, the documents that an expert relies upon are not produced as exhibits to their reports.  Thus, even if we did produce the DOJ expert reports in this case, Teva would not have necessarily produced the "relied upon" materials at all.  From reviewing the charts in your email below, it seems to us that a significant number of the documents relied upon were not produced by Teva at all, but instead by third parties.  To that end, we suggest you reach out to them.  Otherwise, if you provide us with a list of bates numbers that you think Teva would have produced in the DOJ action, we are happy to (a) determine if we produced said document(s) here and (b) if so, provide the corresponding bates number.

Thanks,
Kerry

6



**KERRY DONOVAN**
PARTNER

**T** +1 (212) 294-3511
kcdonovan@winston.com

---

**From:** Katherine Lenahan <klenahan@faruqilaw.com>
**Sent:** Tuesday, November 11, 2025 10:30 AM
**To:** Donovan, Kerry <KCDonovan@winston.com>
**Cc:** Smith, James P. <JPSmith@winston.com>; James Wilson <jwilson@faruqilaw.com>; Robert W. Killorin <rkillorin@faruqilaw.com>
**Subject:** Teva - DOJ Bates Numbers

Hi Kerry,

As you probably recall, early in the discovery process, Teva agreed to consider providing the corresponding Bates numbers for documents from the DOJ action should we articulate a need for them.  *See* Oct. 21, 2024 email exchange ("Teva will use one set of Bates numbers specific to this case for the DOJ Production.  If, as the litigation progresses, there are particular documents as to which you can articulate a need for the corresponding Bates numbers from the DOJ action, we will consider providing them at that time.").

We have the DOJ's expert reports from the DOJ action and need to obtain all of the exhibits relied on, which we believe fall squarely under our request for production of documents.

We have been unable to locate in your document production the following documents:

**Leemore Dafny, Ph.D.**

| Materials considered in his reports | Report Page |
|---|---|
| Exhibits to Deposition Denise Lynch, June 11, 2019 | B-1 |
| Exhibits to Deposition of David Blanc, January 10, 2020 | B-1 |
| TEVA_US_PAP_00056673 | B-1 |
| DLynch_PAP_00002350 | B-1 |
| Tev_021826 | B-1 |

**Ian Dew**

| Materials Relied On: | Report Page |
|---|---|
| Medicare Part D Claims and Documentation | 4 |
| CDF Disbursements and Enrollments | 4 |
| TAF Disbursements and Enrollments | 4 |
| ACS Dispenses | 4 |
| Teva Referrals to ACS | 4 |
| Payments to the Funds | 4 |
| Supporting Materials (see pg. 4), which include all inputs, essential | 5 & 5 n.3 |

| | |
|---|---|
| intermediate files, and claim-level results, which include each relevant matched claim and corresponding Fund disbursement. | |
| Attachment C – lists all the datasets and information relied upon in this work | 5 |
| Part D claim records (PDE – Prescription Drug Events) | 6 & 6 n.5 |
| CDF (Good Days) – disbursement data (Microsoft Excel) consisting of disbursement records associated with multiple drugs over the time period of January 2008 through August 2019.<br>BATES NUMBER: GD0369619 | 8 & 8 n.7 – produced by CDF |
| CDF – CDF patient enrollment data (Microsoft Excel) listing patient enrollments associated with multiple drugs over a time period of January 2008 through January 2019.<br>BATES NUMBER: GD0369618 | 9 & 9 n.8 – produced by CDF |
| TAF – disbursement data (CSV files) consisting of disbursement records associated with TAF's Multiple Sclerosis Fund for multiple drugs from January 2010 – December 2018.<br>BATES NUMBERS: TAF1006429-TAF1006435 | 10 & 10n.9 – produced by TAF |
| TAF – TAF patient enrollment data (Microsoft Excel) listing patient enrollments associated with multiple drugs over the time period of December 2009 – April 2019.<br>BATES NUMBER: TAF1006436 | 11 & n. 10 – produced by TAF |
| CDF Excel file, named "MS Fund Donations 2006-2009.xlsx" | 12 – produced by CDF |
| GD0000319 | 12 |
| TAF0001341 UPDATED<br> [may be the same as DOJ ECF No. 173-42 in the DOJ action] | 12 |
| TEV_000001 | 12 |
| ACS000001 – Claims submitted by ACS for Copaxone 2006-2015 | 13 – produced by ACS |
| ACS000002 – Free drug dispenses for the Copaxone Free Drug Program (2008-2012) | 13 – produced by ACS |
| ACS000003 – ACS's Copaxone dispenses for 2007, including free Copaxone dispenses for 2007 | 13 – produced by ACS |

| | |
|---|---|
| ACS000005 – ACS's Copaxone dispenses for 2006 | 13 – produced by ACS |
| ACS – dataset of patients referred to ACS from TEVA (Microsoft Excel) BATES NUMBER: ACS000006 [may be the same as ECF No. 173-123 in the DOJ action] | 14 – produced by ACS |
| Bates numbers TEVA_US_PAP_00197704, TEVA_US_PAP_00569169, TEVA_US_PAP_00652182, TEVA_US_PAP_01020865, and TEV_416582 | 15 n. 12 |
| Email (Counsel who forwarded email from CDF's counsel, dated 12/8/2022), confirming that the CDF data contains disbursements for Teva's CDF private copayment program. | 18 n.15 |

**Phillip Ellis report**

| Material's Relied On (Excluding Complaint and Memo of Law) | Report Page |
|---|---|
| 2016.09.09 TAF0462287.xlsx | 60 |
| 2016.09.18 TAF0678801.xlsx | 60 |
| TEVA_US_PAP_00318715.xls | 60 |
| TEVA_US_PAP_00533741.xls | 60 |
| TEVA_US_PAP_00535457.xls | 60 |
| TEVA_US_PAP_01038298.xls | 60 |
| TEVA_US_PAP_01101434.xlsx | 60 |
| Teva email dated November 7, 2022 concerning rebate data in TEVA_US_PAP_01101434.xlsx | 60 |
| GD 0369618 | 60 – produced by 3d party |
| GD 0369619 | 60 – produced by 3d party |
| GD 0000319 | 60 – produced by 3d party |
| CDF "MS Fund Donations 2006-2009" [May be the same as ECF No. 173-63 in the DOJ action] | 60 – produced by CDF |
| TAF0001341UPDATED [May be the same as ECF No. 173-42 in the DOJ action] | 60 – produced by TAF |
| TAF1006436 | 60 – produced by TAF |
| Ian Dew Expert Report Attachments D-H | 61 |
| IMEDIC02902 Copaxone Summary by Year | 61 |

**Jacob Rube**

| Materials Relied On | Report Page |
|---|---|
| | |

| | |
|---|---|
| Transcript of Testimony of Dr. Daniel Wynn (Rough Transcript) from deposition on March 14, 2023 | 10 |

 Please provide us with the document or the corresponding bates number for the document production in our case.

Thank you,

Katherine



Katherine Lenahan ■ Partner ■ Faruqi & Faruqi, LLP ■ 685 Third Avenue, 26th Floor ■ New York, NY 10017 ■ (T) 212 983 9330 ■ (F) 212 983 9331 ■ www.faruqilaw.com

This message originates from the law firm of Faruqi & Faruqi, LLP.  This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee.  If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.  Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited.  All personal messages express solely the sender's view and not those of Faruqi & Faruqi, LLP.  This message may not be copied or distributed without this disclaimer.  If you received this message in error, please reply to the sender above immediately and permanently delete this message from your inbox.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.