# EXHIBIT J

## Katherine Lenahan

| | |
|---|---|
| **From:** | Katherine Lenahan |
| **Sent:** | Thursday, December 18, 2025 11:33 AM |
| **To:** | Stern, Michael |
| **Cc:** | Donovan, Kerry; Smith, James P.; Coberly, Linda; Jacobson, Jara R. Y.; Shapiro, Mathieu; Blanco, Melissa; James Wilson; Robert W. Killorin; Timothy J. Peter |
| **Subject:** | RE: Teva - Nov. 17 RFPs |

Michael,

Thank you, we will review your responses and objections.

███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████

Best,

Katherine

**From:** Stern, Michael <MJStern@winston.com>
**Sent:** Wednesday, December 17, 2025 5:51 PM
**To:** Katherine Lenahan <klenahan@faruqilaw.com>
**Cc:** Donovan, Kerry <KCDonovan@winston.com>; Smith, James P. <JPSmith@winston.com>; Coberly, Linda <LCoberly@winston.com>; Jacobson, Jara R. Y. <JJacobson@winston.com>; Shapiro, Mathieu <mathieu.shapiro@obermayer.com>; Blanco, Melissa <melissa.blanco@obermayer.com>; James Wilson <jwilson@faruqilaw.com>; Robert W. Killorin <rkillorin@faruqilaw.com>; Timothy J. Peter <tpeter@faruqilaw.com>
**Subject:** RE: Teva - Nov. 17 RFPs

**CAUTION:** This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.

Katherine,

Please see attached.

██████████████████████████████████████
█████████████████████████

Thanks,

Michael

1

**MICHAEL STERN**
ASSOCIATE ATTORNEY

**T**  +1 (312) 558-6069
mjstern@winston.com

*Admitted to practice in Illinois*

**From:** Katherine Lenahan <klenahan@faruqilaw.com>
**Sent:** Thursday, December 11, 2025 1:23 PM
**To:** Stern, Michael <MJStern@winston.com>
**Cc:** Donovan, Kerry <KCDonovan@winston.com>; Smith, James P. <JPSmith@winston.com>; Coberly, Linda <LCoberly@winston.com>; Jacobson, Jara R. Y. <JJacobson@winston.com>; Shapiro, Mathieu <mathieu.shapiro@obermayer.com>; Blanco, Melissa <melissa.blanco@obermayer.com>; James Wilson <jwilson@faruqilaw.com>; Robert W. Killorin <rkillorin@faruqilaw.com>; Timothy J. Peter <tpeter@faruqilaw.com>
**Subject:** RE: Teva - Nov. 17 RFPs

Michael,

We're a bit confused by your email.  Plaintiff has not withdrawn his offer to modify the Nov. 17 RFPs.  As we have clearly stated several times, we will agree to limit the Nov. 17 RFPs to cover the Teva bates numbered documents relied on by the experts in the DOJ Action (or their corresponding bates numbers to the extent they were already produced) and the Russell report.  Despite the numerous emails between us and our express request for you to tell us whether Defendants will agree to produce the Teva bates numbered documents relied on by the experts in the DOJ Action (or their corresponding bates numbers to the extent they were already produced), you continue to dodge this specific request.  **Please let us know if Defendants will produce those documents.**

Our offer to withdraw the RFPs if these materials are produced was meant to alleviate the burden on Teva of having to respond in writing to the Nov. 17 RFPs.

To date, the parties have collaborated and worked through several prior discovery issues without resorting to motion practice.  We hope that this issue likewise can be resolved without motion practice in light of our proposed compromise.



We look forward to your response.

Katherine

**From:** Stern, Michael <MJStern@winston.com>
**Sent:** Wednesday, December 10, 2025 6:12 PM
**To:** Katherine Lenahan <klenahan@faruqilaw.com>
**Cc:** Donovan, Kerry <KCDonovan@winston.com>; Smith, James P. <JPSmith@winston.com>; Coberly, Linda <LCoberly@winston.com>; Jacobson, Jara R. Y. <JJacobson@winston.com>; Shapiro, Mathieu

2

<mathieu.shapiro@obermayer.com>; Blanco, Melissa <melissa.blanco@obermayer.com>; James Wilson <jwilson@faruqilaw.com>; Robert W. Killorin <rkillorin@faruqilaw.com>; Timothy J. Peter <tpeter@faruqilaw.com>
Subject: RE: Teva - Nov. 17 RFPs

**CAUTION:** This Message originated from outside of the firm. Do not click on a link, open or enable any file unless you trust the sender.

