**<u>Appendix of Documents Requested</u>**

**Materials relied on in Phillip Ellis's Report (DOJ Expert)**

1. 2016.09.09 TAF0462287.xlsx (this is listed in Ellis's report as produced by Teva)

2. 2016.09.18 TAF0678801.xlsx (this is listed in Ellis's report as produced by Teva)

3. TEVA_US_PAP_00318715.xls

4. TEVA_US_PAP_00533741.xls

5. TEVA_US_PAP_00535457.xls

6. TEVA_US_PAP_01038298.xls

7. TEVA_US_PAP_01101434.xlsx

8. Teva email dated November 7, 2022 concerning rebate data in TEVA_US_PAP_01101434.xlsx

**Materials relied on in Ian Dew's Report (DOJ Expert)**

9. TEV000001

10. TEVA_US_PAP_00197704

11. TEVA_US_PAP_00569169

12. TEVA_US_PAP_00652182

13. TEVA_US_PAP_01020865

**Materials relied on in Leemore Dafny's Report (DOJ Expert)**

14. TEVA_US_PAP_00056673

15. DLynch_PAP_00002350 (Plaintiff believes this was a document produced by Teva because Ms. Lynch was a Teva employee)

16. Tev_021826

17. Exhibits to the Deposition of Denise Lynch, June 11, 2019:

    a. ████████████████████████████████████

