**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>       v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.<br><br>                Defendants. | Case No. 2:20-cv-04660-KSM<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING CLASS REPRESENTATIVE'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM DEFENDANT TEVA PHARMACEUTICALS INDUSTRIES LIMITED**

Having considered Class Representative Gerald Forsythe's ("Plaintiff") Motion to Compel the Production of Documents from Defendant Teva Pharmaceuticals Industries Limited ("Teva"), the memorandum of law in support thereof, Teva's opposition briefing, and all evidence submitted by the parties in support of or in opposition to the motion, and good cause appearing therefore:

1.     Plaintiff's motion is GRANTED;

2.     Teva is directed to produce documents.

IT IS SO ORDERED.

DATED: _____           _____

                                          KAREN SPENCER MARSTON, J.

1