**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.**, <br><br> Plaintiff, <br><br> ***v.*** <br><br> **TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 20-4660-KSM** |

## <u>ORDER</u>

**AND NOW**, this 26th day of January, 2026, Plaintiff having filed a Motion to Compel the Production of Documents from Defendant Teva Pharmaceuticals Industries Limited (Doc. No. 148), and following a telephone conference held January 23, 2026 (Doc. No. 151), the representations of the parties therein, and the representations of Defendant Teva on January 26, 2026, it is **ORDERED** that Plaintiff's Motion to Compel (Doc. No. 148) is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.