## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD.,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**TEVA PHARMACEUTICALS INDUSTRIES LTD.**, et al.<br><br>    Defendants. | **CIVIL ACTION**<br><br><br>**NO. 20-4660-KSM** |

## ORDER

**AND NOW**, this 11th day of March, 2026, upon review of the docket and consideration of Plaintiff having failed to file a renewed motion to seal within the time allowed by the Court (*see* Doc. No. 154), Plaintiff is **ORDERED** to file unredacted versions of Plaintiff's Memorandum of Law in Support of Class Representative's Motion to Compel the Production of Documents from Defendant Teva Pharmaceuticals Industries Limited (Doc. No. 148-1), Exhibits G, H, I, J, K, and M to Plaintiff's motion to compel (Doc. Nos. 148-9, 148-10, 148-11, 148-12, 148-14), the Appendix of Documents Requested by Plaintiff (Doc. No. 148-16), and Plaintiff's Certification of Counsel Pursuant to Local Rule 26.1(f) (Doc. No. 148-17) on the docket by **March 13, 2026, at 5:00 p.m. EDT**.

    **IT IS SO ORDERED.**

 */s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.