# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and On Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>        v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al.,<br><br>                            Defendants. | **CIVIL ACTION**<br><br>**NO. 2:20-cv-04660-KSM** |

**PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT TEVA PHARMACEUTICALS INDUSTRIES LIMITED**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Class

Representative Gerald Forsythe ("Plaintiff") hereby requests that Teva Pharmaceuticals

Industries Limited produce for inspection within thirty (30) days of the date of service hereof at

the law offices of Faruqi & Faruqi, LLP, located at 685 Third Avenue, 26th Floor, New York,

New York 10017, or at such other location as the parties may agree, all documents described

below in accordance with the definitions and instructions that follow (the "Document Requests"

or "Requests").

**DEFINITIONS**

1.        "Action" refers to *Halman Aldubi Provident and Pension Funds Ltd. v. Teva

Pharmaceuticals Industries Limited,* Civil Action No. 2:20 cv 04660 (E.D. Pa).

2.        "Document" is defined to be synonymous in meaning and equal in scope to the

usage of this term in Rule 34(a) of the Federal Rules of Civil Procedure, including, without

1

limitation, electronic or computerized data compilations. A draft or non-identical copy is a separate Document within the meaning of this term. The term "Document" further includes, but is not limited to, any and all forms of recorded information, whether handwritten, printed, typed, or otherwise visually reproduced, electronically recorded or orally recorded, including all originals, revisions, and markups of drafts, and all files, documents, databases, e-mails, and other data maintained in computer-readable form. The term "Document" specifically includes, but is not limited to: working papers; communications, including intra-company communications; minutes and records of meetings; letters; facsimile transmissions; telegrams; telephone bills and records; cables; records; books; summaries or records of personal conversations or interviews; legal pleadings; affidavits; deposition transcripts; trial transcripts; forecasts; statistical statements; accountants' work papers; brochures; pamphlets; circulars; press releases; agreements; contracts; telephone messages, slips and logs; diary entries; electronic mail and messages of every kind; calendars; reports; evaluations; assessments; analyses; test results; correspondence; memoranda; notes; video recordings of every kind; audio recordings of every kind; electronic recordings of every kind; drawings; graphics; graphs; maps; diagrams; charts; photographs; tables; indices; recordings; tapes; microfilms; reports of investigations; opinions or reports of consultants; data processing and computer printouts, tapes, disks, and data and information stored in computers or data processing equipment, together with programs and program documentation necessary to utilize or retrieve such data or information; all other mechanical or electronic means of storing or recording data or information; and any other data compilation from which information can be obtained and translated through detection devices into reasonably usable form.

3.      "Deposition" is defined as an out-of-court statement given under oath by any person involved in the case. A "deposition" comes in the form of a written transcript, videotape, or both.

4.      "Materials" is defined as any form of document, and includes but not limited to tangible evidence, testimony, electronically stored information ("ESI"), discovery materials, and exhibits that is used to support a claim or defense.

5.      "Exhibits" is defined as any form of document, and includes but not limited to pictures, ESI, and/or other tangible things that are relevant and material to the claims and defenses of the case.

6.      "Teva" means Teva Pharmaceuticals Industries Limited and all of its present and former officers, directors, committees, employees, partners, corporate partners, predecessors, successors, subsidiaries, affiliates, divisions, branch offices, agents, representatives, and all other persons acting, or purporting to act, on behalf of any of the foregoing.

7.      "To identify," when referring to a person, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment.

8.      "To identify," when referring to Documents, means to give, to the extent known, the: (i) type of Document; (ii) general subject matter; (iii) date of the Document; and (iv) author(s), addressee(s) and recipient(s).

9.      "You" or "Your" means responding party, Teva.

**RULES OF CONSTRUCTION**

1.      "All" and "Each" shall be construed as all and each.

2.      "Any" shall be deemed to include and encompass the terms "Each" and "All."

3

3.    "And" and "Or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the Document Request all responses that might otherwise be construed to be outside its scope.

4.    All phrases following the terms "including" are intended to illustrate the kinds of information responsive to each Document Request, and shall be construed as "including, but not limited to."  Such examples are not intended to be exhaustive of the information sought by the Document Request and shall not in any way be read to limit the scope of the Document Request.

5.    The singular shall be construed to include the plural, and the plural shall be construed to include the singular, as necessary, to bring within the scope of this demand for production any Documents that might otherwise be construed to be outside their scope.

6.    The present tense shall be construed to include the past tense, and the past tense shall be construed to include the present tense, as necessary to bring within the scope of this demand for production any Documents that might otherwise be construed as outside their scope.

**INSTRUCTIONS**

1.    This demand for production requires You to produce all responsive Documents in your possession, custody, or control, or in the possession, custody or control of any of Your agents, representatives, employees, accountants or attorneys, wherever those Documents might be located.

2.    All Documents that exist in electronic format are to be produced in their native format, or in another mutually agreeable format that provides Lead Plaintiff with all metadata associated with such electronic Documents and allows Lead Plaintiff to search and organize such electronic Documents in a manner that is effective and as efficient as that enjoyed by the

4

producing party.

3.    All Documents that exist only in paper or other hard-copy format are to be produced as they are or were kept in the usual course of business so that Lead Plaintiff can ascertain the files in which they were located, their relative order in such files, and how such files were maintained.

4.    All Documents produced must be produced in their entirety, including all attachments and enclosures, and in their original folder, binder, or other cover or container unless it is not possible to do so.  Whenever a Document or group of Documents is removed from a file folder, binder, file drawer, file box, notebook, or other cover or container, a copy of the label of such cover or other container must be attached to the Document.

5.    To the extent the Documents to be produced have a Bates number from the DOJ Action, the Documents must be produced with that original Bates number.

6.    If any Document was, but is no longer, in Your possession or subject to Your control, state whether it: (a) is missing or lost; (b) has been destroyed; (c) has been transferred; voluntarily or involuntarily, to others; or (d) has been otherwise disposed of, and in each instance explain the circumstances of such disposition, and state the approximate date thereof.

7.    If no Documents exist which are responsive to a particular Request, state this assertion in writing.

8.    In the case of any Document relating in any way to any meeting or conversation, all participants in the meeting or conversation are to be identified.

9.    You shall respond to this demand for production completely, based upon information that is known or reasonably obtainable upon investigation at the time that Your responses are served.  When You do not know or cannot recall whether particular responsive

5

Documents exist, You shall state what efforts were made to ascertain their existence.

10.     Each Request should be read so as not to include Documents or things subject to an evidentiary privilege or immunity from discovery, if necessary to permit the production of Documents or things otherwise responsive to this command for production.  To the extent that a Request calls for the production of Documents or things subject to a privilege or immunity from discovery, the written response to that Request should so indicate, but You should produce the balance of the Documents or things not subject to a claim or privilege, which fall within the scope of the Request.  Additionally, to the extent information subject to an evidentiary privilege or immunity from discovery is contained within responsive Documents or things that also contain discoverable information, You should produce a redacted version of the Document or thing containing the discoverable information with a notation on the produced Document or thing indicating that it is being produced in redacted form.

11.     Notwithstanding a claim that a Document is protected from disclosure, any Document so withheld must be produced with the portion claimed to be protected, redacted or excised.

12.     Wherever You assert that a Document is properly withheld from production for inspection or copying on the grounds of evidentiary privilege or immunity from discovery, You shall designate the type of Document (*i.e.*, letter, report book, brochure, email, etc.) and state:

a)      information sufficient to enable Lead Plaintiff to identify the Document, including: (i) the title or subject heading; (ii) date; (iii) name(s) and address(es) of the author or signer(s); (iv) recipients; and (v) person(s) copied;

b)      the general subject matter dealt with in the Document with reasonable specificity; and

c)      an explanation of the privilege asserted.

13.    Wherever You are asked to produce a Document which was formerly in Your possession, custody or control but has been lost or destroyed, You shall designate the type of Document, (*i.e.*, letter, report book, brochure, email, etc.) and state:

a)      information sufficient to enable Lead Plaintiff to identify the Document, including: (i) the title or subject heading; (ii) date; (iii) name(s) and address(es) of the author or signer(s); (iv) recipients; and (v) person(s) copied;

b)      the substance or content of the Document;

c)      the last known location of the Document;

d)      the date on which the Document was lost or destroyed; and

e)      if destroyed, the circumstances of or reason for such destruction and the persons requesting and performing such destruction.

14.    Wherever You object that a Request is overly broad, burdensome or oppressive, You shall state all facts demonstrating the nature of the burden.

15.     These Document Requests are continuing, and to the extent that at any time after the production of Documents called for by these Document Requests, You become aware of or acquire additional Documents responsive to these Document Requests, such Documents shall be produced promptly up to the final resolution of this action, whether by trial or otherwise.

**<u>RELEVANT TIME PERIOD</u>**

Unless otherwise indicated, the relevant period of each Request shall be from October 29, 2014 through the present, and shall include all Documents and information, which relate in whole or in part to such period, or to events or circumstances during such period, even though dated, prepared, generated, or received prior or subsequent to that period.  If, however,

7

information generated prior to October 29, 2014 is necessary for a correct or complete understanding of the Document Requests, the information shall be disclosed.  If any information is undated and the date of preparation cannot be determined, the information shall be disclosed if otherwise responsive to the Document Requests.

## DOCUMENT REQUESTS

1.      The unredacted deposition transcript of Philip Ellis, Ph.D. that was taken in the case styled *United States v. Teva Pharmaceuticals USA, Inc., et al.*, No. 1:20-cv-11548-NMG (D. Mass.) ("the DOJ Action"), including all exhibits introduced during the deposition and that are identified in the transcript without any redactions.

2.      The unredacted deposition transcript of Ian M. Dew taken in the DOJ Action, including all exhibits introduced during the deposition and that are identified in the transcript without any redactions.

3.      The unredacted deposition transcript of Dr. Jacob Rube, M.D. that was taken in the DOJ Action, including all exhibits introduced during the deposition and that are identified in the transcript without any redactions.

4.      The unredacted deposition transcript of Leemore S. Dafny, Ph.D., from the DOJ Action, including all exhibits introduced during the deposition and that are identified in the transcript without any redactions.

5.      Any and all materials used, considered, relied, or referred to by Philip Ellis, Ph.D. for his expert reports in the DOJ Action that were produced to Teva (as set forth in Exhibit A, attached), including the following:

a.      2016.09.09 TAF0462287.xlsx

b.      2016.09.18 TAF0678801.xlsx

c.      TEVA_US_PAP_00318715.xls

d.      TEVA_US_PAP_00533741.xls

e.      TEVA_US_PAP00535457.xls

f.      TEVA_US_PAP_01038298.xls

g.      TEVA_US_PAP_01101434.xlsx

h.      Teva email dated November 7, 2022 concerning rebate data in

         TEVA_US_PAP_01101434.xlsx

i.      GD 0369618

j.      GD 0369619

k.      GD 0000319

l.      CDF "MS Fund Donations 2006-2009"

m.     TAF0001341UPDATED

n.      TAF1006436

o.      Ian Dew Expert Report Attachments F-H ("Annual Filtered Summary.xlsx,"

         "ACS FDP Summary.xlsx," and "New Enrollee Payment Summary.xlsx")

p.      IMEDIC02902 Copaxone Summary by Year

q.      Lists of drugs used to treat MS: https://www.nationalmssociety.org/Treating-

         MS/Medications; and

         https://www.cvsspecialty.com/educationcenter/downloads/Multiple_Sclerosis_Dr

         ug_List.pdf[1]

---

[1]      Plaintiff includes websites in these requests because either the webpage no longer exists, or it still exists but Plaintiff has no way of knowing what the webpage contained when the respective expert relied on it.  Plaintiff is therefore seeking the version of the webpage that the respective expert relied on in their report as it existed at that time, which Plaintiff believes may

r.      Data on gross drug spending under Part D by drug and year:

https://data.cms.gov/summary-statistics-on-use-and-payments/medicaremedicaid-

spending-by-drug/medicare-part-d-spending-by-drug.

s.      Medicare Payment Advisory Committee (MedPAC), *Part D Payment System*

(Revised October 2020)[2]

6.      Any and all materials used, considered, relied, or referred to by Ian M. Dew for

his expert reports in the DOJ Action that were produced to Teva (as set forth in Exhibit B,

attached), including the following:

a)      Materials discussed on p. 4 of Dew's Report dated February 10, 2023:

1)      Medicare Part D Claims and Documentation

2)      CDF Disbursements and Enrollments

3)      TAF Disbursements and Enrollments

4)      ACS Dispenses

5)      Teva Referrals to ACS

6)      Payment to the Funds

b)      Medicare Part D Claims and Documentation

1)      IMEDIC01599

2)      Data_Dictionary_2020_final.xlsx

3)      DA_MEDIC_Source Statement_Part D.pdf

4)      IMedic01599 DA_Affidavit Certification of Business Records.pdf

---

have been transmitted to Teva as a PDF (or other media format) of the webpage in question that preserved what the expert relied on in drafting his or her report.

[2]      Plaintiff has endeavored to track down materials referenced in the expert reports that are purportedly publicly available.  Only those materials that Plaintiff was not able to locate are listed herein.

10

        5)      IMedic01599_IMEDIC_RFI_Fullfillment_Other.pdf

c)     CDF Disbursements and Enrollments

        1)      GD0369618

        2)      GD0369619

        3)      12/8/2022 Email from CDF's Counsel to the United States concerning CDF's Teva private copay program

d)     TAF Disbursements and Enrollments

        1)      TAF1006429 thru TAF1006435, including cover letter, dated 10/9/2020

        2)      TAF1006436

e)     List of Payments to CDF and TAF

        1)      CDF Excel file named "MS Fund Donations 2006-2009.xlsx"

        2)      GD0000319

        3)      TAF0001341UPDATED

        4)      TEV000001

f)     ACS Dispensing Datasets

        1)      ACS000001

        2)      ACS000002

        3)      ACS000003, including cover letter, dated 7/14/2021

        4)      ACS000005

g)     Teva-ACS Referrals and Teva-ACS IDs

        1)      ACS000006, including cover letter, dated 7/27/2022

        2)      TEV_416582

        3)      TEVA_US_PAP_00197704

11

4) TEVA_US_PAP_00569169

5) TEVA_US_PAP_00652182

6) TEVA_US_PAP_01020865

7. Any and all materials used, considered, relied, or referred to by Dr. Jacob Rube, M.D. for his expert reports in the DOJ Action that were produced to Teva (as set forth in Exhibit C, attached), including the following:

a) Transcript of Testimony of Dr. Daniel Wynn (Rough Transcript) from deposition on March 14, 2023

b) Coles, A.J., et al., Alemtuzumab for patients with relapsing multiple sclerosis after disease-modifying therapy: a randomised controlled phase 3 trial. Lancet, 2012.380(9856): p. 1829-39.

c) Cross, A., Treatment of Multiple Sclerosis. Continuum, 2022. 28(4): p. 1025-1051.

d) Cree, B.A.C., J. Mares, and H.-P. Hartung, Current therapeutic landscape in multiple sclerosis: an evolving treatment paradigm. Current Opinion in Neurology, 2019. 32(3): p. 365-377.

e) Fogarty, E., et al., Comparative efficacy of disease-modifying therapies for patients with relapsing remitting multiple sclerosis: Systematic review and network meta-analysis. Mult Scler Relat Disord, 2016. 9: p. 23-30.

f) Johnson, K.P., et al., Neurologic consequence of delaying glatiramer acetate therapy for multiple sclerosis: 8-year data. Acta Neurologica Scandinavica, 2005. 111(1): p. 42-47

g)   Lafata, J.E., et al., Measuring adherence and persistence to disease-modifying agents among patients with relapsing remitting multiple sclerosis. J Am Pharm Assoc (2003), 2008. 48(6): p. 752-7.

h)   Li, H., et al., Comparative efficacy and acceptability of disease-modifying therapies in patients with relapsing-remitting multiple sclerosis: a systematic review and network meta-analysis. J Neurol, 2020. 267(12): p. 3489-3498.

i)   McGinley, M.P., C.H. Goldschmidt, and A.D. Rae-Grant, Diagnosis and Treatment of Multiple Sclerosis: A Review. JAMA, 2021. 325(8): p. 765-779.

j)   Mikol, D.D., et al., Comparison of subcutaneous interferon beta-1a with glatiramer acetate in patients with relapsing multiple sclerosis (the REbif vs Glatiramer Acetate in Relapsing MS Disease [REGARD] study): a multicentre, randomised, parallel, open-label trial. Lancet Neurol, 2008. 7(10): p. 903-14.

k)   O'Connor, P., et al., 250 μg or 500 μg interferon beta-1b versus 20 mg glatiramer acetate in relapsing-remitting multiple sclerosis: a prospective, randomised, multicentre study. The Lancet Neurology, 2009. 8(10): p. 889-97.

l)   Ontaneda, D., et al., Early highly effective versus escalation treatment approaches in relapsing multiple sclerosis. The Lancet Neurology, 2019. 18(10): p. 973-980.

m)   Ozminkowski, R.J., et al., The use of disease-modifying new drugs for multiple sclerosis treatment in private-sector health plans. Clin Ther, 2004. 26(8): p. 1341-54.

n)   Zwibel, H., et al., A multicenter study of the predictors of adherence to self-injected glatiramer acetate for treatment of relapsing-remitting multiple sclerosis. J Neurol, 2011. 258(3): p. 402-11

8.    Any and all materials used, considered, relied, or referred to by Leemore S. Dafny, Ph.D. for her expert reports in the DOJ Action that were produced to Teva (as set forth in Exhibit D, attached), including the following:

a)    Exhibits to the Deposition of Denise Lynch, June 11, 2019

b)    Deposition of and exhibits to the Deposition of David Blanc, January 10, 2020

c)    TEVA_US_PAP_00056673

d)    DLynch_PAP_00002350

e)    Tev_021826

9.    The unredacted deposition transcript of Dr. Anupam B. Jena, M.D., Ph.D., that was taken in the DOJ Action, including all exhibits introduced during the deposition and that are identified in the transcript without any redactions.

10.    The unredacted deposition transcript of Dr. Daniel R. Wynn, M.D., that was taken in the DOJ Action, including all exhibits introduced during the deposition and that are identified in the transcript without any redactions.

11.    The unredacted deposition transcript of Amitabh Chandra, Ph.D., that was taken in the DOJ Action, including all exhibits introduced during the deposition and that are identified in the transcript without any redactions.

12.    The unredacted deposition transcript of John Russell that was taken in the DOJ Action, including all exhibits introduced during the deposition and that are identified in the transcript without any redactions.

13.    Any and all materials in unredacted form that were used, considered, relied, or referred to by Dr. Anupam B. Jena for his expert reports in the DOJ Action that were produced to Teva (as set forth in Exhibit E, attached), including the following:

14

a)      Deposition Transcripts and Exhibits

1)      Exhibits to the Deposition of Adam Stotts, Sept. 23, 2022

2)      Exhibits to the Deposition of David Blanc, Nov. 7, 2022

3)      Exhibits to the Deposition of Denise Carol Lynch, June 11, 2019

4)      Deposition of and exhibits to the Deposition of Dot Parker, Nov. 15, 2022

5)      Exhibits to the Deposition of John Hassler, Aug. 31, 2022

6)      Deposition of Edward H. Hensley, April 8, 2019

7)      The following exhibits to the Deposition of Maureen Boyd, Oct. 14, 2022:

- Ex. D-1  Maureen Boyd Accomplishments, Bates TAF0040895-40896

- Ex. D-6 TAF Meeting Minutes 9/29/11, TAF0010928-10933

- Ex. D-7 Email , TAF-TEVA000238836

- Ex. D-8 Email, TAF_TEVA000000480

- Ex. D-11 Email, TAF0012222-12223

- Ex. D-14 Email, TAF0026633

- Ex. D-16 Email TAF_TEVA000240186-240187

- Ex. D-17 Email TAF0063583-63586

- Ex. D-18 Email TAF018034-108035

- Ex. P-1 Excel spreadsheet 2015 CF copay fund donation ask and details as of Aug. 22, 2014, TAF-0462287

- Ex. P-3 Excel spreadsheet TAF0678801

- Ex. P-4 Email TAF0080649

- Ex. P-8 Excel spreadsheet TAF0001341_0001

- Ex. P-9 Email TAF0053742-53748

15

- Ex. P-10 Email TAF0011336-11337

- Ex. P-13 Email TAF0016481-16501

- Ex. P-14 Email TAF0020927

- Ex. P-15 Email TAF0029014-29017

8) Deposition of and exhibits to the Deposition of Michael Banigan, Oct. 25, 2022

9) Deposition of and exhibits to the Deposition of Michael Sheehy, Nov. 9, 2022

10) Deposition of and exhibits to the Deposition of Patricia Glover, Oct. 19, 2022

b) Bates Numbered Documents

1) GD_TEVA_0000023

2) GD_TEVA_0008504

3) GD_TEVA_0008505

4) GD_TEVA_0008506

5) GD_TEVA_0008507

6) GD_TEVA_0008508

7) GD_TEVA_0008509

8) GD_TEVA_0008510

9) GD_TEVA_0008511

10) GD_TEVA_0008512

11) GD_TEVA_0008513

12) GD_TEVA_0008514

16

13)    GD_TEVA_0008515

14)    GD_TEVA_0008516

15)    GD_TEVA_0008517

16)    GD_TEVA_0008518

17)    GD_TEVA_0008519

18)    GD_TEVA_0013190

19)    GD_TEVA_0025278

20)    TAF_TEVA000202937

21)    TAF_TEVA_000240163

22)    GD_TEVA_0000022

23)    GD_TEVA_0009417

24)    GD_TEVA_0009441

25)    GD_TEVA_0009446

26)    TAF_TEVA000237605

27)    TAF0076866

28)    DOJ_003262

29)    DOJ_003263

30)    TEVA_US_PAP_00604534 (MS Price History_March_7_2018_.xlsx)

31)    TEVA_US_PAP_01101434 (CP Invoices & Rebates Credits 2005-
       2018.xlsx)

32)    Medicare Part D Dashboard Data

33)    DOJ_015910 (Declaration of Charles Moorman, July 7, 2022)

34)    DOJ_015913 (Declaration of Dawn Drenthe, July 11, 2022)

17

35)    TEVA_US_PAP_00000011 ("Services Agreement between Teva and Advanced Care Scripts," March 5, 2007)

36)    TEVA_US_PAP_01000953 ("Check Request," Teva Pharmaceuticals USA)

37)    TEV_001585 ("Services Agreement between Teva and Advanced Care Scripts," August 1, 2010)

38)    TEV_167541-552 ("Supplemental Information: Operating Metrics and Processes Opinions Application," Assistance Fund

39)    TEV_227458 (Teva and TAF Donor Agreement, January 1, 2010)

40)    TEVA_US_PAP_00202766 ("RE: Camp Follow Up," February 3, 2015)

c)    Academic Articles

1)    Altman, Naomi, and Martin Kryzwinski, "Association, Correlation and Causation," Nature Methods, Vol. 12, 2015, pp. 899–900

2)    Arnal-García, Carmen, et al., "Long-term Effectiveness of Glatiramer Acetate in Clinical Practice Conditions," Journal of Clinical Neuroscience, Vol. 21, No. 12, 2014, pp. 2212-2218

3)    Biba, Stanton, et al., "Sleep and Fatigue in Multiple Sclerosis." Multiple Sclerosis Journal, Vol. 12, No. 4, 2006, pp. 481-486.

4)    Bleske-Rechek, A, et al., "Causal Inference from Descriptions of Experimental and Non-Experimental Research: Public Understanding of Correlation-Versus-Causation," The Journal of General Psychology, Vol. 142, No. 1, 2015, pp. 48-70.

18

5)      Boster, Aaron L, et al., "Glatiramer Acetate: Long-Term Safety and
        Efficacy in Relapsing-Remitting Multiple Sclerosis," Expert Review of
        Neurotherapeutics, Vol. 15, No. 6, 2015, pp. 575-586.

6)      Boster, Aaron, et al., "Efficacy, Safety, and Cost-Effectiveness of
        Glatiramer Acetate in The Treatment of Relapsing–Remitting Multiple
        Sclerosis," Therapeutic Advances in Neurological Disorders, Vol. 4, No.
        5, 2011, pp. 319-332.

7)      Campo, Katia, et al., "Physicians' Decision Process for Drug Prescription
        and the Impact of Pharmaceutical Marketing Mix Instruments," Health
        Marketing Quarterly, Vol. 22, No. 4, 2005,  pp. 73-107

8)      Chandra, Amitabh, Evan Flack, and Ziad Obermeyer, "The Health Costs
        of Cost-Sharing," National Bureau of Economic Research, Working Paper
        No. 28439, 2021

9)      Cisternas, Miriam, et al., "Health Care Resource Utilization and Disease
        Modifying Treatment Used in Multiple Sclerosis Patients by Age and
        Insurance Type," Current Medical Research and Opinion, Vol. 37, No. 4,
        2021, pp. 597-604

10)     Coscelli, Andrea, "The Importance of Doctors' and Patients' Preferences
        in the Prescription Decision," The Journal of Industrial Economics, Vol.
        48, No. 3, June 2008, pp. 349-369

11)     Dafny, Leemore, Christopher Ody, and Matt Schmitt, "When Discounts
        Raise Costs: The Effect of Copay Coupons on Generic Utilization,"

American Economic Journal: Economic Policy, Vol. 9, No. 2, 2017, pp. 91-123.

12) Dafny, Leemore, Kate Ho, and Edward Kong, "How Do Copayment Coupons Affect Branded Drug Prices and Quantities Purchased?" National Bureau of Economic Research, Working Paper No. 29735, 2022.

13) De Stefano, Nicola, et al., "Assessing Brain Atrophy Rates in a Large Population of Untreated Multiple Sclerosis Subtypes," Neurology, Vol. 74, 2010, pp. 1868-1876

14) Dor, Avi, et al., "Cost Sharing, Benefit Design, and Adherence: The Case of Multiple Sclerosis," Advances in Health Economics and Health Services Research, Vol. 22, 2010, pp. 175-193.

15) Gross, Tal, Timothy Layton, Daniel Prinz, "The Liquidity Sensitivity of Healthcare Consumption: Evidence from Social Security Payments," American Economic Review: Insights, Vol. 4, No. 2, 2022, pp. 175-190.

