# EXHIBIT M

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HALMAN ALDUBI PROVIDENT AND PENSION FUNDS LTD., Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 2:20-cv-04660-KSM |
| Plaintiff, | Hon. Karen S. Marston |
| v. | |
| TEVA PHARMACEUTICALS INDUSTRIES LIMITED, et al., | |
| Defendants. | |

**DEFENDANT TEVA PHARMACEUTICALS INDUSTRIES LIMITED'S**
**RESPONSE AND OBJECTIONS TO PLAINTIFFS'**
**DEFECTIVE "FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS"**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of Pennsylvania, any order entered in or applicable to the above-referenced litigation (the "Action"), and any other applicable law or rule, Defendant Teva Pharmaceuticals Industries Limited ("Teva") submits this response and objection to plaintiffs' purported "Fourth Requests for Production of Documents'" ("Purported Requests"), without waiver of any objections or defenses that Teva asserts in this Response, previously has asserted, or hereafter may assert in this Action.

The Purported Requests are a procedurally defective nullity. They are categorically untimely and impermissibly seek documents from expert discovery in *United States v. Teva Pharmaceuticals USA, Inc. et al.*, C.A. No. 20-11548 (D. Mass.) ("DOJ Action") that plaintiffs have known to exist since at least April 2023 (when summary judgement motions were filed in the DOJ Action)—over two years prior to the May 2025 substantial completion of document

production in this case.[1]  *See Shih v. Petal Card, Inc.*, 2021 U.S. Dist. LEXIS 248530, at *9–10 (S.D.N.Y. Dec. 29, 2021) (denying request to compel response to RFPs served after substantial completion deadline where "plaintiff could have timely requested [the documents] well in advance of [the substantial completion deadline]").   The parties extensively negotiated and agreed on the scope of the DOJ-Action documents that Teva would produce to plaintiffs in this case in response to their prior requests for such documents,[2] including, among other things, an agreed time period from October 29, 2012 forward.[3]  With the exception of two documents that have already been produced, the documents sought in the Purported Requests fall squarely outside this agreed-upon scope.  Indeed, Teva completed its production pursuant to that agreement on April 7, 2025, and plaintiffs never asserted that there were any deficiencies in that production, let alone that the absence of any of the documents they now seek constituted such a deficiency.  Furthermore, the Purported Requests seek third-party and/or publicly available documents that were not produced by Teva in the DOJ Action, which Teva does not have in its possession, custody, or control, and which plaintiffs have in fact subpoenaed or otherwise requested from the third parties, including the Department of Justice.  Finally, to the extent the Purported Requests seek expert discovery,

---

[1] *See* Apr. 21, 2025 Ltr. from R. Killorin to Judge Marston at 2 ("[t]he parties have … reached agreement on the scope of remaining custodial document production, which Defendants are scheduled to substantially complete on May 9, 2025 …."); June 18, 2025 Order Staying Case for Settlement Discussions at 1 (ECF 138) ("document production is substantially complete").

[2] *See, e.g.*, May 27, 2022 Lead Plaintiff's Request for Production of Documents, Req. No. 1; Oct. 29, 2024 Lead Plaintiff's Second Request for Production of Documents, Req. No. 5.

[3] *See* Oct. 25, 2024 email from K. Lenahan to K. Donovan (confirming agreement on scope of Teva's production of documents from the DOJ Action from "October 29, 2012, forward"); March 23, 2025 email from M. Tuma to K. Lenahan (confirming Teva "will produce to you the documents produced during the investigation to the DOJ from October 29, 2012 through the end of the production period, exclusive of documents exclusively relating to drugs and charitable foundations and funds that are not at issue in this litigation (the 'DOJ Investigation Production')"); *see also* May 7, 2022 Lead Plaintiff's Request for Production of Documents to Defendant Teva Pharmaceuticals Industries Limited at 7 ("Unless otherwise indicated, the relevant period of each Request shall be from October 29, 2012, through the present ….").

**CONFIDENTIAL**

they are premature insofar as expert discovery does not commence in this action under the current scheduling order until February 13, 2026.[4] Defendants will provide any required expert discovery at the appropriate time.

By: WINSTON & STRAWN LLP

s/ James P. Smith
James P. Smith III (admitted *pro hac vice*)
Kerry C. Donovan (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
(212) 294-4700 (fax)
jpsmith@winston.com
kcdonovan@winston.com

Linda T. Coberly (admitted *pro hac vice*)
Daniel M. Blouin
WINSTON & STRAWN LLP
300 N. LaSalle Drive
Chicago, Illinois 60654
(312) 558-5600
(312) 558-5700 (fax)
DBlouin@winston.com
lcoberly@winston.com

Mathieu J. Shapiro
Melissa M. Blanco
OBERMAYER, REBMANN, MAXWELL &
HIPPEL, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
215-665-3014
215-665-3165 (fax)
mathieu.shapiro@obermayer.com

Dated:  December 17, 2025

*Attorneys for Defendants*

---

[4] Oct. 27, 2025 Order at 1 (ECF 140).

3

**CONFIDENTIAL**

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, I served the foregoing via e-mail on plaintiffs'

counsel as follows:

Timothy John Peter
Faruqi & Faruqi LLP
55 W. Monroe Street, Suite 3200
1617 John F. Kennedy Boulevard
Suite 1550
Philadelphia, PA, 19103
215-277-5770
Fax: 215-277-5771
Email: tpeter@faruquilaw.com

Robert W. Killorin
Faruqi & Faruqi LLP
3975 Roswell Rd Suite A
Atlanta, GA 30342
404-847-0617
Email: rkillorin@faruqilaw.com

James M. Wilson, Jr.
Faruqi & Faruqi LLP
685 Third Avenue, 26th Floor
New York, NY 10017
212-983-9330
Email: jwilson@farquilaw.com

                                    _s/ Kerry C. Donovan_____
                                    Kerry C. Donovan
                                    WINSTON & STRAWN LLP
                                    200 Park Avenue
                                    New York, NY 10166
                                    (212) 294-6700
                                    kcdonovan@winston.com

4

**CONFIDENTIAL**