**<u>Appendix of Documents Requested</u>**

**Materials relied on in Phillip Ellis's Report (DOJ Expert)**

1. 2016.09.09 TAF0462287.xlsx (this is listed in Ellis's report as produced by Teva)

2. 2016.09.18 TAF0678801.xlsx (this is listed in Ellis's report as produced by Teva)

3. TEVA_US_PAP_00318715.xls

4. TEVA_US_PAP_00533741.xls

5. TEVA_US_PAP_00535457.xls

6. TEVA_US_PAP_01038298.xls

7. TEVA_US_PAP_01101434.xlsx

8. Teva email dated November 7, 2022 concerning rebate data in TEVA_US_PAP_01101434.xlsx

**Materials relied on in Ian Dew's Report (DOJ Expert)**

9. TEV000001

10. TEVA_US_PAP_00197704

11. TEVA_US_PAP_00569169

12. TEVA_US_PAP_00652182

13. TEVA_US_PAP_01020865

**Materials relied on in Leemore Dafny's Report (DOJ Expert)**

14. TEVA_US_PAP_00056673

15. DLynch_PAP_00002350 (Plaintiff believes this was a document produced by Teva because Ms. Lynch was a Teva employee)

16. Tev_021826

17. Exhibits to the Deposition of Denise Lynch, June 11, 2019:

    a. Ex. #1 – List of donations to foundations 4/9/12 to 1/19/17 (provided by Teva)

b. Ex. #8 – Tev_021648-649: E-mail string ending with 10-26-10 Blanc e-mail to Lynch re: Numbers

c. Ex. #12 – Tev_167574: 12-10-10 Hensley e-mail to Lynch re: 2802

d. Ex. #13 – Tev_167522: 12-14-10 Hensley e-mail to Lynch re: The Fund

e. Ex. #15 – Tev_021803: 12-29-10 Ross e-mail to Lynch re: Funding for 2011

f. Ex. #20 – Tev_025588-589: E-mail string ending with 3-29-11 Lynch e-mail to Blanc re: Numbers

g. Ex. #22 – Tev_025736: E-mail string ending with Lynch 6-30-11 e-mail to Clark re: Assistance Fund – Additional Funding on 6/30

h. Ex. #23 – Tev_025920: 8-16-11 Teva Wire Transfer to The Assistance Fund

i. Ex. #29 – Tev_021226: E-mail string ending with Clark 11-15-11 e-mail to Lynch re: ARX/iAssist

j. Ex. #30 – Tev_168693-694: E-mail string ending with Lynch 12-1-11 e-mail to Clark re: PLEASE READ: State Funded High Risk Plan (High Risk Pools)

k. Ex. #31 - Tev 122724: 12-8-11 Hiett e-mail to Walley re: Availability (this document is identified by the incorrect bates number in the deposition)

l. Ex. #34 – Tev_021286: 1-13-12 Ross e-mail to Lynch re: Low/out of injection patients

m. Ex. #43 - Tev 020916: 9-18-12 Clark e-mail to Lynch, Jones, Smith, McNish, Roberts re: ACTION REQUIRED BY NOON, WED, 9/19: Pre -Approved Spending Request