IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HALMAN ALDUBI PROVIDENT AND       :        CIVIL ACTION
PENSION FUNDS LTD.                :
                                  :
                                  :
                                  :
        v.                        :
                                  :
TEVA PHARMACEUTICAL INDUSTRIES    :        NO.   20-cv-4660
LIMITED

## ORDER


        AND NOW this 17th day of March 2026, it is hereby **ORDERED** that a

follow-up settlement conference in the above-captioned matter has been scheduled for **April 16,**

**2026 at 10:00 a.m.**  All parties necessary to settle the case or delegate(s) with full authority must

participate in this conference, unless excused by this court in advance.


        Instructions for video\telephonic conferencing will follow.



                                BY THE COURT:



                                 _/s/ Carol Sandra Moore Wells_____
                                CAROL SANDRA MOORE WELLS
                                UNITED STATES MAGISTRATE JUDGE