---

Thanks, Katherine. As you know, at this point, we've corrected all of the misguided positions you reiterate below multiple times (relevant email string - which you inexplicably chose to excise from the below response - attached).

To be clear, plaintiffs are now withdrawing their offer to resolve this after we accepted it, unless we agree to more? No deal.

████████████████████████████████████████████

Thanks,

Michael



**MICHAEL STERN**
ASSOCIATE ATTORNEY

**T** +1 (312) 558-6069
mjstern@winston.com

*Admitted to practice in Illinois*

---

From: Katherine Lenahan <klenahan@faruqilaw.com>
Sent: Wednesday, December 10, 2025 12:15 PM
To: Stern, Michael <MJStern@winston.com>
Cc: Donovan, Kerry <KCDonovan@winston.com>; Smith, James P. <JPSmith@winston.com>; Coberly, Linda <LCoberly@winston.com>; Jacobson, Jara R. Y. <JJacobson@winston.com>; Shapiro, Mathieu <mathieu.shapiro@obermayer.com>; Blanco, Melissa <melissa.blanco@obermayer.com>; James Wilson <jwilson@faruqilaw.com>; Robert W. Killorin <rkillorin@faruqilaw.com>; Timothy J. Peter <tpeter@faruqilaw.com>
Subject: Teva - Nov. 17 RFPs

Michael,

We appreciate Teva's offer to produce the Russell Report, but we disagree that the Nov. 17 RFPs are otherwise moot because we served third party subpoenas. We have no idea yet what the DOJ's response to our subpoena will be. As is often the case with third-party subpoenas, they might insist that we get the materials, to the extent they bear Teva bates numbers, from Teva. Thus, your speculation that we might obtain certain documents from the DOJ is not a basis for not responding to our Nov. 17 RFPs (as we have modified below).

As per our earlier correspondence, it is our position that the materials requested in the Nov. 17 RFPs should have been part of the DOJ production or the DOJ investigation production. For example, it is unclear how the DOJ experts could have received any Teva bates-stamped materials without those having been produced to the DOJ during the investigation or litigation of the DOJ Action. ███████████████████████████████
████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████

It is entirely possible that many of these materials have already been produced by Teva, and that is why we are seeking the corresponding bates numbers (which Teva originally told us they would provide if needed) so that we can locate them in the production, or at least narrow the list of documents outstanding.

We see no basis, and you have provided us with none, for withdrawing the Nov. 17 RFPs, as modified.  That is, we are still seeking the Teva-bates numbered documents relied on by the experts in the DOJ Action (or their corresponding bates numbers to the extent they were already produced), in addition to the Russell report.  Please let us know if Teva is willing to produce these.  In an effort to avoid motion practice to compel the production of this material, if Teva will agree to produce to us the specific TEVA bates stamped documents we identified in the Nov. 17 RFPs (in addition to the Russell material) in a timely fashion, we are willing to withdraw the Nov. 17 RFPs.

As always, we are happy to discuss.

Thank you,

Katherine



Katherine Lenahan ■ Partner ■ Faruqi & Faruqi, LLP ■ 685 Third Avenue, 26th Floor ■ New York, NY 10017 ■ (T) 212 983 9330 ■ (F) 212 983 9331 ■ www.faruqilaw.com

This message originates from the law firm of Faruqi & Faruqi, LLP.  This email message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee.  If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.  Any unauthorized reading, distribution, copying or other use of this message or its attachments is strictly prohibited.  All personal messages express solely the sender's view and not those of Faruqi & Faruqi, LLP.  This message may not be copied or distributed without this disclaimer.  If you received this message in error, please reply to the sender above immediately and permanently delete this message from your inbox.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.