16) Hartung, Daniel M., et.al., "The Effect of Out-Of-Pocket Costs on Initiation of Disease-Modifying Therapies Among Medicare Beneficiaries with Multiple Sclerosis," Multiple Sclerosis and Related Disorders, Vol. 46, 2020, p. 102554

17) Jena, Anupam B., et al., "Screening Mammography for Free: Impact of Eliminating Cost Sharing on Cancer Screening Rates," Health Services Research, Vol. 52, No. 1, 2017, pp. 191-206.

18)   Kalincik, Tomas, et al., "Comparative Effectiveness of Glatiramer Acetate and Interferon Beta Formulations in Relapsing–Remitting Multiple Sclerosis," Multiple Sclerosis Journal, Vol. 21, No. 9, 2015, pp 1159-1171

19)   Kim, Yoona A., et al., "Retrospective Evaluation of the Impact of Copayment Increases for Specialty Medications on Adherence and Persistence in an Integrated Health Maintenance Organization System," Clinical Therapeutics, Vol. 33, No. 5, 2011, pp. 598-607

20)   Lafata Jennifer E., et al., "Measuring Adherence and Persistence to Disease-Modifying Agents among Patients with Relapsing Remitting Multiple Sclerosis," Journal of the American Pharmacists Association, Vol. 48, No. 6, 2008, pp. 752-757.

21)   Marrs, Joel C. and Joseph J. Saseen, "Dyslipidemia Control in Indigent Patients Receiving Medication Assistance Compared with Insured Patients," Pharmacotherapy, Vol. 28, No. 5, 2008, pp. 562–569.

22)   Minden, Sarah, et al., "The Sonya Slifka Longitudinal Multiple Sclerosis Study: Methods and Sample Characteristics," Multiple Sclerosis Journal, Vol. 12, No. 1, 2006, pp. 24-38

23)   Neslin, Scott A., "A Market Response Model for Coupon Promotions," Marketing Science, Vol. 9, No. 2, pp. 125-145.

24)   Ozminkowski, RJ, et al., "The Use of Disease Modifying New Drugs for Multiple Sclerosis Treatment in Private-Sector Health Plans," Clinical Therapeutics, Vol. 26, No. 8, 2004, pp. 1341-1354.

25) Schoen, Marieke D., et al., "Impact of the Cost of Prescription Drugs on Clinical Outcomes in Indigent Patients with Heart Disease," Pharmacotherapy, Vol. 21, No. 12, 2001, pp. 1455-1463.

26) Signori, Alessio, et al., "Long-Term Impact of Interferon or Glatiramer Acetate in Multiple Sclerosis: A Systematic Review and Meta-Analysis," Multiple Sclerosis and Related Disorders, Vol. 6, 2016, pp 57-63.

27) Starner, Catherine I., et al., "Specialty Drug Coupons Lower Out-of-Pocket Costs and May Improve Adherence at the Risk of Increasing Premiums," Health Affairs, Vol. 33, No. 10, 2014, pp. 1761–1769.

28) Sutliff, Matthew, "Contribution of Impaired Mobility to Patient Burden in Multiple Sclerosis," Current Medical Research and Opinion, Vol. 26, No. 1, 2010, pp 109-119.

d) Reports and Guidelines

1) Resource Limits for the Medicare Part D Low-Income Subsidy: Annual Adjustment for 2011," CMS, November 10, 2010

2) Congressional Research Service, "Prescription Drug Discount Coupons and Patient Assistance Programs (PAPs)," June 15, 2017, available at https://crsreports.congress.gov/product/pdf/R/R44264/5.

3) Kirchhoff, S. M., "Medicare Part D Prescription Drug Benefit," Congressional Research Service, December 18, 2020, available at https://crsreports.congress.gov/product/pdf/R/R40611/19

e)    Websites

1)    "Costs in the Coverage Gap," Medicare.gov, available at

https://www.medicare.gov/drugcoverage-part-d/costs-for-medicare-drug-

coverage/costs-in-the-coverage-gap.

2)    "Costs," Medicare.gov, available at

https://www.medicare.gov/basics/costs/medicare-costs.

3)    "Depression," National Multiple Sclerosis Society, accessed December 9,

2022, available at https://www.nationalmssociety.org/Symptoms-

Diagnosis/MS-Symptoms/Depression.

4)    "Disability Insurance," National Multiple Sclerosis Society, available at

https://www.nationalmssociety.org/Living-Well-With-MS/Work-and-

Home/Insurance-and-Financial-Information/Social-Security-Disability.

5)    "Disease-Modifying Therapies for MS", National Multiple Sclerosis

Society, 2022, available at

https://nms2cdn.azureedge.net/cmssite/nationalmssociety/media/msnation

alfiles/brochures/brochure-the-ms-disease-modifying-medications.pdf.

6)    "Financial Resources," National Multiple Sclerosis Society, available at

https://www.nationalmssociety.org/Living-Well-With-MS/Work-and-

Home/Insurance-and-Financial-Information/Financial-Planning/Financial-

Resources

7)    "Generic Copaxone Availability," Drugs.com, available at

https://www.drugs.com/availability/generic-copaxone.html.

8)    "Help with Drug Costs," Medicare.gov, available at

https://www.medicare.gov/basics/costs/help/drug-costs.

9)     "How do Medicare Advantage Plans Work?", Medicare,gov, available at https://www.medicare.gov/sign-up-change-plans/types-of-medicare-health-plans/medicareadvantage-plans/how-do-medicare-advantage-plans-work

10)    "How Does Copaxone Work?", Teva Neuroscience, Inc., available at https://www.copaxone.com/about-copaxone/how-it-works.

11)    "How Many People Live with MS?," National MS Society, available at https://www.nationalmssociety.org/What-is-MS/Who-Gets-MS/How-Many-People

12)    Innovations in Physician Prescribing," California Healthcare Foundation, October 2021, available at https://www.chcf.org/wp-content/uploads/2017/12/PDFInnovationsInPhysicianPrescribing.pdf

13)    "Medicare Coverage for People with Disabilities," Center for Medicare Advocacy, available at https://medicareadvocacy.org/medicare-info/medicare-coverage-for-people-with-disabilities/.

14)    "Medicare Part D Prescription Drug Benefit", Congressional Research Service, CRS Report, 2020, available at https://crsreports.congress.gov/product/pdf/R/R40611/19.

15)    "Medicare," National Multiple Sclerosis Society, available at https://www.nationalmssociety.org/Living-Well-With-MS/Work-and-Home/Insurance-and-Financial-Information/Health-Insurance/Medicare.

16)    "Medications," National Multiple Sclerosis Society, 2022, available at

24

https://www.nationalmssociety.org/Treating-MS/Medications

17)    "MS Signs & Symptoms," National Multiple Sclerosis Society, available

at https://www.nationalmssociety.org/Symptoms-Diagnosis/MS-

Symptoms

18)    "Multiple Sclerosis Drug List," CVS Specialty, available at

https://www.cvsspecialty.com/education-

center/downloads/Multiple_Sclerosis_Drug_List.pdf

19)    "Multiple Sclerosis," Mayo Clinic, December 24, 2022, available at

https://www.mayoclinic.org/diseases-conditions/multiple-

sclerosis/diagnosis-treatment/drc-20350274.

20)    "Number of Low-Income Subsidy (LIS) Enrollees," Kaiser Family

Foundation, available at https://www.kff.org/medicare/state-

indicator/number-of-low-income-subsidy-

lisenrollees/?currentTimeframe=0&sortModel=%7B%22colId%22:%22L

ocation%22,%22sort%22:%22asc%22%7D.

21)    "Prescription Advantage," Prescription Advantage Massachusetts,

available at https://www.prescriptionadvantagema.org/.

22)    "Total Number of Medicare Beneficiaries by Type of Coverage," Kaiser

Family Foundation, available at https://www.kff.org/medicare/state-

indicator/totalmedicarebeneficiaries/?currentTimeframe=0&sortModel=%

7B%22colId%22:%22Location%22,%22sort%22:%22asc%22%7D.

23)    "Types of MS", National Multiple Sclerosis Society, 2022, available at

https://www.nationalmssociety.org/What-is-MS/Types-of-MS.

25

24)    "Understanding Medicare's Part D Low Income Subsidy (LIS/Extra Help), National Council on Aging, available at https://www.ncoa.org/article/understanding-medicare-part-d-low-incomesubsidy-extra-help.

25)    "Understanding MS," National Multiple Sclerosis Society, accessed December 12, 2022, available at https://www.nationalmssociety.org/What-is-MS/MS-FAQ-s.

26)    "What is MS?," National Multiple Sclerosis Society, 2018, available at https://www.nationalmssociety.org/NationalMSSociety/media/MSNationalFiles/Brochures/Brochure-What-Is-MS.pdf.

27)    "What to Know about Manufacturer Copay Cards," ScriptDrop, July 21, 2020, available at https://scriptdrop.co/2020/07/21/what-to-know-about-manufacturer-copay-cards/.

28)    Chronic Disease Fund, Inc., "Diseases Covered," MyGoodDays.org, 2021, available at https://www.mygooddays.org/patients/diseases-covered.

29)    Drugs@FDA, available at https://www.accessdata.fda.gov/scripts/cder/daf/.

30)    Ellis, R. R., "Mitoxantrone for Multiple Sclerosis (MS), WebMD, May 2, 2022, available at https://www.webmd.com/multiplesclerosis/mitoxantrone-multiple-sclerosis.

31)    Emrich, L., "7 Assistance Programs MS Patients Need to Know," HealthCentral, December 23, 2016, available at

https://www.healthcentral.com/article/7-assistance-programs-ms-patientsneed-to-know.

32) Healthcare.gov, "Subsidized Coverage," 2022, available at https://www.healthcare.gov/glossary/subsidized-coverage/.

33) Lovering, C., "Why It Pays to Start Multiple Sclerosis (MS) Treatment Early," Healthline, August 21, 2020, available at https://www.healthline.com/health/multiple-sclerosis/recentlydiagnosed-why-start-ms-treatment-early.

34) Medicare Made Clear, "Which Vaccines Does Medicare Cover?", available at https://www.uhc.com/medicare/medicare-articles/which-vaccines-does-medicare-cover.html.

35) Medicare Rights Center, "State Pharmaceutical Assistance Programs," 2020, available at https://www.medicareinteractive.org/pdf/SPAP-Chart.pdf.

36) Multiple Sclerosis Association of America, available at https://mymsaa.org/.

37) National Conference on State Legislatures, "State Pharmaceutical Assistance Programs," June 1, 2018, available at https://www.ncsl.org/research/health/state-pharmaceutical-assistanceprograms.aspx.

38) National Council on Aging, "Prescription Assistance Programs for Seniors," available at https://www.ncoa.org/economic-security/benefits/prescriptions/spaps-paps/.

39) National MS Society, "Social Security Disability Insurance," available at https://www.nationalmssociety.org/Symptoms-Diagnosis/Diagnosing-MS.

40) National MS Society, "Social Security Disability Insurance," Living Well with MS, available at https://www.nationalmssociety.org/Living-Well-With-MS/Work-and-Home/Insurance-and-Financial-Information/Social-Security-Disability/Social-Security-Disability-Insurance.

41) Office of the Assistant Secretary for Planning and Evaluation, "Prior HHS Poverty Guidelines and Federal Register Reference," available at https://aspe.hhs.gov/topics/poverty-economicmobility/poverty-guidelines/prior-hhs-poverty-guidelines-federal-register-references

42) Silva, P, "Treatment Options for Multiple Sclerosis", April 8, 2022, available at https://multiplesclerosisnewstoday.com/multiple-sclerosis-treatment/.

43) Social Security Administration, "Extra Help with Medicare Prescription Drug Plan Costs," available at https://www.ssa.gov/benefits/medicare/prescriptionhelp.html.

44) The Assistance Fund, "Apply," TAFcares.org, 2022, available at https://enroll.tafcares.org./.

f) Books

1) Angrist, JD and J Pischke, "Mastering Metrics: The Path from Cause to Effect," Princeton University Press, 2015.

2) Wooldridge, J.M., "Introductory Econometrics a Modern Approach," 5th Edition, South Western Cengage Learning, 2012.

28

14. Any and all materials in unredacted form that were used, considered, relied, or referred to by Amitabh Chandra in his expert reports in the DOJ Action (as set forth in Exhibit F, attached), including the following:

a) Depositions of and Exhibits to the Deposition of Dot Parker, Nov. 15, 2022

b) Deposition of and exhibits to the Deposition of Michael Sheehy, Nov. 9, 2022

c) Bates numbered documents

1) TAF_TEVA000234827 ("Multiple Sclerosis Incidental Medical Expenses Assistance Program – Job Aid," November 11, 2014)

2) Tev_001585 ("Services Agreement between Teva and Advanced Care Scripts," August 1, 2010)

3) Tev_001622 ("Service Agreement," September 1, 2010).

4) Tev_021847 ("Ensuring an integrated marketing strategy for Teva's MS franchise", February 23, 2011)

5) Tev_052957 ("RE: Free product program (COPAXONE)," email from Kari Hess to Mike Sheehy, April 13, 2016)

6) Tev_158972 ("RE: MAP flow chart & additional tops document," email from Jade Hall to Kristen Wright, November 11, 2014)

7) Tev_306102 ("Medicare Free Product Program for 40 mg Copaxone," Nov-Dec 2016)

8) TEVA_US_PAP_00000011 ("Services Agreement between Teva and Advanced Care Scripts," March 5, 2007)

9) TEVA_US_PAP_01101434.xlsx ("Teva Copaxone Invoice data, CP Invoices & Rebates Credits," 2005-2018)

29

d)  Academic publications and articles

1)  Krugman, P., and R. Wells, "Essentials of Economics: 5th Edition," Worth Publishers: New York, 2019, pp. 142-143.

2)  Brot-Goldberg, Z., et al., "What does a Deductible Do? The Impact of Cost-Sharing on Health Care Prices, Quantities, and Spending Dynamics," The Quarterly Journal of Economics, Vol. 132, No. 3, 2017, pp. 1261-1318.

3)  Chandra, A. and D. O. Staiger, "Identifying Sources of Inefficiency in Healthcare," The Quarterly Journal of Economics, Vol. 135, No. 2, 2020, pp. 785-843.

4)  Chandra, A., and J. Skinner, "Technology Growth and Expenditure Growth in Health Care," Journal of Economic Literature, Vol. 50, No. 3, 2012, pp. 645-80.

5)  Chandra, A., et al ., "Addressing the Challenge of Gray-Zone Medicine," The New England Journal of Medicine, Vol. 372, No 3, 2015, pp. 203-205.

6)  Chandra, A., et al., "Patient Cost-sharing in Low Income Populations," American Economic Review, Vol. 100. No. 2, 2010, pp. 303-308.

7)  Chandra, A., et al., "The Health Costs of Cost-Sharing," Working Paper 28439, National Bureau of Economic Research, 2021.

8)  Cisternas, M., et al., "Health Care Resource Utilization and Disease Modifying Treatment Used in Multiple Sclerosis Patients by Age and

Insurance Type," Current Medical Research and Opinion, Vol. 37, No.4, 2021, pp. 597-604.

9)      Comi, G., et al., "Effect of Glatiramer Acetate on Conversion to Clinically Definite Multiple Sclerosis in Patients with Clinically Isolated Syndrome (PreCISe Study): A Randomised, Double-Blind, Placebo-Controlled Trial," Lancet, Vol. 374, No. 9700, October 2009, pp. 1503-1511.

10)    Dafny, L, et al., "How Do Copayment Coupons Affect Branded Drug Prices and Quantities Purchased?" National Bureau of Economic Research, Working Paper 29735, 2022.

11)    Dafny, L, et al., "When Discounts Raise Costs: The Effect of Copay Coupons on Generic Utilization," American Economic Journal: Economic Policy, Vol. 9, No.2, 2017, pp. 91-123

12)    Dimasi, J., et al., "Innovation in the Pharmaceutical Industry: New Estimate of R&D Costs," Journal of Health Economics, Vol. 20, No. 33, 2016, pp. 20-33.

13)    Dor, A., et al., "Cost-sharing, Benefit Design, and Adherence: The Case of Multiple Sclerosis," Advances in Health Economics and Health Services Research, Vol. 22, 2010, pp 175-193

14)    Einav, L., et al., "Private Provision of Social Insurance: Drug-Specific Price Elasticities and Cost Sharing in Medicare Part D," American Economic Journal: Economic Policy, Vol. 10, No. 3, 2018, pp. 122-153.

15)    Gaspar, R. S., et al., "Non-biological Complex Drugs (NBCDs): Complex Pharmaceuticals in Need of Individual Robust Clinical Assessment Before

Any Therapeutic Equivalence Decision," Frontiers in Medicine, Vol. 7, 2020.

16) Hartung, D. M., et al., "The Effect of Out-Of-Pocket Costs on Initiation of Disease-Modifying Therapies Among Medicare Beneficiaries with Multiple Sclerosis," Multiple Sclerosis and Related Disorders, Vol. 46, No. 102554, 2020.

17) Kakani, P., et al., "The Contribution of Price Growth to Pharmaceutical Revenue Growth in the United States: Evidence from Medicines Sold in Retail Pharmacies," Journal of Health Politics, Policy and Law, Vol. 47, No. 6, 2022, pp. 629-648.

18) Khan, O., et al., "Three Times Weekly Glatiramer Acetate in Relapsing-Remitting Multiple Sclerosis," Annals of Neurology , Vol. 73, No. 6, 2013, pp. 705-713.

19) Kim, Y. A., et al., "Retrospective Evaluation of the Impact of Copayment Increases for Specialty Medications on Adherence and Persistence in an Integrated Health Maintenance Organization System," Clinical Therapeutics, Vol. 33, No. 5, 2011, pp. 598-607.

20) Lafata J. E., et al., "Measuring Adherence and Persistence to Disease-Modifying Agents among Patients with Relapsing Remitting Multiple Sclerosis," Journal of the American Pharmacists Association, Vol. 48, No. 6, 2008, pp. 752-757.

21) Li, P., et al., "Disease-Modifying Therapy Adherence and Associated Factors in a National Sample of Medicare Patients with Multiple Sclerosis," Value in Health, Vol. 23, No.3, 2020, pp.328-334.

22) Lloyd, J. T., et al., "How Much Does Medication Nonadherence Cost the Medicare Fee-for-Service Program?" Medical Care, Vol. 57, No. 3, 2019, pp. 218-224.

23) Mikol, D.D., et al., "Comparison of Subcutaneous Interferon Beta-1a with Glatiramer Acetate in Patients with Relapsing Multiple Sclerosis (The REbif vs. Glatiramer Acetate in Relapsing MS Disease [REGARD] Study): A Multicentre, Randomized, Parallel, Open-Label Trial," Lancet Neurology, Vol. 7, No. 10, 2008, pp. 903-914.

24) Mojtabai, R. and M. Olfson, "Medication Costs, Adherence, And Health Outcomes Among Medicare Beneficiaries," Health Affairs, Vol. 22, No. 4, 2003, pp. 220-229.

25) Neslin, S. A., "A Market Response Model for Coupon Promotions," Marketing Science, Vol. 9, No. 2, 1990, pp. 125–145.

26) O'Connor, P., et al., "250 μg or 500 μg Interferon Beta-1b Versus 20 mg Glatiramer Acetate in Relapsing-Remitting Multiple Sclerosis: A Prospective, Randomized, Multicentre Study," Lancet Neurology , Vol. 8, No. 10, 2009, pp. 889-897.

27) Ozminkowski, R. J., et al., "The Use of Disease Modifying New Drugs for Multiple Sclerosis Treatment in Private-sector Health Plans," Clinical Therapeutics, Vol. 26, No. 8, 2004, pp. 1341-1354.

28) Sadigh, G., et al., "Patient-reported Financial Toxicity in Multiple Sclerosis: Predictors and Association with Non-adherence," Multiple Sclerosis Journal, Vol. 27, No. 3, 2020, pp. 453-464.

29) Simoni-Wastila, L., et al., "Association of Chronic Obstructive Pulmonary Disease Maintenance Medication Adherence With All-Cause Hospitalization and Spending in a Medicare Population," The American Journal of Geriatric Pharmacotherapy, Vol. 10, No. 3, 2012, pp. 201-210.

30) Starner, C. I., et al., "Specialty Drug Coupons Lower Out-of-Pocket Costs and May Improve Adherence at the Risk of Increasing Premiums," Health Affairs, Vol. 33, No. 10, 2014, pp. 1761–1769.

31) Tan, H., et al., "Impact of Adherence to Disease-Modifying Therapies on Clinical and Economic Outcomes among Patients with Multiple Sclerosis," Advances in Therapy, Vol. 28, No. 1, 2011, pp. 51-61.

e)    Websites

1)    "2013 Medicare Part D Low-Income Subsidy (LIS) Income and Resource Standards," Centers for Medicare & Medicaid Services, February 14, 2013

2)    "2015 Resource and Cost-Sharing Limits for Low-Income Subsidy (LIS)," Centers for Medicare &Medicaid Services, November 21, 2014

3)    "Abbreviated New Drug Application (ANDA)," FDA, December 16, 2022, available at https://www.fda.gov/drugs/types-applications/abbreviated-new-drug-application-anda.

4)    "About CDEK," Long Island University, available at http://www.cdek.liu.edu/about/.

5)    "An Overview of the Medicare Part D Prescription Drug Benefit," Kaiser

Family Foundation, October 19, 2022, available at

https://www.kff.org/medicare/fact-sheet/an-overview-of-the-medicare-

part-dprescription-drug-benefit/#.

6)    "Apply for Assistance," Good Days, available at

https://www.mygooddays.org/apply.

7)    "Apply," The Assistance Fund, available at https://enroll.tafcares.org/.

8)    "CDER Breakthrough Therapy Designation Approvals," FDA, available at

https://www.fda.gov/media/95302/download.

9)    "CDER Drug and Biologic Accelerated Approvals Based on a Surrogate

Endpoint," FDA, available at

https://www.fda.gov/media/151146/download.

10)    "CDER Fast Track Designation Approvals," FDA, available at

https://www.fda.gov/media/161333/download.

11)    "Clinical Drug Experience Knowledgebase, Teva," Long Island

University, http://www.cdek.liu.edu/org/4177.

12)    "Co-pay Cards FAQs," NeedyMeds, available at

https://www.needymeds.org/copay-cards-faqs.

13)    "Coupons and Co-Pay Assistance," Prescription Process, available at

http://prescriptionprocess.com/know-the-facts/coupons-and-co-pay-

assistance-2/.

14)    "Disease-Modifying Therapies for MS," National Multiple Sclerosis

Society, March 2022, available at

35

https://nms2cdn.azureedge.net/cmssite/nationalmssociety/media/msnationalfiles/brochures/brochure-thems-disease-modifying-medications.pdf.

15) "Do I Qualify," Teva Pharmaceutical, available at https://www.tevacares.org/doiqualify.

16) "Drug Trials Snapshots: Zinbryta," FDA, available at https://www.fda.gov/drugs/drug-approvals-anddatabases/drug-trials-snapshots-zinbryta.

17) "Fast Track, Breakthrough Therapy, Accelerated Approval, Priority Review," FDA, available at https://www.fda.gov/patients/learn-about-drug-and-device-approvals/fast-track-breakthrough-therapyaccelerated-approval-priority-review.

18) "FDA Approves Lemtrada™ (alemtuzumab) for Relapsing MS - UPDATE," National Multiple Sclerosis Society, available at https://www.nationalmssociety.org/About-the-Society/News/FDA-Approves-Lemtrada%E2%84%A2-(alemtuzumab)-for-Relapsing.

19) "Financial Solutions," Teva Neuroscience, available at https://www.copaxonehcp.com/tevas-sharedsolutions/financial-solutions.

20) "Frequently Asked Questions on Patents and Exclusivity," FDA, February 5, 2020, available at https://www.fda.gov/drugs/development-approval-process-drugs/frequently-asked-questions-patents-andexclusivity.

21) "Generic Aubagio Availability," Drugs.com, available at https://www.drugs.com/availability/genericaubagio.html.

22)     "Generic Copaxone Availability," Drugs.com, available at

        https://www.drugs.com/availability/genericcopaxone.html.

23)     "Generic Gilenya Availability," Drugs.com, available at

        https://www.drugs.com/availability/genericgilenya.html.

24)     "Generic Tecfidera Availability," Drugs.com, available at

        https://www.drugs.com/availability/generictecfidera.html.

25)     "Help with Drug Costs," Medicare.gov, available at

        https://www.medicare.gov/basics/costs/help/drugcosts.

26)     "Improving Public Access to Aggregate Content of ClinicalTrials.gov,"

        Clinical Trials Transformation Initiative, available at https://aact.ctti-

        clinicaltrials.org/.

27)     "Making Sense of Copay Cards," Optum, 2002, available at

        https://www.optum.com/business/resources/library/managing-copay-

        cards.html.

28)     "Medicare Beneficiaries at a Glance," CMS.gov, 2021, available at

        https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-

        Trends-and-Reports/Beneficiary-Snapshot/Bene_Snapshot.

29)     "Medicare," National Multiple Sclerosis Society, available at

        https://www.nationalmssociety.org/Living-Well-With-MS/Work-and-

        Home/Insurance-and-Financial-Information/Health-Insurance/Medicare.

30)     "Medications," National Multiple Sclerosis Society, available at

        https://www.nationalmssociety.org/Treating-MS/Medications#.

31) "Multiple Sclerosis Copay Assistance Program," The Assistance Fund, available at https://enroll.tafcares.org/TAF_ProgramInformation?Id=HU0BoRvAJP2A a%2FW%2B9a%2Fdi%2FMPWGyqTsL5KC%2BuWx9swUmaktAnfQY OiTQ1L56wP5v5.

32) "Multiple Sclerosis Medications and Interventions," U.S. Department of Veterans Affairs, April 29, 2022, available at https://www.va.gov/ms/professionals/medications/index.asp.

33) "New Drug Application (NDA)," FDA, January 21, 2022, https://www.fda.gov/drugs/typesapplications/new-drug-application-nda.

34) "Original Medicare (Part A and B) Eligibility and Enrollment," Centers for Medicare & Medicaid Services, available at https://www.cms.gov/Medicare/Eligibility-and-Enrollment/OrigMedicarePartABEligEnrol.

35) "PACE Program – Prescription Assistance," Pennsylvania Department of Aging, 2022, available at https://www.aging.pa.gov/aging-services/prescriptions/Pages/default.aspx#.

36) "Paragraph IV Drug Product Applications: Generic Drug Patent Challenge Notifications," FDA, April 20, 2021, available at https://www.fda.gov/drugs/abbreviated-new-drug-application-anda/paragraph-iv-drugproduct-applications-generic-drug-patent-challenge-notifications.

37) "Patent Certifications and Suitability Petitions," FDA, January 13, 2023, available at https://www.fda.gov/drugs/abbreviated-new-drug-application-anda/patent-certifications-and-suitabilitypetitions.

38) "Patient Assistance Programs and Types of Assistance," AssistRx, available at https://www.assistrx.com/patient-assistance-programs-types-assistance/.

39) "Prescription Drug Discount Coupons and Patient Assistance Programs (PAPs)," Congressional Research Service, June 15, 2017, available at https://crsreports.congress.gov/product/pdf/R/R44264/5.

40) "Senior RX and Disability Rx Program," Nevada Department of Health & Human Services Aging and Disability Services Division, 2022, available at https://adsd.nv.gov/Programs/Seniors/SeniorRx/SrRxProg/.

41) "Special Pharmaceutical Benefits Program," Pennsylvania Department of Health, 2022, available at https://www.health.pa.gov/topics/programs/HIV/Pages/Special-Pharmaceutical-Benefits.aspx.

42) "State Pharmaceutical Assistance Programs," Medicare Rights Center, 2020, available at https://www.medicareinteractive.org/pdf/SPAP-Chart.pdf.

43) "Teva Generics," Teva, available at https://www.tevausa.com/our-products/tevagenerics/.

44)    "Teva Specialty & Biosimilar Pipeline," Teva, October 31, 2022, available

at https://www.tevapharm.com/globalassets/tevapharm-vision-files/teva-

specialty-and-biosim-pipelineoctober-31-2022_tevapharm.pdf.

45)    "The Generic Drug Approval Process," FDA, March 17, 2022, available at

https://www.fda.gov/drugs/news-events-human-drugs/generic-drug-

approval-process.

46)    "The History of Medicare," National Academy of Social Insurance,

available at https://www.nasi.org/learn/medicare/the-history-of-medicare/.

47)    "The Importance of Long-Term Treatment for Multiple Sclerosis,"

Multiple Sclerosis Association of American, available at

https://mymsaa.org/ms-information/overview/long-term-treatment/.

48)    "The Medicare Part D Prescription Drug Benefit," Kaiser Family

Foundation, September 2016, available at

https://canvas.brown.edu/courses/1071292/files/60750246/download?wrap

=1.

49)    "Understanding MS," National Multiple Sclerosis Society, available at

https://www.nationalmssociety.org/What-is-MS/MS-FAQ-s.

50)    "What is MS?" National Multiple Sclerosis Society, available at

https://www.nationalmssociety.org/What-is-MS.

51)    "What's Medicare?" Medicare.gov, available at

https://www.medicare.gov/what-medicare-covers/yourmedicare-coverage-

choices/whats-medicare.

52) "Who Gets Multiple Sclerosis? Epidemiology of MS," National Multiple Sclerosis Society, available at https://www.nationalmssociety.org/What-is-MS/Who-Gets-MS.

53) "Women Living With Multiple Sclerosis," National MS Society, available at https://www.nationalmssociety.org/What-is-MS/Who-Gets-MS/Women-with-MS.

54) Behring, S., "Medicare: How Did It Begin and How Has It Changed?" Healthline, February 23, 2021, available at https://www.healthline.com/health/medicare/medicare-history.

55) Bipartisan Letter from Members of Congress to Tom Price (former Secretary of Health and Human Services), May 31, 2017, available at https://s3.amazonaws.com/assets.fiercemarkets.net/public/004-Healthcare/external_Q22017/Cramer_letter.pdf.

56) Cubanski, J., et al., "Explaining the Prescription Drug Provisions in the Inflation Reduction Act," Kaiser Family Foundation, September 22, 2022, available at https://www.kff.org/medicare/issuebrief/explaining-the-prescription-drug-provisions-in-the-inflation-reduction-act.

57) Koma, W., et al., "A Snapshot of Sources of Coverage Among Medicare Beneficiaries in 2018," Kaiser Family Foundation, March 23, 2021, available at https://www.kff.org/medicare/issue-brief/a-snapshot-ofsources-of-coverage-among-medicare-beneficiaries-in-2018/.

58) Rice, C., "2015 Resource and Cost-Sharing Limits for Low-Income Subsidy (LIS)," Centers for Medicare & Medicaid Services, November 21,

41

2014, available at https://www.hhs.gov/guidance/sites/default/files/hhs-guidancedocuments/2015lisassetlevelsmemo_76.pdf.

59)  Sachs, R. E., "Prescription Drug Affordability: A Bipartisan Goal?" American Bar Association, September 7, 2022, available at https://www.americanbar.org/groups/crsj/publications/human_rights_magazine_home/health-matters-inelections/prescription-drug-affordability/.

60)  Sandroff, R., "What Is Medicare Part D? What It Costs and Covers," MedicareGuide, February 7, 2022, available at https://medicareguide.com/medicare-part-d-124231.

61)  Shah, V. P., "Non-Biological Complex Drugs," Non Biological Complex Drugs Working Group," available at https://www.fda.gov/media/125176/download.

15.  Any and all materials in unredacted form that were used, considered, relied, or referred to by Daniel R. Wynn in his expert reports in the DOJ Action (as set forth in Exhibit G, attached).

a)  Academic articles

1)  Arnal-García, Carmen et al., "Long-term Effectiveness of Glatiramer Acetate in Clinical Practice Conditions," Journal of Clinical Neuroscience, Vol 21(12), 2014, pp 2212-8.

2)  C. Ford and Ladkani D., "Twenty years of continuous treatment of multiple sclerosis with glatiramer acetate 20 mg daily: Long-term clinical results of the US open-label extension study," in Proceedings of the 29th Congress of the European Committee for Treatment and Research in

Multiple Sclerosis and 18th Annual Conference of Rehabilitation in Multiple Sclerosis, Copenhagen, Denmark, October 2013

3)   C. Weber-Schoendorfer and C. Schaefer, "Multiple sclerosis, immunomodulators, and pregnancy outcome: A prospective observational study," Multiple Sclerosis Journal, vol. 15, no. 9, pp. 1037–1042, 2009.

4)   D. D. Mikol, F. Barkhof, P. Chang et al., "Comparison of subcutaneous interferon beta-1a with glatiramer acetate in patients with relapsing multiple sclerosis (the REbif vs Glatiramer Acetate in Relapsing MS Disease [REGARD] study): A multicentre, randomised, parallel, open-label trial," The Lancet Neurology, vol. 7, no. 10, pp. 903–914, 2008.

5)   D. Ferraro, V. Camera, E. Baldi et al., "First-line disease-modifying drugs in relapsing–remitting multiple sclerosis: An Italian real-life multicenter study on persistence," Current Medical Research and Opinion, vol. 34, no. 10, pp. 1803–1807, 2018.

6)   D. Mendes, C. Alves, and F. Batel-Marques, "Benefit-risk of therapies for relapsing-remitting multiple sclerosis: Testing the number needed to treat to benefit (NNTB), number needed to treat to harm (NNTH) and the likelihood to be helped or harmed (LHH): A systematic review and meta-analysis," CNS Drugs, vol. 30, no. 10, pp. 909–929, 2016.

7)   G. Fenu, L. Lorefice, F. Frau, G. C. Coghe, M. G. Marrosu, and E. Cocco, "Induction and escalation therapies in multiple sclerosis," Anti-Inflammatory & Anti-Allergy Agents in Medicinal Chemistry, vol. 14, no. 1, pp. 26–34, 2015.

43

8)    G. Giovannoni, P. Brex, M. Sumra, E. Walters, and K. Schmierer,
      "Glatiramer acetate slows disability progression results from a 6-year
      analysis of the UK Risk Sharing Scheme," in Proceedings of the 31st
      Congress of the European Committee for Treatment and Research in
      Multiple Sclerosis, Barcelona, Spain, Abstract no. P1517, 2015.

9)    H. J. Salminen, H. Leggett, and M. Boggild, "Glatiramer acetate exposure
      in pregnancy: Preliminary safety and birth outcomes," Journal of
      Neurology, vol. 257, no. 12, pp. 2020–2023, 2010.

10)   Kalincik, Tomas et al., "Comparative effectiveness of glatiramer acetate
      and interferon beta formulations in relapsing–remitting multiple sclerosis,"
      Multiple Sclerosis Journal, Vol 21(9), 2015, pp 1159-1171.

11)   L. Wilson, A. Loucks, C. Bui et al., "Patient centered decision making:
      Use of conjoint analysis to determine risk-benefit trade-offs for preference
      sensitive treatment choices," Journal of the Neurological Sciences, vol.
      344, no. 1-2, pp. 80–87, 2014.

12)   M. B. Bornstein, A. I. Miller, D. Teitelbaum, R. Arnon, and M. Sela,
      "Multiple sclerosis: Trial of a synthetic polypeptide," Annals of
      Neurology, vol. 11, no. 3, pp. 317–319, 1982.

13)   M. J. Lage, J. Castelli-Haley, and M. A. Oleen-Burkey, "Effect of
      immunomodulatory therapy and other factors on employment loss time in
      multiple sclerosis," Work, vol. 27, no. 2, pp. 143–151, 2006.

14)    M. Rasenack and T. Derfuss, "Disease activity return after natalizumab cessation in multiple sclerosis," Expert Review of Neurotherapeutics, vol. 16, no. 5, pp. 587–594, 2016.

15)    O. Abramsky, D. Teitelbaum, and R. Arnon, "Effect of a synthetic polypeptide (COP 1) on patients with multiple sclerosis and with acute disseminated encephalomyelitis. Preliminary report," Journal of the Neurological Sciences, vol. 31, no. 3, pp. 433–438, 1977

16)    O. Khan, F. Bao, M. Shah et al., "Effect of disease-modifying therapies on brain volume in relapsing-remitting multiple sclerosis: Results of a five-year brain MRI study," Journal of the Neurological Sciences, vol. 312, no. 1-2, pp. 7–12, 2012

17)    O. Khan, P. Rieckmann, A. Boyko, K. Selmaj, and R. Zivadinov, "Three times weekly glatiramer acetate in relapsing-remitting multiple sclerosis," Annals of Neurology, vol. 73, no. 6, pp. 705–713, 2013.

18)    O. Neudorfer, P. Baruch, S. Pery, N. Ashtamker, S. Kolodny, and N. Gavrielov, "Effect of exposure to branded glatiramer acetate during pregnancy on rates of pregnancy loss," in Proceedings of the 32nd Congress of the European Committee for Treatment and Research in Multiple Sclerosis and 21st Annual Conference of Rehabilitation in MS, London, UK, Abstract no. P1226, 2016.

19)    P. O'Connor, M. Filippi, B. Arnason et al., "250 g or 500 g interferon beta-1b versus 20 mg glatiramer acetate in relapsing-remitting multiple

sclerosis: A prospective, randomised, multicentre study," The Lancet Neurology, vol. 8, no. 10, pp. 889–897, 2009

20) S. Herbstritt, A. Langer-Gould, M. Rockhoff et al., "Glatiramer acetate during early pregnancy: A prospective cohort study," Multiple Sclerosis Journal, vol. 22, no. 6, pp. 810–816, 2016

21) T. Ziemssen, N. Ashtamker, S. Rubinchick, V. Knappertz, and G. Comi, "Long-term safety and tolerability of glatiramer acetate 20 mg/ml in the treatment of relapsing forms of multiple sclerosis," Expert Opinion on Drug Safety, vol. 16, no. 2, pp. 247–255, 2017.

22) T. Ziemssen, P. Calabrese, I.-K. Penner, and R. Apfel, "Quali-COP: Real-world effectiveness, tolerability, and quality of life in patients with relapsing-remitting multiple sclerosis treated with glatiramer acetate, treatment-naive patients, and previously treated patients," Journal of Neurology, vol. 263, no. 4, pp. 784–791, 2016.

23) T. Ziemssen, U. Faude, and D. Fendji, "COPAXONE® active registry - documentation of efficacy, tolerability and quality of life in outpatients with relapsing remitting multiple sclerosis (RRMS) treated with glatiramer acetate," in Proceedings of the 32nd Congress of the European Committee for Treatment and Research in Multiple Sclerosis and 21st Annual Conference of Rehabilitation in MS, London, UK, Abstract no. P1218, 2016.

24) Tan H, Cai Q, Agarwal S, Stephenson JJ, Kamat S. "Impact of adherence to disease-modifying therapies on clinical and economic outcomes among patients with multiple sclerosis." Adv Ther. 2011;28(1):51–61

25) Y. D. Fragoso, A. Finkelsztejn, D. R. Kaimen-Maciel et al., "Long-term use of glatiramer acetate by 11 pregnant women with multiple sclerosis: A retrospective, multicentre case series," CNS Drugs, vol. 24, no. 11, pp. 969–976, 2010.

26) Mylan, "Glatiramer acetate, glatiramer acetate injection, solution," 2022, https://www.glatirameracetate.com.

16. Any and all materials in unredacted form that were used, considered, relied, or referred to by John Russell.

DATED: November 17, 2025

/s/ James M. Wilson, Jr.
James M. Wilson, Jr.

**FARUQI & FARUQI, LLP**
James M. Wilson, Jr.
(admitted *pro hac vice*)
Katherine M. Lenahan
(admitted *pro hac vice*)
685 Third Avenue, 26th Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331
Email: jwilson@faruqilaw.com
        klenahan@faruqilaw.com

**FARUQI & FARUQI, LLP**
Robert W. Killorin (admitted *pro hac vice*)
3565 Piedmont Road NE, Building Four
Suite 380

Atlanta, GA 30305
Phone: (404) 647-0617
Fax: (404) 506-9534
Email: rkillorin@faruqilaw.com

**FARUQI & FARUQI, LLP**
Timothy J. Peter (# 306965)
1617 John F. Kennedy Blvd. #1550
Philadelphia, PA 19103
Phone: (215) 277-5770
Fax: (215) 277-5771

Email: tpeter@faruqilaw.com

*Lead Counsel for Lead Plaintiff and the
Putative Class*

48

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, I served the foregoing via e-mail on the

following:

**WINSTON & STRAWN LLP**
Daniel M. Blouin
Linda T. Coberly
35 West Wacker Drive, Suite 4700
Chicago, IL 60601
dblouin@winston.com
lcoberly@winston.com

James P. Smith III
Kerry C. Donovan
200 Park Avenue
New York, NY 10166
jpsmith@winston.com
kcdonovan@winston.com

**OBERMAYER REBMANN
MAXWELL & HIPPEL LLP**
Mathieu J. Shapiro
Melissa M. Blanco
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
mathieu.shapiro@obermayer.com
melissa.blanco@obermayer.com

*Attorneys for Defendants*

*/s/ Katherine M. Lenahan*
Katherine M. Lenahan

49

# EXHIBIT A

**Appendix B: Documents Considered or Relied On**

**Court Filings:**

- United States' Complaint, ECF No. 1, Case Number 20-cv-11548-NMG (D. Mass.)
- Defendants' Memorandum of Law in Support of Motion to Dismiss, ECF No. 23

**Produced Documents:**

*Documents Produced by Teva:*

- Tev_227458 2010.01.01 TEVA-TAF Agreement.pdf
- Teva Supplemental Responses and Objections to US First Set of Interrogatories (2022.07.15).pdf
- 2016.09.09 TAF0462287.xlsx
- 2016.09.18 TAF0678801.xlsx
- TEVA_US_PAP_00318715.xls
- TEVA_US_PAP_00533741.xls
- TEVA_US_PAP_00535457.xls
- TEVA_US_PAP_01038298.xls
- TEVA_US_PAP_01101434.xlsx
- Teva email dated November 7, 2022 concerning rebate data in TEVA_US_PAP_01101434.xlsx

*Documents Produced by Third Parties:*

- GD 0369618
- GD 0369619
- GD 0000319
- CDF "MS Fund Donations 2006-2009"

- TAF0001341UPDATED
- TAF1006436

*Deposition Transcripts:*

- Deposition Testimony of Maureen Boyd

*Claims Records and Data:*

- Ian Dew Expert Report Attachments D-H ("Fund Payments.xlsx," "Annual Summary.xlsx," "Annual Filtered Summary.xlsx," "ACS FDP Summary.xlsx," and "New Enrollee Payment Summary.xlsx")
- IMEDIC02902 Copaxone Summary by Year

**Publicly Available Documents:**

*Teva Annual SEC Filings:*

- Teva Pharmaceuticals Industry Ltd., Form 20-F for the fiscal years ended December 31, 2006 through December 31, 2017

*Parameters of the Part D Standard Benefit by Year:*

- https://q1medicare.com/PartD-The-2012-Medicare-Part-D-Outlook.php
- https://q1medicare.com/PartD-The-2015-Medicare-Part-D-Outlook.php
- https://q1medicare.com/PartD-The-2017-Medicare-Part-D-Outlook.php

*Information on MS Drugs and Spending on them under Part D:*

- Lists of drugs used to treat MS: https://www.nationalmssociety.org/Treating-MS/Medications; and https://www.cvsspecialty.com/education-center/downloads/Multiple_Sclerosis_Drug_List.pdf
- Data on gross drug spending under Part D by drug and year: https://data.cms.gov/summary-statistics-on-use-and-payments/medicare-medicaid-spending-by-drug/medicare-part-d-spending-by-drug.

*Other Background Documents:*

- *2016 Medicare Trustees Report* (June 22, 2016), https://www.cms.gov/research-statistics-data-and-systems/statistics-trends-and-reports/reportstrustfunds/downloads/tr2016.pdf.

- *2018 Medicare Trustees Report* (June 5, 2018), https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/ReportsTrustFunds/Downloads/TR2018.pdf.

- *2020 Medicare Trustees Report* (April 22, 2020), https://www.cms.gov/files/document/2020-medicare-trustees-report.pdf.

- Kaiser Family Foundation, *The Medicare Part D Prescription Drug Benefit* (October 2017), http://files.kff.org/attachment/Fact-Sheet-The-Medicare-Part-D-Prescription-Drug-Benefit.

- Medicare Payment Advisory Commission (MedPAC), *Part D Payment System* (Revised October 2020), http://www.medpac.gov/docs/default-source/payment-basics/medpac_payment_basics_20_partd_final_sec.pdf.

- IQVIA Institute, *Medicine Use and Spending in the U.S.* (May 2019), https://www.iqvia.com/insights/the-iqvia-institute/reports/medicine-use-and-spending-in-the-us-a-review-of-2018-and-outlook-to-2023.

- American Academy of Actuaries, *Actuarial Equivalence for Prescription Drug Plans and Medicare Advantage Prescription Drug Plans under the Medicare Drug Program* (March 2008), https://www.actuary.org/sites/default/files/files/publications/Practice_note_on_actuarial_equivalence_certification_for_private_prescription-drug_plans_under_Medicare_Part_D_mar2008.pdf.

*Statutes:*

- 42 U.S.C. § 1395w-113(a)
- 42 U.S.C. § 1395w-115

62

# EXHIBIT B

*Attachment C – Materials Considered*

United States' Complaint, dated 8/18/2020

Medicare Part D Claims and Documentation
1.  IMEDIC01599
2.  Data_Dictionary_2020_final.xlsx
3.  DA_MEDIC_Source Statement_Part D.pdf
4.  IMedic01599 DA_Affidavit Certification of Business Records.pdf
5.  IMedic01599_IMEDIC_RFI_Fullfillment_Other.pdf

CDF Disbursements and Enrollments
1.  GD0369618
2.  GD0369619
3.  12/8/2022 Email from CDF's Counsel to the United States concerning CDF's Teva private copay program

TAF Disbursements and Enrollments
1.  TAF1006429 thru TAF1006435, including cover letter, dated 10/9/2020
2.  TAF1006436

Lists of Payments to CDF and TAF
1.  Exhibit 1 of the Complaint, dated 8/18/2020
2.  CDF Excel file named "MS Fund Donations 2006-2009.xlsx"
3.  GD0000319
4.  TAF0001341UPDATED
5.  TEV000001
6.  Teva's Responses and Objections to the First Set of Request for Admission, dated 10/31/2022

ACS Dispensing Datasets
1.  ACS000001
2.  ACS000002
3.  ACS000003, including cover letter, dated 7/14/2021
4.  ACS000005

*Attachment C – Materials Considered*

Teva-ACS Referrals and Teva-ACS IDs

1. ACS000006, including cover letter, dated 7/27/2022
2. TEV_416582
3. TEVA_US_PAP_00197704
4. TEVA_US_PAP_00569169
5. TEVA_US_PAP_00652182
6. TEVA_US_PAP_01020865
7. Teva's Supplemental Responses and Objections to United States' Interrogatory No. 4, dated 7/15/2022

# EXHIBIT C

**Appendix B: Documents Considered or Relied On**

**Case Filings and Discovery:**

- United States' Complaint, *United States v. Teva Pharmaceuticals USA, Inc., et al.*, ECF No. 1, Case Number 20-cv-11548-NMG (D. Mass.)

- Expert Report of Dr. Daniel Wynn dated February 10, 2023

- Transcript of Testimony of Dr. Daniel Wynn (Rough Transcript) from deposition on March 14, 2023

**Other Documents:**

Alemtuzumab vs. Interferon Beta-1a in Early Multiple Sclerosis. *New England Journal of Medicine*, 2008. 359(17): p. 1786-1801.

Cofield, S.S., et al., Shared Decision Making and Autonomy Among US Participants with Multiple Sclerosis in the NARCOMS Registry. *International Journal of MS Care*, 2017. 19(6): p. 303-312.

Coles, A.J., et al., Alemtuzumab for patients with relapsing multiple sclerosis after disease-modifying therapy: a randomised controlled phase 3 trial. *Lancet*, 2012. 380(9856): p. 1829-39.

Cross, A., Treatment of Multiple Sclerosis. *Continuum*, 2022. 28(4): p. 1025-1051.

Cree, B.A.C., J. Mares, and H.-P. Hartung, Current therapeutic landscape in multiple sclerosis: an evolving treatment paradigm. *Current Opinion in Neurology*, 2019. 32(3): p. 365-377.

Fogarty, E., et al., Comparative efficacy of disease-modifying therapies for patients with relapsing remitting multiple sclerosis: Systematic review and network meta-analysis. *Mult Scler Relat Disord*, 2016. 9: p. 23-30.

Fragoso, Adherence to glatiramer acetate treatment for multiple sclerosis: the Brazilian experience. *Patient Preference and Adherence*, 2008: p. 41.

Harding, K., et al., Clinical Outcomes of Escalation vs Early Intensive Disease-Modifying Therapy in Patients With Multiple Sclerosis. *JAMA Neurol*, 2019. 76(5): p. 536-541.

Hauser, S.L. and B.A.C. Cree, Treatment of Multiple Sclerosis: A Review. *Am J Med*, 2020. 133(12): p. 1380-1390 e2.

Hauser, S.L., et al., Ocrelizumab versus Interferon Beta-1a in Relapsing Multiple Sclerosis. *New England Journal of Medicine*, 2017. 376(3): p. 221-234.

Hincapie, A.L., J. Penm, and C.F. Burns, Factors Associated with Patient Preferences for Disease-Modifying Therapies in Multiple Sclerosis. *J Manag Care Spec Pharm*, 2017. 23(8): p. 822-830.

I. Tramacere, C. Del Giovane, G. Salanti, R. D'Amico, and G. Filippini, Immunomodulators and immunosuppressants for relapsing-remitting multiple sclerosis: A network meta-analysis. *Cochrane Database of Systematic Reviews*, vol. 2015, no. 9, Article ID CD011381, 2015.

Johnson, K.P., et al., Neurologic consequence of delaying glatiramer acetate therapy for multiple sclerosis: 8-year data. *Acta Neurologica Scandinavica*, 2005. 111(1): p. 42-47

Lafata, J.E., et al., Measuring adherence and persistence to disease-modifying agents among patients with relapsing remitting multiple sclerosis. *J Am Pharm Assoc* (2003), 2008. 48(6): p. 752-7.

Li, H., et al., Comparative efficacy and acceptability of disease-modifying therapies in patients with relapsing-remitting multiple sclerosis: a systematic review and network meta-analysis. *J Neurol*, 2020. 267(12): p. 3489-3498.

McCool, R., et al., Systematic review and network meta-analysis comparing ocrelizumab with other treatments for relapsing multiple sclerosis. *Mult Scler Relat Disord*, 2019. 29: p. 55-61.

McGinley, M.P., C.H. Goldschmidt, and A.D. Rae-Grant, Diagnosis and Treatment of Multiple Sclerosis: A Review. *JAMA*, 2021. 325(8): p. 765-779.

Mikol, D.D., et al., Comparison of subcutaneous interferon beta-1a with glatiramer acetate in patients with relapsing multiple sclerosis (the REbif vs Glatiramer Acetate in Relapsing MS Disease [REGARD] study): a multicentre, randomised, parallel, open-label trial. *Lancet Neurol*, 2008. 7(10): p. 903-14.

Montalban, X., et al., ECTRIMS/EAN Guideline on the pharmacological treatment of people with multiple sclerosis. *Mult Scler*, 2018. 24(2): p. 96-120.

O'Connor, P., et al., 250 µg or 500 µg interferon beta-1b versus 20 mg glatiramer acetate in relapsing-remitting multiple sclerosis: a prospective, randomised, multicentre study. *The Lancet Neurology*, 2009. 8(10): p. 889-97.

Ontaneda, D., et al., Early highly effective versus escalation treatment approaches in relapsing multiple sclerosis. *The Lancet Neurology*, 2019. 18(10): p. 973-980.

Ozminkowski, R.J., et al., The use of disease-modifying new drugs for multiple sclerosis treatment in private-sector health plans. *Clin Ther*, 2004. 26(8): p. 1341-54.

Rae-Grant, A., et al., Practice guideline recommendations summary: Disease-modifying therapies for adults with multiple sclerosis. *Neurology*, 2018. 90(17): p. 777-788.

Rafiee Zadeh, A., et al., Mechanism and adverse effects of multiple sclerosis drugs: a review article. Part 2. *Int J Physiol Pathophysiol Pharmacol*, 2019. 11(4): p. 105-114.

11

Romley, J., et al., Cost-sharing and initiation of disease-modifying therapy for multiple sclerosis. *Am J Manag Care*, 2012. 18(8): p. 460-4.

Tintoré, M., et al., The state of multiple sclerosis: current insight into the patient/health care provider relationship, treatment challenges, and satisfaction. *Patient Preference and Adherence*, 2016. Volume 11: p. 33-45.

Zwibel, H., et al., A multicenter study of the predictors of adherence to self-injected glatiramer acetate for treatment of relapsing-remitting multiple sclerosis. *J Neurol*, 2011. 258(3): p. 402-11.

# EXHIBIT D

Expert Report of Leemore S. Dafny, PhD

# Appendix B. Materials considered

## B.1. Legal

Complaint and accompanying exhibits

Memorandum & Order in response to Motion to Dismiss, September 9, 2021

Deposition with exhibits of Denise Lynch, June 11, 2019

Deposition with exhibits of David Blanc, January 10, 2020

ACS Settlement Agreement

TEVA_US_PAP_00056673

DLynch_PAP_00002350

Tev_021826

## B.2. Academic

Alexander, G. Caleb, Lawrence P. Casalino, and David O. Meltzer. "Patient-Physician Communication about Out-of-Pocket Costs." 290, no. 7 (2003): 953–958.

Alexander, G. Caleb, Lawrence P. Casalino, and David O. Meltzer. "Physician Strategies to Reduce Patients' Out-of-Pocket Prescription Costs." 165, no. 6 (2005): 633–636.

Carrera, Mariana, Dana P. Goldman, Geoffrey Joyce, and Neeraj Sood. "Do Physicians Respond to the Costs and Cost-Sensitivity of Their Patients?" 10, no. 1 (2018): 113–152.

Chandra, Amitabh, Jonathan Gruber, and Robin McKnight. "Patient Cost-Sharing and Hospitalization Offsets in the Elderly." 100, no. 1 (2010): 193–213.

Chernew, Michael E., Mayur R Shah, Arnold Wegh, Stephen N. Rosenberg, Iver A. Juster, Allison B. Rosen, Michael C. Sokol, Kristina Yu-Isenberg, and A. Mark Fendrick. "Impact of Decreasing Copayments on Medication Adherence within a Disease Management Environment," 27, no. 1 (2008): 103–112.

Expert Report of Leemore S. Dafny, PhD

Choudhry, Niteesh K., Joy L. Lee, Jessica Agnew-Blais, Colleen Corcoran, and William H. Shrank. "Drug Company–Sponsored Patient Assistance Programs: A Viable Safety Net?" 28, no. 3 (2009): 827–834.

Clemens, Jeffrey, and Joshua D. Gottlieb. "Do Physicians' Financial Incentives Affect Medical Treatment and Patient Health?" 104, no. 4 (2014): 1320–1349.

Dafny, Leemore, Christopher Ody, and Teresa Rokos. "Giving a Buck or Making a Buck? Donations by Pharmaceutical Manufacturers to Independent Patient Assistance Charities: Study Examines Donations by Pharmaceutical Manufacturers to Independent Patient Assistance Charities." 41, no. 9 (2022): 1263–1272.

Dafny, Leemore, Christopher Ody, and Matt Schmitt. "When Discounts Raise Costs: The Effect of Copay Coupons on Generic Utilization." 9, no. 2 (2017): 91–123.

Dafny, Leemore, Kate Ho, and Edward Kong, "How Do Copayment Coupons Affect Branded Drug Prices and Quantities Purchased?" Working paper no. 29735, National Bureau of Economic Research, Cambridge, MA, February 2022.

Daubresse, Matthew, Martin Andersen, Kevin R. Riggs, and G. Caleb Alexander. "Effect of Prescription Drug Coupons on Statin Utilization and Expenditures: A Retrospective Cohort Study," 37, no. 1 (2017): 12–24.

Daugherty, Jonas B., Matthew L. Maciejewski, and Joel F. Farley. "The Impact of Manufacturer Coupon Use in the Statin Market." 19, no. 9 (2013): 765–772.

Dor, Avi, Maureen J. Lage, Marcy L. Tarrants, and Jane Castelli-Haley. "Cost-sharing, Benefit Design, and Adherence: The Case of Multiple Sclerosis," 22 (2010): 175-193.

Doshi, Jalpa A., Pengxiang Li, Vrushabh P. Ladage, Amy R. Pettit, and Erin A. Taylor. "Impact of Cost-sharing on Specialty Drug Utilization and Outcomes: A Review of the Evidence and Future Directions." 22, no. 3 (2016): 188–197.

Dusetzina, Stacie B., Haiden A. Huskamp, Russell L. Rothman, Laura C. Pinheiro, Andrew W. Roberts, Nilay D. Shah, Theresa L. Walunas, et al. "Many Medicare Beneficiaries Do Not Fill High-Price Specialty Drug Prescriptions," 41, no. 4 (2022): 487–496.

Fleck, Leonard M., and Marion Danis. "How Should Therapeutic Decisions about Expensive Drugs Be Made in Imperfect Environments?" 19, no. 2 (2017): 147–156.

Gaynor, Martin, Jian Li, and William B. Vogt. "Substitution, Spending Offsets, and Prescription Drug Benefit Design." 10, no. 2 (2007): 20–27.

Expert Report of Leemore S. Dafny, PhD

Gibson, Teresa B., Ronald J. Ozminkowski, and Ron Z. Goetzel. "The Effects of Prescription Drug Cost-sharing: A Review of the Evidence." 11, no. 11 (2005): 730–740.

Goldman, Dana P., Geoffrey F. Joyce, and Yuhui Zheng. "Prescription Drug Cost-sharing: Associations with Medication and Medical Utilization and Spending and Health." 298, no. 1 (2007): 61–69.

Hartung, Daniel M., Kirbee A. Johnston, Dennis N. Bourdette, Randi Chen, and Chien-Wen Tseng. "Closing the Part D Coverage Gap and Out-of-Pocket Costs for Multiple Sclerosis Drugs." 11, no. 4 (2021): 298–303.

Hartung, Daniel M., Dennis N. Bourdette, and Ruth H. Whitham. "The Cost of Multiple Sclerosis Drugs in the US and the Pharmaceutical Industry: Too Big to Fail?" 84 (2015): 2185–2192.

Hartung, Daniel M., Kirbee A. Johnston, Jessina C. McGregor, and Dennis N. Bourdette. "The Effect of Out-Of-Pocket Costs on Initiation of Disease-Modifying Therapies Among Medicare Beneficiaries with Multiple Sclerosis." 46 (2020): 102554.

Hood, John C. "Are Good Deeds Being Punished? Independent Charity Patient Assistance Programs and the Anti-Kickback Statute." 72, no. 3 (May 2020): 639–672.

Huskamp, Haiden A., Particia A. Deverka, Arnold M. Epstein, Robert S. Epstein, Kimberly A. McGuigan, and Richard G. Frank. "The Effect of Incentive-Based Formularies on Prescription Drug Utilization and Spending." 349, no. 23 (2003): 2224–2232.

Kale, Hrishikesh P., Anisha M. Patel, and Norman V. Carroll. "Comparison of Pharmacy Dispensing Channel Use and Adherence to Specialty Drugs Among Medicare Part D Beneficiaries." 24, no. 4 (2018): 317–326b.

Kang, So-Yeon, Aditi P. Sen, Joseph F. Levy, Jingmiao Long, G. Caleb Alexander, and Gerard F. Anderson. "Factors Associated with Manufacturer Drug Coupon Use at US Pharmacies." 2, no. 8 (2021): e212123.

Kang, So-Yeon, Aditi Sen, Ge Bai, and Gerard F. Anderson. "Financial Eligibility Criteria and Medication Coverage for Independent Charity Patient Assistance Programs." 322, no. 5 (2019): 422–429.

Karas, Laura, Kenneth M. Shermock, Celia Proctor, Mariana Socal, and Gerard F. Anderson. "Limited Distribution Networks Stifle Competition in the Generic and Biosimilar Drug Industries." American Journal of Managed Care 24, no. 4 (2018): e122–e127.

Expert Report of Leemore S. Dafny, PhD

Karmarkar, Taruja D., Catherine I. Starner, Yang Qiu, Kristen Tiberg, and Patrick P. Gleason. "Sofosbuvir Initial Therapy Abandonment and Manufacturer Coupons in a Commercially Insured Population." 22, no. 6 (2016): SP191–SP197.

Karter, Andrew J., Melissa M. Parker, Matthew D. Solomon, Courtney R. Lyles, Alyce S. Adams, Howard H. Moffet, and Mary E. Reed. "Effect of Out-of-Pocket Cost on Medication Initiation, Adherence, and Persistence among Patients with Type 2 Diabetes: The Diabetes Study of Northern California (DISTANCE)." 53, no. 2 (2018): 1227–1247.

Kim, Yoona A., Karen L. Rascati, Karim Prasla, Paul Godley, Nishi Goel, and Desiree Dunlop. "Retrospective Evaluation of the Impact of Copayment Increases for Specialty Medications on Adherence and Persistence in an Integrated Health Maintenance Organization System." 33, no. 5 (2011):598-607.

Leibowitz, Arleen, Willard G. Manning, and Joseph P. Newhouse. "The Demand for Prescription Drugs as a Function of Cost-Sharing." 21, no. 10 (1985): 1063–1069.

Li, Pengxiang, Tianyan Hu, Xinyan Yu, Salim Chahin, Nabila Dahodwala, Marissa Blum, Amy R Pettit, and Jalpa A Doshi. "Impact of Cost-Sharing Increases on Continuity of Specialty Drug Use: A Quasi-Experimental Study." 53, Suppl 1 (2018): 2735-2757.

Marrs, Joel C., and Joseph J. Saseen. "Dyslipidemia Control in Indigent Patients Receiving Medication Assistance Compared with Insured Patients." 28, no. 5 (2008): 562–569.

Mullican, Kelly A., and Suzanne J. and Francart. "The Role of Specialty Pharmacy Drugs in the Management of Inflammatory Diseases." 73, no. 11 (2016): 821–830.

Neslin, Scott A. "A Market Response Model for Coupon Promotions." 9, no. 2 (1990): 125–145.

Nevo, Aviv, and Catherine Wolfram. "Why Do Manufacturers Issue Coupons? An Empirical Analysis of Breakfast Cereals." 33, no. 2 (2002): 319–339.

Papatla, Purushottam, and Lakshman Krishnamurthi. "Measuring the Dynamic Effects of Promotions on Brand Choice." 33, no. 1 (1996): 20–35.

Pham, Hoangmay H., G. Caleb Alexander, and Ann S. O'Malley. "Physician Consideration of Patients' Out-of-Pocket Costs in Making Common Clinical Decisions." 167, no. 7 (2007): 663–668.

Sadigh, Gelareh, Debrua Coleman, Neil Lava, Jeffrey Switchenko, Diana Vargas, Richard Duszak Jr., and Ruth C. Carlos. "Patient-Specific Out-of-Pocket Cost Communication and

Remote Financial Navigation in Patients with Multiple Sclerosis: A Randomized Controlled Feasibility Study." 62 (2022).

San-Juan-Rodriguez, Alvaro, Chester B. Good, Rock A. Heyman, Natasha Parekh, William H. Shrank, and Inmaculada Hernandez. "Trends in Prices, Market Share and Spending on Self-Administered Disease-Modifying Therapies for Multiple Sclerosis in Medicare Part D." 76, no. 11 (2019): 1386–1390.

Schoen, Marieke D., R. J. DiDomenico, S. E. Connor, J. E. Dischler, and J. L. Bauman. "Impact of the Cost of Prescription Drugs on Clinical Outcomes in Indigent Patients with Heart Disease." 21, no. 12 (2001): 1455–1463.

Seetasith, Arpamas, William Wong, Jenny Tse, and Chakkarin Burudpakdee. "The Impact of Copay Assistance on Patient Out-of-Pocket Costs and Treatment Rates with ALK Inhibitors." 22, no. 5 (2019): 414–420.

Starner, Catherine I., G. Caleb Alexander, Kevin Bowen, Yang Qiu, Peter J. Wickersham, and Patrick P. Gleason. "Specialty Drug Coupons Lower Out-of-Pocket Costs and May Improve Adherence at the Risk of Increasing Premiums." 33, no. 10 (2014): 1761–1769.

Tamblyn, Robyn, Rejean Laprise, James A. Hanley, Michael Abrahamowicz, Susan Scott, Nancy Mayo, Jerry Hurley, Roland Grad, Eric Latimer, Robert Perreault, et al. "Adverse Events Associated with Prescription Drug Cost-Sharing Among Poor and Elderly Persons," 285, no. 4 (2001): 421–429.

Zafar, S. Yousuf, Jeffrey Peppercorn, Akwasi Asabere, and Alex Bastian. "Transparency of Industry-Sponsored Oncology Patient Financial Assistance Programs Using a Patient-Centered Approach." 13, no. 3 (2017): e240–e248.

Zafar, S. Yousuf, and Jeffrey M. Peppercorn. "Patient Financial Assistance Programs: A Path to Affordability or a Barrier to Accessible Cancer Care?" 35, no. 19 (2017).

## B.3. Websites and publicly available

Accessia Health (formerly Patient Services Inc.). "Donate Today." Accessed May 23, 2022, https://www.patientservicesinc.org/give-back-give-hope/.

American College of Physicians. "Healthcare Transparency: Talking to Patients about the Cost of Their Health Care." Accessed May 23, 2022, https://www.acponline.org/clinical-information/high-value-care/resources-for-clinicians/cost-of-care-conversations

Anand, Geeta. "Through Charities, Drug Makers Help People—and Themselves." December 1, 2005, https://www.wsj.com/articles/SB113339802749110822?page=1.

Expert Report of Leemore S. Dafny, PhD

The Assistance Fund. "2020 Impact Report: Access and Advocacy for the Underinsured." Video report. Accessed May 23, 2022, https://issuu.com/theassistancefund/docs/taf_values_impact_report_2020

The Assistance Fund. "Patient Frequently Asked Questions." Accessed December 14, 2022, https://tafcares.org/patients/faqs//.

Centers for Medicare and Medicaid Services. "Changes to Medicare Advantage and Part D Will Provide Better Coverage, More Access and Improved Transparency for Medicare Beneficiaries." Press release, January 15, 2021, https://www.cms.gov/newsroom/press-releases/changes-medicare-advantage-and-part-d-will-provide-better-coverage-more-access-and-improved.

Centers for Medicare and Medicaid Services. "Drug Coverage under Different Parts of Medicare." CMS Product No. 11315-P, July 2021, https://www.cms.gov/outreach-and-education/outreach/partnerships/downloads/11315-p.pdf

Centers for Medicare and Medicaid Services. "Pharmaceutical Manufacturer Patient Assistance Program Information." Accessed May 23, 2022, https://www.cms.gov/Medicare/Prescription-Drug-Coverage/PrescriptionDrugCovGenIn/PAPData.

Congressional Budget Office. "Prescription Drugs: Spending, Use, and Prices." CBO Publication 57050, January 2022.

Congressional Research Service. "Medicare Part D Prescription Drug Benefit," August 13, 2018, https://crsreports.congress.gov/product/pdf/R/R40611/15.

Congressional Research Service. "Medicare Part D Prescription Drug Benefit: A Primer." August 20, 2008.

Cubanski, Juliette, Wyatt Koma, and Tricia Neuman. "The Out-of-Pocket Cost Burden for Specialty Drugs in Medicare Part D in 2019." Kaiser Family Foundation Issue Brief, February 2019. https://www.kff.org/report-section/the-out-of-pocket-cost-burden-for-specialty-drugs-in-medicare-part-d-in-2019-findings/.

Cubanski, Juliette, Tricia Neuman, and Anthony Damico, "Closing the Medicare Part D Coverage Gap: Trends, Recent Changes, and What's Ahead," Kaiser Family Foundation, August 21, 2018, https://www.kff.org/medicare/issue-brief/closing-the-medicare-part-d-coverage-gap-trends-recent-changes-and-whats-ahead/.

Elgin, Ben, and Robert Langreth. "How Big Pharma Use Charity Programs to Cover for Drug Price Hikes." May 19, 2016, https://www.bloomberg.com/news/articles/2016-05-19/the-real-reason-big-pharma-wants-to-help-pay-for-your-prescription.

Expert Report of Leemore S. Dafny, PhD

Freed, Meredith, Anthony Damico, and Tricia Neuman, "A Dozen Facts About Medicare Advantage in 2020," Kaiser Family Foundation, January 13, 2021, https://www.kff.org/medicare/issue-brief/a-dozen-facts-about-medicare-advantage-in-2020/.

Express Scripts. "Financial Assistance Programs Positively Impact Adherence." Express Scripts report, November 29, 2016, https://www.express-scripts.com/corporate/articles/financial-assistance-programs-positively-impact-adherence.

Frerick, Austin. "The Cloak of Social Responsibility: Pharmaceutical Corporate Charity," 153, no. 9 (2016).

Foundation Center. "Foundation Stats." November 5, 2019, https://perma.cc/4V5G-DU5J.

Gallo, Amy. "A Refresher on Marketing ROI." , July 25, 2017, https://hbr.org/2017/07/a-refresher-on-marketing-roi.

Gilead. "Gilead Sciences and ADAP Crisis Task Force Announce New Initiatives to Support AIDS Drug Assistance Programs (ADAPs)." Press release, June 4, 2010, https://investors.gilead.com/static-files/ff50e710-3fd7-465b-9db9-00da48eee13d.

Good Days. "Donate: You Make It Possible." Accessed May 23, 2022, https://www.mygooddays.org/donate

Healthwell Foundation. , https://www.healthwellfoundation.org/wp-content/uploads/2019/09/HealthWell-Foundation-2018-Annual-Report.pdf.

Hoadley, Jack, Juliette Cubanski, and Tricia Neuman. "Medicare Part D at Ten Years: The 2015 Marketplace and Key Trends, 2006–2015." Kaiser Family Foundation report, October 2015.

Kaiser Family Foundation. "An Overview of the Medicare Part D Prescription Drug Benefit." Kaiser Family Foundation, October 19, 2022, https://www.kff.org/medicare/fact-sheet/an-overview-of-the-medicare-part-d-prescription-drug-benefit/.

Kaiser Permanente Institute for Health Policy, "Drug Policy 101: Pharmaceutical Marketing Tactics." Kaiser Permanente report, January 2020, https://www.kpihp.org/wp-content/uploads/2020/02/drug_policy_pharmaceutical_marketing_101_FINAL.pdf

Kirchhoff, Suzanne M. "Medicare Part D Prescription Drug Benefit." Congressional Research Service Report R40611, August 13, 2018.

Kirchhoff, Suzanne M. "Medicare Part D Prescription Drug Benefit." Congressional Research Service Report R40611, December 18, 2020.

Koma, Wyatt, Juliette Cubanski, and Tricia Neuman. "A Snapshot of Sources of Coverage Among Medicare Beneficiaries in 2018." Kaiser Family Foundation report, March 23, 2021, https://www.kff.org/medicare/issue-brief/a-snapshot-of-sources-of-coverage-among-medicare-beneficiaries-in-2018/.

Expert Report of Leemore S. Dafny, PhD

La Mantia, Loredana, Luca M. Munari, and Roberta Lovati. "Glatiramer Acetate for Multiple Sclerosis." Cochrane Database of Systematic Reviews, May 5, 2010, https://www.cochranelibrary.com/cdsr/doi/10.1002/14651858.CD004678.pub2/full?highlightAbstract=copaxon.

Medicare.gov. "Inpatient Hospital Care." Accessed May 23, 2022, https://www.medicare.gov/coverage/inpatient-hospital-care.

Medicare.gov. "Prescription Drugs (Outpatient)." Accessed May 23, 2022, https://www.medicare.gov/coverage/prescription-drugs-outpatient.

Medicare.gov. "What Is Medicare?" Accessed May 23, 2022, https://www.medicare.gov/what-medicare-covers/your-medicare-coverage-choices/whats-medicare.

Medicare.gov. "What Medicare Part D Drug Plans Cover." Accessed December 14, 2022, https://www.medicare.gov/drug-coverage-part-d/what-medicare-part-d-drug-plans-cover.

Medicare Rights Center. "State Pharmaceutical Assistance Programs." Accessed on May 23, 2022, https://www.medicareinteractive.org/pdf/SPAP-Chart.pdf.

MedPAC. "The Medicare Prescription Drug Program (Part D): Status Report." March 2019, https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/mar19_medpac_ch14_sec.pdf.

MedPAC. "Restructuring Medicare Part D for the Era of Specialty Drugs," in (Report to Congress, June 2019), https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/jun19_ch2_medpac_reporttocongress_sec.pdf.

MedPAC. "Sharing Risk in Medicare Part D." June 2015, https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/chapter-6-sharing-risk-in-medicare-part-d-june-2015-report-.pdf 139.

Mulcahy, Andrew, and Vishnupriya Kareddy. "Prescription Drug Supply Chains: An Overview of Stakeholders and Relationships." RAND Corporation Research Report, 2021.

National Multiple Sclerosis Society. "Disease-Modifying Therapies for MS." March 2022, https://nms2cdn.azureedge.net/cmssite/nationalmssociety/media/msnationalfiles/brochures/brochure-the-ms-disease-modifying-medications.pdf.

NIH National Library of Medicine. "Copaxone." Accessed December 14, 2022, https://dailymed.nlm.nih.gov/dailymed/fda/fdaDrugXsl.cfm?setid=aa88f583-4f5f-433b-80b4-1f4c9fb28357&type=display.

O'Sullivan, Jennifer. "Medicare Part D Prescription Drug Benefit: A Primer." Congressional Research Service report RL34280, August 20, 2008.

Expert Report of Leemore S. Dafny, PhD

PAN Foundation. "The Impact of Patient Assistance on Access, Medication Adherence and Quality of Life." February 2019.

PAN Foundation. "Patient FAQs." Accessed December 14, 2022, https://www.panfoundation.org/patient-faqs/.

PAN Foundation. "We're Here to Help." Accessed May 23, 2022, https://www.panfoundation.org/.

Pfizer. "Pfizer Expands Its Patient Assistance Program, Doubling the Income Eligibility Limit to Benefit Even More Patients Taking Pfizer Medicines." Press release, November 5, 2015, https://www.pfizer.com/news/press-release/press-release-detail/pfizer_expands_its_patient_assistance_program_doubling_the_income_eligibility_limit_to_benefit_even_more_patients_taking_pfizer_medicines.

Rae, Matthew, Krutika Amin, and Cynthia Cox. "ACA's Maximum Out-of-Pocket Limit Is Growing Faster than Wages." Peterson-KFF Health System Tracker, July 20, 2022, https://www.healthsystemtracker.org/brief/aca-maximum-out-of-pocket-limit-is-growing-faster-than-wages/.

Tribble, Sarah Jane. "For the Asking, a Check Is in the Mail to Help Pay for Costly Drugs." , December 13, 2018, https://khn.org/news/for-the-asking-a-check-is-in-the-mail-to-help-pay-for-costly-drugs/.

University of Michigan Center for Value-Based Insurance Design. "Precision Patient Assistance Programs to Enhance Access to Clinically Indicated Therapies: Right Drug, Right Time, Right Cost-Share." University of Michigan Center for Value-Based Insurance Design report, June 12, 2020, https://vbidcenter.org/precision-patient-assistance-programs-to-enhance-access-to-clinically-indicated-therapies-right-drug-right-time-right-cost-share/.

U.S. Census Bureau. "Poverty Thresholds." Accessed December 14, 2022, https://www.census.gov/data/tables/time-series/demo/income-poverty/historical-poverty-thresholds.html.

U.S. Centers for Medicare and Medicaid Services. "Can Part D Plans Restrict Access to Certain Part D Drugs to 'Specialty' Pharmacies within Their Part D Networks?" Accessed December 14, 2022, https://www.cms.gov/Medicare/Prescription-Drug-Coverage/PrescriptionDrugCovContra/Downloads/QASpecialtyAccess_051706.pdf.

U.S. Centers for Medicare and Medicaid Services. "Do You Have a Medigap Policy with Prescription Drug Coverage?" CMS Publication No. 11113, June 2005. https://www.cms.gov/Medicare/Prescription-Drug-Coverage/CreditableCoverage/Downloads/11113.pdf.

Expert Report of Leemore S. Dafny, PhD

U.S. Department of Health and Human Services, "Medicare Parts A and B Coverage and Prior Authorization" July 10, 2009, https://www.hhs.gov/guidance/document/medicare-parts-and-b-coverage-and-prior-authorization-0.

U.S. Department of Health and Human Services Office of Inspector General, "High-Price Drugs Are Increasing Federal Payments for Medicare Part D Catastrophic Coverage," Publication OEI-02-16-00270, January 2017, https://oig.hhs.gov/oei/reports/oei-02-16-00270.pdf.

U.S. Department of Health and Human Services Office of Inspector General, "Publication of OIG Special Advisory Bulletin on Patient Assistance Programs for Medicare Part D Enrollees," 70, no. 224 (November 22, 2005): 70623–70628.

U.S. Department of Health and Human Services Office of Inspector General, "Regarding a Pharmaceutical Manufacturer's Proposal to Provide Cost-Sharing Assistance Directly to Medicare Beneficiaries Who Are Prescribed Either of Two Formulations of Its Drug," OIG Advisory Opinion No. 20-05, September 23, 2020, https://oig.hhs.gov/documents/advisory-opinions/768/AO-20-05.pdf.

U.S. Department of Health and Human Services Office of Inspector General, "Special Advisory Bulletin: Offering Gifts and Other Inducements to Beneficiaries," August 30, 2002, https://oig.hhs.gov/documents/special-advisory-bulletins/886/SABGiftsandInducements.pdf.

U.S. Department of Health and Human Services Office of Inspector General, "Supplemental Special Advisory Bulletin: Independent Charity Patient Assistance Programs," 79, no. 104 (May 30, 2014): 22381–22383, https://oig.hhs.gov/documents/special-advisory-bulletins/879/independent-charity-bulletin.pdf.

U.S. Food and Drug Administration, "Biosimilar and Interchangeable Products," accessed December 14, 2022, https://www.fda.gov/drugs/biosimilars/biosimilar-and-interchangeable-products.

U.S. Government Accountability Office, "MEDICARE PART D Spending, Beneficiary Cost-sharing, and Cost-Containment Efforts for High-Cost Drugs Eligible for a Specialty Tier" (GAO Report GAO-10-242, January 2010), https://www.gao.gov/assets/gao-10-242.pdf.

U.S. House of Representatives Committee on Oversight and Reform, "Drug Pricing Investigation: AbbVie—                    ." Staff report, May 2021.

U.S. House of Representatives Committee on Oversight and Reform, "Drug Pricing Investigation: Celgene and Bristol Myers Squibb—          ." Staff report, September 2020.

U.S. House of Representatives Committee on Oversight and Reform, "Drug Pricing Investigation: Teva—Copaxone" (Staff report No. 116, September 30, 2020), https://oversight.house.gov/sites/democrats.oversight.house.gov/files/Teva%20Staff%20Report%2009-30-2020.pdf.

U.S. House of Representatives Committee on Oversight and Reform, "Drug Pricing Investigation," (Staff report, December 2021), https://oversight.house.gov/sites/democrats.oversight.house.gov/files/DRUG%20PRICING%20REPORT%20WITH%20APPENDIX%20v3.pdf.

Van Nuys, Karen, Geoffrey Joyce, Rocio Ribero, and Dana P. Goldman, "A Perspective on Prescription Drug Copayment Coupons" (USC Leonard D. Shaeffer Center for Health Policy & Economics paper, February 2018), https://healthpolicy.usc.edu/wp-content/uploads/2018/02/2018.02_Prescription20Copay20Coupons20White20Paper_Final-1.pdf.

# EXHIBIT E

CONFIDENTIAL

## APPENDIX C

## Materials Considered

### Court Documents

Complaint, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548-FDS, D. Mass., August 18, 2020, and Exhibits.

Memorandum & Order, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548-NMG, October 11, 2022.

Order on Defendants' Motion to Compel Medicare Data, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548-NMG, June 7, 2022.

Teva's Motion to Compel Medicare Data, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548-NMG, April 19, 2022.

### Declarations

Affidavit of Edward H. Hensley, August 18, 2020, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548.

Declaration of Clorinda Walley, February 7, 2023, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548.

Declaration of Steve Alsene, February 3, 2023, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548.

Declaration of Jay Simpson, February 7, 2023, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548.

### Depositions and Exhibits

Deposition of Adam Stotts (Current employee of AssistRx), September 23, 2022.

Deposition of David Blanc (Current employee of Advanced Care Scripts), November 7, 2022.

Deposition of Denise Carol Lynch (Former Vice President, Patient Support Services at Teva), June 11, 2019.

Deposition of Dot Parker (Former Director of Continuous Improvement at Teva), November 15, 2022.

Deposition of Dr. Leemore S. Dafny (Expert on behalf of the Government), January 11, 2023.

CONFIDENTIAL

Deposition of Dr. Philip Ellis (Expert on behalf of the Government), January 23, 2023.

Deposition of Edward H. Hensley (Former officer at Advanced Care Scripts and The Assistance Fund; current officer at AssistRx), April 8, 2019.

Deposition of Ian M. Dew (Expert on behalf of the Government), January 17, 2023.

Deposition of Jan Jones (Former Vice President, Patient Services & Solutions at Teva), September 21, 2022.

Deposition of John Hassler (Former Vice President of Marketing at Teva), August 31, 2022.

Deposition of Laurie Thibodeau (Former Senior Director, Corporate Social Responsibility at Teva), November 17, 2022.

Deposition of Maureen Boyd (Former Vice President at the Assistance Fund; Current employee of AssistRx), October 14, 2022.

Deposition of Michael Banigan (Founder and Former President at the Chronic Disease Fund), October 25, 2022.

Deposition of Michael Sheehy (Senior Director of Meetings Management at Teva; Former Director, Brand Marketing for Copaxone at Teva), November 9, 2022.

Deposition of Patricia Glover (Former Vice President and North America Chief Compliance Officer at Teva), October 19, 2022.


**Expert Reports**

Expert Report of Ian M. Dew and Supporting Materials, December 19, 2022, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548.

Expert Report of Dr. Leemore S. Dafny, Ph.D., December 19, 2022, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548.

Expert Report of Dr. Philip Ellis and Supporting Materials, Ph.D., December 19, 2022, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548.

Expert Report of Amitabh Chandra, Ph.D., February 10, 2023, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548.

Expert Report of Dr. Daniel R. Wynn, February 10, 2023, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548.

CONFIDENTIAL

**DATA**

**Disbursements & Enrollment**

**CDF**
GD_TEVA_0000023
GD_TEVA_0008504
GD_TEVA_0008505
GD_TEVA_0008506
GD_TEVA_0008507
GD_TEVA_0008508
GD_TEVA_0008509
GD_TEVA_0008510
GD_TEVA_0008511
GD_TEVA_0008512
GD_TEVA_0008513
GD_TEVA_0008514
GD_TEVA_0008515
GD_TEVA_0008516
GD_TEVA_0008517
GD_TEVA_0008518
GD_TEVA_0008519
GD_TEVA_0013190
GD_TEVA_0025278

**TAF**
TAF_TEVA000202937
TAF_TEVA000240163

**Donations**

**CDF**
GD_TEVA_0000022
GD_TEVA_0009417
GD_TEVA_0009441
GD_TEVA_0009446

**TAF**
TAF_TEVA000237605
TAF0076866

**Medicare Copaxone Prescription Drug Event Data**

DOJ_003262
DOJ_003263

C - 3

CONFIDENTIAL

**Teva Data**

TEVA_US_PAP_00604534 (MS Price History_March_7_2018.xlsx)
TEVA_US_PAP_01101434 (CP Invoices & Rebates Credits 2005-2018.xlsx)

**Other Data**

Medicare Part D Dashboard Data

## BATES STAMPED DOCUMENTS

### CDF Declarations

DOJ_015910 (Declaration of Charles Moorman, July 7, 2022)
DOJ_015913 (Declaration of Dawn Drenthe, July 11, 2022)

### Teva Documents

TEVA_US_PAP_00000011 ("Services Agreement between Teva and Advanced Care Scripts," March 5, 2007)
TEVA_US_PAP_01000953 ("Check Request," Teva Pharmaceuticals USA)
TEV_001585 ("Services Agreement between Teva and Advanced Care Scripts," August 1, 2010)
TEV_021847 ("Ensuring an Integrated Marketing Strategy for Teva's MS Franchise," February 23, 2011)
TEV_052957 ("RE: Free product program (COPAXONE)," email from Kari Hess to Mike Sheehy, April 13, 2016)
TEV_167541-552 ("Supplemental Information: Operating Metrics and Processes Opinions Application," *Assistance Fund*)
TEV_167553-562 (Department of Health & Human Services, "OIG Advisory Opinion No. 10-07", May 26, 2010)
TEV_227458 (Teva and TAF Donor Agreement, January 1, 2010)
TEVA_US_PAP_00202766 ("RE: Camp Follow Up," February 3, 2015)

## BOOKS

Angrist, JD and J Pischke, "Mastering Metrics: The Path from Cause to Effect," *Princeton University Press*, 2015.

Wooldridge, J.M., "Introductory Econometrics a Modern Approach," 5th Edition, *South Western Cengage Learning*, 2012.

## ACADEMIC ARTICLES

Aggarwal, Rakesh, and Priya Ranganathan, "Common Pitfalls in Statistical Analysis: The Use of Correlation Techniques," *Perspectives in Clinical Research*, Vol. 7, No. 4, 2016, pp. 187–190.

**CONFIDENTIAL**

Altman, Naomi, and Martin Kryzwinski, "Association, Correlation and Causation," *Nature Methods*, Vol. 12, 2015, pp. 899–900.

Arnal-García, Carmen, *et al.*, "Long-term Effectiveness of Glatiramer Acetate in Clinical Practice Conditions," *Journal of Clinical Neuroscience*, Vol. 21, No. 12, 2014, pp. 2212-2218.

Bebo, Bruce, *et al.*, "Economic Burden of Multiple Sclerosis in The United States: Estimate of Direct and Indirect Costs", *Neurology*, Vol. 98, No. 18, 2022, pp. e1810-e1817.

Biba, Stanton, *et al.*, "Sleep and Fatigue in Multiple Sclerosis." *Multiple Sclerosis Journal*, Vol. 12, No. 4, 2006, pp. 481-486.

Bleske-Rechek, A, *et al.*, "Causal Inference from Descriptions of Experimental and Non-Experimental Research: Public Understanding of Correlation-Versus-Causation," *The Journal of General Psychology*, Vol. 142, No. 1, 2015, pp. 48-70.

Boster, Aaron L, *et al.*, "Glatiramer Acetate: Long-Term Safety and Efficacy in Relapsing-Remitting Multiple Sclerosis," *Expert Review of Neurotherapeutics*, Vol. 15, No. 6, 2015, pp. 575-586.

Boster, Aaron, *et al.*, "Efficacy, Safety, and Cost-Effectiveness of Glatiramer Acetate in The Treatment of Relapsing–Remitting Multiple Sclerosis," *Therapeutic Advances in Neurological Disorders*, Vol. 4, No. 5, 2011, pp. 319-332.

Broch, L. *et al.*, "Fatigue in Multiple Sclerosis is Associated with Socioeconomic Factors," *Multiple Sclerosis and Related Disorders*, Vol. 64, August 2022.

Brouwer, Elizabeth, *et al.*, "Characterizing Patient Assistance Program Use and Patient Responsiveness to Specialty Drug Price for Multiple Sclerosis in a Mid-Size Integrated Health System," *Journal of Managed Care & Specialty Pharmacy*, Vol. 27, No. 6, 2021, pp. 732-742.

Burhard, A. *et al.*, "Association Between Multiple Sclerosis Disease Severity and Adherence to Disease-Modifying Therapies," *Journal of Managed Care & Specialty Pharmacy*, Vol. 27, No. 7, 2021, pp. 915-923.

Campo, Katia, *et al.*, "Physicians' Decision Process for Drug Prescription and the Impact of Pharmaceutical Marketing Mix Instruments," *Health Marketing Quarterly*, Vol. 22, No. 4, 2005, pp. 73-107.

Caporro, Matteo, *et al.*, "Two Decades of Subcutaneous Glatiramer Acetate Injection: Current Role of the Standard Dose, and New High-Dose Low-Frequency Glatiramer Acetate in Relapsing-Remitting Multiple Sclerosis Treatment," *Patient Preference and Adherence*, Vol. 8, August 2014, pp. 1123-1134.

Carrera, Mariana, *et al.*, "Do Physicians Respond to the Costs and Cost-Sensitivity of Their Patients?" *American Economic Journal: Economic Policy*, Vol. 10, No. 1, 2018, pp. 113-152.

Carrico, Justin, *et al.*, "Cost-Benefit Analysis of Vaccination Against Four Preventable Diseases in Older Adults: Impact of An Aging Population," *Vaccine*, August 2021, Vol. 39, No. 36, August 2021, pp. 5187-5197.

Chandra, Amitabh, Evan Flack, and Ziad Obermeyer, "The Health Costs of Cost-Sharing," *National Bureau of Economic Research*, Working Paper No. 28439, 2021.

Chandra, Amitabh, Jonathan Gruber, and Robin McKnight, "Patient Cost-Sharing and Hospitalization Offsets in the Elderly," *American Economic Review*, Vol. 100, No. 1, 2010, pp. 193–213.

Chwastiak, Lydia, *et al.*, "Depressive Symptoms and Severity of Illness in Multiple Sclerosis: Epidemiologic Study of a Large Community Sample," *The American Journal of Psychiatry*, Vol 159, No. 11, 2002, pp 1862-1868.

Cisternas, Miriam, *et al.*, "Health Care Resource Utilization and Disease Modifying Treatment Used in Multiple Sclerosis Patients by Age and Insurance Type," *Current Medical Research and Opinion*, Vol. 37, No. 4, 2021, pp. 597-604.

Coleman, Craig I., *et al*, "Impact of Mobility Impairment on Indirect Costs and Health-Related Quality of Life in Multiple Sclerosis." *PloS one*, Vol. 8, No. 1, 2013, p. e54756.

Coscelli, Andrea, "The Importance of Doctors' and Patients' Preferences in the Prescription Decision," *The Journal of Industrial Economics*, Vol. 48, No. 3, June 2008, pp. 349-369.

Dafny, Leemore, Christopher Ody, and Matt Schmitt, "When Discounts Raise Costs: The Effect of Copay Coupons on Generic Utilization," *American Economic Journal: Economic Policy*, Vol. 9, No. 2, 2017, pp. 91-123.

Dafny, Leemore, Kate Ho, and Edward Kong, "How Do Copayment Coupons Affect Branded Drug Prices and Quantities Purchased?" *National Bureau of Economic Research*, Working Paper No. 29735, 2022.

Dai, Dingwei, *et al.*, "Patterns of Comorbidity and Multimorbidity Among Patients With Multiple Sclerosis in a Large US Commercially Insured and Medicare Advantage Population," *Journal of Health Economics and Outcomes Research*, Vol. 9, No. 2, September 2022, pp. 125-132.

Daubresse, Matthew, *et al.*, "Effect of Prescription Drug Coupons on Statin Utilization and Expenditures: A Retrospective Cohort Study," *Pharmacotherapy: Journal of Human Pharmacology and Drug Therapy*, Vol. 37, No. 1, 2017, pp. 12-24.

Daugherty, Jonas B., Matthew L. Maciejewski, and Joel F. Farley, "The Impact of Manufacturer Coupon Use in the Statin Market," *Journal of Managed Care Pharmacy*, Vol. 19, No. 9, 2013, pp. 765-772.

De Stefano, Nicola, *et al.*, "Assessing Brain Atrophy Rates in a Large Population of Untreated Multiple Sclerosis Subtypes," *Neurology*, Vol. 74, 2010, pp. 1868-1876.

CONFIDENTIAL

Dor, Avi, *et al.*, "Cost Sharing, Benefit Design, and Adherence: The Case of Multiple Sclerosis," *Advances in Health Economics and Health Services Research*, Vol. 22, 2010, pp. 175-193.

Doshi, Jalpa A., *et al.*, "Impact of Cost-sharing on Specialty Drug Utilization and Outcomes: A Review of the Evidence and Future Directions," *American Journal of Managed Care*, Vol. 22, No. 3, 2016, pp. 188–197.

Dusetzina, Stacie B., *et al.*, "Many Medicare Beneficiaries Do Not Fill High-Price Specialty Drug Prescriptions," *Health Affairs*, Vol. 41, No. 4, 2022.

Fisk, John, *et al.*, "The Impact of Fatigue on Patients with Multiple Sclerosis." *Canadian Journal of Neurological Sciences*, Vol. 21, No. 1, 1994, pp. 9-14.

Gajofatto, Alberto and Maria Donata Benedetti, "Treatment Strategies for Multiple Sclerosis: When to Start, When to Change, When to Stop?", *World Journal of Clinical Cases*, Vol. 3, No. 7, 2015, pp. 545-555.

Gauvreaux, Kimberlee, "Hypothesis Testing Proportions," *Circulation*, Vol. 114, No. 14, October 2006, pp. 1545-1548.

Gleason, PP., *et al.*, "Association of Prescription Abandonment with Cost Share for High-Cost Specialty Pharmacy Medications," *Journal of Managed Care & Specialty Pharmacy,* Vol. 15, No. 8, 2009, pp. 648-658.

Goldman, DP, *et al.*, "Benefit Design and Specialty Drug Use," *Health Affairs (Millwood),* Vol. 25, No. 5, 2006, pp. 1319-1331.

Goodman, Andrew D., *et al.*, "GLANCE: Results of A Phase 2, Randomized, Double-Blind, Placebo-Controlled Study", *Neurology*, Vol. 72, No. 9, 2009, pp. 806-12.

Gross, Tal, Timothy Layton, Daniel Prinz, "The Liquidity Sensitivity of Healthcare Consumption: Evidence from Social Security Payments," *American Economic Review: Insights*, Vol. 4, No. 2, 2022, pp. 175-190.

Hanson, Kristin A., *et al.*, "Treatment Selection and Experience in Multiple Sclerosis: Survey of Neurologists," *Patient Preference and Adherence*, Vol. 8, April 2014, pp. 415-422.

Hartung, Daniel M., "Health Economics of Disease-Modifying Therapy for Multiple Sclerosis in The United States," *Therapeutic Advances in Neurological Disorders*, Vol. 14, 2021, pp. 1-9.

Hartung, Daniel M., *et al.*, "Closing the Part D Coverage Gap and Out-of-Pocket Costs for Multiple Sclerosis Drugs," American Academy of Neurology, August 2021, Vol. 11, No. 4, pp. 298-303.

Hartung, Daniel M., *et al.*, "The Cost of Multiple Sclerosis Drugs in the US and the Pharmaceutical Industry: Too Big to Fail?", *Neurology*, Vol. 84, No. 21, 2015, pp. 2185-2192.

Hartung, Daniel M., *et al.*, "Trends in Coverage for Disease-Modifying Therapies for Multiple Sclerosis in Medicare Part D," *Health Affairs*, Vol. 38, No. 2, 2019, pp. 303-312.

Hartung, Daniel M., *et.al.*, "The Effect of Out-Of-Pocket Costs on Initiation of Disease-Modifying Therapies Among Medicare Beneficiaries with Multiple Sclerosis," *Multiple Sclerosis and Related Disorders*, Vol. 46, 2020, p. 102554.

Holmber, Mathias, and Lars Andersen, "Adjustment for Baseline Characteristics in Randomized Clinical Trials," *JAMA Guide to Statistics and Methods*, Vol. 328, No. 21, 2022, pp. 2155-2156.

Ivanova, J. I., *et al.*, "Impact of Medication Adherence to Disease-Modifying Drugs on Severe Relapse, and Direct and Indirect Costs among Employees with Multiple Sclerosis in the US," *Journal of Medical Economics*, Vol. 15, No. 3, 2012, pp. 601-609.

Izquierdo, Guillermo, *et al.*, "Effectiveness of Glatiramer Acetate Compared to Other Multiple Sclerosis Therapies," *Brain and Behavior*, Vol. 5, No. 6, 2015, pp.1-9.

Jena, Anupam B., *et al.*, "Screening Mammography for Free: Impact of Eliminating Cost Sharing on Cancer Screening Rates," *Health Services Research*, Vol. 52, No. 1, 2017, pp. 191-206.

Kalincik, Tomas, *et al.*, "Comparative Effectiveness of Glatiramer Acetate and Interferon Beta Formulations in Relapsing–Remitting Multiple Sclerosis," *Multiple Sclerosis Journal*, Vol. 21, No. 9, 2015, pp 1159-1171.

Kang, So-Yeon, *et al.*, "Financial Eligibility Criteria and Medication Coverage for Independent Charity Patient Assistance Programs," *Journal of the American Medical Association*, Vol. 322, No. 5, August 2019, pp. 422-429.

Kappos, Ludwig, *et al.*, "The 11-Year Long-Term Follow-Up Study from the Randomized BENEFIT CIS Trial," *Neurology*, Vol. 87, No. 10, 2016, pp. 978-987.

Karaca-Mandic, Pinar, *et al.*, "Out-of-Pocket Medication Costs and Use of Medications and Health Care Services Among Children with Asthma," *Journal of the American Medical Association*, Vol. 307, No. 12, 2012, pp. 1284-1291.

Karmarkar, Taruja D., *et al.*, "Sofosbuvir Initial Therapy Abandonment and Manufacturer Coupons in a Commercially Insured Population," *American Journal of Managed Care*, Vol. 22, No. 6, May 2016, pp. SP191-SP197.

Kim, Yoona A., *et al.*, "Retrospective Evaluation of the Impact of Copayment Increases for Specialty Medications on Adherence and Persistence in an Integrated Health Maintenance Organization System," *Clinical Therapeutics*, Vol. 33, No. 5, 2011, pp. 598-607.

Lafata Jennifer E., *et al.*, "Measuring Adherence and Persistence to Disease-Modifying Agents among Patients with Relapsing Remitting Multiple Sclerosis," *Journal of the American Pharmacists Association*, Vol. 48, No. 6, 2008, pp. 752-757.

Landfeldt, Erik, *et al.*, "The Long-Term Impact of Early Treatment of Multiple Sclerosis on the Risk of Disability Pension," *Journal of Neurology*, Vol. 265, No. 3, 2018, pp. 701-707.

Li, Pengxiang, *et al.*, "Disease-Modifying Therapy Adherence and Associated Factors in a National Sample of Medicare Patients with Multiple Sclerosis," *Value Health*, Vol. 23, No. 3, 2020, pp. 330-332.

Li, Pengxiang, *et al.*, "Impact of Cost-Sharing Increases on Continuity of Specialty Drug Use: A Quasi-Experimental Study," *Health Services Research*, Vol. 53, No. S1, 2017, pp. 2735-2757.

Lizán, Luis, *et al.*, "Treatment Adherence and Other Patient-Reported Outcomes as Cost Determinants in Multiple Sclerosis: a Review of the Literature," *Patient Preference and Adherence*, Vol. 8, 2014, pp 1653-64.

Marrs, Joel C. and Joseph J. Saseen, "Dyslipidemia Control in Indigent Patients Receiving Medication Assistance Compared with Insured Patients," *Pharmacotherapy*, Vol. 28, No. 5, 2008, pp. 562–569.

Minden, Sarah, *et al.*, "The Sonya Slifka Longitudinal Multiple Sclerosis Study: Methods and Sample Characteristics," *Multiple Sclerosis Journal*, Vol. 12, No. 1, 2006, pp. 24-38.

Murshid, Mohsen Ali, and Zurina Mohaidin, "Models and Theories of Prescribing Decisions: A Review and Suggested a New Model," *Pharmacy Practice*, Vol. 15, No. 2, 2017, pp. 990-1000.

Neslin, Scott A., "A Market Response Model for Coupon Promotions," *Marketing Science*, Vol. 9, No. 2, pp. 125-145.

Nicholas, J., *et al.*, "Annual Cost Burden by Level of Relapse Severity in Patients with Multiple Sclerosis," *Advances in Therapy*, Vol. 38, 2020, pp. 758-771.

Ozminkowski, RJ, *et al.*, "The Use of Disease Modifying New Drugs for Multiple Sclerosis Treatment in Private-Sector Health Plans," *Clinical Therapeutics*, Vol. 26, No. 8, 2004, pp. 1341-1354.

Palmer, L., et al., "Impact of Patient Cost Sharing on Multiple Sclerosis Treatment," *American Journal of Pharmacy Benefits*, Vol. 4, No. 6, January 2012, pp. SP29-SP36.

Robertson, Derrick and Natalie Moreo, "Disease-Modifying Therapies in Multiple Sclerosis: Overview and Treatment Considerations," *Federal Practitioner*, June 2016, Vol. 33, No. 6, pp. 28-34.

Romley, J., *et al.*, "Cost Sharing and Initiation of Disease-Modifying Therapy for Multiple Sclerosis," *American Journal of Managed Care*, Vol. 18, No. 8, 2012, pp. 460-464.

Scalfari, Antonio, *et al.*, "Mortality in Patients with Multiple Sclerosis," *Neurology*, Vol. 81, No. 2, 2013, pp 184-192.

Schoen, Marieke D., *et al.*, "Impact of the Cost of Prescription Drugs on Clinical Outcomes in Indigent Patients with Heart Disease," *Pharmacotherapy*, Vol. 21, No. 12, 2001, pp. 1455-1463.

Seetasith, Arpamas, *et al.*, "The Impact of Copay Assistance on Patient Out-of-Pocket Costs and Treatment Rates with ALK Inhibitors," *Journal of Medical Economics*, Vol. 22, No. 5, 2019, pp. 414-420.

CONFIDENTIAL

Signori, Alessio, *et al.*, "Long-Term Impact of Interferon or Glatiramer Acetate in Multiple Sclerosis: A Systematic Review and Meta-Analysis," *Multiple Sclerosis and Related Disorders*, Vol. 6, 2016, pp 57-63.

Starner, Catherine I., *et al*., "Specialty Drug Coupons Lower Out-of-Pocket Costs and May Improve Adherence at the Risk of Increasing Premiums," *Health Affairs*, Vol. 33, No. 10, 2014, pp. 1761–1769.

Sutliff, Matthew, "Contribution of Impaired Mobility to Patient Burden in Multiple Sclerosis," *Current Medical Research and Opinion*, Vol. 26, No. 1, 2010, pp 109-119.

Torkildsen, Øivind, *et al.*, "Disease-Modifying Treatments for Multiple Sclerosis- a Review of Approved Medications," *European Journal of Neurology*, Vol. 23, Suppl. 1, 2016, pp. 18-27.

Wallin, Mitchell T., *et al.*, "The Prevalence of MS in the United States: A Population-Based Estimate Using Health Claims Data," *Neurology*, Vol. 92, No. 10, 2019, pp. e1029-e1040.

Wolinsky, Jerry S., *et al.*, "GLACIER: An Open-Label, Randomized, Multicenter Study to Assess the Safety and Tolerability of Glatiramer Acetate 40 mg Three-Times Weekly versus 20 mg Daily in Patients with Relapsing-Remitting Multiple Sclerosis," *Multiple Sclerosis and Related Disorders*, Vol. 4, No. 4, 2015, pp. 370–376.

Wynn, Daniel R., "Enduring Clinical Value of Copaxone® (Glatiramer Acetate) in Multiple Sclerosis after 20 Years of Use," *Multiple Sclerosis International*, Vol. 2019, January 2019, pp. 1-19.

Zhang, S. and W. Xiang, "Income Gradient in Health-Related Quality of Life – the Role of Social Networking Time," *International Journal for Equity in Health*, Vol. 18, No. 44, March 2019.

**PUBLICLY AVAILABLE SOURCES**

**Reports and Guidelines**

"Resource Limits for the Medicare Part D Low-Income Subsidy: Annual Adjustment for 2011," *CMS*, November 10, 2010.

Bovbjerg, Barbara, "Medicare Part D Low-Income Subsidy: Progress Made in Approving Applications, but Ability to Identify Remaining Individuals Is Limited," *GAO*, May 8, 2007.

Congressional Research Service, "Prescription Drug Discount Coupons and Patient Assistance Programs (PAPs)," June 15, 2017, available at https://crsreports.congress.gov/product/pdf/R/R44264/5.
Kirchhoff, S. M., "Medicare Part D Prescription Drug Benefit," *Congressional Research Service*, December 18, 2020, available at https://crsreports.congress.gov/product/pdf/R/R40611/19.

OIG, "Special Advisory Bulletin on Patient Assistance Programs for Medicare Part D Enrollees," *70 Fed. Reg*. 70,623-70,628, November 22, 2005, available at

CONFIDENTIAL

https://oig.hhs.gov/documents/special-advisory-bulletins/880/2005PAPSpecialAdvisoryBulletin.pdf.

OIG, "Supplemental Special Advisory Bulletin: Independent Charity Patient Assistance Programs," *79 Fed. Reg.* 31,120-31,123 at 31124, May 30, 2014, available at https://oig.hhs.gov/documents/special-advisory-bulletins/879/independent-charity-bulletin.pdf.

OLR Research Report, "State Pharmaceutical Assistance Programs," April 23, 2012, available at https://www.cga.ct.gov/2012/rpt/2012-R-0171.htm.

Rae-Grant, *et al.*, "Practice Guideline: Disease-Modifying Therapies for Adults with Multiple Sclerosis - Report of the Guideline Development, Dissemination, and Implementation Subcommittee of the American Academy of Neurology," *American Academy of Neurology*, available at https://cdn-links.lww.com/permalink/wnl/a/wnl_2018_04_19_raegrant_neurology2017835181r1_sdc3.pdf.

U.S. Department of Health and Human Services Office of the Inspector General, "Publication of OIG Special Advisory Bulletin on Patient Assistance Programs for Medicare Part D Enrollees," *Federal Register*, Vol. 70, No. 224, November 22, 2005, pp. 70,623-70,628.

U.S. Department of Health and Human Services Office of the Inspector General, "Supplemental Special Advisory Bulletin: Independent Charity Patient Assistance Programs," *Federal Register*, Vol. 79, No. 104, May 30, 2014, pp. 31,120-31,123.


**Websites**

"'Extra Help' with Prescription Drug Costs Under Medicare's Low Income Subsidy," *National Alliance for Caregiving*, October 1, 2019, available at https://www.caregiving.org/wp-content/uploads/2020/05/NAC-LIS-Webinar-featuring-CMS-1.pdf.

"Atlas of MS 3rd Edition", *Multiple Sclerosis International Federation*, 2020, available at https://www.msif.org/wp-content/uploads/2020/10/Atlas-3rd-Edition-Epidemiology-report-EN-updated-30-9-20.pdf.

"Costs in the Coverage Gap," *Medicare.gov*, available at https://www.medicare.gov/drug-coverage-part-d/costs-for-medicare-drug-coverage/costs-in-the-coverage-gap.

"Costs," *Medicare.gov*, available at https://www.medicare.gov/basics/costs/medicare-costs.

"Depression," *National Multiple Sclerosis Society*, accessed December 9, 2022, available at https://www.nationalmssociety.org/Symptoms-Diagnosis/MS-Symptoms/Depression.

"Disability Insurance," National Multiple Sclerosis Society, available at https://www.nationalmssociety.org/Living-Well-With-MS/Work-and-Home/Insurance-and-Financial-Information/Social-Security-Disability.

**CONFIDENTIAL**

"Disease Burden of Relapsing-Remitting Multiple Sclerosis," *American Journal of Managed Care*, July 21, 2022, available at https://www.ajmc.com/view/disease-burden-of-relapsing-remitting-multiple-sclerosis.

"Disease-Modifying Therapies for MS", *National Multiple Sclerosis Society*, 2022, available at https://nms2cdn.azureedge.net/cmssite/nationalmssociety/media/msnationalfiles/brochures/brochure-the-ms-disease-modifying-medications.pdf.

"Examination of Health Care Cost Trends and Cost Drivers Pursuant to G.L. c. 12C, § 17: Report for Annual Public Hearing Under G.L. c. 6D, § 8," *Office of the Attorney General*, Commonwealth of Massachusetts, October 7, 2016.
"Financial Resources," *National Multiple Sclerosis Society*, available at https://www.nationalmssociety.org/Living-Well-With-MS/Work-and-Home/Insurance-and-Financial-Information/Financial-Planning/Financial-Resources.

"Generic Copaxone Availability," *Drugs.com*, available at https://www.drugs.com/availability/generic-copaxone.html.

"Help with Drug Costs," *Medicare.gov*, available at https://www.medicare.gov/basics/costs/help/drug-costs.

"How do Medicare Advantage Plans Work?", *Medicare,gov*, available at https://www.medicare.gov/sign-up-change-plans/types-of-medicare-health-plans/medicare-advantage-plans/how-do-medicare-advantage-plans-work.

"How Does Copaxone Work?", *Teva Neuroscience, Inc.*, available at https://www.copaxone.com/about-copaxone/how-it-works.

"How Many People Live with MS?," *National MS Society*, available at https://www.nationalmssociety.org/What-is-MS/Who-Gets-MS/How-Many-People.

"Innovations in Physician Prescribing," *California Healthcare Foundation*, October 2021, available at https://www.chcf.org/wp-content/uploads/2017/12/PDF-InnovationsInPhysicianPrescribing.pdf.

"Medicare Coverage for People with Disabilities," *Center for Medicare Advocacy*, available at https://medicareadvocacy.org/medicare-info/medicare-coverage-for-people-with-disabilities/.

"Medicare Part D Prescription Drug Benefit", *Congressional Research Service*, CRS Report, 2020, available at https://crsreports.congress.gov/product/pdf/R/R40611/19.

"Medicare," *National Multiple Sclerosis Society*, available at https://www.nationalmssociety.org/Living-Well-With-MS/Work-and-Home/Insurance-and-Financial-Information/Health-Insurance/Medicare.

"Medications," *National Multiple Sclerosis Society*, 2022, available at https://www.nationalmssociety.org/Treating-MS/Medications.

**CONFIDENTIAL**

"MS Signs & Symptoms," *National Multiple Sclerosis Society*, available at https://www.nationalmssociety.org/Symptoms-Diagnosis/MS-Symptoms.

"Multiple Sclerosis Drug List," CVS Specialty, available at https://www.cvsspecialty.com/education-center/downloads/Multiple_Sclerosis_Drug_List.pdf

"Multiple Sclerosis," *Mayo Clinic*, December 24, 2022, available at https://www.mayoclinic.org/diseases-conditions/multiple-sclerosis/diagnosis-treatment/drc-20350274.

"Number of Low-Income Subsidy (LIS) Enrollees," *Kaiser Family Foundation*, available at https://www.kff.org/medicare/state-indicator/number-of-low-income-subsidy-lis-enrollees/?currentTimeframe=0&sortModel=%7B%22colId%22:%22Location%22,%22sort%22:%22asc%22%7D.

"Prescription Advantage," *Prescription Advantage Massachusetts*, available at https://www.prescriptionadvantagema. org/.

"Total Number of Medicare Beneficiaries by Type of Coverage," *Kaiser Family Foundation*, available at https://www.kff.org/medicare/state-indicator/total-medicare-beneficiaries/?currentTimeframe=0&sortModel=%7B%22colId%22:%22Location%22,%22sort%22:%22asc%22%7D.

"Types of MS", *National Multiple Sclerosis Society*, 2022, available at https://www.nationalmssociety.org/What-is-MS/Types-of-MS.

"Understanding Medicare's Part D Low Income Subsidy (LIS/Extra Help), *National Council on Aging*, available at https://www.ncoa.org/article/understanding-medicare-part-d-low-income-subsidy-extra-help.

"Understanding MS," *National Multiple Sclerosis Society*, accessed December 12, 2022, available at https://www.nationalmssociety.org/What-is-MS/MS-FAQ-s.

"What is MS?," *National Multiple Sclerosis Society*, 2018, available at https://www.nationalmssociety.org/NationalMSSociety/media/MSNationalFiles/Brochures/Brochure-What-Is-MS.pdf.

"What to Know about Manufacturer Copay Cards," *ScriptDrop*, July 21, 2020, available at https://scriptdrop.co/2020/07/21/what-to-know-about-manufacturer-copay-cards/.

Amend, J. *et al.*, "A new Part D benefit design? Prescription Drug Pricing Reduction Act proposes major changes to Part D," *Milliman White Paper*, August 2019, available at https://www.milliman.com/-/media/milliman/importedfiles/a_new_part_d_benefit_design_prescription_drug_pricing_reduction_act.ashx.

Chronic Disease Fund, Inc., "Diseases Covered," *MyGoodDays.org*, 2021, available at https://www.mygooddays.org/patients/diseases-covered.

CONFIDENTIAL

Chronic Disease Fund, Inc., "Good Days Annual Report 2013," *MyGoodDays.org*, 2013, available at https://www.mygooddays.org/annual-report-and-financials/2013-Good-Days-Annual-Report.pdf.

Cubanski, J., *et al.*, "The Out-of-Pocket Cost Burden for Specialty Drugs in Medicare Part D in 2019," *Kaiser Family Foundation*, February 1, 2019, available at https://www.kff.org/report-section/the-out-of-pocket-cost-burden-for-specialty-drugs-in-medicare-part-d-in-2019-findings/.

Cubanski, Juliette, Neuman, T. and Damico, A. "Closing the Medicare Part D Coverage Gap: Trends, Recent Changes, and What's Ahead," *Kaiser Family Foundation*, August 21, 2018, available at https://www.kff.org/medicare/issue-brief/closing-the-medicare-part-d-coverage-gap-trends-recent-changes-and-whats-ahead/.

Drugs@FDA, available at https://www.accessdata.fda.gov/scripts/cder/daf/.

Ellis, R. R., "Mitoxantrone for Multiple Sclerosis (MS), *WebMD*, May 2, 2022, available at https://www.webmd.com/multiple-sclerosis/mitoxantrone-multiple-sclerosis.

Emrich, L., "7 Assistance Programs MS Patients Need to Know," *HealthCentral*, December 23, 2016, available at https://www.healthcentral.com/article/7-assistance-programs-ms-patients-need-to-know.

Healthcare.gov, "Subsidized Coverage," 2022, available at https://www.healthcare.gov/glossary/subsidized-coverage/.

Hoadley, J., "Medicare Part D in 2016 and Trends over Time," *Kaiser Family Foundation*, September 16, 2016, available at https://www.kff.org/report-section/medicare-part-d-in-2016-and-trends-over-time-section-2-part-d-premiums.

Hoadley, J., *et al.*, "Analysis of Medicare Prescription Drug Plans in 2012 and Key Trends Since 2006," *Kaiser Family Foundation*, September 2012, available at https://www.kff.org/medicare/report/medicare-rx-drug-plans-2012-and-key-trends/.

Hoadley, Jack, *et al.*, "Medicare Part D 2011: The Coverage Gap," *Kaiser Family Foundation*, September 2011, available at https://www.kff.org/wp-content/uploads/2013/01/8222.pdf.

Lemtrada™ Receives FDA Approval for Relapsing Forms of MS," *Multiple Sclerosis Association of America*, https://mymsaa.org/news/lemtrada-approved-fda/.

Lovering, C., "Why It Pays to Start Multiple Sclerosis (MS) Treatment Early," *Healthline*, August 21, 2020, available at https://www.healthline.com/health/multiple-sclerosis/recently-diagnosed-why-start-ms-treatment-early.

Medicare Made Clear, "Which Vaccines Does Medicare Cover?", available at https://www.uhc.com/medicare/medicare-articles/which-vaccines-does-medicare-cover.html.

Medicare Rights Center, "State Pharmaceutical Assistance Programs," 2020, available at https://www.medicareinteractive.org/pdf/SPAP-Chart.pdf.

Multiple Sclerosis Association of America, available at https://mymsaa.org/.

CONFIDENTIAL

National Conference on State Legislatures, "State Pharmaceutical Assistance Programs," June 1, 2018, available at https://www.ncsl.org/research/health/state-pharmaceutical-assistance-programs.aspx.

National Council on Aging, "Prescription Assistance Programs for Seniors," available at https://www.ncoa.org/economic-security/benefits/prescriptions/spaps-paps/.

National MS Society, "Social Security Disability Insurance," available at https://www.nationalmssociety.org/Symptoms-Diagnosis/Diagnosing-MS.

National MS Society, "Social Security Disability Insurance," *Living Well with MS*, available at https://www.nationalmssociety.org/Living-Well-With-MS/Work-and-Home/Insurance-and-Financial-Information/Social-Security-Disability/Social-Security-Disability-Insurance.

Noel-Miller, Claire, "Medicare Beneficiaries' Out-of-Pocket Spending for Health Care," *AARP Public Policy Institute*, December 15, 2021, available at https://www.aarp.org/ppi/info-2020/medicare-beneficiaries-out-of-pocket-spending-for-health-care.html.

Office of the Assistant Secretary for Planning and Evaluation, "Prior HHS Poverty Guidelines and Federal Register Reference," available at https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines/prior-hhs-poverty-guidelines-federal-register-references.

Pyenson, B., "Multiple Sclerosis: New Perspectives on the Patient Journey," Milliman, April 5, 2017, https://www.milliman.com/-/media/milliman/importedfiles/uploadedfiles/insight/2017/ms-new-persepctives.ashx.

Pyenson, Bruce, *et al.*, "Real-World Analysis of Prescription Drug Use and Costs in Medicare Part D", *Milliman Client Report*, April 5, 2017, available at https://www.milliman.com/-/media/milliman/importedfiles/uploadedfiles/insight/2017/ms-new-persepctives.ashx.

Rodriguez-Rincon, Daniela, *et al.*, "Exploring the Societal Burden of Multiple Sclerosis: A Study into the Non-Clinical Impact of the Disease, Including Changes with Progression," *RAND Corporation*, 2019, available at https://www.rand.org/pubs/research_reports/RR4262.html.

Silva, P, "Treatment Options for Multiple Sclerosis", *National Multiple Sclerosis News Today*, April 8, 2022, available at https://multiplesclerosisnewstoday.com/multiple-sclerosis-treatment/.

Social Security Administration, "Extra Help with Medicare Prescription Drug Plan Costs," available at https://www.ssa.gov/benefits/medicare/prescriptionhelp.html.

The Assistance Fund, "Apply," *TAFcares.org*, 2022, available at https://enroll.tafcares.org./.

U.S. Department of Health and Human Services Office of the Inspector General, "Re: OIG Advisory Opinion No. 02-13," *Advisory Opinion*, October 4, 2002, available at https://oig.hhs.gov/compliance/advisory-opinions/02-13/.

U.S. Department of Health and Human Services Office of the Inspector General, "Special Advisory Bulletin: Pharmaceutical Manufacturer Copayment Coupons," *OIG*, September 2014,

**CONFIDENTIAL**

available at https://oig.hhs.gov/documents/special-advisory-bulletins/878/SAB_Copayment_Coupons.pdf.

U.S. Department of Veterans Affairs, "Kurtzke Expanded Disability Status Scale," *Multiple Sclerosis Centers of Excellence*, last updated March 18, 2021, available at https://www.va.gov/MS/Professionals/diagnosis/Kurtzke_Expanded_Disability_Status_Scale.asp.

United States Census Bureau, "America's Families and Living Arrangements: 2012," 2012, available at https://www.census.gov/data/tables/2012/demo/families/cps-2012.html.

# EXHIBIT F

CONFIDENTIAL

# APPENDIX C

## Materials Considered

### COURT DOCUMENTS

Complaint, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.,* United States District Court, District of Massachusetts, Civil Action No. 20-11548, August 18, 2020, and exhibits.

### Declarations

Declaration of Steve Alsene, February 3, 2023.

Declaration of Jay Simpson, February 7, 2023.

Declaration of Clorinda Walley, February 7, 2023.

### Depositions and Exhibits

Deposition of Dr. Leemore S. Dafny (Expert on behalf of Plaintiffs), January 11, 2023.

Deposition of Jan Jones (Former Vice President, Patient Services & Solutions at Teva), September 21, 2022.

Deposition of Dot Parker (Former Director of Continuous Improvement at Teva), November 15, 2022.

Deposition of Michael Sheehy (Senior Director of Meetings Management at Teva; Former Director, Brand Marketing for Copaxone at Teva), November 9, 2022.

### Expert Reports

Expert Report of Dr. Leemore S. Dafny, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.,* United States District Court, District of Massachusetts, Civil Action No. 20-11548, December 19, 2022.

Expert Report of Ian M. Dew and Supporting Materials, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.,* United States District Court, District of Massachusetts, Civil Action No. 20-11548, December 19, 2022.

Expert Report of Dr. Philip Ellis and Supporting Materials, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.,* United States District Court, District of Massachusetts, Civil Action No. 20-11548, December 19, 2022.

Expert Report of Dr. Anupam B. Jena, MD, Ph.D., February 10, 2023, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548.

CONFIDENTIAL

Expert Report of John Russell, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc*., Civil Action No. 20-11548, February 10, 2023.

Expert Report of Dr. Daniel R. Wynn, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548, February 10, 2023.


**BATES STAMPED DOCUMENTS**

TAF_TEVA000234827 ("Multiple Sclerosis Incidental Medical Expenses Assistance Program – Job Aid," November 11, 2014)

Tev_001585 ("Services Agreement between Teva and Advanced Care Scripts," August 1, 2010)

Tev_001622 ("Service Agreement," September 1, 2010)

Tev_021847 ("Ensuring an integrated marketing strategy for Teva's MS franchise", February 23, 2011)

Tev_052957 ("RE: Free product program (COPAXONE)," email from Kari Hess to Mike Sheehy, April 13, 2016)

Tev_158972 ("RE: MAP flow chart & additional tops document," email from Jade Hall to Kristen Wright, November 11, 2014)

Tev_306102 ("Medicare Free Product Program for 40mg Copaxone," Nov-Dec 2016)

TEVA_US_PAP_00000011 ("Services Agreement between Teva and Advanced Care Scripts," March 5, 2007)

TEVA_US_PAP_01101434.xlsx ("Teva Copaxone Invoice data, CP Invoices & Rebates Credits," 2005-2018)


**DATA**

"Compilation of CDER NME and New Biologic Approvals 1985-2021.csv," *FDA*, available at https://www.fda.gov/media/135307/download.

"ChronCond County Bene Enrollment by Age 2011-2015.xlsx," *Centers for Medicare & Medicaid Services*, available at https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/Chronic-Conditions/Downloads/Beneficiary_Enrollment_Tables.zip.

"State Health Facts: Medicare Beneficiaries by Type of Entitlement," *Kaiser Family Foundation,* 2014, available at https://www.kff.org/medicare/state-indicator/distribution-of-medicare-beneficiaries-by-eligibility-category-2/?currentTimeframe=6&sortModel=%7B%22colId%22:%22Location%22,%22sort%22:%22asc%22%7D.

CONFIDENTIAL

"State Health Facts: Use of Inpatient Hospital Services in Traditional Medicare," *Kaiser Family Foundation,*2014, available at https://www.kff.org/medicare/state-indicator/medicare-service-use-hospital-inpatient-services/?currentTimeframe=6&sortModel=%7B%22colId%22:%22Location%22,%22sort%22:%22asc%22%7D.

U.S. Bureau of Economic Analysis, "Personal Consumption Expenditures: Services: Health Care (Chain-Type Price Index)", *Federal Reserve Bank of St. Louis*, January 26, 2023, available at https://fred.stlouisfed.org/series/DHLCRG3Q086SBEA.

## ACADEMIC PUBLICATIONS

### Books

Krugman, P., and R. Wells, "Essentials of Economics: 5th Edition," *Worth Publishers: New York*, 2019, pp. 142-143.

### Academic Articles

Acemoglu, D., et al., "Income and Health Spending: Evidence from Oil Price Shocks," *The Review of Economics and Statistics,* Vol. 95, No. 4, 2013, pp. 1079-1095.

Alexander, G. C., et al., "Patient-Physician Communication about Out-of-Pocket Costs," *Journal of the American Medical Association,* Vol. 290, No. 7, 2003, pp. 953–958.

Alexander, G. C., et al., "Physician Strategies to Reduce Patients' Out-of-Pocket Prescription Costs," *Archives of Internal Medicine,* Vol. 165, No. 6, 2005, pp. 633–636.

Bebo, B., et al., "The Economic Burden of Multiple Sclerosis in the United States," *Neurology,* Vol. 98, No. 18, 2022, pp. e1810-e1817.

Bell, C., et al., "Development of Glatopa® (Glatiramer Acetate): The First FDA-Approved Generic Disease-Modifying Therapy for Relapsing Forms of Multiple Sclerosis," *Journal of Pharmacy Practice*, Vol. 31, No. 5, 2018, pp. 481-488.

Berger, J., et al., "How Drug Life-Cycle Management Patent Strategies May Impact Formulary Management," *American Journal of Managed Care*, Vol. 22, Suppl 16, 2017, pp. S487-S495.

Blackstone, E. A. and P. F. Joseph, "The Economics of Biosimilars," *American Health & Drug Benefits*, Vol. 6, No. 8, 2013, pp. 469-478.

Blanchard, J., et al., "The Relationship Between Emergency Department Use and Cost-Related Medication Nonadherence Among Medicare Beneficiaries," *Annals of Emergency Medicine*, Vol. 62. No. 5, 2013, pp. 475-485.

Brot-Goldberg, Z., et al., "What does a Deductible Do? The Impact of Cost-Sharing on Health Care Prices, Quantities, and Spending Dynamics," *The Quarterly Journal of Economics*, Vol. 132, No. 3, 2017, pp. 1261-1318.

CONFIDENTIAL

Brouwer, E., et al., "Characterizing Patient Assistance Program Use and Patient Responsiveness to Specialty Drug Price for Multiple Sclerosis in a Mid-Size Integrated Health System" *Journal of Managed Care and Specialty Pharmacy,* Vol. 27, No. 6, 2021, pp. 732-742.

Capkun, G., et al., "Mortality and Comorbidities in Patients with Multiple Sclerosis Compared with a Population Without Multiple Sclerosis: An Observational Study Using the US Department of Defense Administrative Claims Database," *Multiple Sclerosis and Related Disorders,* Vol. 4, No. 6, 2015, pp. 546-554.

Carrera, M., et al., "Do Physicians Respond to the Costs and Cost-Sensitivity of Their Patients?" *American Economic Journal: Economic Policy*, Vol. 10, No. 1, 2018, pp. 113–152.

Chandra, A. and D. O. Staiger, "Identifying Sources of Inefficiency in Healthcare," *The Quarterly Journal of Economics*, Vol. 135, No. 2, 2020, pp. 785-843.

Chandra, A., and J. Skinner, "Technology Growth and Expenditure Growth in Health Care," *Journal of Economic Literature*, Vol. 50, No. 3, 2012, pp. 645-80.

Chandra, A., et al ., "Addressing the Challenge of Gray-Zone Medicine," *The New England Journal of Medicine,* Vol. 372, No 3, 2015, pp. 203-205.

Chandra, A., et al., "Patient Cost-sharing in Low Income Populations," *American Economic Review*, Vol. 100. No. 2, 2010, pp. 303-308.

Chandra, A., et al., "The Health Costs of Cost-Sharing," Working Paper 28439, *National Bureau of Economic Research*, 2021.

Chandra, A., et al., "Patient Cost-Sharing and Hospitalization Offsets in the Elderly," *American Economic Review*, Vol. 100, No.1, 2010, pp. 193-213.

Cisternas, M., et al., "Health Care Resource Utilization and Disease Modifying Treatment Used in Multiple Sclerosis Patients by Age and Insurance Type," *Current Medical Research and Opinion*, Vol. 37, No.4, 2021, pp. 597-604.

Comi, G., et al., "Effect of Glatiramer Acetate on Conversion to Clinically Definite Multiple Sclerosis in Patients with Clinically Isolated Syndrome (PreCISe Study): A Randomised, Double-Blind, Placebo-Controlled Trial," *Lancet*, Vol. 374, No. 9700, October 2009, pp. 1503-1511.

Dafny, L, et al., "How Do Copayment Coupons Affect Branded Drug Prices and Quantities Purchased?" *National Bureau of Economic Research*, Working Paper 29735, 2022.

Dafny, L, et al., "When Discounts Raise Costs: The Effect of Copay Coupons on Generic Utilization," *American Economic Journal: Economic Policy*, Vol. 9, No.2, 2017, pp. 91-123.

Dai, D., et al., "Patterns of Comorbidity and Multimorbidity Among Patients with Multiple Sclerosis in a Large US Commercially Insured and Medicare Advantage Population," *Journal of Health Economics and Outcomes Research,* Vol. 9, No.2, 2022, pp. 125-133.

Dimasi, J., et al., "Innovation in the Pharmaceutical Industry: New Estimate of R&D Costs," *Journal of Health Economics*, Vol. 20, No. 33, 2016, pp. 20-33.

Dor, A., et al., "Cost-sharing, Benefit Design, and Adherence: The Case of Multiple Sclerosis," *Advances in Health Economics and Health Services Research,* Vol. 22, 2010, pp 175-193.

CONFIDENTIAL

Doshi, J. A., et al., "Impact of Cost Sharing on Specialty Drug Utilization and Outcomes: a Review of the Evidence and Future Directions." *The American Journal of Managed Care*, Vol. 22, No. 3, 2016, pp.188-97.

Dusetzina, S. B., et al., "Many Medicare Beneficiaries Do Not Fill High-Price Specialty Drug Prescriptions," *Health Affairs*, Vol. 41, No. 4, 2022, pp. 487–496.

Eaddy, M. T., et al., "How Patient Cost-Sharing Trends Affect Adherence and Outcomes," *P & T*, Vol. 37, No.1, 2012, pp. 45-55.

Einav, L., et al., "Private Provision of Social Insurance: Drug-Specific Price Elasticities and Cost Sharing in Medicare Part D," *American Economic Journal: Economic Policy,* Vol. 10, No. 3, 2018, pp. 122-153.

Ernst, F., et al., "Analysis of Diagnosis Associated with Multiple Sclerosis-Related In-Hospital Mortality Using the Premier Hospital Database," *International Journal of MS Care,* Vol.18, No. 3, 2016, pp. 154-161.

Gaspar, R. S., et al., "Non-biological Complex Drugs (NBCDs): Complex Pharmaceuticals in Need of Individual Robust Clinical Assessment Before Any Therapeutic Equivalence Decision," *Frontiers in Medicine*, Vol. 7, 2020.

Giovannon, G., et al., "Brain Health: Time Matters in Multiple Sclerosis", *Multiple Sclerosis and Related Disorders*, Vol. 9, Suppl 1, 2016, pp. S5-S48.

Gleason, P. P., et al., "Association of Prescription Abandonment with Cost share for High-cost Specialty Pharmacy Medications," *Journal of Managed Care Pharmacy*, Vol. 15, No. 8, 2009, pp.648-658.

Goldman D. P., et al., "Benefit Design and Specialty Drug Use," *Health Affairs*, Vol. 25, No. 5, 2006, pp. 1319-1331.

Grabowski, H., et al., "Continuing Trends in U.S. Brand-name and Generic Drug Competition," *Journal of Medical Economics*, Vol. 24, No. 1, August 2, 2021, pp. 908-917.

Hartung, D. M., et al., "Closing the Part D Coverage Gap and Out-of-Pocket Costs for Multiple Sclerosis Drugs," *Neurology Clinical Practice,* Vol. 11, No. 4, 2021, pp. 298-303.

Hartung, D. M., et al., "The Effect of Out-Of-Pocket Costs on Initiation of Disease-Modifying Therapies Among Medicare Beneficiaries with Multiple Sclerosis," Multiple Sclerosis and Related Disorders, Vol. 46, No. 102554, 2020.

Hartung, D. M., et al., "The Cost of Multiple Sclerosis Drugs in the US and the Pharmaceutical Industry: Too Big to Fail?", *Neurology*, 2015, Vol. 84, No. 21, pp. 2185-2192.

Kakani, P., et al., "Rebates in the Pharmaceutical Industry: Evidence from Medicines Sold in Retail Pharmacies," *National Bureau of Economic Research*, Working Paper 26846, 2020.

Kakani, P., et al., "The Contribution of Price Growth to Pharmaceutical Revenue Growth in the United States: Evidence from Medicines Sold in Retail Pharmacies," *Journal of Health Politics, Policy and Law,* Vol. 47, No. 6, 2022, pp. 629-648.

Kang, S., et al., "Financial Eligibility Criteria and Medication Coverage for Independent Charity Patient Assistance Programs," *Journal of the American Medical Association*, Vol. 322, No. 5, 2019, pp. 422-429.

CONFIDENTIAL

Khan, O., et al., "Three Times Weekly Glatiramer Acetate in Relapsing-Remitting Multiple Sclerosis," *Annals of Neurology* , Vol. 73, No. 6, 2013, pp. 705-713.

Kim, Y. A., et al., "Retrospective Evaluation of the Impact of Copayment Increases for Specialty Medications on Adherence and Persistence in an Integrated Health Maintenance Organization System," *Clinical Therapeutics*, Vol. 33, No. 5, 2011, pp. 598-607.

Lafata J. E., et al., "Measuring Adherence and Persistence to Disease-Modifying Agents among Patients with Relapsing Remitting Multiple Sclerosis," *Journal of the American Pharmacists Association*, Vol. 48, No. 6, 2008, pp. 752-757.

Li, P., et al., "Disease-Modifying Therapy Adherence and Associated Factors in a National Sample of Medicare Patients with Multiple Sclerosis," *Value in Health,* Vol. 23, No.3, 2020, pp.328-334.

Li, P., et al., "Impact of Cost-Sharing Increases on Continuity of Specialty Drug Use: A Quasi-Experimental Study," *Health Services Research*, Vol. 53, Suppl 1, 2018, pp. 2735-2757.

Lloyd, J. T., et al., "How Much Does Medication Nonadherence Cost the Medicare Fee-for-Service Program?" *Medical Care*, Vol. 57, No. 3, 2019, pp. 218-224.

Mikol, D.D., et al., "Comparison of Subcutaneous Interferon Beta-1a with Glatiramer Acetate in Patients with Relapsing Multiple Sclerosis (The REbif vs. Glatiramer Acetate in Relapsing MS Disease [REGARD] Study): A Multicentre, Randomized, Parallel, Open-Label Trial," *Lancet Neurology* , Vol. 7, No. 10, 2008, pp. 903-914.

Mojtabai, R. and M. Olfson, "Medication Costs, Adherence, And Health Outcomes Among Medicare Beneficiaries," *Health Affairs*, Vol. 22, No. 4, 2003, pp. 220-229.

Neslin, S. A., "A Market Response Model for Coupon Promotions," *Marketing Science*, Vol. 9, No. 2, 1990, pp. 125–145.

O'Connor, P., et al., "250 µg or 500 µg Interferon Beta-1b Versus 20 mg Glatiramer Acetate in Relapsing-Remitting Multiple Sclerosis: A Prospective, Randomized, Multicentre Study," *Lancet Neurology* , Vol. 8, No. 10, 2009, pp. 889-897.

Ozminkowski, R. J., et al., "The Use of Disease Modifying New Drugs for Multiple Sclerosis Treatment in Private-sector Health Plans," *Clinical Therapeutics*, Vol. 26, No. 8, 2004, pp. 1341-1354.

Palmer L., et al., "Impact of Patient Cost Sharing on Multiple Sclerosis Treatment," *American Journal of Pharmacy Benefits*, Vol. 4, No. 6, 2012, pp. SP28-SP36.

Pasquier, D., et al., "Immunological Mechanism of Action and Clinical Profile of Disease-Modifying Treatments in Multiple Sclerosis," *CNS Drugs*, Vol. 28, No. 6, 2014, pp. 535-558.

Pham, H., et al., "Physician Consideration of Patients' Out-of-Pocket Costs in Making Common Clinical Decisions," *Archives of Internal Medicine,* Vol. 167, No. 7, 2007, pp. 663–668.

Pozniak, A., et al., "Change in Perceived Health Insurance Coverage Among People with Multiple Sclerosis," *International Journal of MS Care*, Vol. 16, No. 3, 2014, pp. 132-139.

Ringel, J. S., "The Elasticity of Demand for Health Care A Review of the Literature and Its Application to the Military Health System," *RAND Corporation,* 2002, pp. 29-32.

CONFIDENTIAL

Rome, B., et al., "Association of California's Prescription Drug Coupon Ban with Generic Drug Use," *JAMA,* Vol 325, No. 23,2021, pp. 2399-2402.

Romley, J., et al., "Cost Sharing and Initiation of Disease-Modifying Therapy for Multiple Sclerosis," *The American journal of managed care*, Vol. 18, NO. 8, 2012, pp. 460-464.

Ross, J. S., "Therapeutic Substitution—Should It Be Systematic or Automatic?" *JAMA Internal Medicine,* Vol. 176, No. 6, 2016, pp. 776-777.

Sadigh, G., et al., "Patient-reported Financial Toxicity in Multiple Sclerosis: Predictors and Association with Non-adherence," *Multiple Sclerosis Journal,* Vol. 27, No. 3, 2020, pp. 453-464.

Sanchirico, M., et al., "Treatment Patterns, Healthcare Resource Utilization, and Costs Among Medicare Patients with Multiple Sclerosis in Relation to Disease-Modifying Therapy and Corticosteroid Treatment," *Neurology and Therapy*, Vol. 8, No. 1,2019, pp. 121-133.

Simoni-Wastila, L., et al., "Association of Chronic Obstructive Pulmonary Disease Maintenance Medication Adherence With All-Cause Hospitalization and Spending in a Medicare Population," *The American Journal of Geriatric Pharmacotherapy*, Vol. 10, No. 3, 2012, pp. 201-210.

Starner, C. I., et al., "Specialty Drug Coupons Lower Out-of-Pocket Costs and May Improve Adherence at the Risk of Increasing Premiums," Health Affairs, Vol. 33, No. 10, 2014, pp. 1761–1769.

Steinman, M. A., et al., "What's in a Name? Use of Brand versus Generic Drug Names in United States Outpatient Practice," *Journal of General Internal Medicine,* Vol 22, No. 5, 2007, pp. 645-648.

Tan, H., et al., "Impact of Adherence to Disease-Modifying Therapies on Clinical and Economic Outcomes among Patients with Multiple Sclerosis," *Advances in Therapy*, Vol. 28, No. 1,  2011, pp. 51-61.

Wang, G., et al., "Health Insurance Affects the Use of Disease-modifying Therapy in Multiple Sclerosis," *Neurology*, Vol. 87, No. 4, 2016, pp.365-374.

Wynn, D. R., "Enduring Clinical Value of Copaxone® (Glatiramer Acetate) in Multiple Sclerosis after 20 Years of Use," *Multiple Sclerosis International*, 2019.

Yermakov, S., et al., "Impact of Increasing Adherence to Disease-modifying Therapies on Healthcare Resource Utilization and Direct Medical and Indirect Work Loss Costs for Patients with Multiple Sclerosis," *Journal of Medical Economics*, Vol. 18, No. 9, 2015, pp. 711-720.

Zafar, S. Y., et al., "Transparency of Industry-Sponsored Oncology Patient Financial Assistance Programs Using a Patient-Centered Approach," *Journal of Oncology Practice,* Vol. 13, No. 3, 10, 2017, pp. e240-e248.

**PUBLICLY AVAILABLE SOURCES**

**Form 20-F**

Teva's Form 20-F (2006)

Teva's Form 20-F (2007)

CONFIDENTIAL

Teva's Form 20-F (2008)

Teva's Form 20-F (2009)

Teva's Form 20-F (2010)

Teva's Form 20-F (2011)

Teva's Form 20-F (2012)

Teva's Form 20-F (2013)

Teva's Form 20-F (2014)

Teva's Form 20-F (2015)

Teva's Form 20-F (2016)

Teva's Form 20-F (2017)

Teva's Form 20-F (2018)


**Form 990**

Chronic Disease Fund, Inc., IRS Form 990, FY 2015.

Chronic Disease Fund, Inc., IRS Form 990, FY 2017.

The Assistance Fund, Inc., IRS Form 990, FY 2015.

The Assistance Fund, Inc., IRS Form 990, FY 2017.


**Websites**

"2013 Medicare Part D Low-Income Subsidy (LIS) Income and Resource Standards," *Centers for Medicare & Medicaid Services*, February 14, 2013, available at https://www.hhs.gov/guidance/sites/default/files/hhs-guidance-documents/2013%20lis%20income%20and%20resources-20130205_2.pdf.

"2013 Poverty Guidelines," *ASPE.HHS.Gov*, available at https://aspe.hhs.gov/2013-poverty-guidelines.

"2015 Resource and Cost-Sharing Limits for Low-Income Subsidy (LIS)," *Centers for Medicare & Medicaid Services,* November 21, 2014, available at https://www.hhs.gov/guidance/sites/default/files/hhs-guidance-documents/2015lisassetlevelsmemo_79.pdf.

"Abbreviated New Drug Application (ANDA)," *FDA,* December 16, 2022, available at https://www.fda.gov/drugs/types-applications/abbreviated-new-drug-application-anda.

"About CDEK," *Long Island University*, available at http://www.cdek.liu.edu/about/.

"America's Biggest Charitable Giving: $5.7 Billion in Patient Assistance Programs," *Patients Rising Now*, November 13, 2019, available at https://patientsrisingnow.org/patient-assistance-programs-biggest-charity/.

CONFIDENTIAL

"An Overview of the Medicare Part D Prescription Drug Benefit," *Kaiser Family Foundation,* October 19, 2022, available at https://www.kff.org/medicare/fact-sheet/an-overview-of-the-medicare-part-d-prescription-drug-benefit/#.

"Apply for Assistance," *Good Days*, available at https://www.mygooddays.org/apply.

"Apply," *The Assistance Fund,* available at https://enroll.tafcares.org/.

"Background Information: List of Licensed Biological Products with Reference Product Exclusivity and Biosimilarity or Interchangeability Evaluations (Purple Book)," *FDA*, August 3, 2020, available at https://www.fda.gov/drugs/biosimilars/background-information-list-licensed-biological-products-reference-product-exclusivity-and.

"Biologics and Biosimilars: Background and Key Issues," *Congressional Research Service,* June 6, 2019, available at https://sgp.fas.org/crs/misc/R44620.pdf.

"CDER Breakthrough Therapy Designation Approvals," *FDA*, available at https://www.fda.gov/media/95302/download.

"CDER Drug and Biologic Accelerated Approvals Based on a Surrogate Endpoint," *FDA*, available at https://www.fda.gov/media/151146/download.

"CDER Fast Track Designation Approvals," *FDA*, available at https://www.fda.gov/media/161333/download.

"Clinical Drug Experience Knowledgebase, Teva," *Long Island University*, http://www.cdek.liu.edu/org/4177.

"Co-pay Cards FAQs," *NeedyMeds*, available at https://www.needymeds.org/copay-cards-faqs.

"Co-pay Cards FAQs," *NeedyMeds*, available at https://www.needymeds.org/copay-cards-faqs.

"Coupons and Co-Pay Assistance," *Prescription Process*, available at http://prescriptionprocess.com/know-the-facts/coupons-and-co-pay-assistance-2/.

"CPI Inflation Calculator," *U.S. Bureau of Labor Statistics,* available at https://www.bls.gov/data/inflation_calculator.htm.

"Disease-Modifying Therapies for MS," *National Multiple Sclerosis Society,* March 2022, available at https://nms2cdn.azureedge.net/cmssite/nationalmssociety/media/msnationalfiles/brochures/brochure-the-ms-disease-modifying-medications.pdf.

"Do I Qualify," *Teva Pharmaceutical,* available at https://www.tevacares.org/doiqualify.

"Drug Prices: The Role of Patents and Regulatory Exclusivities," *Congressional Research Service,* February 10, 2021, available at https://sgp.fas.org/crs/misc/R46679.pdf.

"Drug Trials Snapshots: Zinbryta," *FDA*, available at https://www.fda.gov/drugs/drug-approvals-and-databases/drug-trials-snapshots-zinbryta.

"Drugs@FDA: FDA-Approved Drugs", *FDA*, available at https://www.accessdata.fda.gov/scripts/cder/daf/.

CONFIDENTIAL

"Fast Track, Breakthrough Therapy, Accelerated Approval, Priority Review," *FDA*, available at https://www.fda.gov/patients/learn-about-drug-and-device-approvals/fast-track-breakthrough-therapy-accelerated-approval-priority-review.

"FDA Approves Lemtrada™ (alemtuzumab) for Relapsing MS - UPDATE," *National Multiple Sclerosis Society*, available at https://www.nationalmssociety.org/About-the-Society/News/FDA-Approves-Lemtrada%E2%84%A2-(alemtuzumab)-for-Relapsing.

"Final Evidence Report – DMTs for RRMS and PPMS," *Institute for Clinical and Economic Review*, March 6, 2017, available at https://icer.org/wp-content/uploads/2020/10/CTAF_MS_Final_Report_030617.pdf.

"Financial Solutions," *Teva Neuroscience,* available at https://www.copaxonehcp.com/tevas-shared-solutions/financial-solutions.

"Frequently Asked Questions on Patents and Exclusivity," *FDA*, February 5, 2020, available at https://www.fda.gov/drugs/development-approval-process-drugs/frequently-asked-questions-patents-and-exclusivity.

"Generic Aubagio Availability," *Drugs.com*, available at https://www.drugs.com/availability/generic-aubagio.html.

 "Generic Copaxone Availability," *Drugs.com*, available at https://www.drugs.com/availability/generic-copaxone.html.

"Generic Gilenya Availability," *Drugs.com*, available at https://www.drugs.com/availability/generic-gilenya.html.

"Generic Tecfidera Availability," *Drugs.com*, available at https://www.drugs.com/availability/generic-tecfidera.html.

"Health Insurance Coverage in the United States: 2014," *Census.gov*, 2015, available at https://www.census.gov/library/publications/2015/demo/p60-253.html.

"Help with Drug Costs," *Medicare.gov,* available at https://www.medicare.gov/basics/costs/help/drug-costs.

"Improving Public Access to Aggregate Content of ClinicalTrials.gov," *Clinical Trials Transformation Initiative*, available at https://aact.ctti-clinicaltrials.org/.

"Making Sense of Copay Cards," *Optum*, 2002, available at https://www.optum.com/business/resources/library/managing-copay-cards.html.

"Mechanism of Action," *National Cancer Institute*, https://www.cancer.gov/publications/dictionaries/cancer-terms/def/mechanism-of-action.

"Medicare Beneficiaries at a Glance," *CMS.gov*, 2021, available at https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/Beneficiary-Snapshot/Bene_Snapshot.

"Medicare Part D – Direct and Indirect Remuneration (DIR)," *CMS.gov*, January 19, 2017, available at https://www.cms.gov/newsroom/fact-sheets/medicare-part-d-direct-and-indirect-remuneration-dir.

CONFIDENTIAL

"Medicare," *National Multiple Sclerosis Society*, available at https://www.nationalmssociety.org/Living-Well-With-MS/Work-and-Home/Insurance-and-Financial-Information/Health-Insurance/Medicare.

"Medications," *National Multiple Sclerosis Society,* available at https://www.nationalmssociety.org/Treating-MS/Medications#.

"Multiple Sclerosis Copay Assistance Program," *The Assistance Fund*, available at https://enroll.tafcares.org/TAF_ProgramInformation?Id=HU0BoRvAJP2Aa%2FW%2B9a%2Fdi%2FMPWGyqTsL5KC%2BuWx9swUmaktAnfQYOiTQ1L56wP5v5.

"Multiple Sclerosis Medications and Interventions," *U.S. Department of Veterans Affairs,* April 29, 2022, available at https://www.va.gov/ms/professionals/medications/index.asp.

"New Drug Application (NDA)," *FDA,* January 21, 2022, https://www.fda.gov/drugs/types-applications/new-drug-application-nda.

"Original Medicare (Part A and B) Eligibility and Enrollment," *Centers for Medicare & Medicaid Services*, available at https://www.cms.gov/Medicare/Eligibility-and-Enrollment/OrigMedicarePartABEligEnrol.

"PACE Program – Prescription Assistance," *Pennsylvania Department of Aging*, 2022, available at https://www.aging.pa.gov/aging-services/prescriptions/Pages/default.aspx#.

"Paragraph IV Drug Product Applications: Generic Drug Patent Challenge Notifications," *FDA*, April 20, 2021, available at https://www.fda.gov/drugs/abbreviated-new-drug-application-anda/paragraph-iv-drug-product-applications-generic-drug-patent-challenge-notifications.

"Patent Certifications and Suitability Petitions," *FDA*, January 13, 2023, available at https://www.fda.gov/drugs/abbreviated-new-drug-application-anda/patent-certifications-and-suitability-petitions.

"Patient Assistance Programs and Types of Assistance," *AssistRx*, available at https://www.assistrx.com/patient-assistance-programs-types-assistance/.

"Poll: Nearly 1 in 4 Americans Taking Prescription Drugs Say It's Difficult to Afford Their Medicines, including Larger Shares Among Those with Health Issues, with Low Incomes and Nearing Medicare Age," *Kaiser Family Foundation,* March 1, 2019, available at https://www.kff.org/health-costs/press-release/poll-nearly-1-in-4-americans-taking-prescription-drugs-say-its-difficult-to-afford-medicines-including-larger-shares-with-low-incomes/.

"Prescription Drug Discount Coupons and Patient Assistance Programs (PAPs)," *Congressional Research Service*, June 15, 2017, available at https://crsreports.congress.gov/product/pdf/R/R44264/5.

"Research and Development in the Pharmaceutical Industry," *Congressional Budget Office,* April 2021, available at www.cbo.gov/publication/57025.

"Restructuring Medicare Part D for the Era of Specialty Drugs," *Medicare Payment Advisory Commission (MedPAC),* June 2019, available at https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/jun19_ch2_medpac_reporttocongress_sec.pdf.

CONFIDENTIAL

"Senators Comment on IG Opinion on Pharmaceutical Manufacturer Patient Assistance Programs," *United States Senate Committee on Finance*, April 18, 2006, available at https://www.finance.senate.gov/chairmans-news/senators-comment-on-ig-opinion-on-pharmaceutical-manufacturer-patient-assistance-programs.

"Senior RX and Disability Rx Program," *Nevada Department of Health & Human Services Aging and Disability Services Division*, 2022, available at https://adsd.nv.gov/Programs/Seniors/SeniorRx/SrRxProg/.

"Silver health plan," *Healthcare.gov*, available at https://www.healthcare.gov/glossary/silver-health-plan/.

"Small Business Assistance: Frequently Asked Questions for New Drug Product Exclusivity," *FDA*, February 11, 2016, available at https://www.fda.gov/drugs/cder-small-business-industry-assistance-sbia/small-business-assistance-frequently-asked-questions-new-drug-product-exclusivity.

"Special Advisory Bulletin: Pharmaceutical Manufacturer Copayment Coupons," *U.S. Department of Health and Human Services Office of the Inspector General*, September 2014, available at https://oig.hhs.gov/documents/special-advisory-bulletins/878/SAB_Copayment_Coupons.pdf.

"Special Pharmaceutical Benefits Program," *Pennsylvania Department of Health*, 2022, available at https://www.health.pa.gov/topics/programs/HIV/Pages/Special-Pharmaceutical-Benefits.aspx.

"State Pharmaceutical Assistance Programs," *Medicare Rights Center*, 2020, available at https://www.medicareinteractive.org/pdf/SPAP-Chart.pdf.

"Teva Generics," *Teva,* available at https://www.tevausa.com/our-products/tevagenerics/.

"Teva Specialty & Biosimilar Pipeline," *Teva*, October 31, 2022, available at https://www.tevapharm.com/globalassets/tevapharm-vision-files/teva-specialty-and-biosim-pipeline-october-31-2022_tevapharm.pdf.

"Teva to Acquire CoGenesys," *Fierce Biotech*, January 22, 2018, available at https://www.fiercebiotech.com/biotech/teva-to-acquire-cogenesys.

"The Generic Drug Approval Process," *FDA*, March 17, 2022, available at https://www.fda.gov/drugs/news-events-human-drugs/generic-drug-approval-process.

"The History of Medicare," *National Academy of Social Insurance*, available at https://www.nasi.org/learn/medicare/the-history-of-medicare/.

"The Importance of Long-Term Treatment for Multiple Sclerosis," *Multiple Sclerosis Association of American*, available at https://mymsaa.org/ms-information/overview/long-term-treatment/.

"The Medicare Part D Prescription Drug Benefit," *Kaiser Family Foundation*, September 2016, available at https://canvas.brown.edu/courses/1071292/files/60750246/download?wrap=1.

"The Medicare Prescription Drug Program (Part D): Status Report," *Medicare Payment Advisory Commission (MedPAC)*, March 2019, available at https://www.medpac.gov/wp-content/uploads/import_data/scrape_files/docs/default-source/reports/mar19_medpac_ch14_sec.pdf.

CONFIDENTIAL

"Top 10 Generic Companies in the World in 2021 by Revenues," *GlobalData*, available at https://www.globaldata.com/companies/top-companies-by-sector/healthcare/global-generic-companies-by-revenue.

"Understanding MS," *National Multiple Sclerosis Society*, available at https://www.nationalmssociety.org/What-is-MS/MS-FAQ-s.

"What is MS?" *National Multiple Sclerosis Society*, available at https://www.nationalmssociety.org/What-is-MS.

"What's Medicare?" *Medicare.gov,* available at https://www.medicare.gov/what-medicare-covers/your-medicare-coverage-choices/whats-medicare.

"Who Gets Multiple Sclerosis? Epidemiology of MS," *National Multiple Sclerosis Society*, available at https://www.nationalmssociety.org/What-is-MS/Who-Gets-MS.

"Women Living With Multiple Sclerosis," *National MS Society*, available at https://www.nationalmssociety.org/What-is-MS/Who-Gets-MS/Women-with-MS.

American Academy of Neurology, "Practice guideline recommendations summary: Disease-modifying therapies for adults with multiple sclerosis," *Neurology*, Vol. 90, No. 17, 2018, pp. 777-788, available at https://n.neurology.org/content/neurology/90/17/777.full.pdf.

Behring, S., "Medicare: How Did It Begin and How Has It Changed?" *Healthline*, February 23, 2021, available at https://www.healthline.com/health/medicare/medicare-history.

Bipartisan Letter from Members of Congress to Tom Price (former Secretary of Health and Human Services), May 31, 2017, available at https://s3.amazonaws.com/assets.fiercemarkets.net/public/004-Healthcare/external_Q22017/Cramer_letter.pdf.

Buttorff, C., et al., "Multiple Chronic Conditions in the United States," *Rand Corporation*, 2017, available at https://www.rand.org/pubs/tools/TL221.html.

Carroll, A. E., "What's Wrong With Health Insurance? Deductibles Are Ridiculous, for Starters." *The New York Times*, July 7, 2022, available at https://www.nytimes.com/2022/07/07/opinion/medical-debt-health-care-cost.html.

Chen, Y., et al., "An inflection point for biosimilars," *McKinsey & Company*, June 7, 2021, available at https://www.mckinsey.com/industries/life-sciences/our-insights/an-inflection-point-for-biosimilars.

Conner, J. B., et al., "Copaxone® in the Era of Biosimilars and Nanosimilars," *Nanoparticles, Imaging, Therapy, and Clinical Applications*, 2016, available at https://d1jxr8mzr163g2.cloudfront.net/ee99425e-f9e3-4114-8f37-a86322f04047/db487d55-ed45-40af-9afa-bd4b87e8c667.pdf.

Cubanski, J., and A. Damico, "Key Facts About Medicare Part D Enrollment and Costs in 2022," *Kaiser Family Foundation*, August 17, 2022, available at https://www.kff.org/medicare/issue-brief/key-facts-about-medicare-part-d-enrollment-and-costs-in-2022/.

Cubanski, J., et al., "Closing the Medicare Part D Coverage Gap: Trends, Recent Changes, and What's Ahead," *Kaiser Family Foundation*, August 21, 2018, available at https://www.kff.org/medicare/issue-brief/closing-the-medicare-part-d-coverage-gap-trends-recent-changes-and-whats-ahead/.

CONFIDENTIAL

Cubanski, J., et al., "Explaining the Prescription Drug Provisions in the Inflation Reduction Act," *Kaiser Family Foundation*, September 22, 2022, available at https://www.kff.org/medicare/issue-brief/explaining-the-prescription-drug-provisions-in-the-inflation-reduction-act.

Cubanski, J., et al., "How Many Medicare Part D Enrollees Had High Out-of-Pocket Drug Costs in 2017?" *Kaiser Family Foundation*, June 21, 2019, available at https://www.kff.org/medicare/issue-brief/how-many-medicare-part-d-enrollees-had-high-out-of-pocket-drug-costs-in-2017/.

Cubanski, J., et al., "How Much Do Medicare Beneficiaries Spend Out of Pocket on Health Care?" *Kaiser Family Foundation*, November 4, 2019, available at https://www.kff.org/medicare/issue-brief/how-much-do-medicare-beneficiaries-spend-out-of-pocket-on-health-care.

Cubanski, J., et al., "The Out-of-Pocket Cost Burden for Specialty Drugs in Medicare Part D in 2019," *Kaiser Family Foundation*, February 1, 2019, available at https://files.kff.org/attachment/Issue-Brief-the-Out-of-Pocket-Cost-Burden-for-Specialty-Drugs-in-Medicare-Part-D-in-2019.

Davis, P. A., "Medigap: A Primer," *Congressional Research Service*, June 24, 2015, available at https://crsreports.congress.gov/product/pdf/R/R42745/14.

Dunleavy, K. et al., "The top 10 generic drug makers by 2021 revenue," *Fierce Pharma*, July 18, 2022, available at https://www.fiercepharma.com/pharma/top-10-generic-drugmakers-2021-revenue.

Ellis, R. R., "Mitoxantrone for Multiple Sclerosis (MS)," *WebMD*, May 2, 2022, available at https://www.webmd.com/multiple-sclerosis/mitoxantrone-multiple-sclerosis.

Grover, N., and S. Scheer, "Generic drugmakers Teva and Sandoz make major push to biosimilars," *Reuters*, November 22, 2022, available at https://www.reuters.com/business/healthcare-pharmaceuticals/generic-drugmakers-teva-sandoz-make-major-push-biosimilars-2022-11-22/.

Hoadley, J., et al., "Medicare Part D at Ten Years: The 2015 Marketplace and Key Trends, 2006-2015," *Kaiser Family Foundation,* October 5, 2015, available at https://files.kff.org/attachment/report-medicare-part-d-at-ten-years-the-2015-marketplace-and-key-trends-2006-2015.

Jacobson, G., et al., "Income and Assets of Medicare Beneficiaries," *Kaiser Family Foundation*, 2015, available at https://collections.nlm.nih.gov/master/borndig/101670663/issue-brief-income-and-assets-of-medicare-beneficiaries-2014-203.pdf.

Kenney, S., "Generics and Biosimilars Have Critical Differences," *Pharmacy Times,* October 28, 2021, available at https://www.pharmacytimes.com/view/generics-and-biosimilars-have-critical-differences.

Kesselheim, A. S., "Determinants of Market Exclusivity for Prescription Drugs in the United States," *Commonwealth Fund*, September 13, 2017, available at https://www.commonwealthfund.org/publications/journal-article/2017/sep/determinants-market-exclusivity-prescription-drugs-united.

Kirchhoff, S. M., "Medicare Part D Prescription Drug Benefit," *Congressional Research Service*, December 18, 2020, available at https://crsreports.congress.gov/product/pdf/R/R40611/19.

Koma, W., et al., "A Snapshot of Sources of Coverage Among Medicare Beneficiaries in 2018," *Kaiser Family Foundation*, March 23, 2021, available at https://www.kff.org/medicare/issue-brief/a-snapshot-of-sources-of-coverage-among-medicare-beneficiaries-in-2018/.

CONFIDENTIAL

Letter from Michael Leavitt (former secretary of Health and Human Services) to Billy Tauzin (president and CEO of the Pharmaceutical Research and Manufacturers of America), February 9, 2006, available at https://www.cms.gov/apps/files/factsheets/tauzin%20pap.pdf.

Mattingly, J., "Understanding Drug Pricing," *U.S. Pharmacist*, June 20, 2012, available at https://www.uspharmacist.com/article/understanding-drug-pricing.

Pyenson, B. and S. Tomicki, "Multiple Sclerosis: New Perspectives on the Patient Journey," *Milliman Client Report*, April 5, 2017, available at https://us.milliman.com/-/media/milliman/importedfiles/uploadedfiles/insight/2019/ms-patient-journey-2019.ashx.

Rice, C., "2015 Resource and Cost-Sharing Limits for Low-Income Subsidy (LIS)," *Centers for Medicare & Medicaid Services*, November 21, 2014, available at https://www.hhs.gov/guidance/sites/default/files/hhs-guidance-documents/2015lisassetlevelsmemo_76.pdf.

Rice, T., and K. A. Desmond, "Low Income Subsidies for the Medicare Prescription Drug Benefit: The Impact of the Asset Test," *Kaiser Family Foundation*, April 2005, available at https://www.kff.org/wp-content/uploads/2013/01/low-income-subsidies-for-the-medicare-prescription-drug-benefit-the-impact-of-the-asset-test-report.pdf.

Sachs, R. E., "Prescription Drug Affordability: A Bipartisan Goal?" *American Bar Association*, September 7, 2022, available at https://www.americanbar.org/groups/crsj/publications/human_rights_magazine_home/health-matters-in-elections/prescription-drug-affordability/.

Sandroff, R., "What Is Medicare Part D? What It Costs and Covers," *MedicareGuide*, February 7, 2022, available at https://medicareguide.com/medicare-part-d-124231.

Shah, V. P., "Non-Biological Complex Drugs," *Non Biological Complex Drugs Working Group*," available at https://www.fda.gov/media/125176/download.

Smith, C. H., "Why Are Prescription Drugs More Expensive in the U.S. than in Other Countries?" *GoodRx*, October 19, 2022, available at https://www.goodrx.com/healthcare-access/drug-cost-and-savings/why-are-prescription-drugs-more-expensive-in-the-us-than-in-other-countries.

Summer, L., et al., "The Medicare Part D Low-Income Subsidy Program Experience to Date and Policy Issues for Consideration," *Kaiser Family Foundation,* September 2010, available at https://www.kff.org/wp-content/uploads/2013/01/8094.pdf.

Tarazi, W., et al., "Prescription Drug Affordability among Medicare Beneficiaries," *ASPE Office of Health Policy*, January 19, 2022, available at https://aspe.hhs.gov/sites/default/files/documents/1e2879846aa54939c56efeec9c6f96f0/prescription-drug-affordability.pdf.

Tikkanen, R., et al., "International Health Care System Profiles Canada," *The Commonwealth Fund*, June 5, 2020, available at https://www.commonwealthfund.org/international-health-policy-center/countries/canada.

CONFIDENTIAL

U.S. Department of Health and Human Services Office of the Inspector General, "Publication of OIG Special Advisory Bulletin on Patient Assistance Programs for Medicare Part D Enrollees," *Federal Register*, November 22, 2005, available at https://www.hhs.gov/guidance/sites/default/files/hhs-guidance-documents/2006053221-hi-2005papspecialadvisorybulletin.pdf.

U.S. Department of Health and Human Services Office of the Inspector General, "Supplemental Special Advisory Bulletin: Independent Charity Patient Assistance Programs," *Federal Register*, May 30, 2014, available at https://www.govinfo.gov/content/pkg/FR-2014-05-30/pdf/2014-11769.pdf.

Van Nuys, K., et al. "A perspective on Prescription Drug Copayment Coupons," *USC Schaeffer*, February 2018, available at https://healthpolicy.usc.edu/wp-content/uploads/2018/02/2018.02_Prescription20Copay20Coupons20White20Paper_Final-2.pdf.

# EXHIBIT G

CONFIDENTIAL

**APPENDIX C**

**Materials Reviewed**

## <u>LEGAL DOCUMENTS</u>

Complaint, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548-FDS, D. Mass., August 18, 2020.

Expert Report of Dr. Leemore S. Dafny, Ph.D., December 19, 2022, *United States of America v. Teva Pharmaceuticals USA, Inc., and Teva Neuroscience, Inc.*, Civil Action No. 20-11548.

## <u>ACADEMIC ARTICLES</u>

A. Rae-Grant, G. S. Day, R. A. Marrie et al., "Practice guideline recommendations summary: Disease-modifying therapies for adults with multiple sclerosis: Report of the Guideline Development, Dissemination, and Implementation Subcommittee of the American Academy of Neurology," *Neurology*, vol. 90, no. 17, pp. 777–788, 2018.

Arnal-García, Carmen et al., "Long-term Effectiveness of Glatiramer Acetate in Clinical Practice Conditions," *Journal of Clinical Neuroscience*, Vol 21(12), 2014, pp 2212-8.

Boster, Aaron et al., "Efficacy, Safety, and Cost-Effectiveness of Glatiramer Acetate in The Treatment of Relapsing–Remitting Multiple Sclerosis," *Therapeutic Advances in Neurological Disorders*, Vol. 4(5), 2011, pp. 319-332.

C. Ford and Ladkani D., "Twenty years of continuous treatment of multiple sclerosis with glatiramer acetate 20 mg daily: Long-term clinical results of the US open-label extension study," in *Proceedings of the 29th Congress of the European Committee for Treatment and Research in Multiple Sclerosis and 18th Annual Conference of Rehabilitation in Multiple Sclerosis*, Copenhagen, Denmark, October 2013.

C. Ford, A. D. Goodman, K. Johnson et al., "Continuous long-term immunomodulatory therapy in relapsing multiple sclerosis: Results from the 15-year analysis of the US prospective open-label study of glatiramer acetate," *Multiple Sclerosis Journal*, vol. 16, no. 3, pp. 342–350, 2010.

C. Weber-Schoendorfer and C. Schaefer, "Multiple sclerosis, immunomodulators, and pregnancy outcome: A prospective observational study," *Multiple Sclerosis Journal*, vol. 15, no. 9, pp. 1037–1042, 2009.

D. D. Mikol, F. Barkhof, P. Chang et al., "Comparison of subcutaneous interferon beta-1a with glatiramer acetate in patients with relapsing multiple sclerosis (the REbif vs Glatiramer Acetate

in Relapsing MS Disease [REGARD] study): A multicentre, randomised, parallel, open-label trial," *The Lancet Neurology*, vol. 7, no. 10, pp. 903–914, 2008.

D. Ferraro, V. Camera, E. Baldi et al., "First-line disease-modifying drugs in relapsing–remitting multiple sclerosis: An Italian real-life multicenter study on persistence," *Current Medical Research and Opinion*, vol. 34, no. 10, pp. 1803–1807, 2018.

D. Mendes, C. Alves, and F. Batel-Marques, "Benefit-risk of therapies for relapsing-remitting multiple sclerosis: Testing the number needed to treat to benefit (NNTB), number needed to treat to harm (NNTH) and the likelihood to be helped or harmed (LHH): A systematic review and meta-analysis," *CNS Drugs*, vol. 30, no. 10, pp. 909–929, 2016.

E. Couto, V. Hamidi, T. Ringerike, J. Odgaard-Jensen, I. Har-boe, and M. Klemp, "Medicines used for multiple sclerosis—A health technology assessment," Norwegian Institute of Public Health, Oslo, 2016, https://www.ncbi.nlm.nih.gov/pubmed-health/PMH0098781/pdf/PubMedHealth PMH0098781.pdf.

G. Comi, M. P. Amato, A. Bertolotto et al., "The heritage of glatiramer acetate and its use in multiple sclerosis," *Multiple Sclerosis and Demyelinating Disorders*, vol. 1, no. 1, article 6, 2016.

G. Fenu, L. Lorefice, F. Frau, G. C. Coghe, M. G. Marrosu, and E. Cocco, "Induction and escalation therapies in multiple sclerosis," *Anti-Inflammatory & Anti-Allergy Agents in Medicinal Chemistry*, vol. 14, no. 1, pp. 26–34, 2015.

G. Giovannoni, H. Butzkueven, S. Dhib-Jalbut et al., "Brain health: Time matters in multiple sclerosis," *Multiple Sclerosis and Related Disorders*, vol. 9, pp. S5–S48, 2016.

G. Giovannoni, P. Brex, M. Sumra, E. Walters, and K. Schmierer, "Glatiramer acetate slows disability progression results from a 6-year analysis of the UK Risk Sharing Scheme," in *Proceedings of the 31st Congress of the European Committee for Treatment and Research in Multiple Sclerosis*, Barcelona, Spain, Abstract no. P1517, 2015.

H. J. Salminen, H. Leggett, and M. Boggild, "Glatiramer acetate exposure in pregnancy: Preliminary safety and birth outcomes," *Journal of Neurology*, vol. 257, no. 12, pp. 2020–2023, 2010.

H. L. Zwibel and J. Smrtka, "Improving quality of life in multiple sclerosis: An unmet need," *The American Journal of Managed Care*, vol. 17, pp. S139–S145, 2011.

I. Lazibat, B. Nevajda, G. Grahovac, and V. V. Brinar, "Should MS be treated by escalation or induction therapy?" *Collegium Antropologicum*, vol. 38, pp. 385–393, 2014; J. R. Corboy, B. G. Weinshenker, and D. M. Wingerchuk, "Comment on 2018 American Academy of Neurology guidelines on disease-modifying therapies in MS," *Neurology*, vol. 90, no. 24, pp. 1106–1112, 2018.

CONFIDENTIAL

I. Tramacere, C. Del Giovane, G. Salanti, R. D'Amico, and G. Filippini, "Immunomodulators and immunosuppressants for relapsing-remitting multiple sclerosis: A network meta-analysis," *Cochrane Database of Systematic Reviews*, vol. 2015, no. 9, Article ID CD011381, 2015.

Izquierdo, Guillermo et al., "Effectiveness of Glatiramer Acetate Compared to Other Multiple Sclerosis Therapies," *Brain and Behavior*, Vol.5(6), 2015, pp. e00337, 1-9.

J. Cohen, A. Belova, K. Selmaj et al., "Equivalence of generic glatiramer acetate in multiple sclerosis: A randomized clinical trial," *JAMA Neurology*, vol. 72, no. 12, pp. 1433–1441, 2015.

J. L. Jones, D. J. Scheidt, R. S. Kaushal, and C. A. Carroll, "Assessing the role of patient support services on adherence rates in patients using glatiramer acetate for relapsing-remitting multiple sclerosis," *Journal of Medical Economics*, vol. 16, no. 2, pp. 213–220, 2013.

J. M. Garcia-Dominguez, D. Muñoz, M. Comellas, I. Gonzalbo, L. Lizan, and C. Polanco Sanchez, "Patient preferences for treatment of multiple sclerosis with disease-modifying therapies: A discrete choice experiment," *Patient Preference and Adherence*, vol. 10, pp. 1945–1956, 2016.

J. S. Wolinsky, T. E. Borresen, D. W. Dietrich et al., "GLACIER: An open-label, randomized, multicenter study to assess the safety and tolerability of glatiramer acetate 40 mg three-times weekly versus 20 mg daily in patients with relapsing-remitting multiple sclerosis," *Multiple Sclerosis and Related Disorders*, vol. 4, no. 4, pp. 370–376, 2015.

K. A. Hanson, N. Agashivala, K. W. Wyrwich, K. Raimundo, E. Kim, and D. W. Brandes, "Treatment selection and experience in multiple sclerosis: Survey of neurologists," *Patient Preference and Adherence*, vol. 8, pp. 415–422, 2014.

K. Hellwig, A. Haghikia, M. Rockhoff, and R. Gold, "Multiple sclerosis and pregnancy: Experience from a nationwide database in Germany," *Therapeutic Advances in Neurological Disorders*, vol. 5, no. 5, pp. 247–253, 2012.

Kalincik, Tomas et al., "Comparative effectiveness of glatiramer acetate and interferon beta formulations in relapsing–remitting multiple sclerosis," *Multiple Sclerosis Journal*, Vol 21(9), 2015, pp 1159-1171.

L. La Mantia, C. Di Pietrantonj, M. Rovaris et al., "Interferons-beta versus glatiramer acetate for relapsing-remitting multiple sclerosis," *Cochrane Database of Systematic Reviews*, vol. 11, Article ID CD009333, 2016.

L. M. Metz, S. B. Patten, C. J. Archibald et al., "The effect of immunomodulatory treatment on multiple sclerosis fatigue," *Journal of Neurology, Neurosurgery, and Psychiatry*, vol. 75, pp. 1045–1047, 2004.

CONFIDENTIAL

L. Wilson, A. Loucks, C. Bui et al., "Patient centered decision making: Use of conjoint analysis to determine risk-benefit trade-offs for preference sensitive treatment choices," *Journal of the Neurological Sciences*, vol. 344, no. 1-2, pp. 80–87, 2014.

M. B. Bornstein, A. I. Miller, D. Teitelbaum, R. Arnon, and M. Sela, "Multiple sclerosis: Trial of a synthetic polypeptide," *Annals of Neurology*, vol. 11, no. 3, pp. 317–319, 1982.

M. Freidel, S. Ortler, A. Fuchs, S. Seibert, and K. Schuh, "Acceptance of the Extracare Program by beta interferon-treated patients with multiple sclerosis: Results of the EXPLORE study," *Journal of Neuroscience Nursing*, vol. 47, no. 1, pp. E31–E39, 2015.

M. Giannini, E. Portaccio, A. Ghezzi et al., "Pregnancy and fetal outcomes after glatiramer acetate exposure in patients with multiple sclerosis: A prospective observational multicentric study," *BMC Neurology*, vol. 12, article 124, 2012.

M. J. Lage, J. Castelli-Haley, and M. A. Oleen-Burkey, "Effect of immunomodulatory therapy and other factors on employment loss time in multiple sclerosis," *Work*, vol. 27, no. 2, pp. 143–151, 2006.

M. Rasenack and T. Derfuss, "Disease activity return after natalizumab cessation in multiple sclerosis," *Expert Review of Neurotherapeutics*, vol. 16, no. 5, pp. 587–594, 2016.

M. Sandberg-Wollheim, O. Neudorfer, A. Grinspan et al., "Pregnancy outcomes from the branded glatiramer acetate pregnancy database," *International Journal of MS Care*, vol. 20, no. 1, pp. 9–14, 2018.

Margolis, J.M., Fowler, R., Johnson, B.H. et al., "Disease-modifying drug initiation patterns in commercially insured multiple sclerosis patients: a retrospective cohort study," *BMC Neurol* 11, 122 (2011).

O. Abramsky, D. Teitelbaum, and R. Arnon, "Effect of a synthetic polypeptide (COP 1) on patients with multiple sclerosis and with acute disseminated encephalomyelitis. Preliminary report," *Journal of the Neurological Sciences*, vol. 31, no. 3, pp. 433–438, 1977.

O. Hadjimichael, T. Vollmer, M. Oleen-Burkey, and North American Research Committee on Multiple Sclerosis, "Fatigue characteristics in multiple sclerosis: The North American Research Committee on Multiple Sclerosis (NARCOMS) survey," *Health and Quality of Life Outcomes*, vol. 6, p. 100, 2008.

O. Khan, F. Bao, M. Shah et al., "Effect of disease-modifying therapies on brain volume in relapsing-remitting multiple sclerosis: Results of a five-year brain MRI study," *Journal of the Neurological Sciences*, vol. 312, no. 1-2, pp. 7–12, 2012.

**CONFIDENTIAL**

O. Khan, P. Rieckmann, A. Boyko, K. Selmaj, and R. Zivadinov, "Three times weekly glatiramer acetate in relapsing-remitting multiple sclerosis," *Annals of Neurology*, vol. 73, no. 6, pp. 705–713, 2013.

O. Neudorfer, P. Baruch, S. Pery, N. Ashtamker, S. Kolodny, and N. Gavrielov, "Effect of exposure to branded glatiramer acetate during pregnancy on rates of pregnancy loss," in *Proceedings of the 32nd Congress of the European Committee for Treatment and Research in Multiple Sclerosis and 21st Annual Conference of Rehabilitation in MS*, London, UK, Abstract no. P1226, 2016.

P. J. Jongen, D. Lehnick, E. Sanders et al., "Health-related quality of life in relapsing remitting multiple sclerosis patients during treatment with glatiramer acetate: A prospective, observational, international, multicentre study," *Health and Quality of Life Outcomes*, vol. 8, p. 133, 2010.

P. J. Jongen, D. Lehnick, J. Koeman et al., "Fatigue and health-related quality of life in relapsing-remitting multiple sclerosis after 2 years glatiramer acetate treatment are predicted by changes at 6 months: An observational multicenter study," *Journal of Neurology*, vol. 261, no. 8, pp. 1469–1476, 2014.

P. O'Connor, M. Filippi, B. Arnason et al., "250 g or 500 g interferon beta-1b versus 20 mg glatiramer acetate in relapsing-remitting multiple sclerosis: A prospective, randomised, multicentre study," *The Lancet Neurology*, vol. 8, no. 10, pp. 889–897, 2009.

P. Wicks, D. Brandes, J. Park, D. Liakhovitski, T. Koudinova, and R. Sasane, "Preferred features of oral treatments and predictors of non-adherence: Two web-based choice experiments in multiple sclerosis patients," *Interactive Journal of Medical Research*, vol. 4, no. 1, p. e6, 2015.

R. Haase, J. S. Kullmann, and T. Ziemssen, "Therapy satisfaction and adherence in patients with relapsing-remitting multiple sclerosis: The THEPA-MS survey," *Therapeutic Advances in Neurological Disorders*, vol. 9, no. 4, pp. 25–63, 2016.

R. Halpern, R. Wolbeck, C. Blauer-Peterson, Y. Wu, and S. Gandhi, "Adherence to glatiramer acetate 40 mg versus oral disease-modifying therapies for multiple sclerosis," *Value in Health*, vol. 18, no. 7, p. A766, 2015.

S. E. Hatcher, E. Waubant, B. Nourbakhsh, E. Crabtree-Hartman, and J. S. Graves, "Rebound syndrome in patients with multiple sclerosis after cessation of fingolimod treatment," *JAMA Neurology*, vol. 73, no. 7, pp. 790–794, 2016.

S. Herbstritt, A. Langer-Gould, M. Rockhoff et al., "Glatiramer acetate during early pregnancy: A prospective cohort study," *Multiple Sclerosis Journal*, vol. 22, no. 6, pp. 810–816, 2016.

CONFIDENTIAL

S. Zhornitsky, J. Greenfield, M. W. Koch et al., "Long-term persistence with injectable therapy in relapsing-remitting multiple sclerosis: An 18-year observational cohort study," *PLoS ONE*, vol. 10, no. 4, p. e0123824, 2015.

T. Ziemssen, J. Hoffman, R. Apfel, and S. Kern, "Effects of glatiramer acetate on fatigue and days of absence from work in first-time treated relapsing-remitting multiple sclerosis," *Health and Quality of Life Outcomes*, vol. 6, p. 67, 2008.

T. Ziemssen, N. Ashtamker, S. Rubinchick, V. Knappertz, and G. Comi, "Long-term safety and tolerability of glatiramer acetate 20 mg/ml in the treatment of relapsing forms of multiple sclerosis," *Expert Opinion on Drug Safety*, vol. 16, no. 2, pp. 247–255, 2017.

T. Ziemssen, O. A. Bajenaru, A. Carrá et al., "A 2-year observational study of patients with relapsing-remitting multiple sclerosis converting to glatiramer acetate from other disease-modifying therapies: The COPTIMIZE trial," *Journal of Neurology*, vol. 261, no. 11, pp. 2101–2111, 2014.

T. Ziemssen, P. Calabrese, I.-K. Penner, and R. Apfel, "Quali-COP: Real-world effectiveness, tolerability, and quality of life in patients with relapsing-remitting multiple sclerosis treated with glatiramer acetate, treatment-naive patients, and previously treated patients," *Journal of Neurology*, vol. 263, no. 4, pp. 784–791, 2016.

T. Ziemssen, U. Faude, and D. Fendji, "COPAXONE® active registry - documentation of efficacy, tolerability and quality of life in outpatients with relapsing remitting multiple sclerosis (RRMS) treated with glatiramer acetate," in *Proceedings of the 32nd Congress of the European Committee for Treatment and Research in Multiple Sclerosis and 21st Annual Conference of Rehabilitation in MS*, London, UK, Abstract no. P1218, 2016.

Tan H, Cai Q, Agarwal S, Stephenson JJ, Kamat S. "Impact of adherence to disease-modifying therapies on clinical and economic outcomes among patients with multiple sclerosis." *Adv Ther.* 2011;28(1):51–61.

Wolinsky, Jerry S. et al., "GLACIER: An open-label, randomized, multicenter study to assess the safety and tolerability of glatiramer acetate 40 mg three-times weekly versus 20 mg daily in patients with relapsing-remitting multiple sclerosis," *Multiple Sclerosis and Related Disorders*, Vol 4(4), 2015, pp 370–376.

Wynn, Daniel R., "Enduring Clinical Value of Copaxone® (Glatiramer Acetate) in Multiple Sclerosis after 20 Years of Use," *Multiple Sclerosis International*, Vol 2019(6), 2019.

Y. D. Fragoso, A. Finkelsztejn, D. R. Kaimen-Maciel et al., "Long-term use of glatiramer acetate by 11 pregnant women with multiple sclerosis: A retrospective, multicentre case series," *CNS Drugs*, vol. 24, no. 11, pp. 969–976, 2010.

CONFIDENTIAL

## PUBLICLY AVAILABLE SOURCES

Biogen Inc. "AVONEX safety and side effects," 2022, https://www.avonex.com/en_us/home/why-avonex/safety-and-side-effects.html.

Biogen Inc. "TECFIDERA® (dimethyl fumarate) delayed-release capsules, for oral use," 2022, https://www.tecfidera.com/content/dam/commercial/tecfidera/pat/en_us/pdf/full-prescribing-info.pdf.

Biogen Inc., "TYSABRI (natalizumab) injection, for intravenous use," 2021, https://www.tysabri.com/content/dam/commercial/tysabri/pat/en_us/pdf/tysabri_prescribing_information.pdf.

ClincialTrials.gov, "A Study to Assess Efficacy, Safety and Tolerability of Monthly Long-acting IM Injection of GA Depot in Subjects With RMS," https://www.clinicaltrials.gov/ct2/show/NCT04121221?cond=Multiple+Sclerosis&spons=mapi&draw=2&rank=1.

ClincialTrials.gov, "Safety and Efficacy of Monthly Long-acting IM Injection of 25mg or 40 mg GA Depot in Subejcts with PPMS", https://clinicaltrials.gov/ct2/show/NCT03362294?term=NCT03362294.

EMD Serono, Inc. "NOVANTRONE® MITOXANTRONE for injection concentrate," 2008, https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/019297s030s031lbl.pdf.

Genentech, Inc., "OCREVUS® (ocrelizumab) injection, for intravenous use," 2019, https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/761053s020lbl.pdf.

Genzyme Corporation, "AUBAGIO® (teriflunomide) tablets, for oral use," 2022, http://products.sanofi.us/aubagio/aubagio.pdf.

Genzyme Corporation, "LEMTRADA® (alemtuzumab) injection, for intravenous use," 2022, http://products.sanofi.us/Lemtrada/Lemtrada.pdf.

Mylan, "Glatiramer acetate, glatiramer acetate injection, solution," 2022, https://www.glatirameracetate.com.

Novartis, "GILENYA (fingolimod) capsules, for oral use," 2022, https://www.novartis.com/us-en/sites/novartis_us/files/gilenya.pdf.

Sandoz, "Glatopa is a generic version of COPAXONE® (glatiramer acetate injection) to treat relapsing-forms of multiple sclerosis" 2022, https://www.glatopa.com/about-glatopa/relapsing-ms-treatment/.

Teva Pharmaceuticals USA, Inc., "COPAXONE (glatiramer acetate) solution for subcutaneous injection," 2009, https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/020622s057lbl.pdf.